[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCEPTUS, INC., a Delaware corporation, | **Case No.  C 09-02280 WHA** |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | |
| HOLOGIC, INC., a Delaware corporation, | |
| Defendant. | |

1    Plaintiff Conceptus, Inc. ("Conceptus") and Defendant Hologic, Inc. ("Hologic") hereby
2 submit this Joint Stipulation and [Proposed] Order under Civil Local Rule 7-12 requesting an
3 extension for Hologic to file its answer or otherwise respond to the First Amended Complaint in this
4 matter.
5    The current deadline for response to the First Amended Complaint is July 29, 2009.  The
6 parties stipulate and agree that Hologic may have an extension until August 25, 2009, to file its
7 answer or otherwise respond to the First Amended Complaint, and request that the Court so order.
8 No extensions have previously been requested or received in this matter.

1

Case No 09-02280 WHA
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER FIRST AMENDED COMPLAINT
DM_US:22272909_1

| | | |
|---|---|---|
| 1 | Dated: July 15, 2009 | |
| 2 | BAKER & McKENZIE LLP | HOWREY LLP |
| 3 | | |
| 4 | By:/s/Howard N. Wisnia | By:/s/Katharine L. Altemus |
| | Howard N. Wisnia | Katharine L. Altemus |
| 5 | Attorneys for CONCEPTUS, INC. | Attorneys for HOLOGIC, INC. |

```
7   Howard N. Wisnia (SBN 184626)              Katharine L. Altemus (SBN 227080;
    James P. Conley (SBN 216639)               altemusk@howrey.com)
8   April M. Wurster (SBN 228038)              HOWREY LLP
    BAKER & McKENZIE LLP                       1950 University Avenue, 4th Floor
9   12544 High Bluff Drive, Third Floor        East Palo Alto, CA  94303
    San Diego, CA  92130-3051                  Telephone:  (650) 798-3500
10  Telephone: +1 858 523 6200                 Facsimile:  (650) 798-3600
    Facsimile:  +1 858 259 8290
11  howard.n.wisnia@bakernet.com               Robert Ruyak
    james.p.conley@bakernet.com                Matthew M. Wolf
12  april.m.wurster@bakernet.com               HOWREY LLP
                                               1299 Pennsylvania Avenue, NW
13  Attorneys for Plaintiff                    Washington, DC 20004
    CONCEPTUS, INC.                            Telephone:  (202) 783-0800
14                                             Facsimile:  (202) 383-6610

15                                             Jennifer A. Sklenar (SBN 200434;
                                               sklenarj@howrey.com)
16                                             Wallace W. Wu (SBN 220110;
                                               wuw@howrey.com)
17                                             HOWREY LLP
                                               550 S. Hope Street
18                                             Los Angeles, CA  90071
                                               Telephone:  (213) 892-1800
19                                             Facsimile:  (213) 892-2300

20                                             Attorneys for Defendant
                                               HOLOGIC, INC.
21

22

23  //
```

2

**ATTESTATION UNDER GENERAL ORDER NO. 45 § X.B.**

As required by General Order No. 45, § X.B., I hereby attest that concurrence in the filing of the document has been obtained from the other signatory to this Stipulation.

By: /s/Katharine L. Altemus
Katharine L. Altemus

**PROPOSED ORDER**

Pursuant to STIPULATION, it is SO ORDERED. The period within which Defendant Hologic, Inc. shall file a responsive pleading or motion pursuant to Federal Rule of Civil Procedure 12 is extended until August 25, 2009.

Dated: July 16, 2009.



UNITED STATES DISTRICT JUDGE

3

Case No 09-02280 WHA
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER FIRST AMENDED COMPLAINT
DM_US:22272909_1