1  Douglas R. Young (State Bar No. 073248)
   FARELLA BRAUN & MARTEL LLP
2  235 Montgomery Street
   San Francisco, CA 94104
3  Telephone:   (415) 954-4400
   Facsimile:   (415) 954-4480
4  dyoung@fbm.com

5

6  Attorneys Appearing Specially for BAKER &
   MCKENZIE LLP

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 | CONCEPTUS, INC., a Delaware       | Case No. CV 09-02280 (WHA)
   | corporation,                      |
13 |                                   |
   |        Plaintiff,                 | **NOTICE OF ATTORNEY APPEARANCE**
14 |                                   |
   |        v.                         |
15 |                                   |
   | HOLOGIC, INC., a Delaware corporation, |
16 |                                   |
   |        Defendant.                 |
17

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF ATTORNEY APPEARANCE
Case No. CV 09-02280 (WHA)

24882\2007196.1

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that Farella Braun & Martel LLP, by and through attorney Douglas R. Young, hereby appears as counsel for Baker & McKenzie in the above-captioned matter. Farella Braun & Martel makes this appearance specially in connection only with the pending motion to disqualify Baker & McKenzie. Farella Braun & Martel will represent Baker & McKenzie at the hearing on the motion.

Dated: July 30, 2009

FARELLA BRAUN & MARTEL LLP

By: ____/s/____
Douglas R. Young

Attorneys for Baker & McKenzie LLP

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF ATTORNEY APPEARANCE
Case No. CV 09-02280 (WHA)

- 2 -

24882\2007196.1