1  Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
   HOWREY LLP
2  1950 University Avenue, 4th Floor
   East Palo Alto, CA  94303
3  Telephone:  (650) 798-3500
   Facsimile:  (650) 798-3600
4
   Matthew M. Wolf
5  HOWREY LLP
   1299 Pennsylvania Avenue, NW
6  Washington, DC 20004
   Telephone:  (202) 783-0800
7  Facsimile:  (202) 383-6610

8  Jennifer A. Sklenar (SBN 200434; sklenarj@howrey.com)
   Wallace W. Wu (SBN 220110; wuw@howrey.com)
9  HOWREY LLP
   550 S. Hope Street
10 Los Angeles, CA  90071
   Telephone:  (213) 892-1800
11 Facsimile:  (213) 892-2300

12 Attorneys for Defendant
   HOLOGIC, INC.

FILED
09 JUL 31 PH 2:56

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCEPTUS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>HOLOGIC, INC.,<br><br>    Defendant. | Case No. C 09-02280 WHA<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Matthew M. Wolf, an active member in good standing in the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Hologic, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest Court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of the attorney is:

Katharine L. Altemus, State Bar No. 227080
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: 650.798.3512
Facsimile: 650.798.3600
Email: altemusk@howrey.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2009

Respectfully submitted,

HOWREY LLP

By: _____
Matthew M. Wolf
Howrey LLP
Attorneys for Defendant HOLOGIC, INC.

Application for Admission Pro Hac Vice        - 1 -
Case No. C 09-02280 WHA

## PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California 94303.

On July 31, 2009, I served on the interested parties in said action the within:

### APPLICATION FOR ADMISSION PRO HAC VICE

April Michelle Wurster
april.m.wurster@bakernet.com
Howard Neil Wisnia
howard.n.wisnia@bakernet.com
James Paul Conley
james.p.conley@bakernet.com
12544 High Bluff Drive
Third Floor
San Diego, CA 92130
Telephone: (858) 259-8200
Facsimile: (858) 259-8290

[X] (BY ELECTRONIC MAIL) I caused such document(s) to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful.

[X] (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 31, 2009, at East Palo Alto, California.

_____Tammy Miller_____
(Type or print name)

_____(Signature)_____

Application for Admission Pro Hac Vice                - 2 -
Case No. C 09-02280 WHA