UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 6, 2009

Case No.  C09-02280 WHA

Title:  CONCEPTUS, INC v. HOLOGIC, INC

Plaintiff Attorney(s): Howard Wisnia; Douglas Young

Defense Attorney(s): Matthew Wolf; Jennifer Sklenar; Mark Casey; Katharine Altemus

Deputy Clerk:  Dawn Toland                    Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Dft's Motion to Disqualify - Granted

2)   Motion for Expedited Discovery - Granted

Continued to **8/19/09 at 9:00 am**   for Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Court heard testimony from witness Howard Wisnia.  Defendant's motion to disqualify Baker & McKenzie is granted.  Court will allow expedited discovery - parties can take two depositions for one day each and 12 to 15 document request are reasonable.

The preliminary injunction hearing set for 8/20/09 is Vacated.  Court set an early case management conference for new counsel to appear, but would like to also keep the original cmc date set for 9/3/09.