IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONCEPTUS, INC.,

    Plaintiff,

  v.

HOLOGIC, INC.,

    Defendant.

No. C 09-02280 WHA

**ORDER RE DEFENDANT'S MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL**

    In this patent-infringement action, defendant moves to disqualify plaintiff's law firm. Plaintiff Conceptus, Inc. is represented by Baker & McKenzie in this action. Baker & McKenzie also represents defendant Hologic, Inc., but in other matters. For the reasons stated at the hearing today, the motion to disqualify is **GRANTED**.

    Baker & McKenzie is disqualified from representing Conceptus in this action. The firm is ordered to withdraw from representing plaintiff, with one minor exception. Baker & McKenzie may remain in the case for the limited purpose of completing the pending expedited document production to Hologic.

    Conceptus is hereby ordered to obtain successor counsel who is to file a notice of appearance and to appear at the case management conference scheduled below. All pending motions are stayed until after the appearance of successor counsel. Any scheduled hearings on pending motions are **VACATED**. Motions shall be renoticed after the appearance of plaintiff's

1 successor counsel and in accordance with a schedule to be set at the case management
2 conference set for **AUGUST 19, 2009 AT 9:00 A.M.**

**IT IS SO ORDERED.**

6 Dated: August 7, 2009.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE