1  Katharine L. Altemus (SBN 227080; altemusk@howrey.com)
   HOWREY LLP
2  1950 University Avenue, 4th Floor
   East Palo Alto, CA  94303
3  Telephone:  (650) 798-3500
   Facsimile:  (650) 798-3600
4
   Matthew M. Wolf
5  HOWREY LLP
   1299 Pennsylvania Avenue, NW
6  Washington, DC 20004
   Telephone:  (202) 783-0800
7  Facsimile:  (202) 383-6610

8  Jennifer A. Sklenar (SBN 200434; sklenarj@howrey.com)
   Wallace W. Wu (SBN 220110; wuw@howrey.com)
9  HOWREY LLP
   550 S. Hope Street
10 Los Angeles, CA  90071
   Telephone:  (213) 892-1800
11 Facsimile:  (213) 892-2300

12 Attorneys for Defendant
   HOLOGIC, INC.

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                      SAN FRANCISCO DIVISION
16
   CONCEPTUS, INC.,                    | Case No. C 09-02280 WHA
17
                 Plaintiff,            | **APPLICATION FOR ADMISSION *PRO
18                                     | HAC VICE***
        vs.
19
   HOLOGIC, INC.,
20
                 Defendant.
21

22

23

24

25

26

27

28

   Application for Admission Pro Hac Vice
   Case No.  C 09-02280 WHA

1        Pursuant to Civil L.R. 11-3, Matthew M. Wolf, an active member in good standing in the bars

2    of the District of Columbia Court of Appeals and the Maryland Court of Appeals, hereby applies for

3    admission to practice in the Northern District of California on a *pro hac vice* basis representing

4    Defendant Hologic, Inc. in the above-entitled action.

5        In support of this application, I certify on oath that:

6        1.  I am an active member in good standing of a United States Court or of the highest Court

7           of another State or the District of Columbia, as indicated above;

8        2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule

9           11-4, to comply with General Order No. 45, Electronic Case Filing, and to become

10          familiar with the Local Rules and the Alternative Dispute Resolution programs of this

11          Court; and

12       3.  An attorney who is a member of the bar of this Court in good standing and who

13          maintains an office within the State of California has been designated as co-counsel in

14          the above-entitled action.  The name, address and telephone number of the attorney is:

15       Katharine L. Altemus, State Bar No. 227080
    Howrey LLP
16       1950 University Avenue, 4th Floor
    East Palo Alto, CA  94303
17       Telephone:  650.798.3512
    Facsimile:  650.798.3600
18       Email:  altemusk@howrey.com

19       I declare under penalty of perjury that the foregoing is true and correct.

20

21   Dated: August 10, 2009          Respectfully submitted,

22                                HOWREY LLP

23

24                                By: _____

25                                   Matthew M. Wolf

26                                   Howrey LLP
                                Attorneys for Defendant HOLOGIC, INC.

27

28

**PROOF OF SERVICE**

I am employed in the County of San Mateo, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California  94303.

On August _10_ , 2009, I served on the interested parties in said action the within:

**APPLICATION FOR ADMISSION PRO HAC VICE**

April Michelle Wurster
april.m.wurster@bakernet.com
Howard Neil Wisnia
howard.n.wisnia@bakernet.com
James Paul Conley
james.p.conley@bakernet.com
12544 High Bluff Drive
Third Floor
San Diego, CA  92130
Telephone:  (858) 259-8200
Facsimile:  (858) 259-8290

[X]    (BY ELECTRONIC MAIL)  I caused such document(s) to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful.

[X]    (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on August _10_ , 2009, at East Palo Alto, California.

Gail Quon
_____
(Type or print name)

_____
(Signature)

Application for Admission Pro Hac Vice                    - 2 -
Case No.  C 09-02280 WHA