**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPUS, INC., | |
| Plaintiff, | No. C 09-02280 WHA |
| v. | |
| HOLOGIC, INC., | **NOTICE** |
| Defendant. | |

The Court would like to call the parties' attention that Jill J. Ho, Esq., of the law firm of Weil, Gotshal & Manges, was a law clerk of the undersigned from 2004–2005, and appears now on the pleadings in this case. Please respond by **NOON ON SEPTEMBER 1, 2009**, if you have any objection.

**IT IS SO ORDERED.**

Dated: August 18, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE