IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONCEPTUS, INC.,

    Plaintiff,

v.

HOLOGIC, INC.,

    Defendant.

No. C 09-02280 WHA

**ORDER RE MOTION FOR PRELIMINARY INJUNCTION**

    Plaintiff has filed a motion for preliminary injunction asserting three patents and a total of eight claims. The Court is concerned that plaintiff is imposing too much on the system by effectively compressing an entire patent case into a few weeks, including claim construction, infringement, invalidity, and so on. The Court requests submissions from the parties regarding whether this is impractical. In addition, the Court inquires whether plaintiff's counsel will limit its motion for preliminary injunction to a single claim. Please submit responses by **NOON ON SEPTEMBER 23, 2009**.

    **IT IS SO ORDERED.**

Dated: September 16, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE