**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   CONCEPTUS, INC.,                              No. C 09-02280 WHA

11              Plaintiff,

12      v.                                        **NOTICE RE MOTION FOR**
                                                  **PRELIMINARY INJUNCTION**
13   HOLOGIC, INC.,

14              Defendant.

15   _____/

16          If the motion for preliminary injunction is to be dropped in favor of a trial, please advise

17   the Court in time to avoid work on the pending motion.

18

19          **IT IS SO ORDERED.**

20

21   Dated:  October 5, 2009.

22                                               _____
                                                 WILLIAM ALSUP
23                                               UNITED STATES DISTRICT JUDGE

24

25

26

27

28