IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPTUS, INC., | No. C 09-02280 WHA |
| Plaintiff, | |
| v. | **ORDER RE MOTION TO PERMIT DELIVERY AND USE OF ELECTRONIC EQUIPMENT** |
| HOLOGIC, INC., | |
| Defendant. / | |

The Court has reviewed the parties' motion for administrative relief to permit delivery and use of electronic equipment. As previously stated the Court currently has a criminal trial ongoing and that must take priority. Accordingly, the parties will not be allowed to use electronic equipment that may interfere with the criminal trial. The parties will be allowed to bring its equipment and other materials to the courtroom on November 4, 2009, at 1 p.m. The parties may discuss setting up its equipment with the technical advisor for the criminal case. If the parties' equipment will interfere with the criminal trial in any way, then it may not be used. In such an event, handouts should be used instead.

**IT IS SO ORDERED.**

Dated: November 3, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE