UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPTUS, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>HOLOGIC, INC.<br><br>    Defendant. | Case No. C-09-02280 WHA<br><br>~~[PROPOSED]~~ **ORDER RE JOINT PROPOSED SCHEDULE** |

The Court, having reviewed the parties' Joint Proposed Schedule, hereby sets the following schedule:

| Event | Date |
| --- | --- |
| Pat. L.R. 3-1 Infringement Contentions | November 19, 2009 |
| Pat. L.R. 3-3 Invalidity Contentions | January 4, 2010 |
| Pat. L.R. 4-1 Exchange of terms | January 7, 2010 |
| Pat. L.R. 4-2 Exchange of constructions | January 11, 2010 |
| Pat. L.R. 4-3 Joint Claim Construction Statement | January 22, 2010 |
| Pat. L.R. 4-4 CC discovery close | January 28, 2010 |
| Conceptus CC Opening brief | February 2, 2010 |
| Hologic CC Opposition brief | February 16, 2010 |
| Conceptus CC Reply brief | February 23, 2010 |
| Claim Construction ("CC") hearing | March 10, 2010 |

IT IS SO ORDERED.

Dated:   November 16, 2009.

_____
William H. Alsup
United States District Court Judge

*IT IS SO ORDERED*
*Judge William Alsup*