EDWARD R. REINES (STATE BAR NO. 135960)
edward.reines@weil.com
NICHOLAS A. BROWN (STATE BAR NO. 198210)
nick.brown@weil.com
PAUL T. EHRLICH (STATE BAR NO. 228543)
paul.ehrlich@weil.com
JILL J. HO (STATE BAR NO. 236349)
jill.ho@weil.com
L. OKEY ONYEJEKWE, JR. (STATE BAR NO. 250354)
okey.onyejekwe@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:     (650) 802-3000
Facsimile:      (650) 802-3100

M. PATRICIA THAYER (STATE BAR NO. 90818)
pthayer@orrick.com
KATHLEEN D. PATTERSON (STATE BAR NO. 124768)
kpatterson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Attorneys for Plaintiff
CONCEPTUS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPTUS INC., | Case No.  09-cv-02280-WHA |
| Plaintiff, | **STIPULATION REGARDING ASSERTED CLAIMS AND JOINT MOTION TO DISMISS WITH PREJUDICE CLAIMS AND COUNTERCLAIMS PERTAINING TO UNASSERTED PATENTS AND CLAIMS AND ORDER** |
| v. | |
| HOLOGIC, INC., | |
| Defendant. | |

Plaintiff Conceptus, Inc. ("Conceptus") and Defendant Hologic, Inc. ("Hologic") hereby stipulate that Conceptus shall restrict its claims of infringement and Hologic shall restrict its claims of invalidity to Claims 8, 37, and 38 of U.S. Patent No. 6,634,361 ("the '361 patent") and Claims 5 and 14 of U.S. Patent No. 7,506,650 ("the '650 patent"). Accordingly, Conceptus and Hologic jointly request that the Court dismiss with prejudice the claims and counterclaims brought by both parties pertaining to U.S. Patent Nos. 6,709,667, 7237,552, and 7,428,904 and the claims and counterclaims brought by both parties pertaining to the '361 and '650 patents with the exception of Claims 8, 37 and 38 of the '361 patent and claims 5 and 14 of the '650 patent. Neither side will make reference to a jury that the dismissed patents and claims were once asserted in the case. Nor will either party argue that, by dismissing these claims, Conceptus is precluded from asserting infringement in this case of the non-withdrawn claims. Hologic shall have the right to reassert its invalidity counterclaims in the event of any future claims of infringement permissible hereunder of the dismissed patents and claims.

Dated: January 19, 2010

ORRICK, HERRINGTON & SUTCLIFFE

By: /s/ M. Patricia Thayer
M. Patricia Thayer
Attorneys for Plaintiff
Conceptus, Inc.

Dated: January 19, 2010

HOWREY LLP

By: /s/ Matthew M. Wolf
Matthew M. Wolf
Attorneys for Defendant
Hologic, Inc.

IT IS SO ORDERED.

Dated: January __19__, 2010

_____
Hon. William Alsup
United States District Judge

IT IS SO ORDERED
Judge William Alsup

1

Case No. 09-cv-02280-WHA