IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPTUS, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>HOLOGIC, INC.,<br><br>        Defendant.<br>                                                              / | No. C 09-02280 WHA<br><br>**ORDER SETTING CASE<br>MANAGEMENT CONFERENCE** |

In light of the stipulation recently approved by the undersigned focusing this litigation onto five patent claims, the Court would like to set an appropriate date for trial. Additionally, the undersigned urges counsel to further reduce the number of claims to be presented to the jury to three at most. The parties should also take this opportunity to inform the undersigned if further schedule adjustments to the case management order should be made. A case management conference is hereby scheduled for **11:00 A.M. ON THURSDAY, JANUARY 28, 2010**. The parties shall file a joint case management statement **BY NOON ON MONDAY, JANUARY 25, 2010**.

**IT IS SO ORDERED.**

Dated: January 20, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE