# EXHIBIT A

|  | U.S. Patent No. 6,634,361 |

| Claim (s) | Term(s) | Conceptus's Proposed Construction and Supporting Evidence | Hologic's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 8, 37-38 | resilient elongate body/ pre-formed resilient structure | **Proposed Construction:** a resilient elongate intrafallopian device/ pre-formed resilient intrafallopian device<br><br>**Supporting Evidence:** '361 Patent at 3:11-14; 18:19-23; 4:35-42; 4:50-60; 5:23-34; 6:1-3; 6:21-28; 14:1-3; '252 Appl. at 4:14-16.<br><br>Dr. Mark Glasser may provide testimony concerning the meaning of this term to one of skill in the art to support Conceptus's proffered construction.<br><br>Conceptus reserves the right to rely on any evidence identified by Hologic. | **Proposed Construction:** a resilient elongate intrafallopian device that includes, at least in part, metal/<br><br>a pre-formed resilient intrafallopian device that includes, at least in part, metal<br><br>**Supporting Evidence:** '361 patent (*e.g.*, Abs., 3:7-29, 6:59-61, 8:10-14, 8:23-25, 9:34-46, 12:7-15, 18-19:50-16, 23:38-47). *See also* U.S. App. No. 09/093,835 (USP 6,705,323) (*e.g.*, Abs., 2-3:66-13, 8:41-49, 8:58-60, 10:3-14, 12:43-51); U.S. App. No. 08/474,779 (USP 6,176,240) (*e.g.*, Abs., 2:38-42, 2:46-48, 2:53-60, 2:63-65, 5-6:65-6); U.S. App. No. 08/475,252 (*e.g.*, Abs., 4:10-24, 10:4-16); U.S. App. No. 60/059,861 (*e.g.*, Abs., 4:24-38, 17:16-28, 22:3-9); PCT/US98/20031 (*e.g.*, Abs.; 2-3, 6, 7, 8, 10, 15-16).<br><br>Hologic reserves the right to rely on any evidence identified by Conceptus. |
| 8 | a bond affixing the retention structure to the resilient body | **Proposed Construction:** plain meaning applies - does not require construction<br><br>**Supporting Evidence:** '361 Patent at 4:56-60; 13:60-63 | **Proposed Construction:** solder or a similar type material for affixing the retention structure to the resilient body<br><br>**Supporting Evidence:** '361 patent (*e.g.*, Figs. 11A-11D, 12A-12E, 13, |

| | | U.S. Patent No. 6,634,361 | |
|---|---|---|---|
| Claim (s) | Term(s) | Conceptus's Proposed Construction and Supporting Evidence | Hologic's Proposed Construction and Supporting Evidence |
| | | Dr. Mark Glasser may provide testimony concerning the meaning of this term to one of skill in the art to support Conceptus's proffered construction.<br><br>Conceptus reserves the right to rely on any evidence identified by Hologic. | 14, 14A-14D, 15E, 20A, 4:50-60, 12:15-18, 13:60-14:1, 20:29-33).<br><br>Dorland's Illustrated Medical Dictionary (1994) at 216.<br><br>Random House Webster's College Dictionary (1997) at 149; Random House Webster's College Dictionary (1999) at 151.<br><br>Hologic reserves the right to rely on any evidence identified by Conceptus. |
| 37-38 | permanently affixing the resilient structure within the fallopian tube | **Proposed Construction:**<br>affixing the resilient structure within the fallopian tube, such that it remains (or is intended to remain) affixed in the fallopian tube for a long, indefinite period<br><br>**Supporting Evidence:**<br>'361 Patent at 4:30-34; 5:63-64; 6:26-28; and dependent claim 38.<br><br>American Heritage Dictionary (3rd Ed., 1992) at 1348.<br><br>The Concise Oxford Dictionary of Current English (9th Ed., 1995) at 1017.<br><br>Merriam-Webster Dictionary (10th Ed., 1995) at 865. | **Proposed Construction:**<br>affixing the resilient structure within the fallopian tube so long as it is in the tube, *e.g.*, is not expelled or absorbed<br><br>**Supporting Evidence:**<br>'904 patent (*e.g.*, 9:30-40, 10:1-12, 10:51-52); Expert Declaration of Dr. Mark Glasser (*e.g.*, ¶¶ 25, 33).<br><br>Hologic reserves the right to rely on any evidence identified by Conceptus. |

| | | U.S. Patent No. 6,634,361 | |
|---|---|---|---|
| Claim(s) | Term(s) | Conceptus's Proposed Construction and Supporting Evidence | Hologic's Proposed Construction and Supporting Evidence |
| | | Random House Webster's College Dictionary (1995) at 1005.<br><br>Random House Dictionary (2nd Ed., 1987) at 1442.<br><br>Webster's New World College Dictionary (4th Ed. 1999) at 1072.<br><br>Dr. Mark Glasser may provide testimony concerning the meaning of this term to one of skill in the art to support Conceptus's proffered construction.<br><br>Conceptus reserves the right to rely on any evidence identified by Hologic. | |
| 37-38 | lumen-traversing region of the resilient structure | **Proposed Construction:**<br>region of the resilient structure that crosses the width of the fallopian tube<br><br>**Supporting Evidence:**<br>'361 Patent Abstract; 16:45-46; 16:52-65; Fig. 15A and associated text.<br><br>Merriam-Webster Dictionary (10th Ed., 1995) at 1257.<br><br>Dr. Mark Glasser may provide testimony concerning the meaning of this term to one of | **Proposed Construction:**<br>a section of the resilient structure that crosses the entire length of the fallopian tube lumen<br><br>**Supporting Evidence:**<br>'361 patent (*e.g.*, Abs., Figs 1, 6, 9, 10, 2-3:61-2, 9:7-25, 10:14-25, 10:55-11:7).<br><br>Random House Webster's College Dictionary (1997) at 1370; Random House Webster's College Dictionary (1999) at 1389.<br><br>The American Heritage College Dictionary |

| | U.S. Patent No. 6,634,361 | | |
|---|---|---|---|
| Claim (s) | Term(s) | **Conceptus's Proposed Construction and Supporting Evidence** | **Hologic's Proposed Construction and Supporting Evidence** |
| | | skill in the art to support Conceptus's proffered construction.<br><br>Conceptus reserves the right to rely on any evidence identified by Hologic. | (1993) at 1439.<br><br>Hologic reserves the right to rely on any evidence identified by Conceptus. |
| 37-38 | so that at least a portion of the fallopian tube is open | so that a least a portion of the fallopian tube is not completely occluded<br><br>**Supporting Evidence:**<br>'361 Patent at 3:22-29; 4:30-34; 11:19-50; 14:1-3; 14:42-53; 17:16-26.<br><br>Dr. Mark Glasser may provide testimony concerning the meaning of this term to one of skill in the art to support Conceptus's proffered construction.<br><br>Conceptus reserves the right to rely on any evidence identified by Hologic. | **Proposed Construction:**<br>Indefinite subject to 35 U.S.C. § 112. To the extent that this term can be understood, it means that there is no obstruction in the fallopian tube preventing the meeting of sperm and ovum.<br><br>**Supporting Evidence:**<br>'361 patent (*e.g.*, Figs. 15B, C, 3:22-29, 11:19-29, 17:17-21).<br><br>Opinion of Dr. Anderson (*e.g.*, Dr. Anderson will opine that the scope and operability of this limitation would not be understood by a person of ordinary skill in the art. To the extent that this limitation would be understood, he will opine that it means that that there is no obstruction in the fallopian tube preventing the meeting of sperm and ovum).<br><br>The American Heritage College Dictionary (1993) at 955.<br><br>Random House Webster's College Dictionary (1997) at 914. |

| U.S. Patent No. 6,634,361 ||||
|---|---|---|---|
| **Claim (s)** | **Term(s)** | **Conceptus's Proposed Construction and Supporting Evidence** | **Hologic's Proposed Construction and Supporting Evidence** |
| | | | Random House Webster's College Dictionary (1999) at 925. <br><br> Dorland's Illustrated Medical Dictionary (1994) at 1180. <br><br> Hologic reserves the right to rely on any evidence identified by Conceptus. |

5

| | | U.S. Patent No. 7,506,650 | |
|---|---|---|---|
| Claim (s) | Term(s) | Conceptus's Proposed Construction and Supporting Evidence | Hologic's Proposed Construction and Supporting Evidence |
| 5, 14 | the handle coupled to the contraceptive device by an elongate body/<br><br>a deployment shaft having a proximal end and a distal end releasably coupled to the contraceptive device | **Proposed Construction:**<br>the handle paired to or joined with the contraceptive device by an elongate body/<br><br>a deployment shaft having a proximal end and a distal end paired to or joined with the contraceptive device<br><br>**Supporting Evidence:**<br>'650 Patent at 2:36-44; 2:53-56; 2:63-65; 3:3-6; 3:19-20; 3:43-49; 7:15-17; 8:32-34; 10:30-33; 13:6-11; 13:22-27; 13:35-39; 13:60-62; 15:30-16:6; 17:3-6; 17:26-50; 17:54-58; 18:4-12; 18:18-21; Figure 1B and associated text; corresponding cites in '667 Patent.<br><br>American Heritage Dictionary (3rd Ed., 1992) at 429.<br><br>Random House Dictionary (2nd Ed., 1987) at 463.<br><br>American Heritage Dictionary (3rd Ed., 1992) at 508.<br><br>Merriam-Webster Dictionary (10th Ed., 1995) at 314.<br><br>Dr. Mark Glasser may provide testimony | **Proposed Construction:**<br>the handle is mechanically attached to the contraceptive device by the elongate body by threads, cooperating key/slots, connectors, or the like/<br><br>a deployment shaft having a proximal end and a distal end that is configured to mechanically attach and detach from the contraceptive device by threads, cooperating key slots, connectors, or the like<br><br>**Supporting Evidence:**<br>'650 patent (*e.g.*, 3:42-49, 7:11-17, 8:35-43, 9:14-17, 10:30-33, 13:3-11, 13:22-30, 13:31-39, 14:39-48, 15-16:66-6).<br><br>'667 Patent File History: Revised Preliminary Amendment dated August 7, 2003<br><br>Webster's Third New International Dictionary (1993).<br><br>Merriam-Webster's Collegiate Dictionary (10th ed., 1994).<br><br>Merriam-Webster's Collegiate Dictionary (10th ed., 1998). |

| U.S. Patent No. 7,506,650 |||| 
|---|---|---|---|
| **Claim (s)** | **Term(s)** | **Conceptus's Proposed Construction and Supporting Evidence** | **Hologic's Proposed Construction and Supporting Evidence** |
| | | concerning the meaning of this term to one of skill in the art to support Conceptus's proffered construction. Conceptus reserves the right to rely on any evidence identified by Hologic. | Hologic reserves the right to rely on any evidence identified by Conceptus. |