EDWARD R. REINES (STATE BAR NO. 135960)
edward.reines@weil.com
NICHOLAS A. BROWN (STATE BAR NO. 198210)
nick.brown@weil.com
PAUL T. EHRLICH (STATE BAR NO. 228543)
paul.ehrlich@weil.com
JILL J. HO (STATE BAR NO. 236349)
jill.ho@weil.com
L. OKEY ONYEJEKWE, JR. (STATE BAR NO. 250354)
okey.onyejekwe@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

M. PATRICIA THAYER (STATE BAR NO. 90818)
pthayer@orrick.com
KATHLEEN D. PATTERSON (STATE BAR NO. 124768)
kpatterson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Plaintiff
CONCEPTUS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPTUS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOLOGIC, INC., <br><br> Defendant. | Case No. 09-cv-02280-WHA (JCS) <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING SETTLEMENT CONFERENCE** <br><br> Complaint Filed: 5/22/09 <br> Trial Date: None Set <br> The Honorable William H. Alsup |

CASE NO. 09-cv-02280-WHA

US_ACTIVE:\43287303\01\38391.0003

Plaintiff Conceptus Inc. ("Conceptus") and Defendant Hologic, Inc. ("Hologic") hereby stipulate that the settlement conference in this action shall be rescheduled for **March 18, 2010**, subject to Magistrate Judge Joseph Spero's approval. The parties further stipulate that settlement conference statements shall be due on **March 4, 2010**, again, subject to Judge Spero's approval.

In consideration of the above stipulation and the Court's Notice of Settlement Conference dated August 31, 2009, the parties further stipulate that Plaintiff shall make a settlement proposal, in writing, by **February 11, 2010**, with a copy to Judge Spero. Defendant shall respond and make a counter-proposal, in writing, by **February 18, 2010**, with a copy to Judge Spero. The principals of all parties, with unlimited authority to settle the case, shall meet and confer *in person* on or before **February 25, 2010**, to discuss settlement.

Dated: January 22, 2010    ORRICK, HERRINGTON & SUTCLIFFE

By: */s/ M. Patricia Thayer*
M. Patricia Thayer
Attorneys for Plaintiff
Conceptus, Inc.

Dated: January 22, 2010    HOWREY LLP

By: */s/ Matthew M. Wolf*
Matthew M. Wolf
Attorneys for Defendant
Hologic, Inc.

IT IS SO ORDERED.

Dated: January 26, 2010

Hon.
United

*[Signature and seal: Judge Joseph C. Spero, United States District Court, Northern District of California]*

1                                    Case No. 09-cv-02280-WHA