IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONCEPTUS, INC.,

    Plaintiff,

  v.

HOLOGIC, INC.,

    Defendant.
                                    /

No. C 09-02280 WHA

**ORDER GRANTING IN PART STIPULATED REQUEST TO BRING EQUIPMENT TO THE MARCH 10 HEARING**

      The parties' stipulated request to bring equipment to the March 10 hearing is **GRANTED IN PART**. The undersigned does *not* want truckloads of bulky audio/video equipment brought into the courtroom. As such, permission to use the Court's loading dock to unload equipment is **DENIED**. The parties should be aware that they will, in all likelihood, have only 15 minutes to set up their equipment, since a jury trial is expected to last until 1:00 p.m. that day. If it runs longer, counsel will have even less time to set up their equipment. As such, large and complicated audio/visual presentations are highly discouraged. In the past, the use of a projector, projector screen, and computers have been more than sufficient. Speakers and visual presenters may also be brought, but counsel should consider if they are truly necessary. Finally, those who arrive early are kindly reminded to refrain from disturbing the jury trial that may still be in session.

      **IT IS SO ORDERED.**

Dated: March 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE