IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPTUS, INC., | No. C 09-02280 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING CLAIM CONSTRUCTION CRITIQUES** |
| HOLOGIC, INC., | |
| Defendant. | |

The Court invites both sides to file a three-page response (double-spaced, no footnotes, no attachments) to any arguments made by the other side's five-page critique. These responses must be filed by **NOON ON TUESDAY, MARCH 23, 2010**.

**IT IS SO ORDERED.**

Dated: March 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE