# EXHIBIT 1

## Appendix A

## PATENT LOCAL RULE 3-1 INFRINGEMENT CONTENTIONS
## U.S. PATENT NO. 6,634,361

| Claim Language | Infringement Contention |
|---|---|
| **Claim 8** | |
| 8. A tissue ingrowth contraceptive device for use in a fallopian tube, the contraceptive device comprising: | The Adiana matrix is an contraceptive device that is designed to occlude a fallopian tube after tissue ingrowth into the matrix has occurred, i.e. "tissue ingrowth contraceptive device for use in a fallopian tube. <br><br> The Adiana IFU[1] states that Adiana delivers "bipolar radiofrequency energy to create a superficial lesion within the fallopian tube," and that "the creation of this lesion will initiate an acute wound healing response." IFU-3. "The acute response will give way to a chronic process which stimulates granulation tissue. … The granulation tissue settles into a steady-state and a durable fibrous tissue is formed. The neo-vascularization diminishes; there is less cellularity, consisting mainly of fibrocytes, and the extra-cellular matrix now contains more collagen. Integration of this fibrous tissue into the matrix is the expected end result which in turn results in tubal occlusion." IFU-4. |
| a resilient elongate body having a proximal end and a distal end and defining an axis therebetween; | The Adiana matrix has a solid core surrounded by a porous architecture. The core of the Adiana matrix is made of silicone, which is resilient. It is an elongate body: it is the 400 micron diameter core of the matrix, which is "approximately three and a half millimeters in length and 1.6 millimeters in diameter. It's about the size of a grain of rice." Adiana FDA Panel Tr. 50. <br><br> The matrix has a proximal end and a distal end and there is an axis therebetween. |
| a retention structure disposed along the resilient body, | The Adiana matrix has a solid core surrounded by a porous architecture. The porous architecture is a retention structure. The solid core is a resilient body. <br><br> "The center of the matrix is a solid core … The solid core through the center of the matrix is approximately 400 microns, or four-tenths of a millimeter, in diameter. And this will be a distinct feature to note in our histological images. Most importantly, however, notice the porous architecture which surrounds the center core. This is shown in the right-hand panel of this slide. This electron micrograph shows the unique trabeculated architecture, which is comprised of cross-linked |

---

[1] Adiana Instructions For Use

| | |
|---|---|
| | pores with a relative random pore size and shape within the outer portion of the matrix. These pores, wrapped, if you will, around this solid center core, provide the scaffold into which tissue in-growth occurs, which occludes the fallopian tube." Adiana FDA Panel Tr. 50-51.<br><br>Adiana FDA Panel Presentation, Slide 31:<br><br> |
| the retention structure adapted to restrain the resilient body within the fallopian tube; | The porous architecture of the Adiana matrix (the retention structure) is adapted to restrain the Adiana matrix, including the core (the resilient body) within the fallopian tube, by being adapted to promote tissue ingrowth therein. Adiana FDA Panel Tr. 50-51; Adiana FDA Panel Presentation, Slide 31.<br><br>The porous architecture of the Adiana matrix (the retention structure) is also adapted to restrain the Adiana matrix, including the core (the resilient body) within the fallopian tube, by expanding against the walls of the fallopian tube and using its edges.<br><br>"The tribeculated pore shape was developed to promote healthy, vascularized tissue ingrowth into the matrix which acts to seal the fallopian tube. The unique architecture of the matrix serves two other purposes. First, the matrix's edges contribute to the retention of the matrix within the fallopian tube, especially in the initial days after placement." Adiana: Options for Women, p. 9 of 40.<br><br>"The Matrix is compressed within the electrode sheath. After release from the electrode sheath, the matrix expands to its approximate original shape and volume as permitted by patient anatomy." Adiana PMA at 99. |

| | |
|---|---|
| a bond affixing the retention structure to the resilient body | The porous architecture of the Adiana matrix (the retention structure) is affixed to the core (the resilient body) by bonds created during the manufacturing process. Without these bonds, the porous architecture and the solid core of the matrix would be unaffixed components.<br><br>"The Matrix is a cylindrical shape of approximately 1.60 mrn in diameter and 3.5mm length,(refer to Figure 2.16). During the manufacturing process a solid core with a diameter of approximately 0.4 mm is created within the center of the matrix. Within the Matrix, in the region surrounding the solid core, an internal architecture with a random porous configuration in the range of 40 to 200 microns is created to encourage in-growth of tissue and insure stable long term occlusion" Adiana PMA at 98-99. |
| wherein at least one of the resilient body, the retention structure, and the bond comprises a microporous material which promotes tissue ingrowth therein. | The porous architecture of the Adiana matrix (the retention structure) is created to promote tissue ingrowth therein.<br><br>"Within the Matrix, in the region surrounding the solid core, an internal architecture with a random porous configuration in the range of 40 to 200 microns is created to encourage in-growth of tissue and insure stable long term occlusion." Adiana PMA at 98-99. |
| **Claim 36** | |
| 36. An intrafallopian contraceptive method comprising: | The Adiana System is a contraceptive method.<br><br>"The Adiana method of permanent sterilization consists of four steps …" IFU – 3. |
| transcervically introducing a pre-formed resilient structure into a target region of a fallopian tube; | The Adiana method includes transcervically introducing the Adiana matrix, which is a pre-formed resilient structure. The Adiana matrix is introduced into a target region of the intramural portion of the fallopian tube.<br><br>The Adiana matrix is introduced into the body with a catheter that is "introduced into the intramural section of the fallopian tube through a conventional hysteroscope, via a transvaginal and transcervical approach. Confirmation of correct catheter positioning within the intramural tube is achieved by means of direct visual assessment through the hysteroscope to confirm that the black positioning mark on the catheter has reached the tubal ostium. Confirmation of full tissue contact is communicated by the catheter, via the Position Detection Array (PDA), through the RF generator. The PDA consists of four small sensors circumferentially located in four quadrants around the catheter. When all four sensors detect tissue contact simultaneously, the RF generator signals that the catheter is correctly positioned within the fallopian tube." IFU-3. *See also* Adiana: Options for Women, p. 10 of 40.<br><br>"The Matrix is manufactured from polydimethylsiloxane (silicone). This material is a fully cured solid silicone with a long history of |

| | |
|---|---|
| | medical device use. … The Matrix is a cylindrical shape of approximately 1.60 mm in diameter and 3.5mm length, (refer to Figure 2.16). During the manufacturing process a solid core with a diameter of approximately 0.4 mm is created within the center of the matrix. Within the Matrix, in the region surrounding the solid core, an internal architecture with a random porous configuration in the range of 40 to 200 microns is created to encourage in-growth of tissue and insure stable long term occlusion" Adiana PMA at 98-99.<br><br>"The Matrix is compressed within the electrode sheath. After release from the electrode sheath, the matrix expands to its approximate original shape and volume as permitted by patient anatomy." Adiana PMA at 99.  *See also* Adiana: Options for Women, p. 8 of 40. |
| imposing an anchoring force against a tubal wall of the fallopian tube by resiliently engaging an inner surface of the tubal wall with the resilient structure; | The Adiana matrix (the resilient structure) imposes an anchoring force against the wall of the fallopian tube by expanding against the walls of the fallopian tube and resiliently engaging their inner surfaces.<br><br>"The tribeculated pore shape was developed to promote healthy, vascularized tissue ingrowth into the matrix which acts to seal the fallopian tube.  The unique architecture of the matrix serves two other purposes.  First, the matrix's edges contribute to the retention of the matrix within the fallopian tube, especially in the initial days after placement."  Adiana: Options for Women, p. 9 of 40.<br><br>"The Matrix is compressed within the electrode sheath. After release from the electrode sheath, the matrix expands to its approximate original shape and volume as permitted by patient anatomy." Adiana PMA at 99.<br><br>"Due to the architecture of the implant and the edema created by the burn, the matrix sticks to the lesion and ultimately becomes biologically integrated into the fallopian tube.  This barrier establishes absolute and permanent contraception." Adiana: Options for Women, p. 11-12 of 40.<br><br>"There's a force on the you know on the matrix that's being exerted by the fallopian tube, right, and so it's going to compress it at least a little. And again, how much, we don't really know. Never really studied that. What we do know is it's enough to keep the matrix, you know, in place."  Martin Depo. at 106. |
| and permanently affixing the resilient structure within the fallopian tube | The Adiana matrix (the resilient structure) is permanently affixed within the fallopian tube by tissue ingrowth that occludes the tube and inhibits conception.<br><br>"Within the Matrix, in the region surrounding the solid core, an internal architecture with a random porous configuration in the range of 40 to 200 microns is created to encourage in-growth of tissue and insure stable long term occlusion." Adiana PMA at 98-99. |

| | |
|---|---|
| | "Integration of this fibrous tissue into the matrix is the expected end result which in turn results in tubal occlusion." IFU-4.<br><br>"The Adiana method of permanent sterilization consists of four steps …" IFU – 3.<br><br>"Due to the architecture of the implant and the edema created by the burn, the matrix sticks to the lesion and ultimately becomes biologically integrated into the fallopian tube. This barrier establishes absolute and permanent contraception." Adiana: Options for Women, p. 11-12 of 40. |
| with a lumen-traversing region of the resilient structure | The width of the Adiana matrix (the resilient structure) is a region of the matrix that spans traverses the lumen of fallopian tube, and interacts with the wall of the fallopian tube lumen to permanently affix the matrix within the fallopian tube lumen (using tissue ingrowth, see below).<br><br>"The tribeculated pore shape was developed to promote healthy, vascularized tissue ingrowth into the matrix which acts to seal the fallopian tube. The unique architecture of the matrix serves two other purposes. First, the matrix's edges contribute to the retention of the matrix within the fallopian tube, especially in the initial days after placement." Adiana: Options for Women, p. 9 of 40.<br><br>"The Matrix is compressed within the electrode sheath. After release from the electrode sheath, the matrix expands to its approximate original shape and volume as permitted by patient anatomy." Adiana PMA at 99.<br><br>"There's a force on the you know on the matrix that's being exerted by the fallopian tube, right, and so it's going to compress it at least a little. And again, how much, we don't really know. Never really studied that. What we do know is it's enough to keep the matrix, you know, in place." Martin Depo. at 106. |
| so that at least a portion of the fallopian tube is open. | The Adiana matrix and the tissue ingrowth into the matrix work together to occlude a portion of the fallopian tube. However, at the time the matrix is inserted and tissue ingrowth is promoted, and for a period of time thereafter while tissue ingrowth is occurring, at least a portion of the fallopian tube remains open (i.e., the tube is not completely occluded).<br><br>"The Matrix is a cylindrical shape of approximately 1.60 mm in diameter and 3.5mm length, (refer to Figure 2.16). During the manufacturing process a solid core with a diameter of approximately 0.4 mm is created within the center of the matrix. Within the Matrix, in the region surrounding the solid core, an internal architecture with a random porous configuration in the range of 40 to 200 microns is created to encourage in-growth of tissue and insure stable long term occlusion" Adiana PMA at 98-99. *See also* Adiana FDA Panel |

| | |
|---|---|
| | Presentation, Slide 28, 29, 42.<br><br>"Patients must use alternative contraception for at least three months post treatment and until bilateral tubal occlusion is confirmed by HSG" IFU-5.<br><br>"WARNINGS. IMPORTANT. In the Adiana pivotal clinical trial there were some patients who became pregnant as a result of not complying with instructions that they should not rely on Adiana Permanent Contraception for pregnancy prevention and that they should either use an alternate sterilization procedure or other reliable form of contraception." IFU-5.<br><br>"Step 2: Deployment of a matrix within the area of the superficial lesion. The tissue in-growth response will lead to the occlusion of the fallopian tube along the length of the matrix. Step 3: Patient must use a reliable form of contraception until bilateral tubal occlusion is confirmed by the Adiana HSG three months after placement of the Adiana matrices. Step 4: Bilateral tubal occlusion must be confirmed by the Adiana HSG before the patient can be advised that she can rely on Adiana Permanent Contraception for pregnancy prevention." IFU-3.<br><br>"The matrix functions as a benign and permanent scaffold during wound healing. Within the region surrounding the solid core of the matrix, a porous architecture encourages a tissue in-growth response eventually leading to total occlusion of the tube." IFU-3. |
| **Claim 37** | |
| 37. A method as claimed in claim 36, wherein the affixing step comprises promoting tissue ingrowth of the tubal wall surrounding the resilient structure. | The Adiana matrix (the resilient structure) is permanently affixed within the fallopian tube by tissue ingrowth from the walls of the fallopian tube that occludes the tube and inhibits conception. The tissue ingrowth is promoted by application of RF energy to the tube, and by the architecture of the matrix.<br><br>"Within the Matrix, in the region surrounding the solid core, an internal architecture with a random porous configuration in the range of 40 to 200 microns is created to encourage in-growth of tissue and insure stable long term occlusion." Adiana PMA at 98-99.<br><br>Adiana delivers "bipolar radiofrequency energy to create a superficial lesion within the fallopian tube," and that "the creation of this lesion will initiate an acute wound healing response." IFU-3. "The acute response will give way to a chronic process which stimulates granulation tissue. … The granulation tissue settles into a steady-state and a durable fibrous tissue is formed. The neo-vascularization diminishes; there is less cellularity, consisting mainly of fibrocytes, and the extra-cellular matrix now contains more collagen. Integration of this fibrous tissue into the matrix is the expected end result which in |

| | |
|---|---|
| | turn results in tubal occlusion." IFU-4. *See also* Adiana FDA Panel Presentation, Slide 28.<br><br>"The Adiana method of permanent sterilization consists of four steps …" IFU – 3.<br><br>"Due to the architecture of the implant and the edema created by the burn, the matrix sticks to the lesion and ultimately becomes biologically integrated into the fallopian tube. This barrier establishes absolute and permanent contraception." Adiana: Options for Women, p. 11-12 of 40. |
| **Claim 38** | |
| 38. A method as claimed in claim 37, wherein the tissue ingrowth occludes the fallopian tube to inhibit conception. | The tissue ingrowth into the Adiana matrix (the resilient structure) occludes the tube and inhibits conception.<br><br>"Within the Matrix, in the region surrounding the solid core, an internal architecture with a random porous configuration in the range of 40 to 200 microns is created to encourage in-growth of tissue and insure stable long term occlusion." Adiana PMA at 98-99.<br><br>Adiana delivers "bipolar radiofrequency energy to create a superficial lesion within the fallopian tube," and that "the creation of this lesion will initiate an acute wound healing response." IFU-3. "The acute response will give way to a chronic process which stimulates granulation tissue. … The granulation tissue settles into a steady-state and a durable fibrous tissue is formed. The neo-vascularization diminishes; there is less cellularity, consisting mainly of fibrocytes, and the extra-cellular matrix now contains more collagen. Integration of this fibrous tissue into the matrix is the expected end result which in turn results in tubal occlusion." IFU-4. *See also* Adiana FDA Panel Presentation, Slide 28.<br><br>"The Adiana method of permanent sterilization consists of four steps …" IFU – 3.<br><br>"Due to the architecture of the implant and the edema created by the burn, the matrix sticks to the lesion and ultimately becomes biologically integrated into the fallopian tube. This barrier establishes absolute and permanent contraception." Adiana: Options for Women, p. 11-12 of 40. |