# EXHIBIT 2

# Appendix E

## PATENT LOCAL RULE 3-1 INFRINGEMENT CONTENTIONS
## U.S. PATENT NO. 7,506,650

| Claim Language | Infringement Contention |
|---|---|
| **Claim 5** | |
| 5. A contraceptive method comprising: | The Adiana System provides a contraceptive method.<br><br>"The Adiana method of permanent sterilization consists of four steps …" Adiana IFU at 3. |
| inserting a contraceptive device transcervically into an ostium of a fallopian tube by gripping a handle with a hand and moving the hand, the handle coupled to the contraceptive device by an elongate body; | The Adiana matrix is a contraceptive device. It is inserted transcervically into an ostium of a fallopian tube by gripping a handle with a hand and moving the hand. The handle of the Adiana system is coupled to the matrix by an elongate body (push rod) because the handle of the Adiana system is mechanically connected to the Adiana matrix through the catheter shaft, including at least the push rod assembly (the elongate body), so that the treating physician can insert the Adiana matrix into the patient's fallopian tube by gripping and moving the handle.<br><br>Hologic has stated that Adiana has "A full catheter length push rod assembly" and "The proximal end of the push rod is attached to the chassis of the slide assembly in the proximal handle." Adiana FDA Executive Summary at 7. Adiana PMA at 91. "A Matrix release actuator or button is incorporated into the device's handle. After delivery of the RF energy, the clinician deploys the Matrix within the region of the lesion by pressing the button." Adiana PMA at 90; "Upon depressing the matrix delivery button … the electrode sheath retracts while the push rod assembly remains static leaving the matrix in the tubal lumen." Adiana FDA Executive Summary at 7; "The electrode sheath has been retracted over the push rod into the end of the catheter shaft, exposing the matrix which exits the catheter tip" Adiana FDA Executive Summary at 8.<br><br>*See also* the figure below: |



Adiana FDA Executive Summary at 5, Adiana handle and catheter.

Hologic has also stated that "the physician places the Delivery Catheter into the ostium of the fallopian tube." Adiana PMA at 878.

During the matrix deployment, "the outer sheath retracts while the push rod keeps the matrix in place." Adiana IFU at 3.

*See also* the figures below:

| | |
|---|---|
| | <br>(Adiana PMA at 1016, Illustration of Adiana matrix placement in fallopian tubes.) |
| withdrawing a sheath surrounding the elongate body and at least a portion of the contraceptive device by moving the sheath proximally relative to the elongate body to expose the contraceptive device, such movement effected by moving an actuator on the handle with the hand while the hand grips the handle; | The Adiana method involves withdrawing a sheath surrounding the elongate body (push rod) and at least a portion of the contraceptive device (matrix) by moving the sheath proximally relative to the elongate body to expose the contraceptive device, such movement effected by moving an actuator (matrix release button) on the handle with the hand (depressing the matrix delivery button) while the hand grips the handle.<br><br>Hologic has stated that: "A Matrix release actuator or button is incorporated into the device's handle. After delivery of the RF energy, the clinician deploys the Matrix within the region of the lesion by pressing the button." Adiana PMA at 90; "Upon depressing the matrix delivery button … the electrode sheath retracts while the push rod assembly remains static leaving the matrix in the tubal lumen." Adiana FDA Executive Summary at 7; "The electrode sheath has been retracted over the push rod into the end of the catheter shaft, exposing the matrix which exits the catheter tip" Adiana FDA Executive Summary at 8. |



Adiana FDA Executive Summary at 5, Adiana handle and catheter.

P070022 – PMA for Adiana Transcervical Sterilization System
FDA Executive Summary

The electrode sheath has been retracted over the push rod into the end of the catheter shaft, exposing the matrix which exits the catheter tip.

| | |
|---|---|
| and detaching the contraceptive device from the elongate body within the ostium to inhibit conception. | The Adiana method involves detaching the matrix from the elongate body (push rod) within the ostium to inhibit contraception.<br><br>Hologic has stated "upon depressing the matrix delivery button on the delivery catheter handle, the electrode sheath retracts while the push rod assembly remains static leaving the matrix in the tubal lumen." Adiana FDA Executive Summary at 7.<br><br>*See also* the figure below:<br><br><br><br>(Adiana PMA at 1016, Illustration of Adiana matrix placement in fallopian tubes.) |
| **Claim 9** | |
| 9. A contraceptive delivery system comprising: | The Adiana System is a contraceptive delivery system. For example, Hologic has described its system as "indicated for women who desire permanent birth control (female sterilization) by occlusion of the fallopian tubes." Adiana PMA at 7. |
| a contraceptive device insertable into an ostium of a fallopian tube; | The Adiana system is comprised of a contraceptive device (matrix) insertable into an ostium of a fallopian tube.<br><br>Hologic has stated that "upon depressing the matrix delivery button … the electrode sheath retracts while the push rod assembly remains static leaving the matrix in the tubal lumen." Adiana FDA Executive Summary at 7; "The electrode sheath has been retracted over the push rod into the end of the catheter shaft, exposing the matrix which exits the catheter tip" Adiana FDA Executive Summary at 8.<br><br>*See also*: |

| | |
|---|---|
| | Adiana PMA at 1016, Illustration of Adiana matrix placement in fallopian tubes. |
| a deployment shaft having a proximal end and a distal end releasably coupled to the contraceptive device; | The Adiana System is comprised of a deployment shaft (catheter shaft) having a proximal end and a distal end.  The distal end of the deployment shaft (catheter shaft) is releasably coupled to the matrix, because the components at its distal end are mechanically configured to attach to and detach from the Adiana matrix, so that the treating physician can insert the Adiana matrix into the patient's fallopian tube and release it there.<br><br>Hologic has stated that "a full catheter length push rod assembly … [is] located within the electrode sheath … The distal end of the push rod is … against the proximal end of the matrix …. Upon depressing the matrix delivery button on the delivery catheter handle, the electrode sheath retracts while the push rod assembly remains static leaving the matrix in the tubal lumen." Adiana FDA Executive Summary at 7; "The electrode sheath has been retracted over the push rod into the end of the catheter shaft, exposing the matrix which exits the catheter tip" Adiana FDA Executive Summary at 8.<br><br>*See also* the figure below: |

| | |
|---|---|
| |   The electrode sheath has been retracted over the push rod into the end of the catheter shaft, exposing the matrix which exits the catheter tip. |
| a proximal handle connected with the proximal end of the deployment shaft, the handle having a size and shape suitable for gripping with a single hand; an at least one actuator mounted on the handle, wherein movement of the at least one actuator by the hand while the hand grips the handle releases the contraceptive device from the distal end of the deployment shaft; | The Adiana System has a proximal handle connected with the proximal end of the deployment shaft (catheter), the handle having a size and shape suitable for gripping with a single hand; an at least one actuator (matrix release button) mounted on the handle, wherein movement of the at least one actuator by the hand while the hand grips the handle releases the contraceptive device (matrix) from the distal end of the deployment shaft (catheter).<br><br>Hologic has stated that: "A Matrix release actuator or button is incorporated into the device's handle. After delivery of the RF energy, the clinician deploys the Matrix within the region of the lesion by pressing the button." Adiana PMA at 90; "Upon depressing the matrix delivery button … the electrode sheath retracts while the push rod assembly remains static leaving the matrix in the tubal lumen." Adiana FDA Executive Summary at 7; "The electrode sheath has been retracted over the push rod into the end of the catheter shaft, exposing the matrix which exits the catheter tip" Adiana FDA Executive Summary at 8. |



Adiana FDA Executive Summary at 5,
Adiana handle and catheter.

Hologic has also stated that "the electrode sheath assembly … is mechanically connected to the handle retraction mechanism." Adiana FDA Executive Summary at 6.

*See also* the figures below:



Appendix E, p. 8

| | |
|---|---|
| | Adiana FDA Executive Summary at 7. |
| and conductors extending along the deployment shaft to provide energy to at least a portion of the fallopian tube. | Conductors (electrode array) extend along the deployment shaft (catheter) to provide energy to at least a portion of the fallopian tube.<br><br>Hologic has stated that in the Adiana System, the "electrode array emits electrical energy that creates a thermal lesion adjacent to where the matrix is to be placed." Adiana FDA Executive Summary at 8.<br><br>The Adiana IFU[1] states that Adiana delivers "bipolar radiofrequency energy to create a superficial lesion within the fallopian tube." Adiana IFU at 3.<br><br>Hologic has also stated that: "After delivery of the RF energy, the clinician deploys the Matrix within the region of the lesion by pressing the button." Adiana PMA at 90.<br><br>*See also* below: |

---

[1] Adiana Instructions For Use

| | |
|---|---|
| | *P070022 – PMA for Adiana Transcervical Sterilization System*<br>*FDA Executive Summary*<br><br>[Diagram labeled: CATHETER SHAFT, PUSHROD, MATRIX, ELECTRODE SHEATH]<br><br>The electrode sheath has been retracted over the push rod into the end of the catheter shaft, exposing the matrix which exits the catheter tip. |
| **Claim 14** | |
| 14. The contraceptive delivery system of claim 9, | *See* above |
| wherein the conductors provide radiofrequency energy. | The conductors (electrode array) provide RF energy.<br><br>Hologic has stated that in the Adiana System, the "electrode array emits electrical energy that creates a thermal lesion adjacent to where the matrix is to be placed." Adiana FDA Executive Summary at 8.<br><br>The Adiana IFU states that Adiana delivers "bipolar radiofrequency energy to create a superficial lesion within the fallopian tube." Adiana IFU at 3.<br><br>Hologic has stated that: "After delivery of the RF energy, the clinician deploys the Matrix within the region of the lesion by pressing the button." Adiana PMA at 90.<br><br>*See also* below:<br><br>*P070022 – PMA for Adiana Transcervical Sterilization System*<br>*FDA Executive Summary*<br><br>[Diagram labeled: CATHETER SHAFT, PUSHROD, MATRIX, ELECTRODE SHEATH]<br><br>The electrode sheath has been retracted over the push rod into the end of the catheter shaft, exposing the matrix which exits the catheter tip. |

Appendix E, p. 10

SF1 1571281v.1