M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
MARC R. ASCOLESE (SBN 251397)
mascolese@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone:    415-772-1200
Facsimile:    415-772-7400

BRYAN A. ANDERSON (SBN 170666)
bkanderson@sidley.com
SIDLEY AUSTIN LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Telephone:    650-565-7000
Facsimile:    650-565-7100

KATHLEEN D. PATTERSON (SBN 124768)
kpatterson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759

Attorneys for Plaintiff
Conceptus, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCEPTUS, INC.,<br><br>             Plaintiff,<br><br>    v.<br><br>HOLOGIC, INC.,<br><br>             Defendant. | Case No. 09-cv-02280-WHA<br><br>**JOINT NOTICE OF NON-OPPOSITION TO PENDING MOTIONS FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS AND FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**<br><br>Date: June 24, 2010<br>Time: 8:00 AM<br>Judge: Hon. William H. Alsup |

Joint Notice of Non-Opposition To Pending Motions
For Leave to Amend Infringement Contentions and
For Leave to Amend Invalidity Contentions          1          Case No. 09-cv-02280-WHA

1   WHEREAS Plaintiff and Counterclaim Defendant Conceptus, Inc. ("Conceptus") has moved the Court for leave to amend infringement contentions pursuant to Patent Local Rule 3-6, set for hearing on June 24, 2010;

WHEREAS Defendant and Counterclaimant Hologic, Inc. ("Hologic") has determined not to oppose said motion while reserving the right to challenge the sufficiency of Conceptus' infringement disclosures;

WHEREAS Hologic has moved the Court for leave to amend invalidity contentions pursuant to Patent Local Rule 3-6, set for hearing on June 24, 2010;

WHEREAS Conceptus has determined not to oppose said motion while reserving the right to challenge the sufficiency of Hologic's invalidity disclosures;

The parties therefore submit this joint notice of non-opposition.

Dated: June 3, 2010              SIDLEY AUSTIN LLP

       /s/  M. Patricia Thayer
M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
MARC R. ASCOLESE (SBN 251397)
mascolese@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104-1715
Telephone:     415-772-1200
Facsimile:      415-772-7400

BRYAN A. ANDERSON (SBN 170666)
bkanderson@sidley.com
SIDLEY AUSTIN LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Telephone:     (650) 565-7000
Facsimile:      (650) 565-7100

KATHLEEN D. PATTERSON (SBN 124768)
kpatterson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

***Counsel for Plaintiff Conceptus, Inc.***

Joint Notice of Non-Opposition To Pending Motions
For Leave to Amend Infringement Contentions and
For Leave to Amend Invalidity Contentions     2     Case No. 09-cv-02280-WHA

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 3, 2010 | HOWREY LLP |

                                                        /s/  Jennifer A. Sklenar
Jennifer A. Sklenar (SBN 200434)
Wallace W. Wu (SBN 220110)
Nicholas H. Lee (SBN 259588)
Alex Doherty (SBN 261552)
**HOWREY LLP**
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: sklenarj@howrey.com
Email: wuw@howrey.com
Email: leen@howrey.com
Email: dohertya@howrey.com

Matthew M. Wolf (admitted *pro hac vice*)
**HOWREY LLP**
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Anna W. Lam (SBN 258089)
**HOWREY LLP**
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600
Email: lama@howrey.com

***Counsel for Defendant Hologic, Inc.***

---

Joint Notice of Non-Opposition To Pending Motions
For Leave to Amend Infringement Contentions and
For Leave to Amend Invalidity Contentions       3       Case No. 09-cv-02280-WHA