United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPTUS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>HOLOGIC, INC.,<br><br>    Defendant.<br>                                           / | No. C 09-02280 WHA<br><br>**ORDER GRANTING MOTIONS FOR LEAVE TO AMEND INFRINGEMENT AND INVALIDITY CONTENTIONS AND VACATING HEARINGS** |

On April 29, 2010, defendant Hologic, Inc. moved for leave to amend its invalidity contentions under Patent Local Rule 3-6 (Dkt. No. 207) in light of the claim construction order that issued on March 24, 2010 (Dkt. No. 189). The basis for Hologic's motion is that the constructions ordered by the Court differed from those it had proposed and relied upon when formulating its initial invalidity contentions. On May 20, plaintiff Conceptus, Inc. moved for leave to amend its infringement contentions under Patent Local Rule 3-6 for exactly the same reasons (Dkt. No. 211).

On June 3, the parties filed a joint notice of non-opposition to these pending motions (Dkt. No. 215). The notice was signed by counsel for both sides, and stated that Conceptus would not oppose Hologic's motion for leave to amend its invalidity contentions and Hologic would not oppose Conceptus's motion for leave to amend its infringement contentions. Both sides reserved the right to challenge the *sufficiency* of the opposing party's amended disclosures.

Amendment of infringement or invalidity contentions may be made "only by order of the Court upon a timely showing of good cause." Patent L. R. 3-6. "[E]xamples of circumstances that may, absent undue prejudice to the non-moving party, support a finding of good cause include . . . a claim construction by the Court different from that proposed by the party seeking amendment[.]" *Ibid.* Since the March 24 claim construction order included constructions that differed from those proposed by *both* sides, this order finds that Conceptus and Hologic have each demonstrated good cause under Patent Local Rule 3-6 for their respective motions. Additionally, since a joint notice of non-opposition was filed by the parties, neither side can claim undue prejudice from the proposed amendments.

As such, Hologic's motion for leave to amend its invalidity contentions is **GRANTED**. Conceptus's motion for leave to amend its infringement contentions is also **GRANTED**. The hearings scheduled for both motions are **VACATED**.

**IT IS SO ORDERED.**

Dated: June 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE