Matthew M. Wolf (admitted *pro hac vice*)
Sara P. Zogg (admitted *pro hac vice*)
**HOWREY LLP**
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
Email: wolfm@howrey.com
Email: zoggsara@howrey.com

Jennifer A. Sklenar (SBN 200434)
Nicholas H. Lee (SBN 259588)
**HOWREY LLP**
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
Email: sklenarj@howrey.com
Email: leen@howrey.com

Anna W. Lam (SBN 258089)
**HOWREY LLP**
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600
Email: lama@howrey.com

Attorneys for Defendant
HOLOGIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCEPTUS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HOLOGIC, INC., <br><br> Defendant. | Case No. C 09-02280 WHA <br><br> **STIPULATION REGARDING RESCHEDULING ~~MEDIATION~~ SETTLEMENT CONFERENCE** <br><br> Complaint Filed: 5/22/2009 <br> Trial Date: 2/28/2011 <br> Courtroom: 9, 19th Floor <br> Judge: Hon. William Alsup |

Stipulation Regarding Rescheduling Mediation Conference
Case No. C 09-02280 WHA
- 1 -

Plaintiff Conceptus, Inc. ("Conceptus") and Defendant Hologic, Inc. ("Hologic") hereby stipulate that the settlement conference, originally scheduled for November 15, 2010 (Dkt. # 237) before Magistrate Judge Joseph C. Spero, shall be rescheduled to November 30, 2010 at 11:00 am. Updated confidential settlement conference statements shall be lodged with the Court by November 23, 2010.

Dated: September 9, 2010	SIDLEY AUSTIN LLP

By: /s/ M. Patricia Thayer
M. Patricia Thayer
Attorneys for Plaintiff,
CONCEPTUS, INC.

Dated: September 9, 2010	HOWREY LLP

By: /s/ Matthew M. Wolf
Matthew M. Wolf
Attorneys for Defendant,
HOLOGIC, INC.

IT IS SO ORDERED.

Dated: September 10, 2010

By: _____
Hon. Joseph C. Spero
United States Magistrate Judge

Stipulation Regarding Rescheduling Mediation Conference
Case No. C 09-02280 WHA
- 2 -

1 **ATTESTATION UNDER GENERAL ORDER NO. 45 § X.B**

2 Pursuant to General Order No. 45, § X.B, I hereby attest that concurrence in the filing of this

3 document has been obtained from each of the other signatories shown above.

4

5     Nicholas Lee                                                    /s/ Nicholas Lee
    (Type or print name)                                              (Signature)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Regarding Rescheduling Mediation     - 1 -
Conference
Case No.  C 09-02280 WHA