AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

CONCEPTUS, INC., )
    *Plaintiff* )
    v. ) Case No. C09-CV-02280 WHA
HOLOGIC, INC., )
    *Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hologic, Inc.

Date: October 26, 2010      /s/ Nicholas H. Lee
    *Attorney's signature*

Nicholas H. Lee SBN #259588
*Printed name and bar number*

HOWREY LLP, 550 S. Hope St., #1100, L.A., CA 90071
*Address*

leen@howrey.com
*E-mail address*

(213) 892-1800
*Telephone number*

(213) 892-2300
*FAX number*

