IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONCEPTUS, INC.,

    Plaintiff,

  v.

HOLOGIC, INC.,

    Defendant.

No. C 09-02280 WHA

**ORDER RE DEFENDANT'S MOTION TO FILE UNDER SEAL**

Conceptus, Inc. has not timely filed a declaration supporting Hologic, Inc.'s motion to file under seal exhibits B, E, K, AA, and JJ to the declaration of Katie J.L. Scott and the specified three- and four-line portions of page 3 of Hologic's motion for summary judgment. Accordingly, there is insufficient support to file these items under seal pursuant to Civil Local Rule 79-5(d).

Hologic's motion to file under seal exhibits P and CCC to the declaration of Katie J.L. Scott is not "narrowly tailored to seek sealing only of sealable material" as required by Civil Local Rule 79-5(a). For example, the identity and qualifications of an expert witness generally do not constitute properly sealable information.

The parties may cure these defects by **NOON ON NOVEMBER 22, 2010.** Otherwise, these materials will be filed in the public record. The parties are reminded that Civil Local Rule

79-5 requires that all motions to file documents under seal must be supported by declarations establishing that the documents are sealable.

**IT IS SO ORDERED.**

Dated: November 17, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE