IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPTUS, INC., | No. C 09-02280 WHA |
| Plaintiff, | |
| v. | **ORDER CONSOLIDATING HEARINGS AND REVISING BRIEFING SCHEDULE** |
| HOLOGIC, INC., | |
| Defendant. / | |

Several pending motions are related and therefore will be addressed concurrently. The hearing on Conceptus, Inc.'s motion to strike currently scheduled for December 2, 2010 will instead take place at **8:00 A.M. ON DECEMBER 9, 2010.** The hearing on Hologic, Inc.'s motion to strike currently scheduled for December 16, 2010 will instead take place at **8:00 A.M. ON DECEMBER 9, 2010**. The hearings on the parties' cross-motions for summary judgment currently scheduled for December 9, 2010 remain as scheduled.

The briefing schedules for Conceptus's motion to strike and for the summary judgment motions remain unchanged. Any opposition to Hologic's motion to strike must be filed by **NOON ON NOVEMBER 24, 2010**. Any reply to such opposition must be filed by **NOON ON NOVEMBER 29, 2010**.

**IT IS SO ORDERED.**

Dated: November 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE