IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONCEPTS, INC.,

    Plaintiff,

  v.

HOLOGIC, INC.,

    Defendant.

No. C 09-02280 WHA

**ORDER RE DEFENDANT'S MOTION TO FILE UNDER SEAL EXHIBITS A AND B TO THE SKLENAR DECLARATION**

Conceptus, Inc. has not timely filed a declaration supporting Hologic, Inc.'s motion to file under seal exhibits A and B to the declaration of Jennifer A. Sklenar in support of defendant's opposition to plaintiff's motion to strike. Accordingly, there is insufficient support to file these items under seal pursuant to Civil Local Rule 79-5(d).

Conceptus is urged once again to consult and comply with the requirements of Civil Local Rule 79-5. Conceptus may file a declaration supporting this motion by **NOON TOMORROW, NOVEMBER 24, 2010**. Additional extensions will **not** be granted regarding future motions to file under seal.

**IT IS SO ORDERED.**

Dated: November 23, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE