M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
MARC R. ASCOLESE (SBN 251397)
mascolese@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

BRYAN K. ANDERSON (SBN 170666)
bkanderson@sidley.com
SIDLEY AUSTIN LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Telephone: (650)565-7000
Facsimile: (650)565-7100

TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiff
CONCEPTUS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCEPTUS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOLOGIC, INC., <br><br> Defendant. | Case No. C09-CV-02280 WHA <br><br> [PROPOSED] **ORDER GRANTING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONCEPTUS, INC.'S MOTION FOR SUMMARY ADJUDICATION OF PATENT INFRINGEMENT AND DAMAGES** <br><br> Date: n/a <br> Time: n/a <br> Courtroom: 9, 19th Floor <br> Judge: Hon. William H. Alsup |

1  The court, having considered Conceptus, Inc.'s (hereinafter the "Conceptus") Civil Local Rule 79-5(a), (b) and (c) Administrative Motion to File Under Seal: (1) portions of Conceptus' Opposition to Hologic's Motion for Summary Judgment ("Opposition Motion for Summary Judgment"); (2) Exhibits 3, 5, 6, 7, 10, 11, 12, 13, 14, 15, 16, 21, 23, 26, 27, 30, 31, 32, 35, 39, 43, 44, 45, 49, 52, 56, 59, 70, and 71 to the Declaration of Tashica T. Williams in Support of Conceptus' Opposition to Hologic's Motion for Summary Judgment ("Williams Declaration"); (3) the Declaration of Mark H. Glasser, M.D.; and (4) the Declaration of Neil Sheehan finds that good cause exists pursuant to Civil Local Rule 79-5(a), (b) and (c) for the Motion and hereby orders that the Motion is GRANTED as it relates to Conceptus's confidential information.*

The clerk shall maintain under seal (1) the confidential version of Conceptus' Opposition Motion for Summary Judgment; and (2) Exhibits 5, 6, 23, 26, 27, 30, 31, 32, 49, 56, and 71 to the Williams declaration.

  * This motion as it relates to Hologic's confidential information is addressed in a commpanion order.

IT IS SO ORDERED.

Dated: November 29, 2010.

By: _____
WILLIAM H. ALSUP
United States District Court Judge

2
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. C09-CV-02280 WHA