Matthew M. Wolf (*pro hac vice*)
Sara P. Zogg (*pro hac vice*)
**HOWREY LLP**
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610
Email: wolfm@howrey.com
Email: zoggsara@howrey.com

Jennifer A. Sklenar (SBN 200434)
Nicholas H. Lee (SBN 259588)
**HOWREY LLP**
550 South Hope Street, Suite 1100
Los Angeles, CA  90071
Telephone:  (213) 892-1800
Facsimile:  (213) 892-2300
Email:  sklenarj@howrey.com
Email:  leen@howrey.com

Katie J.L. Scott (SBN 233171)
Anna W. Lam (SBN 258089)
**HOWREY LLP**
1950 University Avenue, 4th Floor
East Palo Alto, CA  94303
Telephone:  (650) 798-3500
Facsimile:  (650) 798-3600
Email: scottk@howrey.com
Email: lama@howrey.com

Attorneys for Defendant
HOLOGIC, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCEPTUS, INC., | Case No. 3:09-cv-02280 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR BRINGING EQUIPMENT INTO COURTROOM FOR THE DECEMBER 9, 2010 HEARING** |
| vs. | |
| HOLOGIC, INC., | Hearing Date:  December 9, 2010 |
| Defendant. | Hearing Time:  8:00 a.m. |
| | Courtroom:  9, 19th Floor |
| | Judge:  Hon. William Alsup |

1    Conceptus, Inc. and Hologic, Inc. (collectively, "the parties") hereby jointly request permission

2    to bring certain equipment to the hearing scheduled for December 9, 2010.

3    The equipment will consist of four laptop computers, one Elmo projector, one LCD projector, a

4    projector screen, assorted cables, connectors and supplies, and several boxes of pleadings and binders.

5    The parties respectfully request access to Courtroom 9 at 7:30 o'clock a.m. on December 9,

6    2010.

7    **IT IS SO STIPULATED**.

8    Dated:  December 2, 2010                              **HOWREY LLP**

9

10

11                                                         By:   */s/ Katie J.L. Scott*_____
                                                               Katie J.L. Scott (SBN 233171)

12                                                         Attorneys for Defendant HOLOGIC, INC.

13   Dated:  December 2, 2010                              **SIDLEY AUSTIN LLP**

14

15

16                                                         By:   */s/ Marc R. Ascolese*_____
                                                               Marc R. Ascolese (SBN 251397)

17                                                         Attorneys for Plaintiff CONCEPTUS, INC.

18

19   **IT IS SO ORDERED**

20

21   Dated:  December 3, 2010.                             _____

22                                                         WILLIAM ALSUP

23                                                         UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Stipulation and [Proposed] Order For Bringing          - 2 -                          Case No.  3:09-cv-02280 WHA
Equipment into Courtroom for the 12/9 Hearing
DM_US:23547271_1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

/s/ Marc R. Ascolese

Attestation                                                                                   Case No.  3:09-cv-02280 WHA