IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONCEPTS, INC.,

    Plaintiff,

  v.

HOLOGIC, INC.,

    Defendant.
                         /

No. C 09-02280 WHA

**NOTICE RE TRIAL DATE**

      Due to a large and lengthy criminal trial that will start on March 7, 2011, it will be impractical to complete this patent trial in one week.  Therefore, the trial date will be moved up to Friday, February 11, 2011, at which time jury selection and openings will occur, to continue February 14 through 17 with February 18 through 25 being dark and the trial will be completed the week of February 28, including deliberations and verdict.  The Court still has in mind Mr. Wolfe's suggestion that pending Supreme Court cases might affect the jury instructions and warrant postponement.  This will be further considered at the final pretrial conference set for February 7 at 2:00 p.m. (unchanged).  The new schedule assumes that criminal trials beginning in January will be completed by February 11.

Dated: December 15, 2010.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE