1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16                     UNITED STATES DISTRICT COURT
17                    NORTHERN DISTRICT OF CALIFORNIA
18                          SAN FRANCISCO DIVISION
19

| CONCEPTUS, INC., | Case No. 09-cv-02280-WHA |
|---|---|
| Plaintiff, | **STIPULATED REQUEST FOR ORDER ALLOWING EXPERT REPORT AND LIMITED SUPPLEMENTAL PRODUCTION OF FINANCIAL INFORMATION AND [PROPOSED] ORDER** |
| v. | |
| HOLOGIC, INC., | |
| Defendant. | Date:  N/A<br>Time:  N/A<br>Courtroom: 9, 19th floor<br>Judge:  Hon. William H. Alsup |

1  Pursuant to the December 22, 2010 Notice Continuing Trial Date (Dkt. No. 359), Plaintiff
2  Conceptus, Inc. ("Conceptus") and Defendant Hologic, Inc. ("Hologic") hereby stipulate that:
3  Conceptus' retained expert Dr. Mark Glasser may submit a reply report responding to the
4  September 23, 2010 Reply Expert Report of Dr. Ted Anderson, M.D., Regarding U.S. Patent No.
5  6,634,361 on the limited issue of whether use of Conceptus' Essure product practices claims 37 and
6  38.  Conceptus will withdraw its objection to the timeliness of Dr. Anderson's opinion on such issue.
7  The parties shall meet and confer concerning whether additional limited depositions of Drs.
8  Anderson and Glasser are appropriate on such issue.
9  The parties shall meet and confer to establish a date before trial by which they will
10 supplement document production sufficient to show unit sales and revenues of Adiana and Essure.
11 IT IS HEREBY STIPULATED AND AGREED,

Dated: January 10, 2011                                         SIDLEY AUSTIN LLP

                                                                By:  */s/ M. Patricia Thayer*
                                                                       M. Patricia Thayer
                                                                Attorneys for Plaintiff Conceptus, Inc.

Dated: January 10, 2011                                         HOWREY LLP


                                                                By:  */s/ Matthew M. Wolf*
                                                                       Matthew M. Wolf
                                                                Attorneys for Defendant Hologic, Inc.


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  January 10, 2010                                        By: [signature]
                                                                       Hon. William H. Alsup
                                                                       United States District Judge

-1-
STIPULATED REQUEST FOR ORDER ALLOWING EXPERT REPORT AND LIMITED SUPPLEMENTAL PRODUCTION OF FINANCIAL INFORMATION AND [PROPOSED] ORDER
CASE NO. 09-cv-02280-WHA