IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPTS, INC., | No. C 09-02280 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING TRIAL** |
| HOLOGIC, INC., | |
| Defendant. | |

This action is hereby set for a jury trial beginning at **7:30 A.M. ON OCTOBER 3, 2011**. The final pretrial conference will be at **1:30 P.M. ON SEPTEMBER 26, 2011**. For the final pretrial conference, both sides may file up to five motions in limine, preferably short ones and not disguised summary judgment motions. There will not be time to ask for re-writes on expert reports if large swaths of such reports are excluded. Please plan accordingly. See the judge's guidelines for civil jury trials on the court's website.

This schedule is subject to the unusually heavy criminal calendar and may have to be postponed but the judge will work hard to try to squeeze the civil trial in.

The case management conference set for June 30, 2011, is **VACATED**, this order having accomplished the intended result.

**IT IS SO ORDERED.**

Dated: June 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE