IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONCEPTUS, INC.,

    Plaintiff,

  v.

HOLOGIC, INC.,

    Defendant.

No. C 09-02280 WHA

**ORDER DENYING MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT MOTION**

Hologic, Inc. requests leave to file a second motion for summary judgment (Dkt. No. 374). Conceptus, Inc. opposes (Dkt. No. 376). Having considered both sides' submissions, the request is **DENIED**. Hologic argues that the *Global-Tech* Supreme Court decision "clarified" the knowledge standard for indirect infringement, and that "[u]nder this clarified standard, Hologic cannot be found to indirectly infringe the two surgical method claims in suit" (Dkt. No. 374 at 1). *See Global-Tech Appliances, Inc. v. SEB S.A.*, 131 S. Ct. 2060 (2011). This argument is untimely and unconvincing. *Global-Tech* was decided in May 2011, but Hologic did not file its request until August — after a new trial date was set for October 3. Moreover, Hologic's request raises issues that already were litigated during the first round of summary judgment motions. Hologic's new interpretations of the relevant law and facts do not appear likely to advance the action in any material way before trial. Hologic has not shown good cause for revisiting the summary judgment rulings at this late stage. This order, however, does not comment on the extent to which *Global-Tech* may shape the jury instructions at trial.

    **IT IS SO ORDERED.**

Dated: August 9, 2011.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE