IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONCEPTUS, INC.,

    Plaintiff,

  v.

HOLOGIC, INC.,

    Defendant.

No. C 09-02280 WHA

**ORDER REGARDING PRETRIAL FILINGS**

The filings described in paragraph two of the Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable William Alsup shall be due on **SEPTEMBER 12, 2011**. Please note that this date is fourteen days rather than seven days before the final pretrial conference. The briefing schedule for motions *in limine* set forth in paragraph 2(f) of the Guidelines is also advanced by seven days.

**IT IS SO ORDERED.**

Dated: August 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE