IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPTUS, INC., | No. C 09-02280 WHA |
| Plaintiff, | |
| v. | **ORDER ADVANCING FINAL PRETRIAL CONFERENCE** |
| HOLOGIC, INC., | |
| Defendant. | |

The final pretrial conference scheduled for 1:30 p.m. on September 26, 2011, is **ADVANCED** to **9:00 A.M. ON SEPTEMBER 16, 2011**. This adjustment is necessary to accommodate a criminal trial.

**IT IS SO ORDERED.**

Dated: September 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE