**ORIGINAL**

RECEIVED
2011 SEP -9 A 9: 26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONCEPTUS, INC.,

Plaintiff,

v.

HOLOGIC, INC.,

Defendant.

CASE NO. 09-cv-02280 WHA

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

JOHN E. NILSSON, whose business address and telephone number is
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004      Telephone: (202) 942-5000

and who is an active member in good standing of the bar of Massachusetts and District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Hologic, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 12, 2011.

_____
Hon. William Alsup
United States District Judge