**SIDLEY AUSTIN LLP**
M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415-772-1200
Facsimile: 415-772-7400

BRYAN K. ANDERSON (SBN 170666)
bkanderson@sidley.com
AARON R. BLEHARSKI (SBN 240703)
ableharski@sidley.com
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: 650-565-7000
Facsimile: 650-565-7100

NITIN REDDY (SBN 229451)
nreddy@sidley.com
TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Plaintiff
Conceptus, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CONCEPTUS, INC.,

Plaintiff,

v.

HOLOGIC, INC.,

Defendant.

Case No. 09-cv-02280-WHA

**DECLARATION OF M. PATRICIA THAYER IN SUPPORT OF CONCEPTUS' OPPOSITIONS TO HOLOGIC'S MOTIONS IN LIMINE #1-5**

Trial Date: September 16, 2011
Time: 9:00 am
Courtroom: 9, 19th Floor
Judge: Hon. William H. Alsup

I, M. Patricia Thayer, declare as follows:

1. I am a member of the law firm of Sidley Austin LLP, counsel for plaintiff Conceptus, Inc. ("Conceptus") in this matter. I have personal knowledge of the matters stated herein and could and would testify competently thereto. I submit this declaration in support of Plaintiff's Oppositions to Hologic's Motions *in Limine*.

2. Attached as Exhibit A are bates ranges HOL-CON 0000001-8 & HOL-CON 0000046 which is an excerpt of a document entitled "Adiana Transcervical Sterilization System – PMA Number P070022 – FDA Advisory Panel Package," dated August 1, 2007.

3. Attached as Exhibit B are bates ranged documents HOL-CON 0073848-89, which is a document entitled "Physician Training Program."

4. Attached as Exhibit C are bates ranged documents HOL-CON 0001612 & HOL-CON 0001659, which is an excerpt of a document entitled "Hologic PMA Application #P070022 – Adiana Transcervical Sterilization System – Module 4 – Clinical Report," Dated September, 2008.

5. Attached as Exhibit D are bates ranged documents CON00034515-522, which is a copy of the article "Rafael F. Valle, M.D., et al. *Tissue Response to the STOP microcoil transcervical permanent contraceptive device: results from a prehysterectomy study*, 76 FERTILITY AND STERILITY 974, 974-80 (2001)."

6. Attached as Exhibit E is a copy of U.S. Patent No. 5,095,917 to Vancaillie.

7. Attached as Exhibit F is a copy of U.S. Patent No. 6,066,139 to Ryan et al.

8. Attached as Exhibit G are bates ranged documents HOL-CON0116137-72, which is a copy of the article "Thomas P. Ryan, *Historical perspectives on procedures to ligate the fallopian tube for sterilization*, In Matching the Energy Source to the Clinical Need, Ryan TP (ed.), SPIE Press, Bellingham, WA, pp. 195-230, 2000."

9. Attached as Exhibit H is an excerpt from the deposition of Dr. Ted Anderson taken on October 17, 2009.

10. Attached as Exhibit I is an excerpt from the deposition of Kathryn Tunstall taken on August 30, 2010.

11. Attached as Exhibit J is an excerpt from the Rule 30(b)(6) deposition of Julian

Nikolchev taken on August 20, 2010.

12. Attached as Exhibit K are bates ranged documents CON00028799 & 00028876-95, which is an excerpt of the file history of U.S. Patent No. 6,634,361.

13. Attached as Exhibit L is a copy of U.S. Reissue 29,345 to Erb.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on September 8, 2011.

*/s/ M. Patricia Thayer*

M. Patricia Thayer