**EXHIBIT A**



**Permanent Contraception**

Adiana Transcervical Sterilization System

PMA Number
**P070022**

FDA Advisory Panel Package
8/1/2007

**Volume 1 of 3**

**HOLOGIC**

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

**Adiana**
**PMA P070022 FDA Advisory Panel Package**
**Volume 1 of 3**

| Date | Subject | Orig | Index |
|------|---------|------|-------|
| 8/1/2007 | P070022 FDA Advisory Panel Package Volume 1 of 3 | 1 Copy | 1 |

Pg. 1 of 1

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

HOL-CON 0000002

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

HOL-CON 0000003

**Adiana Transcervical Sterilization System
PMA P070022 Panel Pack**

## TABLE OF CONTENTS

### VOLUME I

| | | |
|---|---|---|
| **I.** | **INTRODUCTION** | **05** |
| | **A.** Indication for Use | 06 |
| | **B.** General Background Information | 08 |
| | **C.** Brief Device Description | 13 |
| | **D.** Overview of Product Development | 17 |
| |     **1.** Material Safety Testing | 18 |
| |     **2.** Engineering/Bench Testing | 20 |
| |     **3.** Electrical Safety Testing | 23 |
| |     **4.** Development Studies: In Vitro and Animal | 26 |
| | **E.** Alternative Practices and Procedures | 28 |
| | **F.** Key to Terms | 33 |
| | **G.** Declaration of Conformance to Standards | 36 |
| | **H.** Overview of Prior Studies | 39 |
| | **I.** Overview of Pivotal Clinical Trial | 44 |
| | **J.** Financial Disclosure Information | 52 |
| | **K.** Overview of Proposed Labeling | 54 |
| | **L.** Overview of Proposed Training | 56 |
| | **M.** Summary of Proposed Post Approval Study | 59 |
| **II.** | **DRAFT SUMMARY OF SAFETY AND EFFECTIVENESS** | **61** |
| | **A.** General Information | 63 |
| | **B.** Indication for Use | 63 |
| | **C.** Contraindications | 63 |
| | **D.** Warnings and Precautions | 64 |
| | **E.** Device Description | 64 |
| | **F.** Alternative Practices and Procedures | 67 |
| | **G.** Marketing History | 67 |

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

**Adiana Transcervical Sterilization System**
**PMA P070022 Panel Pack**

## TABLE OF CONTENTS

<u>**VOLUME I**</u>

**I.**   **INTRODUCTION** ............................................................. **05**

    **A.** Indication for Use .......................................................... 06

    **B.** General Background Information .......................................... 08

    **C.** Brief Device Description .................................................. 13

    **D.** Overview of Product Development ........................................ 17

        **1.** Material Safety Testing ............................................ 18

        **2.** Engineering/Bench Testing ........................................ 20

        **3.** Electrical Safety Testing .......................................... 23

        **4.** Development Studies: In Vitro and Animal ........................ 26

    **E.** Alternative Practices and Procedures .................................... 28

    **F.** Key to Terms .............................................................. 33

    **G.** Declaration of Conformance to Standards ............................... 36

    **H.** Overview of Prior Studies ................................................ 39

    **I.** Overview of Pivotal Clinical Trial ....................................... 44

    **J.** Financial Disclosure Information ......................................... 52

    **K.** Overview of Proposed Labeling .......................................... 54

    **L.** Overview of Proposed Training .......................................... 56

    **M.** Summary of Proposed Post Approval Study ............................. 59


**II.**   **DRAFT SUMMARY OF SAFETY AND EFFECTIVENESS** ............... **61**

    **A.** General Information ....................................................... 63

    **B.** Indication for Use ......................................................... 63

    **C.** Contraindications ......................................................... 63

    **D.** Warnings and Precautions ................................................ 64

    **E.** Device Description ........................................................ 64

    **F.** Alternative Practices and Procedures .................................... 67

    **G.** Marketing History ........................................................ 67

1

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY                    HOL-CON 0000005

**H.** Observed and Potential Adverse Effects of the Device on Health ............... 67

**I.** ʹ Summary of Preclinical Studies ........................................................... 70

**J.** Clinical Studies ...................................................................................... 73

**K.** Conclusions Drawn from Studies .......................................................... 80

**L.** Risk/Benefit Analysis ............................................................................. 80

**III. DEVICE DESCRIPTION** ................................................................................ 82

**A.** Overview of Adiana Transcervical Sterilization System .................... 83

**B.** Components ............................................................................................ 86

    **1.** Adiana Delivery Catheter and Matrix ............................................ 87

    **2.** Adiana RF Generator ..................................................................... 102

**C.** Principles of Operation ........................................................................ 112

**D.** Clinical Sequence: Adiana Procedure ................................................. 120

**E.** Mechanism ............................................................................................ 125

**IV. PRODUCT DEVELOPMENT** ..................................................................... 127

**A.** Bench ..................................................................................................... 128

**B.** Biocompatibility ................................................................................... 134

**C.** Validations ............................................................................................ 152

    **1.** Delivery Catheter and Matrix ....................................................... 153

    **2.** RF Generator Hardware ................................................................ 156

    **3.** RF Generator Software .................................................................. 162

**D.** Prior Studies ......................................................................................... 164

    **1.** Background and Rationale ............................................................. 165

    **2.** In-Vitro and Animal Studies ......................................................... 172

    **3.** Peri-hysterectomy Studies (hysterectomy immediately after treatment) .............................................................................. 363

2

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

**V.  PIVOTAL CLINICAL TRIAL** .................................................................. **485**

  **A.** Abstract ............................................................................. 486

  **B.** Protocol ............................................................................. 491

  **C.** Study Design and Execution ................................................. 527

  **D.** Results .............................................................................. 554

      **1.** Demographics ............................................................... 555

      **2.** Acute Procedural Results ............................................... 570

      **3.** Tubal Occlusion Evaluations ........................................... 585

      **4.** Final Treatment Success – Reliance .................................. 592

      **5.** Efficacy Results ............................................................ 595

      **6.** Safety Results ............................................................... 634

      **7.** Hysterectomy Population – Histology Results .................... 679

      **8.** Conclusions .................................................................. 742

      **9.** Tables Referred to But Not Included in the Text ................ 747


**VI.  RISK/BENEFIT** ................................................................................. **857**


**VII.  DRAFT LABELING** .......................................................................... **874**

  **A.** IFU Adiana Transcervical Sterilization System ........................ 875

  **B.** Adiana RF Generator – Specification and Installation Menu ....... 907

  **C.** Patient Brochure ................................................................ 945

  **D.** Adiana System HSG Protocol ............................................... 953

  **E.** Product Labels .................................................................. 975


**VIII. TRAINING PROGRAM (PROPOSED)** ................................................ **986**

  **A.** Physician Training (System and HSG) .................................... 987

  **B.** Training Manuals ............................................................... 1004

      **1.** Physician Training .......................................................... 1005

      **2.** HSG Training ................................................................. 1073

3

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

IX.    **POST-APPROVAL STUDY (PROPOSED)** ...................................................**1099**

X.     **POST-TRIAL DEVICE CHANGES** ...........................................................**1101**

    **A.** Push Rod Shape and Band Spacing Changes ...........................................1102

4

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

- The device must lead to a stable tissue response which is indicative of long term efficacy.

The Adiana treatment involves: 1) hysteroscopic, transcervical introduction of a catheter, 2) hysteroscopically controlled insertion of the distal tip of the catheter device into the fallopian tube lumen, 3) bipolar radiofrequency current application to the tubal lumen, and 4) implantation of a biomaterial matrix in the region of the radiofrequency lesion within the fallopian tube, and 5) in-growth of healthy tissue into the implant, and incorporation of the implant, to create a long-term blockage.

The underlying mechanism proposed by Adiana consists of the following components: The radiofrequency current destroys the epithelial lining of the fallopian tube lumen, and stimulates a wound healing response. The matrix has been designed to provide a suitable architecture for tissue in-growth during this wound healing response. The wound healing response into this unique tissue scaffold results in a complete integration of healthy tissue into the implant. The action of the matrix is not simply to mechanically occlude the tube, but rather to create a tissue scaffold leading to occlusion through the natural healing response.

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY                    HOL-CON 0000046

**EXHIBIT B**

# Physician Training Program

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Physician Training Program

## Program Components:

- Didactic Training Module
- Hands-On Training
- Proctored Cases

## Didactic Training Module:

- Description of the technology and how it works
- Procedural demonstration
- Overview of the clinical study data
- Information on post-procedure follow-up

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Learning Objectives

- Explain the Adiana® Permanent Contraception technology and mechanism of action

- Select appropriate patients

- Describe the steps of the Adiana procedure

- Identify the hysterosalpingography (HSG) images necessary to confirm tubal occlusion

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Mechanism of Action and Technology

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Mechanism of Action



CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Adiana Permanent Contraception System



RF Generator

Matrix

Delivery Catheter

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Delivery Catheter Tip



HOL-CON 0073854

# Implantable matrix

- Soft, inert, silicone matrix

- Specifically designed to provide a benign and permanent scaffold for tissue ingrowth



Porous architecture
surrounding core

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

HOL-CON 0073855

# Implantable matrix



# Radiofrequency Energy

RF energy delivered during the Adiana procedure is necessary to stimulate tissue in-growth into the implantable matrix.

Choose one:  True/False

## True

The epithelial layer in a discrete section of the fallopian tube is removed by the controlled application of bipolar RF energy.  Removal of the epithelium creates a superficial lesion which initiates an acute wound healing response.  The implantable matrix functions as a benign and porous scaffold during wound healing, and the tissue in-growth response leads to total occlusion of the tube.

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Procedure Demonstration



# Matrix Implantation

## During the Adiana procedure:

Choose the most appropriate answer

A.  Cervical dilation should only be performed if necessary.

[True, but all the answers are correct.  So the most appropriate answer is E.  If necessary, dilate only as much as required to insert the hysteroscope.]

B. Both tubal ostia must be visualized before opening the delivery catheter packages.

[True, but all the answers are correct.  So the most appropriate answer is E.  Rotate the hysteroscope and visualize both tubal ostia to ensure the absence of pathology before opening the catheter package and continuing the procedure.]

C. The hysteroscope and catheter must be held steady during the delivery of RF energy and deployment of the implantable matrix.

[True, but all the answers are correct.  So the most appropriate answer is E.  The hysteroscope and catheter must be held steady to ensure proper matrix placement.]

D. The procedure should not exceed 30 minutes and should be terminated if the fluid deficit exceeds 800 ml.

[True, but all the answers are correct.  So the most appropriate answer is E.]

E. All of the above

**[Correct]**

HOL-CON 0073859

# Clinical Study Overview

## **Evaluation of the Adiana System for Transcervical Sterilization Using Electrothermal Energy (EASE Study)**

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# EASE Study

- Prospective, single-armed, multi-center, multi-national trial

- Endpoints:
  - Primary: Pregnancy Prevention
  - Secondary:
    - Device placement rate
    - Participant satisfaction and comfort with placement procedure
    - Participant satisfaction and comfort with device wearing
    - Safety of device placement procedure
    - Safety of device wearing

- Participants:
  - Women between 18 and 45 years of age
  - Seeking permanent contraception
  - Pregnant ≥ 1, sexually active, cyclical menses, alternate contraception for 3 months post-procedure

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Patient Accountability



Adapted from Vancaillie et al. *Obstet Gynecol* 2008;112:1270-1277

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

HOL-CON 0073862

# Summary of Matrix Placement Rates
# (By Patient)

| Total Number of Subjects | 645 |
| --- | --- |
| Matrix Placement | |
| Total Number of Successful Bilateral Placements | 611 (95%) |

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Procedure

|  | Procedure Duration (min) |
|---|---|
| Mean | 11:54 |
| SD | 7:08 |

Defined as interval between hysteroscope insertion to removal

| | |
|---|---|
| Mean Glycine Volume | 1226 cc |
| Mean Fluid Deficit | 182 cc |

**N=650, includes multiple treatments in 8 patients, data unavailable for 3 procedures**

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

HOL-CON 0073864

# Summary of Post-Procedure Pain/Discomfort

- 98% of women reported that they tolerated the Adiana Procedure "well, good, or excellent"

- Mean VAS score of 5.9 prior to discharge



- 90% women returned to normal activities within one day or less after the procedure
  - 98% within two days

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# EASE Study

## Adverse Events (AE) on Procedure Day

| Event | AE %* |
|-------|-------|
| Cramping | 26% 25 |
| Vaginal spotting | 12% 24 |
| Post-procedure bleeding | 10% |
| Pelvic pain | 9% |
| Back pain | 8%6 |
| Nausea | 5% 6 |

n=645
624

- No uterine or tubal perforations

- No injuries related to RF energy or matrix placement

- Procedure was reported as well-tolerated

- One case of hyponatremia occurred, which required intervention with medication prior to the patient discharge on the same day

Source:  Adiana Permanent Contraception System Instructions for Use          *AE % (≥ 5%)

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Summary of Reliance Rates

- 99% (604/611) of patients with bilateral placement were evaluated for tubal occlusion by HSG at 3 months

- 94% (570/604) of patients were ultimately able to rely on Adiana Permanent Contraception

- 16,080 women months of wearing at the data cut off date (March 1, 2007)

  - No patients reported device wearing as "intolerable"

  - No requests for matrix removal due to discomfort

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# EASE Study

## Adverse Events (AE) 1st Year of Reliance

| Event | AE %* |
|---|---|
| Cramping unrelated to menses | 6% |
| Dysmenorrhea | 5% |
| Vaginal bleeding | 4% |
| Pelvic pain | 3% |
| Back pain | 3% |
| Vaginal spotting | 1% |
| Dyspareunia | 1% |
| Menorrhagia | 1% |
| Nausea | 1% |
| Headache | 1% |

n=625

- No allergic or adverse reactions to the implantable matrix
- No matrices were expelled or removed because of perforation or pain
- Isthmic ectopic pregnancy resolved successfully with methotrexate

Source:  Adiana Permanent Contraception System Instructions for Use        *AE % (≥ 1%)

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# EASE Study

## Pregnancy Prevention Effectiveness (March 1, 2007)

| Cumulative Failure Rate* | Method Failures | All Pregnancies |
|---|---|---|
| One-Year | 0.54%<br>(95% CI 0-1.05%) | 1.08%<br>(95% CI 0-1.80%) |

*Rate comparable to effectiveness rates for other methods of tubal sterilization

Source:  Adiana Permanent Contraception System Instructions for Use

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

HOL-CON 0073869

# Clinical Experience – Conclusions

• Over 16,000 women wearing months

• High placement success (95%)

• Well-tolerated procedure

• High patient comfort and satisfaction

• Strong safety profile

• 98.9% pregnancy prevention at one year

• Primary efficacy criteria met

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Patient Management

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Patient Selection

Adiana Permanent Contraception is indicated for women who desire female sterilization by occlusion of the fallopian tubes.

The Adiana System is contraindicated in a patient who:

- Is uncertain about the desire to end fertility
- Has clinical evidence of an active pelvic infection or history of a recent pelvic infection
- Has intra-uterine pathology which would prevent access to either tubal ostium or intramural portion of either fallopian tube
- Is pregnant or suspects pregnancy
- Is currently less than 3 months since her last pregnancy
- Has previously undergone tubal ligation
- Is currently taking immunosuppressive medications
- Has a known allergy to contrast media

Please refer to the Adiana Permanent Contraception Sysytem Instructions for Use for a complete list of Warnings and Precautions

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Patient Counseling

## As with all procedures, there are Risks and Considerations associated with Adiana Permanent Contraception

The following should be considered when counseling patients prior to the procedure:

- It is permanent and irreversible
- It does not protect against HIV infection or other STDs
- There is a small possibility that bilateral placement may not be achievable
- Alternative contraception is required until a HSG is performed 3 months following the procedure
- As with other forms of birth control, this system should not be considered 100% effective
- As with any tubal sterilization procedure, there is risk of pregnancy, including ectopic pregnancy
- Data regarding effectiveness and safety of treatment beyond 1 year is not yet available

Source:  Adiana Permanent Contraception System Instructions for Use

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Patient Selection

Adiana Permanent Contraception is intended for women:

Choose the most appropriate answer

A.  Desiring female sterilization

[True -  but choices B and C are also true]

B. With no intrauterine pathology that would prevent access to either tubal ostium or the intramural portion of either fallopian tube

[True - but choices A and C are also true]

C. Who will use an alternate form of birth control during the 3-month waiting period and then undergo a HSG to evaluate bilateral tubal occlusion

[True - but choices A and B are also true.]

D. All of the above

[**Correct**. All of the above are important criteria for eligibility for the Adiana procedure]

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# HSG for Adiana Permanent Contraception

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# HSG for Adiana Permanent Contraception

- Performed 3 months post-procedure to evaluate bilateral tubal occlusion

- Use alternative contraception until bilateral tubal occlusion is confirmed

- The implantable matrices are **not radiopaque**

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Performing an HSG for Adiana Permanent Contraception

- This procedure should only be performed and results evaluated by physicians who are experienced in performing HSGs and interpreting radiographic images

- Physicians are advised to follow their customary HSG anesthesia and analgesia protocols

- A good cervical seal should be maintained during the procedure to ensure proper uterine distention

- The uterine cavity silhouette must facilitate clear visualization of the cornua

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Adiana Implantable Matrix Location



# HSG Images Necessary for Adiana Permanent Contraception

1. Scout radiograph

2. Minimal fill

3. Partial fill

4. Total fill

5. Left oblique

6. Right oblique

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Scout Radiograph of the Pelvis



CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Minimal Fill of the Uterine Cavity



CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Partial Fill of the Uterine Cavity



CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Total Fill of the Uterine Cavity



CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Left and Right Oblique Images

 

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Evaluating Tubal Occlusion

- Patient can rely on Adiana Permanent Contraception when tubal occlusion is unequivocal

- Repeat test in 3 months for patent fallopian tube(s) or inconclusive HSG

- If tubal occlusion is not confirmed at 6 months, patient must be advised not to rely on Adiana Permanent Contraception

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# HSG for Adiana Permanent Contraception

An HSG can be offered as an optional follow-up for the patient to confirm bilateral tubal occlusion.

Choose one: True/False

**False**

Performing an HSG is a required step of the Adiana procedure. The patient must use an alternate form of contraception during the 3-month waiting period.  She should be instructed that she cannot rely on Adiana Permanent Contraception until the confirmation test has been performed and the treating physician confirms bilateral tubal occlusion.

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Adiana Permanent Contraception

- Effective permanent contraception

- Excellent patient tolerance

- High patient satisfaction

- No surgical incisions or scars

- Eliminates the risk of surgery and general anesthesia

- No drugs or hormones

- No metal

- No interference with future gynecologic procedures

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY                                          HOL-CON 0073887

# Next Steps

- Hands-On Training

- Proctored Cases

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Adiana Permanent Contraception System

## For further information, please contact your local Hologic representative.

| Instructions For Use |

### www.adiana.com
### www.hologic.com



Hologic, Inc.
250 Campus Drive
Marlborough, MA 01752
USA
Phone: 1.800.442.9892 (US toll-free) or 1.508.263.2900

EC REP

Hologic (UK) Limited
Unit 2, Link 10 Napier Way
Crawley, West Sussex, RH10 9 RA
United Kingdom
Phone: +44 (0) 1293 522 080

Adiana and the Adiana logo are registered trademarks of Hologic, Inc.
Hologic and the Hologic logo are trademarks or registered trademarks of Hologic, Inc.

Adiana Permanent Contraception is covered under the following US Patent Numbers: 6,309,384; 6,712,810; 6,780,182.  Other patents pending.

©2008 Hologic, Inc.  All Rights Reserved.                    Part No.  88261-001  Rev. A

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY