**EXHIBIT C**

Case3:09-cv-02280-WHA   Document391-2   Filed09/12/11   Page2 of 12

Hologic PMA Application # P070022 / A010 (Modular Shell M060004)   September 2008
Adiana Transcervical Sterilization System- Module 4   Clinical Report

# CLINICAL REPORT

R0071

A Multi-Center, Prospective Evaluation of the Adiana System for Transcervical Sterilization Using Electrothermal Energy in Women Aged 18-45 - The EASE Trial

**Investigational Device Exemption G020172**

| | |
|---|---|
| Sponsor: | Hologic, Inc. |
| Investigational Product: | The Adiana Transcervical Sterilization System |
| Indication: | Women who desire permanent birth control (female sterilization) by occlusion of the fallopian tubes |
| Study Design: | Multi-center, prospective, single-arm study |
| Protocol Number: | P0071 |
| Development phase of Study: | Pivotal IDE Trial, G020172 |
| Date of First Enrollment: | November 13, 2002 |
| Date of Final Enrollment: | April 28, 2005 |
| Data Cut-off Date: | July 31, 2008 |
| Sponsor Contact: | Arthur Friedman, Vice President, Clinical & Regulatory Affairs |
| Phone: | 508-263-8919 |
| Fax: | 508-263-2403 |
| Report Date: | July 31, 2008 |

This study was conducted in accordance with Good Clinical Practice (GCP), including the archiving of essential documents.

Case3:09-cv-02280-WHA  Document391-2  Filed09/12/11  Page3 of 12

Hologic PMA Application # P070022 / A010 (Modular Shell M060004)  September 2008
Adiana Transcervical Sterilization System- Module 4  Clinical Report

**Figure 2: Patient Disposition Flowchart through Primary Endpoint (US)**

- Subjects Enrolled: 627
  - Screening Failure or Withdrawal: 89
    - Screening Failure: 35
    - Voluntary Withdrawal: 54
- Subjects To Hysteroscopy: 538
  - Excluded for Pathology/Procedural Criteria: 10
- ITT Total Number Subjects with Treatment Attempted: 528
  - Total Placement Success: 500
    - Waiting Period Alternative Contraception Failure: 1 (13-008)
    - Evaluable Subjects @ 12 weeks post successful placement: 499
      - LTF or Withdrawn @ 12 weeks: 6
    - Subjects evaluated for occlusion @ 12 weeks post successful placement: 493
      - Successful Treatment Bilateral Occlusion @ 12 weeks: 444
      - Patent @ 12 weeks: 49
        - Re-evaluated for occlusion @ 24 weeks: 42
          - Successful Bilateral Occlusion @ 24 weeks: 18
          - Patent @ 24 weeks: 24
            - Non-Relying Subject Alternative Contraception Failure: 1 (02-024)
        - LTF @ 24 weeks: 1
        - Subjects not re-evaluated: 4
        - Waiting Period Alternative Contraception Failure: 2 (15-015, 05-012)
    - Total Successful Treatment (Subjects Relying and entering 1 year Efficacy FU): 462
      - Discontinued Reliance, Withdrawn, or LTF: 15
    - Per Protocol Subjects Evaluable for 1 year Primary Efficacy End Point: 447
  - Total Placement Failures: 28
    - Unilateral Placements: 10
    - No Devices Placed (Terminated): 18
    - Non-Relying Subject Alternative Contraception Failure: 1 (15-051)

**EXHIBIT D**

Reprinted from
Volume 75, Number 5, November 2001



# Tissue response to the STOP microcoil transcervical permanent contraceptive device: results from a prehysterectomy study

*Rafael F. Valle, M.D., Charles S. Carignan, M.D., Thomas C. Wright, M.D.,
and the STOP Prehysterectomy Investigation Group*

© 2001 American Society for Reproductive Medicine
Published by Elsevier Science Inc.

CON00034515

FERTILITY AND STERILITY®
VOL. 76, NO. 5, NOVEMBER 2001
Copyright ©2001 American Society for Reproductive Medicine
Published by Elsevier Science Inc.
Printed on acid-free paper in U.S.A.

# Tissue response to the STOP microcoil transcervical permanent contraceptive device: results from a prehysterectomy study

Rafael F. Valle, M.D.,[a] Charles S. Carignan, M.D.,[b] Thomas C. Wright, M.D.,[c] and the STOP Prehysterectomy Investigation Group

Northwestern University Medical School, Chicago, Illinois; Conceptus, Inc., San Carlos, California; and Columbia University Medical Center, New York, New York

**Objective:** The present study examines the safety, effectiveness, and local tissue response for a new transcervical fallopian tube permanent contraceptive device, the STOP device (Conceptus, Inc., San Carlos, CA).

**Design:** Nonrandomized prospective evaluation of tubal occlusion and histologic response.

**Setting:** Inpatient, university and university-affiliated medical centers in the United States and Mexico.

**Patient(s):** Premenopausal and perimenopausal women with benign indications for hysterectomy who were able to defer their hysterectomy for 1 to 13 weeks.

**Intervention(s):** A transcervically placed microcoil (STOP device) was inserted into the fallopian tubes of women who were scheduled for hysterectomy, and the device was worn for 1 to 12 weeks. At hysterectomy, hysterosalpingography was done to determine tubal occlusion; subsequently, the tubes containing the STOP devices were processed, sectioned, and evaluated to determine the histologic response.

**Main Outcome Measure(s):** Ability to place a device and evaluate tubal occlusion and tissue response.

**Result(s):** Devices were placed in 33 women, representing 57 tubes; the women wore the devices from 1 day to 30 weeks. Histology on 27 women (47 tubes) showed an acute inflammatory and fibrotic response in the short term that, over time, became a chronic inflammatory response with extensive fibrosis.

**Conclusion(s):** The localized tissue response and notable absence of any normal tubal architecture in the segment of the fallopian tube containing the STOP device supports the postulated mechanisms of action of the device. Prehysterectomy study findings suggest the usefulness of the STOP device for pregnancy prevention, this is being evaluated in long-term safety and effectiveness studies. (Fertil Steril® 2001;76:974–80. ©2001 by American Society for Reproductive Medicine.)

**Key Words:** Contraception, transcervical sterilization, intratubal devices, histology of tubal tissue response, tubal occlusion

Received January 26, 2001; revised and accepted May 17, 2001.
Reprint requests: Rafael F. Valle, M.D., Department of Obstetrics and Gynecology, Northwestern University Medical School, 680 N. Lake Shore Drive, Suite 1015, Chicago, Illinois 60611 (FAX: 312-695-0767 or 312-908-8777; E-mail: rvalle@nmff.org).
[a] Department of Obstetrics and Gynecology, Northwestern University Medical School.
[b] Conceptus, Inc.
[c] Department of Pathology, Columbia University Medical Center.

0015-0282/01/$20.00
PII S0015-0282(01)02858-8

Female sterilization remains the most widely used method of permanent contraception worldwide. Approximately 188 million women were using this method in 1995, and another 45 million laparoscopic and minilaparotomy cases are expected to be performed by 2001 (1). Except in the postpartum period, the majority of these procedures are performed laparoscopically (2, 3). Although this method can be done safely in a relatively short period of time, an abdominal incision and general anesthesia are required in a great number of cases, and the patient is exposed to the risks of anesthesia and the laparoscopic or minilaparotomy procedure (4–6). These considerations increase patients' concerns. To avoid the risks and discomfort of incisional surgery and general anesthesia, a new transcervical method to occlude the fallopian tubes is currently under investigation.

## MATERIALS AND METHODS

Our study evaluated [1] patient tolerance of and recovery from device placement; [2] patient safety and comfort during device wearing; [3] occlusion of the fallopian tube 24 hours to 12

CON00034516



**FIGURE 1**

Diagram of STOP device.

Valle. *Tissue response to STOP microcoil. Fertil Steril 2001.*

weeks after device placement; and [4] histologic information on the fallopian tube STOP device (Conceptus, Inc., San Carlos, CA) to confirm its theorized mechanism of action. Study participants were women who required hysterectomy for benign conditions with no known gross pathology distorting the fallopian tubes who agreed to hysteroscopic device placements. In this patient population success was determined by the ability to place a device in a tube that could be cannulated, and by occlusion of that tube by the device over time. Appropriate institutional review board approval was obtained from Northwestern University Medical School, and the involved centers and patients signed an informed consent.

## STOP Device

The STOP microcoil device (Fig. 1) consists of a stainless steel inner coil, an outer coil made from Nitinol, and polyethylene terephthalate (PET, Dacron) fibers. The inner coil attaches the device to a guidewire used in placement. The outer coil anchors the device in the fallopian tube. For insertion, the device is maintained in a low profile position through the use of a release catheter. A hydrophilic catheter to improve the access to the tube covers the guidewire, the release catheter, and the device. The entire system is attached to a handle, allowing one-handed release of the device. The device is delivered through a 5-French operating channel of a hysteroscope.

PET fibers have had widespread clinical use for over 40 years, and have been demonstrated to produce an immediate local inflammatory response characterized by macrophages, fibroblasts, foreign body giant cells, and plasma cells (7–13). A moderate foreign-body inflammatory reaction is elicited by the PET fibers. This inflammatory response peaks between 2 and 3 weeks, after which the inflammatory response slowly resolves during a 10-week period (8). Extensive fibrosis results, causing occlusion and anchoring the PET material and any associated medical device.

## Inclusion Criteria

Women were recruited who required abdominal (TAH, n = 30) and vaginal (TVH, n = 3) hysterectomy with bilateral salpingectomy or bilateral salpingo-oophorectomy for abnormal bleeding or other benign uterine conditions. All of the women were willing to defer hysterectomy for up to 3 months following the tubal device insertion. To be included, patients needed to be 18 years of age or older, to sign an informed consent, and agree to be followed from the placement procedure until their hysterectomy.

## Exclusion Criteria

Patients were excluded from the study if they had bilateral proximal tubal occlusion, prior tubal sterilization, or known endometrial or myometrial conditions that could likely prevent access to the fallopian tube ostium, or any condition that distorted the fallopian tubes. Also excluded were postmenopausal patients who were not taking hormone replacement therapy, those with active pelvic inflammatory disease, patients with known malignancies, and those women allergic to the contrast media (iodine) used to assess tubal occlusion.

## Hysteroscopic Placement of STOP Devices

The STOP device placement was performed with the patient under epidural (n = 29) or local (n = 7) anesthesia. General anesthesia was not used. A 5-mm diameter continuous-flow hysteroscope with a 5-French operating channel was used. The uterine cavity was distended with normal saline.

Once the vagina and cervix were cleansed, the cervix was visualized and the anterior lip grasped with a single-tooth tenaculum. The hysteroscope was introduced under direct vision, crossing the endocervical canal to evaluate the uter-

CON00034517

**FIGURE 2**

STOP device introduced in fallopian tube with deploying catheter.



*Valle. Tissue response to STOP microcoil. Fertil Steril 2001.*

ine cavity and identify and evaluate the uterotubal ostia. The STOP system was introduced through the hysteroscope into the tubal ostium and deployed by retraction of the catheters. Upon proper placement of the STOP device, the delivery wire was detached from the STOP device by applying five to eight counterclockwise rotations to the delivery wire. Once detached, the delivery wire was withdrawn from the hysteroscope. During hysteroscopy, ideally, 2 to 12 mm of the trailing end of the device were visible extending from the tubal ostium. The procedure was repeated on the contralateral tube (Figs. 2, 3). An additional support catheter was

**FIGURE 3**

Hysteroscopic view of STOP device after deployment.



*Valle. Tissue response to STOP microcoil. Fertil Steril 2001.*

initially used in difficult cases, but because of tubal perforation it was discontinued.

The women wore the STOP devices until their hysterectomy. Each woman completed a satisfaction questionnaire 1 week after device placement. One participant had her hysterectomy 24 hours after device placement, and thus maintained the questionnaire for only 1 day. Tubal occlusion was evaluated by a hysterosalpingogram, and the hysterectomy was performed.

### Histological Evaluation

The fallopian tubes of all patients in the study underwent both gross and microscopic examination. Care was taken at the time of hysterectomy to remove the uterus and tubes en-bloc, without cutting into the device or using electrocoagulation on the tubes. The uterus and tubes were removed and x-rayed to determine the position of the device. The uterus was bi-valved and the uterine end of the device was evaluated to determine position and tissue response. The uterine cornua and fallopian tubes were removed and placed in formalin. An independent pathologist then conducted gross examination of the tubes. Following the gross examination, the tubes were sent to a core laboratory for processing and then returned to an independent pathologist for microscopic evaluation. The tubes were processed at the core laboratory as follows:

1. The tubes were x-rayed to determine the placement of the device within the tube.
2. The specimens were dehydrated and embedded in methylmethacrylate (MMA).
3. The resulting block was compared to the x-ray, and the embedded fallopian tube was divided into three blocks according to the device position.
   - Block A included the uterine cornua up to the uterotubal junction.
   - Block B included the uterotubal junction to the proximal isthmic portion of the tube.
   - Block C included the proximal isthmic portion to a point within 5 mm of the end of the device.
4. Close sections were taken from the uterine and fimbrial ends of each block (i.e., AU, AF) using a diamond saw.
5. Two MMA sections were taken from each point and these sections were ground down to a thickness of approximately 10 microns for microscopic evaluation.
6. Two slides were prepared from each section: one with hematoxylin and eosin staining and the other with Goldner's trichrome.

### RESULTS

### Device Placement and Wearing

Forty-three patients underwent a device placement with the STOP device. Forty-one patients had device placement in both fallopian tubes and two patients each had device placement in one tube, for a total of 84 tubes with device placements.

CON00034518

**TABLE 1**

Length of device wearing by patient.

| Length of device wearing | Number of patients |
| --- | --- |
| <2 weeks | 2 |
| 2–5 weeks | 5 |
| 5–7 weeks | 1 |
| 7–9 weeks | 0 |
| 9–11 weeks | 2 |
| 11–13 weeks | 6 |
| 13–15 weeks | 16 |
| >15 weeks | 1 |
| Pending hysterectomy | 0 |
| Total | 33 |

*Valle. Tissue response to STOP microcoil. Fertil Steril 2001.*

Device placement was successful in at least one tube in 33 patients or in 57 out of 84 (68%) attempts. As expected, due to the uterine pathology present in this patient population, the device placement rate was significantly less than that experienced in the intended sterilization population. Failure to place a device was considered to be device-related in only one tube (1%). In this case, the catheter failed to retract from the device. The cause of this failure was identified and resolved by a design change. In those patients with uterine myomas or thick endometrium that permitted visualization of the tubal ostium, placement of the device was achieved. The average procedure time was 15 minutes. No intraoperative adverse events were noted during placement; however, three perforations were diagnosed at the time of hysterectomy.

### Acute Device Wearing

Patients completed a questionnaire 1 week after the procedure. Postprocedure discomfort was reported in 65% of patients. The discomfort abated within 4 days in all patients. Mild postprocedure bleeding was noted by 34% of patients, which abated within 1 week. No postplacement fevers were reported.

### Longer Term Device Wearing

As noted above, patients in this study were followed until their hysterectomy, which was usually scheduled between 24 hours and 12 weeks after the device placement (1). Table 1 provides details of the length of device wearing for patients implanted with the STOP device in the prehysterectomy study.

No patient reported pain during device wearing. No pain was reported during pelvic exams conducted just prior to the hysterectomy in any of the patients.

There was no evidence of inflammation, ulceration, or hemorrhage on gross examination of the uterus, except in one patient, who was found to have adenomyosis and ulceration and hemorrhage in the uterine cavity; both fallopian tubes in this patient were unremarkable.

### Adverse Events

There were no reports of device movement in any patients.

Tubal perforation occurred in three patients, none of whom reported significant pain or other discomfort during the 12 to 15 weeks they wore the devices prior to hysterectomy. Two of the perforations were thought to be due to a support catheter, the use of which was subsequently discontinued. The third was most likely due to the inexperience of the investigator in switching from a former device iteration to the current device that utilized a different placement technique.

### Tubal Occlusion Results by Hysterosalpingography

Tubal occlusion was evaluated by hysterosalpingography just prior to hysterectomy and occlusion was noted in 57 out of 57 (100%) tubes.

### Histology

Histology data on 27 patients accounted for 47 tubes, and are summarized in Table 2 according to tissue reaction and wearing time.

The PET fibers appear to elicit a strong fibrotic and inflammatory tissue response that extends into the space between the inner and outer coils of the STOP device. The reaction is localized to the inner portion of the fallopian tube wall, with normal tubal architecture present within 5 mm of the distal end of the device. There is no evidence that fibrosis induced by the device extends into the wall of the fallopian tube or causes peritubal adhesions or serositis.

The tissue response consisted predominantly of macrophages and mononuclear cells, with some foreign-body–type giant cells and acute inflammatory cells. The fibrous response consisted of both loose and dense fibrous tissue. In some specimens, smooth muscle cells were also observed migrating from the fallopian tube wall into the space between the inner and outer coils. This is clearly demonstrated in Figure 4.

The tissue response varied according to the elapsed time after placement. Acute inflammation was predominant in early specimens whereas chronic inflammation and fibrosis was more extensive in the fallopian tubes of patients who had worn the device for 8 to 30 weeks. The overall reaction to the device and fibers was more pronounced over time.

Determination of occlusion of the tube histologically was difficult, as an artifact may have been introduced during

CON00034519

### TABLE 2
Histology results by tube.

| Tissue reaction | Wearing time (weeks) | | | | | |
|---|---|---|---|---|---|---|
| | 1–4<br>n = 9<br>tubes | 4–8<br>n = 5<br>tubes | 8–12<br>n = 3<br>tubes | 12–16<br>n = 29<br>tubes | >16<br>n = 1<br>tube | Total<br>n = 47<br>tubes |
| Moderate/extensive acute inflammation | 7/9 | 2/5 | 0/3 | 17/29 | 0/1 | 26/47 |
| Moderate/extensive chronic inflammation | 8/9 | 4/5 | 3/3 | 26/29 | 1/1 | 42/47 |
| Moderate/extensive loose fibrosis | 7/9 | 3/5 | 3/3 | 26/29 | 1/1 | 40/47 |
| Moderate/extensive dense fibrosis | 7/9 | 2/5 | 3/3 | 25/29 | 1/1 | 38/47 |
| Moderate/extensive disruption of epithelium | 7/9 | 4/5 | 3/3 | 29/29 | 1/1 | 44/47 |
| Moderate/extensive disruption of lamina propria | 7/9 | 4/5 | 3/3 | 28/29 | 1/1 | 43/47 |
| 80–100% obliteration of tubal lumen | 4/9 | 5/5 | 3/3 | 26/29 | 1/1 | 39/47 |
| Overall reaction to device = extensive | 3/9 | 1/5 | 3/3 | 26/29 | 1/1 | 34/47 |
| Overall reaction to device = moderate | 2/9 | 3/5 | 0/3 | 1/29 | 0/1 | 6/47 |
| Overall reaction to device = mild | 4/9 | 1/5 | 0/3 | 2/29 | 0/1 | 7/47 |

*Valle. Tissue response to STOP microcoil. Fertil Steril 2001.*

processing. Consequently, achieving greater than 80% occlusion as determined histologically was a significant level of occlusion. Greater than 80% occlusion was noted more often in specimens in which the device had been in place for more than 4 weeks. This is consistent with 100% functional occlusion noted by the hysterosalpingographies done before the hysterectomies.

## DISCUSSION

Development of a nonincisional method of tubal sterilization has been an elusive goal. A great deal of interest in this type of contraception occurred in the early 1970s with the development of reliable hysteroscopic instrumentation and safe distension media. Various methods were evaluated, including inert plugs, chemicals, caustic and sclerosing agents; however, they often proved difficult, inefficient, and sometimes dangerous. Failures were high and serious complications were reported in clinical trials (14–19). A quarter-century later, owing to improved technology, new intratubal devices have been designed that may achieve sterilization in an ambulatory setting with a tubal occlusive transcervical method.

In this study, the STOP device placement procedure was found to be safe, with minimal postprocedure discomfort and sequelae, and few adverse events. The short-term wearing of the device, from 1 to 30 weeks, was also acceptable, with no changes in normal bleeding patterns and no discomfort noted by the study participants.

Three uterotubal perforations were noted at the time of hysterectomy; however, with more individual physician experience and elimination of the support catheter used in two cases of perforation, the risk of perforation was reduced. Despite the perforations, discomfort and intolerance of the devices in the three women were no greater than in women without perforation.

The histologic evaluation of the specimens supported the hypothesized mechanism of action, namely that long-term anchoring and occlusion are achieved with fibrosis into the device. The acute inflammatory response and low-level chronic inflammatory response were consistent with other devices that have used PET fibers. The reaction was confined to the area immediately adjacent to the device and did not extend into the tube wall. Immediately distal to the device, the tube maintained its normal appearance.

Although these patients had organic conditions that were responsible for complaints of abnormal uterine bleeding or pain (such as polyps or fibroids), which made them appropriate candidates for hysterectomy, the placement of the STOP devices did not cause additional side effects.

## CONCLUSION

The STOP transcervical approach to tubal sterilization, evaluated in this prehysterectomy study, appears to be feasible, safe, and well-accepted by patients. It holds promise as a new female sterilization procedure that offers a transcervical alternative to incisional methods of tubal sterilization.

Based on the histologic observations from this study, it is apparent that the tissue response to the STOP device is occlusive in nature, providing long-term anchoring of the device. This study demonstrates that the tissue in-growth reaction was predictable, occurred in all fibered specimens collected, and was localized to the device.

This demonstration of the feasibility of this approach pre-

CON00034520

## FIGURE 4

Microscopic view of cross section of tube containing the STOP device. (**A**), One week: fibrosis and acute inflammation cells migrating into device. (**B**), Four weeks: fibrosis replacing tube, acute and chronic inflammatory cells present. (**C**), Eight weeks: dense fibrosis filling the tube. Epithelium destroyed. Tubal lumen occluded. (**D**), Thirty weeks: dense fibrosis replacing tubal lumen; scant acute inflammatory cells present.

 

 

*Valle. Tissue response to STOP microcoil. Fertil Steril 2001.*

pares the way for clinical trials to evaluate long-term safety and effectiveness of the STOP device for tubal sterilization.

*Acknowledgments:* The authors thank David Hodge of Pathology Associates International for the care and patience he took in preparing the tissue specimens and slides. The STOP system is made by Conceptus, Inc., of San Carlos, California; it is currently limited by Federal law to investigational use in the U.S. The STOP Prehysterectomy Investigator Group: Jay M. Cooper, M.D., Department of Obstetrics and Gynecology, Baptist Hospital, Phoenix, Arizona; John Nichols, M.D., and Thomas Price, M.D., Center for Women's Medicine, Greenville Hospital, Greenville, North Carolina; Jesus Valdez, M.D., Department of Obstetrics and Gynecology, University of Chihuahua, Chihuahua, Mexico; Rafael F. Valle, M.D., Department of Obstetrics and Gynecology, Northwestern University Medical School, Chicago, IL.

## References

1. Ross JA. Sterilization: past, present and future. Stud Fam Plann 1992; 23,3:187–98.
2. Schwartz DB, Wingo PA, Antarsh L, Smith JC. Female sterilization in the United States, 1987. Fam Plann Perspect 1989;21:209–12.
3. Mosher WD. Contraceptive practice in the United States, 1982–1988. Fam Plann Perspect 1990;22:198–205.
4. DeStefano F, Greenspan JR, Dicker RC, Peterson HB, Strauss LT, Rubin GL. Complications of interval laparoscopic tubal sterilization. Obstet Gynecol 1983;61:153–8.
5. Peterson HB, DeStefano R, Rubin GL, Greenspan JR, Lee NC, Ory HW. Deaths attributable to tubal sterilization in the United States, 1977–1981. Am J Obstet Gynecol 1983;146:131–6.
6. Layde PM, Peterson HB, Dicker RC, DeStefano F, Rubin GL, Ory HW. Risk factors for complications of interval tubal sterilization by laparotomy. Obstet Gynecol 1983;62:180–4.
7. Greisler HP, Henderson SC, Lam TM. Basic fibroblast growth production in vitro by macrophages exposed to Dacron and polyglactin 910. J Biomater Sci Polym Ed 1993;4:415–30.
8. Estridge TD, Feldman DS. Quantification of vascular ingrowth into Dacron velour. J Biomater Appl 1991;6:157–69.
9. Marcacci M, Gubellini P, Buda R, DePasquale V, Strocchi R, Molgora AP, et al. Histologic and ultrastructural findings of tissue ingrowth. The Leeds-Keio prosthetic anterior cruciate ligament. Clin Orthop 1991; 267:115–21.
10. Haverich A, Maatz W, Stegmann T, Oelert H, Borst HG. Experimental and clinical experiences with double-velour woven Dacron prostheses. Thorac Cardiovasc Surg 1986;34:52–3.
11. Berger K, Lester RS, Rao AM, Wood SJ. Healing of arterial prostheses in man: its incompleteness. Ann Surg 1972;175:118–27.
12. Wilkerson DK, Zatina MA. Biomaterials used in peripheral vascular

surgery. In: Greco, RS, ed. Implantation biology: the host response and biomedical devices. Boca Raton, FL: CRC Press, 1994:179–86.
13. Harrison JH. Synthetic materials as vascular prostheses. I. A comparative study of nylon, Dacron, Orlong, Ivalon sponge, and Teflon in large blood vessels with tensile strength studies. Am J Surg 1954;95:16–24.
14. Sciarra JJ, Butler JC, Speidel JJ, eds. Hysteroscopic sterilization. New York: Intercontinental Medical Book, 1974.
15. Sciarra JJ, Droegemueller W, Speidel JJ, eds. Advances in female sterilization techniques. Hagerstown, MD: Harper & Row, 1976.
16. Zatuchni GI, Shelton JD, Goldsmith A, Sciarra JJ, eds. Female transcervical sterilization. Philadelphia, PA: Harper & Row, 1983.
17. Valle RF. Tubal catheterization for sterilization purposes. In: Gleicher N, ed. Tubal catheterization procedures. New York: Wiley, 1992:139–60.
18. Valle RF, Read TP. Hysteroscopic sterilization. In: Baggish MS, Barbot J, Valle RF, eds. Diagnostic and operative hysteroscopy: a text and atlas. 2nd ed. Boston, MA: Mosby, 1999:353–66.
19. Sterilization. ACOG Technical Bulletin Number 222. Washington, DC: American College of Obstetric Gynecologists, 1996.



ELSEVIER

To order reprints, call: 1-212-633-3813; fax: 1-212-633-3820
email: reprints@elsevier.com

CON00034522