IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPTUS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>HOLOGIC, INC.,<br><br>    Defendant.<br>_____ / | No. C 09-02280 WHA<br><br>**ORDER REQUESTING ADDITIONAL MATERIALS** |

    Plaintiff is requested to file the following materials relevant to its motions in limine: (1) all of plaintiff's responses to Interrogatory No. 19 that preceded or superceded its supplemental response dated August 31, 2010 (Dkt. No. 288-4); and (2) the portion(s) of the opening expert report by Thomas Ryan concerning enablement. Although excerpts of the latter have been filed, they are incomplete. All of the above items must be filed by **5:00 P.M. TODAY**.

    **IT IS SO ORDERED.**

Dated: September 13, 2011.

                                                         WILLIAM ALSUP
                                                         UNITED STATES DISTRICT JUDGE