**ARNOLD & PORTER LLP**
MATTHEW M. WOLF (*pro hac vice*)
matthew.wolf@aporter.com
JOHN E. NILSSON (*pro hac vice*)
john.nilsson@aporter.com
SARA P. ZOGG (*pro hac vice*)
sara.zogg@aporter.com
555 Twelfth Street, NW
Washington, DC 20004
Telephone:    202-942-5000
Facsimile:    202-952-5999

JENNIFER A. SKLENAR (SBN 200434)
jennifer.sklenar@aporter.com
NICHOLAS H. LEE (SBN 259588)
nicholas.lee@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90071
Telephone:    213-243-4000
Facsimile:    213-243-4199

MICHAEL A. BERTA (SBN 194650)
michael.berta@aporter.com
One Embarcadero Center, 22nd Floor
San Francisco, CA  94111-3711
Telephone:    415-356-3000
Facsimile:    415-356-3099

Attorneys for Defendant
HOLOGIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCEPTUS, INC.,<br><br>            Plaintiff,<br><br>   v.<br><br>HOLOGIC, INC.,<br><br>            Defendant. | Case No.: 3:09-cv-02280-WHA<br><br>**DECLARATION OF SARA P. ZOGG IN SUPPORT OF HOLOGIC INC.'S SUPPLEMENTAL BRIEF REGARDING CONCEPTUS' MOTION IN LIMINE NO. 3**<br><br>Trial Date:  October 3, 2011<br>Time:  7:30 a.m.<br>Courtroom: 9; 19th Floor<br>Judge:  Hon. William Alsup |

I, Sara P. Zogg, declare as follows:

1. I am an associate at Arnold & Porter LLP, counsel for Defendant, Hologic, Inc. ("Hologic"), in this matter. I have personal knowledge of the facts stated herein, and, if called upon, could and would testify competently to them. I make this declaration in support of Hologic's Supplemental Brief Regarding Conceptus, Inc.'s Motion In Limine No. 3.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,309,384 (Harrington), issued on October 30, 2001 and entitled, "Methods And Apparatus For Tubal Occlusion," with specific portions highlighted in yellow, per the Court's instruction at the pre-trial conference.

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 6,712,810 (Harrington), issued on March 30, 2004 and entitled, "Methods And Apparatus For Tubal Occlusion," with specific portions highlighted in yellow, per the Court's instruction at the pre-trial conference.

4. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 7,842,035 (Harrington), issued on November 30, 2010 and entitled, "Methods And Apparatus For Tubal Occlusion," with specific portions highlighted in yellow, per the Court's instruction at the pre-trial conference.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 19, 2011                    Respectfully submitted,

By: */s/ Sara P. Zogg*
Sara P. Zogg (*pro hac vice*)
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC 20004
Telephone:   202-942-5000
Facsimile:   202-952-5999
E-mail:   sara.zogg@aporter.com

*Attorneys for Defendant HOLOGIC, INC.*

- 2 -

Decl. of Sara P. Zogg ISO Hologic's Supplemental Brief
Regarding Conceptus' MIL No. 3
Case No. 09-cv-02280-WHA