| | |
|---|---|
| **SIDLEY AUSTIN LLP** <br> M. PATRICIA THAYER (SBN 90818) <br> pthayer@sidley.com <br> 555 California Street, suite 2000 <br> San Francisco, CA 94104 <br> Telephone:   415-772-1200 <br> Facsimile:    415-772-7400 <br><br> BRYAN K. ANDERSON (SBN 170666) <br> bkanderson@sidley.com <br> AARON R. BLEHARSKI (SBN 240703) <br> ableharski@sidley.com <br> 1001 Page Mill Road, Building 1 <br> Palo Alto, CA 94304 <br> Telephone:   650-565-7000 <br> Facsimile:    650-565-7100 <br><br> NITIN REDDY (SBN 229451) <br> nreddy@sidley.com <br> TASHICA T. WILLIAMS (SBN 256449) <br> ttwilliams@sidley.com <br> 555 West Fifth Street, Suite 4000 <br> Los Angeles, CA 90013 <br> Telephone:   213-896-6000 <br> Facsimile:    213-896-6600 <br><br> Attorneys for Plaintiff <br> CONCEPTUS, INC. | **ARNOLD & PORTER LLP** <br> MATTHEW M. WOLF (*pro hac vice*) <br> matthew.wolf@aporter.com <br> JOHN E. NILSSON <br> john.nilsson@aporter.com (*pro hac vice*) <br> SARA P. ZOGG (*pro hac vice*) <br> sara.zogg@aporter.com <br> 555 Twelfth Street, NW <br> Washington, DC 20004 <br> Telephone:   202-942-5000 <br> Facsimile:    202-952-5999 <br><br> JENNIFER A. SKLENAR (SBN 200434) <br> jennifer.sklenar@aporter.com <br> NICHOLAS H. LEE (SBN 259588) <br> nicholas.lee@aporter.com <br> 777 South Figueroa Street, 44th Floor <br> Los Angeles, CA  90071 <br> Telephone:   213-243-4000 <br> Facsimile:    213-243-4199 <br><br> MICHAEL A. BERTA (SBN 194650) <br> michael.berta@aporter.com <br> One Embarcadero Center, 22nd Floor <br> San Francisco, CA  94111-3711 <br> Telephone:   415-356-3000 <br> Facsimile:    415-356-3099 <br><br> Attorneys for Defendant <br> HOLOGIC, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONCEPTUS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HOLOGIC, INC., <br><br> Defendant. | Case No. C 09-02280 WHA <br><br> **JOINT INDEX OF PATENT FILE HISTORIES RELATED TO THE '361 PATENT** <br><br> Hearing Date: October 3, 2011 <br> Hearing Time: 7:30 am <br> Courtroom: 9, 19th Floor <br> Judge:  Hon. William Alsup |

File History Summary For Asserted Claims
Case No. C 09-02280 WHA

Pursuant to Court Order, Plaintiff Conceptus, Inc. ("Conceptus") and Defendant Hologic, Inc. ("Hologic") jointly submit the following index of file history designations related to claims 37-38 of U.S. Patent No. 6,634,361 ("'361 patent"), as well as to U.S. Patent Application No. 08/475,252 ("'252 Application") which the '361 patent lists as a continuation-in-part. Conceptus' designations in the file history attachments are represented in pink highlighting, while Hologic's are in blue. Mutually designated portions are highlighted in green. *See* attached Exhibit A ('361 file history) and Exhibit B ('252 file history).

## I. CONCEPTUS' INDEX

| '361 PATENT FILE HISTORY | EVENT |
|---|---|
| CON00028804 | • Application nos. of relevant patents |
| CON00028807 | • Lines 6-11 |
| CON00028809 | • Lines 16-18 |
| CON00028810 | • Lines 23-30 |
| CON00028811 | • Lines 2-4, 8-18, 25-33 |
| CON00028812 | • Lines 27-34 |
| CON00028813 | • Lines 1-14 |
| CON00028816 | • Lines 10-13, 20-22 |
| CON00028817 | • Lines 22-28 |
| CON00028821 | • Lines 17-24, 27-29 |
| CON00028822 | • Lines 3-13 |
| CON00028823 | • Lines 31-33 |
| CON00028824 | • Lines 28-30, 33-34 |
| CON00028825 | • Lines 1-18 |
| CON00028827 | • Lines 5-11 |
| CON00028833 | • Claim nos. 3-5 |
| CON00028835 | • Claim no. 16 |

| | | |
|---|---|---|
| 1 | CON00028837 | • Claim no. 35 |
| 2 | CON00028839 | • Claim no. 43 (Line 7) |
| 3 | | • Claim no. 44 (Line 2) |
| 4 | | • Claim no. 45 (Line 2) |
| 5 | CON00028840 | • Claims nos. 48-51 |
| 6 | CON00028871 | • Paragraph 2 (continued on next page) |
| 7 | CON00028872 | • Paragraph 1 (continued from previous page) |
| 8 | CON00028873 | • Selected inventor names |
| 9 | CON00028874 | • Selected inventor and author names |
| 10 | CON00028875 | • Selected author names |
| 11 | CON00028878 | • Claim rejection no. 4 |
| 12 | CON00028890 | • Claim nos. 48-50 |
| 13 | CON00028894 | • Paragraph 5 (description re Claim no. 48) |
| 14 | CON00028901 | • Claim rejection no. 2 |
| 15 | CON00028904 | • Paragraph 2 |
| 16 | CON00028906 | • WIPO Application nos. of relevant patents |
| 17 | CON00028914 | • Claim nos. 48-50 |
| 18 | CON00028916 | • Paragraph 2-3 (Remarks re selected claims) |
| 19 | | • Paragraph 5 (Overall remarks) |
| 20 | CON00029007 | • Selected inventor and author names |
| 21 | CON00029020 | • Selected inventor names |
| 22 | CON00029021 | • Subtopic 5 under Allowable Subject Matter; Selected inventor names |
| 23 | **'252 APPLICATION FILE HISTORY** | **EVENT** |
| 24 | CON00031010 | • Paragraph 1 (description of use of electric current) |
| 25 | CON00031011 | • Paragraph 2 (description of tissue growth to induce tubal occlusion) |
| 26 | CON00031012 | • Paragraph 2 (description of use of electric current) |

| | | |
|---|---|---|
| 1 | CON00031015 | • Paragraph 4 (description of use of electric current) |
| 2 | CON00031016 | • Paragraph 1 (continued from previous page) |
| 3-4 | CON00031022 | • Claim no. 35 (description of use of electric current to permanently anchor the structure) |
| 5 | CON00031046 | • Paragraph 3 (discussion of Kaali reference and use of electric current) |
| 6 | CON00031068 | • Paragraph 1 (description of tissue ingrowth) |
| 7-8 | CON00031073 | • Amended Claim no. 34 (discussion of using electrical current to anchor a structure in the fallopian tube) |
| 9-13 | CON00031074 | • Claim no. 35 (continued from previous page) (discussion of using electrical current to anchor a structure in the fallopian tube)<br><br>• Claim no 39 (discussion of growth promoting means comprising an element with polyester fibers to promote tissue ingrowth and an electrically conductive surface to couple with the fallopian tube wall and promote formation of scar tissue) |
| 14 | CON00031075 | • Claim no 39 (continued from previous page) |
| 15-17 | CON00031076 | • Claim no. 44 (discussion of method claim and promoting formation of scar tissue by electrically energizing the resilient structure in the fallopian tube)<br><br>• Last paragraph (amendments to specification) |
| 18 | CON00031082 | • Paragraphs 3 and 4 (discussion of Kaali reference and use of electrical current) |
| 19-20 | CON00031083 | • Paragraphs 3 and 4 (discussion of use of electrical current and permanent anchoring) |

21
22
23
24
25
26
27
28

File History Summary For Asserted Claims                 3
Case No. C 09-02280 WHA

## II.    HOLOGIC'S INDEX

| '361 PATENT FILE HISTORY | EVENT |
|---|---|
| CON00028805-60 (Original '361 Patent Application) | • Original pending claims 48-50, which issued as claims 36-38, respectively.[1] (*See* CON00028840)<br>• CON00028806 ("Abstract Of The Disclosure")<br>• CON00028809, 11 ("Summary Of The Invention")<br>• CON00028815 ("Brief Description Of The Drawings")<br>• CON00028817, 18, 20-23, 27, 29 ("Description Of The Specific Embodiments")<br>• CON00028840 (Claims)<br>• CON00028845, 47 (Figures) |
| CON00028876-81 (Office Action) | • 11/13/2000 Office Action in which Examiner rejected claim 36 "under 35 U.S.C. 102(b) as being clearly anticipated by Erb '345."<br>• Claims 36, 37, and 38 were rejected "under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claims 1-50 of copending Application No. 08/474,779." |
| CON00028883-95 (Amendment)<br><br>CON00028896-98 (Terminal Disclaimer) | • 2/15/2001 Amendment in response to 11/13/2000 Office Action.<br>• Applicants argued that the Erb '345 reference does not anticipate claim 36 because that claim "describes a method which included transcervically introducing a pre-formed resilient structure into a target region of a fallopian tube" (emphasis original). In contrast, the Erb '345 reference "does not describe a pre-formed resilient structure which is introduced into the fallopian tube."<br>• Claims 36, 37, and 38 were not amended.<br>• Applicants also filed a terminal disclaimer to overcome the double-patenting rejection for claims 36, 37, and 38, among others. |
| CON00028899-903 (Office Action) | • 4/11/2001 Office Action in which Examiner rejected claims 36, 37, and 38 "under 35 U.S.C. 102(a) as being clearly |

---

[1] This index will refer to the issued claim numbers, *i.e.*, claims 36-38, rather than the pending claim numbers used throughout the prosecution of the '361 patent, *i.e.*, claims 48-50.

File History Summary For Asserted Claims            4
Case No. C 09-02280 WHA

| | | |
|---|---|---|
| 1 | | anticipated by Callister [WO 98/26737]." |
| 2 | CON00028907-22 (Amendment) | • 7/16/2001 Amendment in response to 4/11/2001 Office Action. |
| 3 | CON00028927-87 (U.S. Patent App. No. 09/093,835 - Attorney Docket No. 016355-002520) | • Applicants allege that Callister WO 98/26737 (with an international publication date of June 25, 1998) is not prior art because the '361 application is a continuation-in-part of PCT/US98/20031 filed on September 23, 1998, which is a continuation-in-part of U.S. Patent App. No. 09/093,835 filed on June 8, 1998, which claims priority to U.S. Provisional App. No. 60/059,861, filed on September 24, 1997. |
| | | ○ Applicants further stated that claims 36-38, among others, were fully supported at least by U.S. Patent Application No. 09/093,835 (Attorney Docket No. 016355-002520US). In particular, see corresponding claims 39-41 of the '835 Application. |
| | | • Claim 36 was amended to add "permanently" and "so that at least a portion of the fallopian tube is open" language to "more specifically describe particular aspects of the present invention." |
| | CON00028927-87 (U.S. Patent App. No. 09/093,835 - Attorney Docket No. 016355-002520) | • CON00028931-34 ("Summary of the Invention") |
| | | • CON00028940 ("Brief Description of the Drawings") |
| | | • CON00028943-48, 56 ("Detailed Description of the Specific Embodiment") |
| | | • CON00028960, 64, 66-67 (Claims) |
| | | • CON00028975 ("Abstract of the Disclosure") |
| | | • CON00028976-77 (Figures) |
| | CON00028991-94 (Office Action) | • 10/11/2001 Office Action in which Examiner rejected claims 36, 37, and 38 "under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claims 1-10 of copending Application No. 09/093,835." |
| | CON00029001-04 (Amendment) CON00028999-29000 (Terminal Disclaimer) | • 1/8/2002 Amendment in response to 10/11/2001 Office Action. |
| | | • Applicants file terminal disclaimer to overcome double patenting rejection with copending Application No. 09/093,835. |
| | CON00029018-22 (Office Action) | • 10/23/2002 Office Action allowing claims 36, 37, and 38. (*See also* CON00029042 (Notice of Allowability).) |

File History Summary For Asserted Claims
Case No. C 09-02280 WHA

5

| '252 APPLICATION FILE HISTORY | EVENT |
|---|---|
| CON00031003-37 (Original '252 Application) | - Original Application for '252 Application.<br>- CON00031006-10 ("Summary of the Invention")<br>- CON00031010 ("Brief Description Of The Drawings")<br>- CON00031012, 14-15 ("Detailed Description Of The Specific Embodiment")<br>- CON00031017, 20-21 (Claims)<br>- CON00031023 ("Abstract Of The Disclosure")<br>- CON00031026, 28, 31, 33 (Figures) |
| CON00031067-84 (Amendment) | - December 16, 1996 Amendment.<br>- Applicants explain that "the helical surface of the present invention provides several substantial advantages which have not previously been recognized. First, the ribbon (or other helical structure) can be embedded <u>into</u> the tubal tissues <u>without perforating</u> the tubal wall. When this 'threaded' structure is combines [sic] with a resilient anchor to prevent rotation, it provides a safe and secure mechanism for temporarily or permanently affixing a contraceptive method within the fallopian tube. Second, the helical surface provides a novel mechanism for <u>introducing</u> the structure <u>into</u> the tube. The fallopian tube is narrow, tortuous body lumen which can be considered a 'potential space.' By engaging the surrounding walls with an exposed ribbon and applying axial torque, the device can be threaded into the desired position." (*See* CON00031079 (emphasis original).)<br>- Applicants add claims 41, 42, 43 "to more fully claim the present invention."[2] They further state that "these claims include structures and methods as generally described above, and as supported by the specification of the application as originally filed." (*See* CON00031083.)<br>- CON00031078, 80-81 (Other "Remarks" by Applicants) |

---

[2] Pending claims 41, 42, and 43 of the '252 Application are the same as claims 36, 37, and 38 in the '361 patent, respectively, with the exception that claim 41 of the '252 Application recites, "affixing the resilient structure within the fallopian tube with a lumen-traversing region of the resilient structure," which was exactly as claim 36 originally appeared in the first application for the '361 patent. (*See* '361 Patent File History at CON000298840 (Pending Claim 48).) After amendment and issuance, claim 36 now recites, "permanently affixing the resilient structure within the fallopian tube with a lumen-traversing region of the resilient structure so that at least a portion of the fallopian tube is open."

File History Summary For Asserted Claims  
Case No. C 09-02280 WHA

6

| CON00031096-98 (Office Action) | • 7/10/1997 Office Action allowing claims 41, 42, and 43. |
|---|---|

Respectfully submitted,

DATED: September 19, 2011      SIDLEY AUSTIN LLP

By:   */s/ M. Patricia Thayer*
      M. Patricia Thayer

*Attorneys for Plaintiff CONCEPTUS, INC.*

DATED: September 19, 2011      ARNOLD AND PORTER LLP

By:   */s/Matthew M. Wolf*
      Matthew M. Wolf

*Attorneys for Defendant HOLOGIC, INC.*

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the signatories shown above.

     */s/ Aaron R. Bleharski*
      Aaron R. Bleharski