6

In another aspect, a contraceptive intrafallopian device according to the present invention comprises a primary coil having a proximal loop, a distal loop, and an intermediate straight section between the loops. A helical 5 ribbon is wound over at least a portion of the intermediate section, forming a helical surface to mechanically anchor the device within the fallopian tube. An element is disposed along the coil, and is adapted to incite a tissue reaction in the tubal tissues which inhibits conception.

10 The ribbon of the present intrafallopian device generally protrudes sufficiently to firmly engage the tubal wall. Preferably, the ribbon has a width in the range between 0.005 and 0.1 inch, a thickness in the range between 0.001 and 0.2 inch, and a pitch in the range between 0.01 and 0.2 inch. 15 The overall device geometry preferably facilitates introduction and retention, but is not large or rigid enough to interfere with internal tissue movements. Usually, the device has a length in the range between 1.5 cm and 7.5 cm when in a relaxed state, while the distal loop and the 20 proximal loop have outer diameters of at least 3.0 mm. Preferably, the primary coil has an outer diameter in the range between 0.2 mm and 5.0 mm.

In another aspect, a system for delivering intrafallopian contraceptive devices according to the present 25 invention comprises a primary coil having a proximal loop, a distal loop, and an intermediate straight section between the loops. Additionally, a lumen extends from a proximal end of the proximal loop to near a distal end of the distal loop. A helical ribbon is wound over at least a portion of the 30 intermediate section, forming a helical surface to mechanically anchor the device within the fallopian tube. A corewire is removably disposed within the lumen of the primary coil. The corewire restrains the primary coil in a straight configuration, facilitating transcervical introduction. 35 Optionally, the corewire is threadably received by the primary coil. Alternatively, a release catheter is slidably disposed over the corewire proximally of the primary coil to restrain

CON00028933

7

the primary coil while the corewire is withdrawn proximally
from the fallopian tube.

The helical ribbon is anchored in the fallopian tube
by the distal and proximal loops.  The ribbon is set in the
5    tubal wall while the device is restrained in a straight
configuration over a corewire by torquing on the corewire.
Withdrawing of the corewire then releases the anchors.  The
distal anchor may be inserted into the ampulla, distal of the
isthmus, while the proximal anchor is located in the ostium.
10   These anchors prevent rotation of the device, and also help
avoid axial movement.  Alternatively, the anchors may be
positioned anywhere past the ostium and within the fallopian
tube, depending on their length and configuration.
Preferably, at least some anchoring is provided along the
15   intramural to isthmic region of the fallopian tube.

In yet another aspect, an intrafallopian
contraceptive method according to the principles of the
present invention comprises restraining a resilient
contraceptive structure in a straight configuration over a
20   corewire, where the resilient structure includes a lumen-
traversing region having a helical outer surface.  The
resilient structure is transcervically introduced into a
target region of a fallopian tube, typically in the region of
the ostium, and the corewire is withdrawn from the resilient
25   structure.  The resilient structure is mechanically anchored
within the fallopian tube, a portion of the resilient
structure assuming an enlarged secondary shape which is larger
in cross-section than the fallopian tube.  Optionally, an
electric current is applied through the resilient structure to
30   the fallopian tube, thereby effecting permanent sterilization.
In fact, such electrosurgical attachment of an intraluminal
device to a surrounding lumenal wall may provide effective
anchoring even without loops and other anchoring structures.
Electrical current may also be used to decouple the
35   intrafallopian device from the delivery system, typically by
electrolytically dissolving a solder bond.  Current may also
actuate an anchor, such as by releasing a resilient radially
expandable tubular structure within the fallopian tube.

361 FH 000136
CON00028934

8

## Tissue Reaction

The present invention also provides improved
contraceptive devices which incite a tissue reaction within
5    the fallopian tube to prevent conception.  This group of
intrafallopian devices will often make use of a highly
flexible coil structure to avoid damaging or penetrating
through the delicate tubal tissues.  The desired tissue
reaction may be the result of the material of intrafallopian
10   device, or may be incited by a coating, a surface treatment, a
mechanical interaction between the device and the surrounding
tubal wall, or the like.  The tissue will often help impede
conception by occluding the fallopian tube, by interrupting
the transport mechanisms of the tubal tissues, and/or by
15   restraining the intrafallopian tubal device within the tube.
Specific tissue reactions which may provide these intended
results include tissue ingrowth into the contraceptive device
and/or the tubal lumen, scar tissue formation, sclerosing of
the tubal tissues, and the like.

20        In one aspect, the invention provides a tissue
reaction contraceptive device for use in a fallopian tube.
The contraceptive device comprises a coil having a proximal
end and a distal end and defining an axis therebetween.  The
coil is axially flexible and has a cross-section suitable for
25   insertion into the fallopian tube.  An element disposed along
the coil is adapted to incite a tissue reaction in the tubal
tissues adjacent the coil so as to inhibit conception.

In some embodiments, the element may promote
ingrowth of the tubal tissues into the contraceptive device.
30   For example, the element may include a braided or woven
polyester, a micro-porous material or surface treatment, or
the like.  Alternatively, a sharp edged helical ribbon or
other mechanical interaction element may incite the formation
of scar tissue, or a surface coating of the coil may sclerose
35   the tubal tissues, exciting formation of tough fibrous
connective tissues which interfere with conceptive transport.
In many embodiments, the presence of the contraceptive device
in combination with the tissue reaction can provide effective

CON00028935

9

contraception without having to rely on total occlusion of the fallopian tube.

In another aspect, the present invention provides a tissue ingrowth contraceptive device for use in a fallopian
5  tube. The contraceptive device comprises a tubular retention structure having a proximal end, a distal end and an axis therebetween. The retention structure is axially flexible, and is insertable within the fallopian tube. A material which can incite ingrowth of the tubal tissue is attached to, and
10  exposed radially from, the retention structure.

In the exemplary embodiment, the retention structure comprises a helical coil in which the ingrowth material is disposed. Such helical coils may optionally be radially expansible within the fallopian tube, thereby allowing the
15  device to accommodate a wide variety of tubal physiologies. The ingrowth material may be in the form of braided or woven fibers of polyester, P.T.F.E., or the like.

In another aspect, the present invention provides a tissue ingrowth contraceptive device for use in a fallopian
20  tube. The contraceptive device comprises a resilient elongate body having a proximal end and a distal end and defining an axis therebetween. A retention structure is disposed along the resilient body. The retention structure is adapted to restrain the resilient body within the fallopian tube. A bond
25  affixes the retention structure to the resilient body. At least one of the resilient body, the retention structure, and the bond comprises a micro-porous material which promotes tissue ingrowth therein.

In another aspect, the present invention provides a
30  contraceptive method comprising transcervically inserting a contraceptive device within a fallopian tube. The device is inserting by resiliently deflecting a distal body of the contraceptive device against a tubal wall, so that the distal body guides the contraceptive device axially along the
35  fallopian tube. A tissue reaction is incited with an element of the contraceptive device in the tubal tissues. This tissue reaction affixes the contraceptive device within the fallopian tube.

CON00028936

10

### One Size Fits All

The present invention also provides improved
contraceptive devices, systems, and methods adapted for use in
5      the widely varying geometry of the fallopian tube.   In
recognition of the wide variations in tubal physiology, the
contraceptive structures of the present invention are radially
expandable within the fallopian tube to engage the tubal wall.
Surprisingly, the contraceptive devices of the present
10     invention will often make use of tubular structures such as
resilient helical coils.   Such tubular devices will often
effect contraception by disrupting the architecture and/or
transport mechanisms of the tubal tissues, rather than relying
entirely on total blockage of the tube.   The passages through
15     the tubular contraceptive devices of the present invention may
optionally be occluded by promoting tissue ingrowth within the
device, for example, by including woven or braided polyester
fibers within a helical coil.   Regardless, such tubular
retention structures are capable of radially expanding against
20     tubal walls throughout a wide range of tubal sizes to safely
anchor the contraceptive device, without having to resort to
protruding barbs or the like.

In one aspect, the present invention provides a
contraceptive device for use in fallopian tube having a tubal
25     wall.   The contraceptive device comprises a tubular retention
structure having a proximal end, a distal end, and an axis
therebetween.   The retention structure is radially expandable
*in situ* from a narrow configuration (in which the retention
structure has a first diameter which is suitable for axial
30     insertion into the fallopian tube) so as to define a second,
enlarged diameter.   The expanded retention structure is
adapted to engage the surrounding tubal wall and retain the
contraceptive device within the fallopian tube.

In another aspect, the present invention provides a
35     contraceptive device for use in a fallopian tube having a
tubal wall.   The contraceptive device comprises a conception
inhibiting body which defines an axis.   A helical coil is
disposed about the body.   A portion of the helical coil is

11

movable relative to the body so that the helical coil can
expand resiliently throughout a range of tubal cross-sectional
sizes.  Hence, the coil can radially engage the surrounding
tubal wall and safely affix the contraceptive device within
5       the fallopian tube.


Straight Coil

        The present invention also provides intrafallopian
10      contraceptive devices having elongate coils which are
substantially straight.  Surprisingly, when such straight
coils are positioned axially within the tortuous fallopian
tubes, the bends imposed on the coil by the fallopian tube can
result in resilient anchoring of the coil.  Such straight
15      coils are also highly advantageous when advancing the
contraceptive device into (and within) the fallopian tube.
Straight resilient coils can act as an integral guidewire
during transcervical deployment of the device within the
fallopian tube, thereby avoiding the delay associated with the
20      sequential use of guidewires, tubal axis catheters, and the
like.
        The present invention provides an intrafallopian
contraceptive device for use in a fallopian tube.  The
contraceptive device comprises an elongate coil having a
25      proximal end, a distal end, and an axis therebetween.  The
axis is substantially straight when the coil is at rest, and
the coil is axially resilient to facilitate insertion of the
body axially into the tube.  The device is adapted to be
retained within the fallopian tube so as to inhibit
30      conception.
        In another aspect, the present invention provides an
intrafallopian contraceptive device for use in a fallopian
tube.  The tube has a tubal wall with a tubal cross-section
and an axial curvature.  The contraceptive device comprises an
35      elongate body having a proximal end and a distal end and
defining an axis therebetween.  The body has a cross-section
suitable for axial insertion within the tubal cross-section.
At least a portion of the body is straighter than the axial

361 FH 000140

CON00028938

12

curvature of the fallopian tube.  The body is sufficiently
flexible to deflect against the tubal wall without injuring
the tubal wall.  The body is also sufficiently resilient to
impose an anchoring force against the tubal wall when the
5       straight portion flexes along the axial curvature of the
fallopian tube.

In another aspect, the present invention provides a
contraceptive device for use in a fallopian tube having an
axis.  The contraceptive device comprises a structure having a
10      proximal end, a distal end, and an axis therebetween.  The
structure is adapted to provide effective tubal occlusion when
disposed substantially coaxially within the fallopian tube.
An elongate member is affixed to the occlusion structure.  The
member extends distally of the occlusion structure and is
15      sufficiently flexible and axially resilient to help guide
distal advancement of the occlusion structure within the
fallopian tube.

In a contraceptive method provided by the present
invention, an elongate resilient body is transcervically
20      inserted into an axially curving fallopian tube so that the
fallopian tube imposes an axial bend on the body.  The bent
body imposes an anchoring force which helps anchor the bent
body within the fallopian tube.  The body is anchored within
the fallopian tube so that the affixed resilient body inhibits
25      conception.

In another aspect, the present invention provides a
contraceptive method comprising transcervically inserting an
intrafallopian contraceptive device along the fallopian tube
by guiding the contraceptive device with a distal guidewire-
30      like structure of the contraceptive device.  The device,
including at least a portion of the guidewire-like structure,
is retained within the fallopian tube so that the device
inhibits conception.

In another aspect, the present invention provides a
35      contraceptive kit.  The kit comprises an intrafallopian
contraceptive device and instructions for its use.  The
instructions describe and/or set forth the method steps of
transcervically introducing the contraceptive device into a

361 FH 000141

CON00028939

13

fallopian tube and affixing the contraceptive device within
the tube.  Optionally, a variety of delivery structures may
also be provided in the kit, including guidewires, corewires,
delivery catheters, and the like.

5

### BRIEF DESCRIPTION OF THE DRAWINGS

Fig. 1 illustrates a first embodiment of a
contraceptive intrafallopian device according to the present
10    invention.

Fig. 2 illustrates a primary coil used in the
contraceptive intrafallopian device of Fig. 1.

Fig. 3 illustrates a secondary coil which has been
imposed on a primary coil as used in the contraceptive
15    intrafallopian device of Fig. 1.

Fig. 4 illustrates a corewire for use with the
contraceptive intrafallopian device of Fig. 1.

Fig. 5 is a cross-sectional view of a contraceptive
delivery system having the contraceptive intrafallopian device
20    of Fig. 1.

Fig. 6 illustrates an alternative embodiment of the
present contraceptive intrafallopian device.

Fig. 7 illustrates a primary coil used in the
contraceptive intrafallopian device of Fig. 6.

25    Fig. 8 schematically illustrates a contraceptive
delivery system including the contraceptive intrafallopian
device of Fig. 6.

Figs. 9 and 10 illustrates a method of delivery of a
contraceptive intrafallopian device according to the present
30    invention.

Figs. 11A-D illustrate intrafallopian contraceptive
devices having straight primary coils, together with
associated delivery devices and systems.

Figs. 12A-E illustrate a variety of intrafallopian
35    contraceptive devices which are adapted to promote a tissue
reaction that enhances the contraceptive efficacy of the
device.

14

Fig. 13 illustrates a method for introducing a dense braid of fiber material into a helical coil of a contraceptive device.

Figs. 14-14E illustrate helical coils which adapt to varying tubal sizes to enhance retention of the contraceptive device within the fallopian tube.

Fig. 15A-D illustrate cross-sectional views through the fallopian tube before, during, and after delivery of a contraceptive device having a radially expandable helical coil, and also illustrates the enhanced efficacy provided by tissue reactions such as tissue ingrowth into and around the helical coil.

Fig. 15E illustrates the self-guiding capabilities of a contraceptive device having a straight primary coil.

Fig. 16 illustrates a contraceptive delivery system having a detachable distal corewire.

Fig. 17 schematically illustrates a kit including a contraceptive delivery system and instructions for its use.

Figs. 18A-C schematically illustrate alternative tubular radially expandable retention structures which can mechanically anchor a contraceptive device in the fallopian tube.

## DETAILED DESCRIPTION OF THE SPECIFIC EMBODIMENT

The present invention encompasses a contraceptive intrafallopian device which can alternatively be used as both a permanent and a reversible means of contraception. The present contraceptive methods and devices minimize the danger of non-use which has limited the efficacy of prior art contraceptive techniques. Moreover, the location of the present devices within the fallopian tubes provides a reduced risk of the infectious complications, increased bleeding, and pelvic pain associated with intrauterine devices (IUDs). The location and the novel shape of the present intrafallopian device provides significant advantages over IUDs, which have been found to be susceptible to unplanned expulsion and removal due to excessive pain and bleeding. The present

CON00028941

15

invention takes advantage of the increase in effectiveness associated with copper IUDs, providing a resilient structure including copper which may be transcervically positioned without the need for surgery.

5   Although the present contraceptive method is included within a group of contraceptive techniques generally referred to as fallopian tube occlusion methods, the present invention does not necessarily rely solely on blocking the fallopian tube to prevent fertilization.  Instead,

10   contraception is apparently provided by disrupting of ovum transport, the process of fertilization, and/or cleavage of the ovum.  While the effect that copper has on these processes is not fully understood, it does appear that copper intrafallopian devices offer potentially significant increases

15   in effectiveness over intrafallopian devices formed of other materials.  Contraception may alternatively be provided or enhanced by a spermicidal agent attached to the device. Optionally, the present invention further encompasses devices which promote the growth of tissue within the tube to induce

20   tubal occlusion, further inhibiting conception.  In some embodiments, polyester fibers such as Dacron®, Rayon®, or the like, are bonded to the surface of the coil using a polymeric adhesive.  The polyester fibers promote increased tissue growth around the coil, thus further reducing the possibility

25   of expulsion of the device from the fallopian tube.

Conveniently, the present resilient structures are adapted to be releasably affixed over a corewire, the corewire restraining the resilient structure in a straight configuration.  As the resilient structure has an outer

30   diameter when in the straight configuration which is less than the inner diameter of the fallopian tube, the catheter containing the present intrafallopian device is easily transcervically introduced.

The present invention may be anchored within the

35   isthmus of the fallopian tube, overcoming the unintended            •
expulsion of the device and the resulting failure of the contraceptive method.  Such intrafallopian device expulsion has been the single greatest factor limiting the efficacy of

CON00028942

16

easily positioned intrafallopian contraceptive techniques.
The present intrafallopian devices are generally elongate
resilient structures pre-formed into secondary shapes.  These
secondary shapes will preferably form anchors proximally and
5    distally of the narrowest portion of the fallopian tube,
called the isthmus.  The secondary shape preferably has a
larger outer diameter than the inner diameter of the isthmus.
Anchoring may also be possible with a structure spanning other
portions of the tubal lumen, often between the ostial opening
10   and the isthmus.

The present device is generally readily removed by
snaring the resilient structure near the proximal end and
pulling proximally on the resilient structure, thereby
straightening the resilient structure and allowing it to be
15   withdrawn without injuring the fallopian tube.  Alternatively,
an electrical current is applied to the device after it is
positioned within the fallopian tube, providing permanent
sterilization.  Electrical current might also effect
detachment of the device from the delivery system using a
20   system similar to that described in U.S. Patent No. 5,624,449,
the full disclosure of which is incorporated herein by
reference.  *In situ* actuation of an anchor might be effected
by releasing a resilient structure to expand *in situ* with a
similar mechanism, or by a current induced phase change of a
25   shape memory alloy (for example, causing a straight Nitinol®
ribbon to curl within the fallopian tube with a current).

Referring now to Fig. 1, a first embodiment of the
present contraceptive intrafallopian device 10 is formed from
a resilient primary coil 12.  Primary coil 12 has a proximal
30   end 14 and a distal end 16, the latter having an atraumatic
endcap 18.  Primary coil 12 further includes three portions: a
proximal anchor portion 20, a distal anchor portion 22, and a
lumen-traversing region 24.  Proximal and distal anchors 20,22
are biased to form anchoring loops 26, as described
35   hereinbelow.

Lumen-traversing region 24 comprises a substantially
straight portion of primary coil 12.  A ribbon 28 is wound
over the outer surface of primary coil 12 to provide a helical

CON00028943

17

shape. Ribbon 28 includes sharp outer edges 29, which firmly anchor lumen-traversing region 24 in the fallopian tube wall when torque is applied to intrafallopian device 10. The ribbon is preferably formed of a high strength biocompatible metal, ideally being stainless steel. The ribbon is attached to primary coil 12 at a proximal joint 30 and a distal joint 32, which may be formed of solder, heat-shrink tubing, or the like.

5

Referring now to Fig. 2, primary coil 12 is most easily formed in a straight configuration as a cylindrical coil or spring, preferably having an outer diameter in the range from 0.005 inch to 0.05 inch, and having a length in the range from 20 mm to 150 mm. Ideally, primary coil 12 has an outer diameter in the range from 0.01 inch to 0.05 inch and a length in the range from 30 mm to 125 mm.

10

15

Preferably, primary coil 12 is formed from a beryllium copper alloy wire. Beryllium copper provides the resilience necessary to avoid expulsion of the device, and also provides the increased effectiveness of a copper contraceptive intrafallopian device. Such a beryllium copper wire will typically have a diameter from 0.002 inch to 0.01 inch. To provide the increased efficacy of a copper intrafallopian device, primary coil 12 preferably comprises an alloy including 75% copper. Alternatively, primary coil 12 is formed from a resilient metal, such as stainless steel, platinum, a shape memory alloy, or the like. If such materials are used, primary coil 12 is preferably plated with copper or a copper alloy or otherwise has copper attached.

20

25

Primary coil 12 includes a body winding 42 and a thread winding 44. Body winding 42 is formed with the minimum possible pitch to increase the stiffness of primary coil 12. Thread winding 44 will typically comprise from 0.1 cm to 2.0 cm adjacent to proximal end 14, and will have a pitch roughly twice that of body winding 42.

30

35

Referring now to Fig. 3, the proximal and distal anchors are formed by imposing a bent secondary shape on selected portions of primary coil 12. The secondary shape preferably comprises loops 26 formed by bending primary coil

CON00028944

18

12, and heat treating the primary coil while it is bent.  A
wide variety of secondary shapes may be used, including
sinusoidal curves, alternating loops, or loops separated by
straight sections so as to form a "flower coil," as more fully
5   described in co-pending U.S. Patent Application No.
08/474,779, the full disclosure of which is herein
incorporated by reference.  In most cases, the bent secondary
shape will have an outer cross-section 46 which is larger than
the fallopian tube to provide effective anchoring.

10         Referring now to Fig. 4, a corewire 50 for use with
intrafallopian device 10 (Fig. 1) comprises a resilient wire
52 which tapers towards a distal end 54.  Wire 52 is
sufficiently stiff to restrain intrafallopian device 10 in a
straight configuration, typically comprising stainless steel,
15   platinum, or the like.  A short section of coil forms corewire
threads 56 attached at threadjoint 58.  Threads 56 match the
windings and pitch of threadwindings 44 of primary coil 12.

         Referring now to Fig. 5, an intrafallopian
contraceptive system 60 comprises corewire 50 inserted within
20   a lumen 62 through intrafallopian device 10.  Intrafallopian
device 10 is releasably attached by engaging thread windings
44 with threads 56.  Thus, intrafallopian device 10 is
disengaged by torquing a proximal end of corewire 50 once
intrafallopian device 10 is in position.

25         Referring now to Fig. 6, an alternative embodiment
of the present intrafallopian device is again formed from a
resilient primary coil 112 having a proximal end 114 and a
distal end 116.  The former includes a friction fitting 115.
Primary coil 112 again includes three portions: a proximal
30   anchor portion 120, a distal anchor portion 122, and a lumen-
traversing region 124.  Proximal and distal anchors 120, 122
are here biased to form opposed anchoring loops 26, thereby
increasing the relaxed overall cross-section of the proximal
and distal anchors.  A ribbon 128 is wound over the outer
35   surface of primary coil 112 to provide a helical shape, as
described above.

         Referring now to Fig. 7, primary coil 112 comprises
a uniform body winding 142.  The secondary shape is imposed on

CON00028945

19

the straight cylindrical coil as opposed loops 126, or
alternatively as multiple loops of a flower coil.

Referring now to Fig. 8, an intrafallopian
contraceptive system using alternative intrafallopian device
5    100 includes a corewire 152 which tapers towards a distal end
154.  Friction fitting 115 fittingly engages corewire 152,
which restrains primary coil 112 in a straight configuration.
A release catheter 164 is slidably disposed over corewire 152
proximally of alternative intrafallopian device 100, allowing
10   the device to be released by withdrawing corewire 152 relative
to the release catheter.

Use of the present contraceptive intrafallopian
device will be described with reference to Figs. 9 and 10.  A
uterine introducer canula 70 is inserted transcervically
15   through a uterus 72 to the region of an ostium 74.
Alternatively, a hysteroscope may be used in place of
canula 70, or an echogenic and/or radiopaque device might be
placed under sonographic or radiopaque guidance.

Intrafallopian contraceptive system 60 is advanced
20   distally of introducer cannula 70 and maneuvered through the
fallopian tube, preferably until intrafallopian device 10
extends distally of the isthmus.  Optionally, intrafallopian
contraceptive system 60 is self-guided, with corewire 52 bent
near distal end 54 to assist intraluminal maneuvering.
25   Alternatively, a guide wire and catheter are advanced into the
fallopian tube first, and the guide wire is replaced with
intrafallopian contraceptive system 60.  In either case, the
intrafallopian device will generally be axially positioned
with lumen-traversing region 24 within a target region 84
30   adjacent to isthmus 80.  Preferably, at least one loop of
distal anchor 22 is distal of target region 84, and at least
one loop of proximal anchor 20 is proximal of target region 84
to form the distal and proximal anchor bends.

Once intrafallopian device 10 is properly
35   positioned, corewire 50 is torqued to set ribbon 28 in the
tubal wall.  The corewire may then be unthreaded from
intrafallopian device 10 by rotating the corewire in the
opposite direction, disengaging threads 56 from thread

20

windings 44.  The corewire is then free to slide proximally,
releasing the primary coil.  As the distal end of the primary
coil is released, a distal anchor bend 90 is formed.
Similarly, a proximal loop forms a proximal anchor bend 92.

5      The anchor bends help to axially restrain the device within
the fallopian tube, and also prevent rotation around the
helical shape of lumen-traversing region 24.  As seen in
Fig. 10, the loops need not assume their relaxed form to
provide effective distal or proximal anchors.

10             The present invention further encompasses permanent
sterilization by passing a current through the corewire to the
intrafallopian device prior to withdrawing the corewire.
Fallopian tube tissue in contact with the intrafallopian
device is desiccated, and thus attached to the present

15     intrafallopian device.  This action also causes permanent
tubal damage, leading to the formation of scar tissue which
encapsulates the intrafallopian device and causes permanent
occlusion of the tubal lumen.  Clearly, the corewire/primary
coil interface must be conductive to allow the present non-

20     surgical method of permanent sterilization.
             The intrafallopian contraceptive methods and devices
of the present invention can provide highly effective
contraception even when the contraceptive device does not
totally occlude the lumen of the fallopian tube.  To minimize

25     distention of the delicate tubal tissue, the present invention
will often leave some open lumen within the fallopian tube, at
least when initially deployed.  In fact, these contraceptive
devices will often comprise perforate tubular structures
having lumens.  Nonetheless, contraception can be provided by

30     disrupting the normal architecture and/or function of the
fallopian tube, despite the presence of an open lumen.  This
concept is referred to herein as "functional occlusion".  As
used herein, a device which provides functional occlusion
means that the device, when implanted in the fallopian tube,

35     disrupts the normal architecture and/or functioning of the
fallopian tube so as to inhibit fertilization and/or
conception.

21

The size of an occlusive device required to provide functional occlusion may depend on the material of the device, the position the device is to be deployed within the fallopian tube, the interaction between the device and the surrounding
5   tubal wall, and the like. For example, intrafallopian contraceptive structures which include fibers of polyester may incite ingrowth of the tubal tissues into the device. As a result of this tissue/device interaction, a relatively small device which promotes ingrowth may be capable of providing
10  effective occlusion. In fact, such a device may be capable of providing total occlusion by inciting sufficient ingrowth so that the hyperplastic tubal walls, in combination with the device, block all passage through the tubal lumen. Hence, relatively small, easily inserted structures may effectively
15  inhibit conception without the danger of distending the tubal wall.

One easily inserted intrafallopian contraceptive structure which may be capable of providing effective tubal occlusion is illustrated in Fig. 11A. A straight
20  contraceptive device 200 includes a straight primary coil 202 around which is disposed a secondary helical coil 204 as described above. Secondary coil 204 is affixed to primary coil 202 at a pair of bonds 206. As illustrated above in Fig. 6, the secondary helical coil may have an inner surface which
25  is larger than the outer surface of primary coil 202, which may facilitate embedding the corners of the secondary coil in the surrounding tubular wall. However, unlike the intrafallopian devices described hereinabove, straight device 200 remains substantially straight between a proximal end 208
30  and a distal end 210 when the primary coil is at rest.

Primary coil 202 will typically be formed from wire having a diameter of between about 0.002 and 0.009 inches, by winding the wire to form a coil having a diameter between about 0.010 and 0.040 inches. Primary coil 202 will often
35  have a length of between 2.9 and 3.5 cm. The ribbon used to form secondary helical coil 204 will generally have a width between about 0.005 and 0.020 inches, and a thickness of between about 0.0005 and 0.005 inches.

CON00028948

22

In the exemplary embodiment, straight device 200 includes a primary coil 202 having a total length of between about 3.0 and 3.35 cm.  The exemplary primary coil 202 is wound from platinum wire, the platinum wire having a thickness
5    of 0.005 inches, which is wound to provide a primary coil having an outer diameter of about 0.018 inches and a length of about 3.0 cm.  Secondary coil 204 is formed from a platinum ribbon having a width of 0.012 inches and a thickness of 0.002 inches.  Bonds 206 comprise gold solder and secondary coil 204
10   has a length of about 0.5 to 1.0 cm and an outer diameter of between about 0.035 to 0.040 inches when affixed to the primary coil 202.  Solder is also used to form an atraumatic tip at distal end 210.

Referring now to Figs. 11B and 11C, a self-guiding
15   contraceptive delivery system 212 includes straight contraceptive device 200 and a flexible tip corewire 214.  As described above, threads 216 on flexible tip corewire 214 mate with the proximal end 208 of straight contraceptive device 200, the threads ideally comprising a stainless steel coil
20   having approximately the same dimensions as primary coil 202 and affixed to the corewire with yet another gold solder joint 206.

Advantageously, distal end 218 of corewire 214 need not have sufficient stiffness and strength to restrain a coil
25   biased to form a bent secondary shape.  As a result, the thickness of corewire 214 may be optimized to enhance the trackability and pushability of self-guided contraceptive system 212, thereby enhancing the ability of the contraceptive system to act as its own guidewire.

30   Delivery of the contraceptive device is facilitated by using a corewire having a relatively long, stiff proximal section and a relatively short, flexible section, the flexible section typically being tapered as illustrated.  The thickness and material properties of these sections are selected to
35   provide enough column strength to allow corewire 214 to advance straight device 200 within the fallopian tube, but enough flexibility at the distal end of the delivery system for distal end 210 to navigate the tortuous fallopian tube.  A

CON00028949

23

relatively thick proximal section also improves the torque
transmission capabilities of the wire, particularly for
torquing and embedding the outer coil against the tubal wall.

Proximal section 220 of corewire 214 will preferably
5    be flexible enough for delivery through a flexible catheter
and/or through the working channel of an endoscope.  The
corewire will generally comprise a material which resists
kinking and resiliently returns to its original shape, ideally
comprising a shape memory alloy such as Nitinol® or a treated
10   stainless steel.  Such resilience may be tailored to enhance
the ability of the delivery system to access the tubal ostium
and advance the contraceptive device into the fallopian tube.
In some embodiments, corewire 214 will be capable of
transmitting heat, electrical current, and/or some other
15   energy which induces scarring, electrocautery, or the like, so
as to attach the contraceptive device within the fallopian
tube.  Alternatively, the transmitted energy may decouple the
device from the corewire, for example, by melting a coupler.

In a particularly advantageous aspect, threads 216
20   of delivery system 200 may be adapted to enhance visualization
of the detachment process.  For example, a first portion of
the threads 222 may be a first color (such as green) while a
second portion of the threads 224 may be a second color which
contrasts sharply with the first color (such as red).  As they
25   are near the proximal end of the device, threads 216 will
often be more visible than the remainder of the contraceptive
device.  The threads may even protrude through the tubal os
into the uterus for viewing through the hysteroscope.  By
visually monitoring highly contrasting colors of the thread
30   portions through the hysteroscope, the attending physician
will be provided with direct feedback on the decoupling
process.  The thread portions may be colored by coating,
anodizing, oxidation, polishing, the use of differing
materials, or the like.  A stripe or other mark may also be
35   provided on the delivery wire to help monitor rotation.
Alternative embodiments may use threads having high contrast
under imaging.

361 FH 000152

CON00028950

24

Still further capabilities may be incorporated into the delivery system. For example, a "smart" delivery device may be able to sense its position within the fallopian tube magnetically, electrically, optically, ultrasonically, or the
5    like. Similarly, the deployed device may incorporate structures which allow the physician to remotely verify the position and presence of the device without having to access the fallopian tube (e.g., using a magnetic sensor, impedance, and/or radio activity).
10          In the exemplary embodiment, corewire 214 comprises a shape memory alloy such as Nitinol®. Proximal portion 220 of corewire 214 has a thickness of between about 0.018 and 0.040 inches, ideally being about 0.035 cm, and the corewire tapers over a length of about 5.0 cm to a minimum thickness of
15   between about 0.002 and 0.008 inches, typically about 0.003 inches at distal end 218.
          One method for attaching polyester fibers 226 to straight contraceptive device 200 is illustrated in Fig. 11D. As described above, such polyester fibers promote tissue
20   ingrowth, which can help affix the device within the fallopian tube. Additionally, such tissue ingrowth may also help to further occlude the lumen of the fallopian tube. Fibers 226 are shown tied in loops around the secondary coil, ideally using between about 5 and 7 loops and fiber.
25          A wide variety of alternative mechanisms may be employed to incite a tissue reaction which enhances the functional occlusion of the intrafallopian contraceptive device. For example, materials such as collagen, hydroxyapatite, solid or fibrous PTFE, or the like may be
30   used. Biodegradable coatings may cause tissue ingrowth or scarring, and then degrade to leave a fully or partially occluded lumen. In some embodiments, the engagement between outer coil 204 and the tubal wall injures the epithelial tissues, and the healing process results in the formation of
35   scar tissues which interfere with the functioning of the fallopian tube.
          A variety of alternative ingrowth promoting intrafallopian contraceptive devices are illustrated in Figs.

361 FH 000153

CON00028951

25

12A-E.  Generally, each of these devices includes some element
which promotes ingrowth of tubal tissues therein.  A porous
secondary coil 230 may be formed of a porous metal, ideally
comprising a micro-porous shape memory alloy such as Nitinol®.
5    In some embodiments, ingrowth bonds 232 may be formed of, or
coated with, a material such as bioglass, ceramics, or the
like so as to promote tissue ingrowth, so that the entire
device may promote ingrowth.  Surface treatments may also
encourage ingrowth.  For example, blasting a surface with
10    small particulates can create a somewhat divoted and porous
texture.  Such porous textures at the surface, with micron-
sized pores, may produce the desired tissue reaction.
Alternative embodiments may include an open cell ingrowth
promoting structure, such as the open cell foams used to
15    attach some breast implants.

         In some embodiments, discrete bodies 234 may be
formed as rings or annular beads using any of the above listed
tissue ingrowth materials, coatings, or treatments.  Wound,
wrapped, or braided fiber material 236 may also be disposed
20    between the primary and secondary coils, the fiber material
typically comprising a polyester such as Dacron®, Vicril®, or
the like.  Dense fiber materials within the device may enhance
the reaction and/or ingrowth of the surrounding tubal tissues,
and also decreases the amount of open space within the device,
25    thereby minimizing any prosthetic lumen.  Fiber material 236
may also be in the form of a thick felt, or may simply be spun
with several layers of windings.

         Still further alternative ingrowth promoting
elements are possible, such as tubular fabric 238 of felt,
30    braided or woven material, or the like.  Tubular fabric 238
provides an open conduit at the proximal end of the device to
avoid impeding with the removal of the corewire, and the outer
diameter of the tubular fabric will preferably be less than
the outer diameter of the secondary coil.  In some
35    embodiments, simply providing an internal fabric 240 in the
form of a textile mesh or felt inside the primary coil may be
sufficient to incite ingrowth of the tubal tissues into the

CON00028952

26

coil, affixing the coil in place and providing functional
occlusion of the fallopian tube.

      Referring now to Fig. 13, a particularly
advantageous method for producing a contraceptive device
5   having a dense fiber braid 250 is illustrated.  Dense fiber
braid 250 is initially formed by wrapping several layers of
fiber around a mandrel.  After about fifteen layers of fiber
have been wrapped over the mandrel, the wound fiber is slid
off the mandrel, and the windings are processed to form the
10  braid.  The braid is affixed to contraceptive device 200
adjacent one of the bonds, and the fiber braid is then wound
between the windings of secondary coil 204.  As a result, at
least a portion of fiber tube 250 is disposed in the annular
space between the primary coil and secondary coil 204.  Often
15  times, some portion of the fiber will also extend radially
beyond secondary coil 204, as illustrated.

      The use of dense fiber braid 250 provides a much
greater amount of fiber and a more radially compact, easily
deployable assembly than a structure which includes loops tied
20  radially around the secondary coil.  Such densely packed fiber
thereby makes use of an otherwise open space, and the enhanced
amount of fiber should provoke a more robust tissue reaction.
Specifically, dense fiber braid 250 will have a smaller pore
size, which is generally advantageous for tissue ingrowth.
25  This combination of an enhanced tissue reaction, with a less
axially open design, would appear to provide significant
advantages for functional occlusion of the fallopian tube.

      A still further alternative intrafallopian
contraceptive device 200' is illustrated in Fig. 14.
30  Alternative device 200' includes several of the same primary
structures described hereinabove regarding straight
contraceptive device 200, but makes use of a fiber tube 252 to
provide the advantages of high fiber density and a small
radial package.  In this embodiment, the fiber is again
35  wrapped around a mandrel several times (ideally about 15
times) and then removed as a fiber tube.  Tube 252 is slid off
the mandrel and onto the primary coil.  The tube may be
positioned before or after secondary coil 204 is attached at

CON00028953

27

bond 206, and will generally occupy the annular space between the primary and secondary coils.  The ends of tube 252 can be tied to keep the tube in position during delivery.

5    Alternative contraceptive device 200' also differs from the previous structures in that secondary coil 204 has a free end 254 which is not affixed to primary coil 202.  As free end 254 can move relative to primary coil 200, secondary coil 204 can expand radially well beyond bond 206, and can also be radially compressed to provide a very small outer
10   diameter during delivery of the device.  Hence, the diameter of secondary coil 204 in alternative device 200' provides a highly radially variable tubular structure which can easily adapt to a wide variety of tubal lumen cross-sectional sizes to retain the contraceptive device within the fallopian tube.

15   A highly radially expandable tubular retention structure has several significant advantages.  First, the structure can be inserted in a narrow profile configuration and radially expanded within the fallopian tube to provide a secure anchor with minimal danger of protruding through the
20   delicate tubal wall.  Additionally, the stiffness of the helical secondary coil can be tailored to provide the appropriate engagement force and/or damage to the wall tissue so as to provoke the desired tissue reaction, whether it be scar tissue formation, ingrowth, or the like.  Torquing of a
25   free ended helical coil may also be used to adjust the outer diameter during delivery.

The enhanced variability in outer diameter provided by an outer coil 204 having a free end 254 can be understood with reference to Figs. 14A-C.  Generally, outer coil 204 will
30   here have an outer diameter of over about 0.080 mm in its relaxed state, the outer diameter of the secondary coil preferably being biased to form a helix with an outer diameter of about 1.0 mm when at rest, and will ideally be compressible to an outer diameter of 0.1 mm for insertion.  Outer coil 204
35   of alternative device 200' may be easily radially compressed by drawing free end 254 proximally away from bond 206, by wrapping the free end around primary coil 202, or by some combination of both.

CON00028954

28

As illustrated in Figs. 14B and C, the device may be restrained in a small diameter configuration by a delivery catheter 256, by articulatable jaws 258, or the like. Regardless, secondary coil 204 will generally be restrained

5    until the device is positioned within the fallopian tube, and will then be released *in situ* by axially withdrawing catheter 256, articulating jaws 258, or the like.   Still further alternative *in situ* release mechanisms are possible, such as dissolving or dissipating a crystal or electrolytic coating

10    which radially restrains the secondary coil, a phase change in a shape memory alloy, or the like, as described above.   It should be noted that the free ended secondary coil is illustrated in Figs. 14A-C without the optional dense fiber tube of Fig. 14A for clarity.   Nonetheless, the enhanced

15    radial variability provided by a free ended helical coil (or by other perforate tubular structures) may be either used alone or combined with other tissue reaction structures described hereinabove to provide functional occlusion and contraception.

20         Alternative helical retention structures are illustrated in Figs. 14D and 14E.   A tapered coil 203 may be advanced distally, either axially or by rotationally threading the device, to embed the structure into a tapering portion of the tubal wall.   The device can accommodate a variety of tubal

25    sizes, as it need only be advanced until proper engagement has been achieved.   Variable stiffness along the outer coil may be provided by a coil formed with a tapering ribbon 207, or the like.

        The use of a tubular, radially expandable

30    intrafallopian device, and also the significance of tissue reaction in providing functional occlusion, can be further understood with reference to Figs. 15A-D.   A lumen L of a fallopian tube F is largely a potential space, much like a deflated balloon.   Tubal wall W can expand around structures

35    which are inserted into lumen L, such as around catheter 256 which radially restrains a free ended secondary coil 204. Hence, the size of the irregular lumenal cross-section may be measured by the diameter of a device it can accommodate.

361 FH 000157

CON00028955

29

Work in connection with the present invention has found that fallopian tubes can vary significantly in inner lumen cross-sectional sizes.  The maximum diameter of a device which a fallopian tube can accommodate at its smallest point
5    can range anywhere from 0.2 to 1.5 mm.  For devices having a fixed cross-section, relatively large diameters will make the device more difficult to deliver.  However, if the device is made too small, it can be more easily ejected from the fallopian tube.  While fixed cross-sectional devices may still
10   be effective (for example, by providing a range of different device sizes), the use of a radially expandable tubular structure such as free ended helical coil 204 allows the device to compensate for the substantially anatomical differences between users.

15           As generally described above, catheter 256 may optionally be positioned by first accessing the fallopian tube with a guidewire, and then advancing the catheter over the positioned guidewire.  Alternatively, the catheter and contraceptive device may be advanced distally using the distal
20   end of the primary coil as a guidewire.  Regardless, once the contraceptive device is positioned at the desired axial location (generally from adjacent the isthmus to the intraluminal region, but optionally anywhere from the cornual area to adjacent the distal fimbria), catheter 256 is
25   withdrawn proximally while restraining the contraceptive device axially with the proximal end of corewire 214.  As catheter 256 is withdrawn, secondary coil 204 expands radially and engages the surrounding tubal wall W, as illustrated in Fig. 15C.  Secondary coil 204 may optionally be torqued
30   against the surrounding tubal wall from the proximal end of corewire 214, after which the corewire is unthreaded from the contraceptive device and removed.

             Although the tissues of the tubal wall protrude between the windings of secondary coil 204, a significant
35   portion of lumen L remains open.  Nonetheless, functional occlusion is provided so long as the deployed device adequately interferes with fertilization so as to inhibit conception.  Functional occlusion may be enhanced by the

30

formation of scar tissues and the growth of tissues from the
tubal wall so as to occlude lumen L (ideally both inside and
outside of the tubular retention structure), as illustrated in
Fig. 15D. Such scar tissue formation will also aid in

5    anchoring the device.

       As can be understood with reference to Fig. 15D and
Fig. 16, open areas within the contraceptive device along the
axis of fallopian tube F can present some risk of providing a
passageway for fertilization. To avoid providing a prosthetic

10    lumen defined by the inner surface of primary coil 202 after
corewire 214 is removed, a detachable delivery wire 260 is
formed in two pieces. Distal delivery wire 264 is coupled to
proximal delivery wire 262 by a threaded fastener 266.
Fastener 266 provides column strength to the detachable

15    delivery wire. This allows the distal portion of the delivery
wire to remain within the primary coil when the contraceptive
device is detached. Clearly, a wide variety of coupling
mechanisms might be used. Advantageously, a threaded coupler
allows the device to be torqued in one direction and detached

20    by rotating the proximal delivery wire 262 in the other
direction, generally as described above.

       The use of primary coil 202 (in combination with
corewire 214) as a guidewire can be understood with reference
to Fig. 15E. The good proximal column strength of the

25    corewire and the distally increasing flexibility of the
combined corewire and primary coil at the distal end of the
delivery device greatly facilitates axially advancing the
device within fallopian tube F. The ability of the corewire
214 to transmit torque can also help advance the delivery

30    system distally, as well as allowing the user to embed
secondary coil 204 into the surrounding tubal wall. As can
also be understood with reference to Fig. 15E, the use of a
straight primary coil in a portion of the fallopian tube
having significant axial curvature results in resilient

35    engagement of the coil against the tubal wall, and can thereby
provide anchoring similar to that described above for pre-bent
coils in straight lumens.

361 FH 000159

CON00028957

31

Referring now to Fig. 17, a kit 300 includes
contraceptive system 212 (in which straight contraceptive
device 200 is mounted on corewire 214) within a sterile
package 302. Also included in kit 300 are instructions 304,
5       the sterile package and instructions being disposed in
packaging 306. The instructions may set forth any of the
method steps for using a contraceptive system as described
hereinabove. Delivery system 212 may be protected by a
protective sheath 308, and other system components described
10      hereinabove may also be included. Also visible in Fig. 17 is
the proximal torquable handle 310 of the delivery system.

Instructions 304 will often comprise printed
material, and may be found in whole or in-part on packaging
306 or sterile packaging 302. Alternatively, instructions 304
15      may be in the form of a recording disk or other computer
readable data, a video tape, a sound recording, or the like.

Alternative radially expandable retention structures
are illustrated in Figs. 18A through C. A slotted tube
retention structure 320 can shorten and expand within the
20      fallopian tube. In general, such expansion may be the result
of external forces (such as actuation of a two part delivery
system 322), or the retention structure may self-expand when
released *in situ*. Forcibly expanded retention structures may
have a latching mechanism which prevents collapse when the
25      device is detached from the delivery system in the fallopian
tube, and such detachment may be effected by any of the
mechanisms described hereinabove.

Still further alternative retention structures may
be used in place of helical secondary coil 204 and slotted
30      tube 320. For example, a Malecott retention structure 324 or
a braided filament retention structure 326 might be expanded
to engage a surrounding tubal wall. In some cases, tubal
anchoring may be enhanced by including two or more retention
structures, or by providing small barbs which extend axially
35      and/or radially from the expanded retention structure to
prevent axial migration. Preferably, such barbs would be too
short to perforate through the tubal wall.

                                          CON00028958

32

    In conclusion, the present invention provides a contraceptive intrafallopian device which may be positioned without surgery.  While the above is a complete description of the preferred embodiments of the invention, various

5    alternatives, modifications, and equivalents may be used.  For example, a wide variety of secondary shapes, including open loops, continuous bends, sinusoidal curves, or the like, may be imposed on the primary coil.  Additionally, aspects of these intrafallopian contraceptive devices which are described

10   separately may often be combined (for example, a self-guiding device may also promote ingrowth to affix the device in the fallopian tube).  Therefore, the above description should not be taken as limiting the scope of the invention, which is defined instead solely by the appended claims.

CON00028959

33

**WHAT IS CLAIMED IS:**

1.   An intrafallopian contraceptive device comprising:

a proximal anchor having a proximal cross-section;

a distal anchor having a distal cross-section; and

a lumen-traversing region extending between the proximal anchor and the distal anchor, the lumen traversing region comprising a resilient structure and a ribbon wound over the outer surface of the resilient structure, the lumen traversing region having a helical outer surface and a helical cross-section which is smaller than both the proximal cross-section and the distal cross-section.

2.   An intrafallopian contraceptive device as claimed in claim 1, wherein the ribbon includes a sharp outer edge.

3.   An intrafallopian contraceptive device as claimed in claim 1 wherein at least one of the proximal anchor, the distal anchor, and the lumen-traversing region comprises copper.

4.   An intrafallopian contraceptive device as claimed in claim 1 wherein at least one of the proximal anchor and the distal anchor comprises a resilient structure biased to form a secondary shape.

5.   An intrafallopian contraceptive device comprising:

a proximal anchor having a proximal cross-section;

a distal anchor having a distal cross-section; and

a lumen-traversing region extending between the proximal anchor and the distal anchor, the lumen traversing region having a helical outer surface and a helical cross-section which is smaller than both the proximal cross-section and the distal cross-section;

CON00028960

34

10      wherein at least one of the proximal anchor and the
11  distal anchor comprises a resilient structure biased to form a
12  secondary shape, and wherein the resilient structure comprises
13  a primary coil.

1       6.   An intrafallopian contraceptive device as
2   claimed in claim 5, wherein the primary coil comprises a
3   material selected from the group consisting of beryllium,
4   stainless steel, platinum, and shape memory alloy.

1       7.   An intrafallopian contraceptive device as
2   claimed in claim 6, wherein the primary coil comprises an
3   alloy including beryllium and copper.

1       8.   An intrafallopian device as claimed in claim 5,
2   wherein the primary coil comprises an alloy including at least
3   75% copper.

1       9.   An intrafallopian contraceptive device as
2   claimed in claim 1, wherein a lumen extends from a proximal
3   end of the proximal anchor to near a distal end of the distal
4   anchor, and wherein the intrafallopian contraceptive device is
5   restrainable in a straight configuration by a corewire within
6   the lumen.

1       10.   An intrafallopian contraceptive device
2   comprising:
3       a primary coil having a distal loop, a proximal
4   loop, and an intermediate straight section between the distal
5   loop and the proximal loop; and
6       a helical ribbon wound over at least a portion of
7   the intermediate section.

1       11.   An intrafallopian contraceptive device as
2   claimed in claim 10, wherein the ribbon has a width in the
3   range between .005 and .1 inch.

361 FH 000163

CON00028961

35

1       12.  An intrafallopian contraceptive device as
2   claimed in claim 11, wherein the ribbon has a thickness in the
3   range between .001 and .2 inch.

1       13.  An intrafallopian contraceptive device as
2   claimed in claim 10, wherein the ribbon has a pitch in the
3   range between .01 and .2 inch.

1       14.  An intrafallopian contraceptive device as
2   claimed in claim 10, wherein the device has a length in the
3   range between 1.5 cm and 7.5 cm when in a relaxed state.

1       15.  An intrafallopian contraceptive device as
2   claimed in claim 10, wherein the device comprises copper.

1       16.  An intrafallopian contraceptive device as
2   claimed in claim 15, wherein the primary coil comprises a
3   material selected from the group consisting of beryllium,
4   stainless steel, platinum, and shape memory alloy.

1       17.  An intrafallopian contraceptive device as
2   claimed in claim 16, wherein the primary coil comprises an
3   alloy including beryllium and copper.

1       18.  An intrafallopian contraceptive device as
2   claimed in claim 10, wherein the primary coil includes a lumen
3   which extends from a proximal end of the proximal loop to near
4   the distal end of the distal loop.

1       19.  An intrafallopian contraceptive device as
2   claimed in claim 10, wherein the primary coil has an outer
3   diameter in the range between .2 mm and 5 mm.

1       20.  An intrafallopian contraceptive device as
2   claimed in claim 10, wherein the distal loop and the proximal   •
3   loop have outer diameters of at least 3 mm when in a relaxed
4   state.

CON00028962

36

1       21.  An intrafallopian contraceptive system
2   comprising:
3           a primary coil having a distal loop, a proximal
4   loop, an intermediate straight section between the distal loop
5   and the proximal loop, and a lumen from a proximal end of the
6   proximal loop to near a distal end of the distal loop;
7           a helical ribbon wound over at least a portion of
8   the intermediate section; and
9           a corewire removably disposed within the lumen of
10  the primary coil, the corewire restraining the primary coil in
11  a straight configuration.

1       22.  An intrafallopian contraceptive system as
2   claimed in claim 21, wherein the primary coil comprises
3   copper.

1       23.  An intrafallopian contraceptive system as
2   claimed in claim 21, wherein the corewire is threadably
3   received by the primary coil.

1       24.  An intrafallopian contraceptive system as
2   claimed in claim 21, further comprising a release catheter
3   slidably disposed over the corewire proximally of the primary
4   coil, the release catheter having a distal primary coil
5   engaging surface for restraining the primary coil while the
6   corewire is withdrawn proximally.

1       25.  An intrafallopian contraceptive method
2   comprising:
3           restraining a pre-formed resilient structure in a
4   straight configuration with a corewire extending into the
5   resilient structure, the resilient structure including a
6   lumen-traversing region having a helical outer surface;
7           transcervically introducing the restrained resilient
8   structure into a target region of a fallopian tube; and
9           withdrawing the corewire from within the introduced
10  resilient structure to mechanically anchor the resilient
11  structure within the fallopian tube, at least a portion of the

361 FH 000165

CON00028963

37

12  resilient structure assuming a secondary shape which is larger
13  in cross-section than the fallopian tube when the corewire is
14  withdrawn.

1       26.  A method as claimed in claim 25, wherein the
2  target region is adjacent to an ostium of the fallopian tube.

1       27.  A method as claimed in claim 26, wherein the
2  target region extends distally of an isthmus of the fallopian
3  tube.

1       28.  A method as claimed in claim 25, further
2  comprising torquing the corewire to anchor the resilient
3  structure, the helical shape having a sharp outer edge.

1       29.  A method as claimed in claim 25, wherein the
2  withdrawing step comprises forming a distal anchor from a
3  portion of the resilient structure which is distal of the
4  lumen-traversing region, and forming a proximal anchor from a
5  portion of the resilient structure which is proximal of the
6  lumen-traversing region, the distal portion and the proximal
7  portion assuming the secondary shape.

1       30.  An intrafallopian contraceptive method
2  comprising:
3       restraining a resilient structure in a straight
4  configuration over a corewire, the resilient structure
5  including a lumen-traversing region having a helical outer
6  surface;
7       transcervically introducing the resilient structure
8  into a target region of a fallopian tube; and
9       withdrawing the corewire from the resilient
10  structure to mechanically anchor the resilient structure
11  within the fallopian tube, at least a portion of the resilient
12  structure assuming a secondary shape which is larger in cross-
13  section than the fallopian tube,
14       wherein the withdrawing step comprises unthreading
15  the corewire from the resilient structure.

CON00028964

38

31.  A method as claimed in claim 25, wherein the
withdrawing step comprises axially restraining the resilient
structure with a release catheter while proximally withdrawing
the corewire from within the resilient structure, the release
catheter being slidably disposed over the corewire proximally
of the resilient structure.


32.  A method as claimed in claim 25, further
comprising applying an electrical current from the corewire
and through the resilient structure to the fallopian tube to
desiccate a tubal wall and anchor the resilient structure
within the fallopian tube prior to withdrawing the corewire,
so as to permanently prevent conception.


33.  An intrafallopian sterilization method
comprising:
          transcervically introducing a structure into a
target region of a fallopian tube, the structure being
releasably attached to a distal end of an elongate body;
          applying an electrical current through the elongate
body to the structure, and through the structure to the
fallopian tube to permanently anchor the structure within the
fallopian tube; and
          releasing the structure from the elongate body and
withdrawing the elongate body.


34.  An intrafallopian contraceptive device
comprising:
          a proximal anchor;
          a pre-formed distal anchor which is adapted for
insertion into a fallopian tube, and which is capable of
imposing resilient anchoring forces against an inner surface
of a tubal wall; and
          a lumen-traversing region extending between the
proximal anchor and the distal anchor, the lumen traversing
region comprising means for affixing the intrafallopian
contraceptive device to the adjacent tubal wall while the

CON00028965

39

12    device is restrained within the fallopian tube by the proximal
13    and distal anchors.

1         35.  An intrafallopian contraceptive device as
2    claimed in claim 34, wherein the affixing means comprises a
3    helical outer surface which can be embedded into the adjacent
4    tubal wall without perforating the tubal wall.

1         36.  An intrafallopian contraceptive device as
2    claimed in claim 34, wherein the affixing means comprises
3    means for promoting tissue growth of the tubal wall so as to
4    permanently affix the intrafallopian contraceptive device
5    within the fallopian tube.

1         37.  An intrafallopian contraceptive device as
2    claimed in claim 36, wherein the growth promoting means
3    comprises an element selected from the group containing
4    polyester fibers for promoting tissue ingrowth and an
5    electrically conductive surface coupleable to the tubal wall
6    so as to promote formation of scar tissues.

1         38.  An intrafallopian contraceptive device
2    comprising:
3         a pre-formed proximal anchor having a resilient coil
4    which is restrainable in a straight configuration for
5    insertion into a fallopian tube, and which is capable of
6    imposing resilient anchoring forces against an inner surface
7    of a tubal wall;
8         a pre-formed distal anchor having a resilient coil
9    which is restrainable in a straight configuration for
10   insertion into the fallopian tube, and which is capable of
11   imposing resilient anchoring forces against the inner surface
12   of the tubal wall; and
13       a lumen-traversing region extending between the
14   proximal and distal anchors, the lumen-traversing region
15   comprising a resilient structure having a helical outer
16   surface which is adapted to engage the inner surface of the
17   tubal wall so as to prevent expulsion of the intrafallopian

CON00028966

40

18   contraceptive device while the proximal and distal anchors
19   impose the anchoring forces.

1        39.   An intrafallopian contraceptive method
2   comprising:
3            transcervically introducing a pre-formed resilient
4   structure into a target region of a fallopian tube;
5            imposing an anchoring force against a tubal wall of
6   the fallopian tube by resiliently engaging an inner surface of
7   the tubal wall with the resilient structure; and
8            affixing the resilient structure within the
9   fallopian tube with a lumen-traversing region of the resilient
10   structure.

1        40.   A method as claimed in claim 39, wherein the
2   affixing step comprises promoting tissue ingrowth of the tubal
3   wall surrounding the resilient structure.

1        41.   A method as claimed in claim 40, wherein the
2   tissue ingrowth occludes the fallopian tube to inhibit
3   conception.

1        42.   A method as claimed in claim 39, further
2   comprising promoting the formation of scar tissue by
3   electrically energizing the resilient structure within the
4   fallopian tube.

1        43.   A tissue reaction contraceptive device for use
2   in a fallopian tube, the fallopian tube having tubal tissues,
3   the contraceptive device comprising:
4            a coil having a proximal end and a distal end and
5   defining an axis therebetween, the coil being axially flexible
6   and having a cross-section suitable for insertion into the
7   fallopian tube; and
8            an element disposed along the coil, the element
9   adapted to incite a tissue reaction in the tubal tissues
10   adjacent the coil so as to inhibit conception.

CON00028967

41

1       44.  A contraceptive device as claimed in claim 43,
2   wherein the element comprises a braided or woven polyester.

1       45.  A contraceptive device as claimed in claim 43,
2   wherein the element comprises a perforate material defining
3   surface pores which promote tissue ingrowth of the tubal
4   tissues.

1       46.  A contraceptive device as claimed in claim 45,
2   wherein the perforate material comprises a member selected
3   from the group consisting of PTFE, ceramic, or microporous
4   polymer.

1       47.  A contraceptive device as claimed in claim 43,
2   wherein the element comprises a polymer coating which promotes
3   at least one of scarring of the tubal tissues, ingrowth of the
4   tubal tissues, and sclerosing of the tubal tissues.

1       48.  A tissue ingrowth contraceptive device for use
2   in a fallopian tube having a tubal tissue, the contraceptive
3   device comprising:
4       a tubular retention structure having a proximal end,
5   a distal end, and an axis therebetween, the retention
6   structure being axially flexible and insertable within the
7   fallopian tube;
8       a material which can incite ingrowth of the tubal
9   tissue therein, the ingrowth material attached to the
10  retention structure.

1       49.  A contraceptive device as claimed in claim 48,
2   wherein the material comprises braided or woven polyester.

1       50.  A contraceptive device as claimed in claim 49,
2   wherein the retention structure comprises a perforate frame
3   having at least one radial opening, and wherein the braided or
4   woven polyester extends radially beyond the tubular retention
5   structure through the at least one radial opening.

CON00028968

42

51.  A contraceptive device as claimed in claim 48,
wherein the retention structure comprises a helical outer coil
having a sharp edge.

52.  A contraceptive device as claimed in claim 48,
further comprising an inner coil disposed within the tubular
retention structure, wherein at least a portion of the
material is disposed in an annular space between the inner
coil and the retention structure.

53.  A contraceptive device as claimed in claim 50,
wherein the inner coil extends distally beyond the retention
structure with sufficient resilient flexibility to help guide
the contraceptive device axially within the fallopian tube.

54.  A tissue ingrowth contraceptive device for use
in a fallopian tube, the contraceptive device comprising:
        a resilient elongate body having a proximal end and
a distal end and defining an axis therebetween;
        a retention structure disposed along the resilient
body, the retention structure adapted to restrain the
resilient body within the fallopian tube;
        a bond affixing the retention structure to the
resilient body;
        wherein at least one of the resilient body, the
retention structure, and the bond comprises a microporous
material which promotes tissue ingrowth therein.

55.  A contraceptive method comprising:
        transcervically inserting a contraceptive device
within a fallopian tube by resiliently deflecting a distal
body of the contraceptive device against a tubal wall so that
the distal body guides the contraceptive device axially along
the fallopian tube; and
        inciting a tissue reaction of tubal tissues with an
element of the contraceptive device so as to affix the
contraceptive device within the fallopian tube.

CON00028969

43

1        56.  A contraceptive method as claimed in claim 55,
2  wherein the inciting a tissue reaction step comprises
3  promoting tissue ingrowth into the element.

1        57.  A contraceptive method as claimed in claim 56,
2  wherein the inciting a tissue reaction step comprises
3  mechanically promoting scar formation by embedding a radially
4  oriented edge into the tubal wall without penetrating through
5  the tubal wall.

1        58.  A contraceptive method as claimed in claim 55,
2  wherein a polymeric coating of the contraceptive device
3  incites a tissue reaction selected from the group consisting
4  of scarring, ingrowth, or sclerosing.

1        59.  A contraceptive device for use in a fallopian
2  tube having a tubal wall, the contraceptive device comprising:
3        a tubular retention structure having a proximal end,
4  a distal end, and an axis therebetween, the retention
5  structure radially expandable *in situ* from a narrow diameter
6  configuration, the retention structure in the narrow
7  configuration having a first diameter suitable for axial
8  insertion into the fallopian tube, the expanded retention
9  structure having a second diameter larger than the first
10  diameter and adapted to engage the surrounding tubal wall and
11  retain the contraceptive device within the fallopian tube.

1        60.  A contraceptive device as claimed in claim 59,
2  wherein the retention structure comprises a resilient helical
3  coil.

1        61.  A contraceptive device as claimed in claim 60,
2  wherein the coil expands resiliently to safely engage the
3  tubal wall throughout a range of tubal cross-sectional sizes.

1        62.  A contraceptive device as claimed in claim 61,
2  wherein the coil resiliently expands to open diameters
3  throughout the range from about 0.10 to about 1.0 mm with an

CON00028970

44

4   expansion force sufficient to help retain the contraceptive
5   device in the fallopian tube and insufficient to penetrate
6   through the tubal wall.

1        63.   A contraceptive device as claimed in claim 60,
2   wherein the coil has a sharp outer edge.

1        64.   A contraceptive device as claimed in claim 60,
2   further comprising a conception inhibiting body attached to
3   the coil.

1        65.   A contraceptive device as claimed in claim 64,
2   wherein a portion of the coil is affixed to the body and an
3   end of the coil moves relative to the body when the coil
4   expands from the first diameter.

1        66.   A contraceptive device as claimed in claim 64,
2   wherein the body extends distally of the coil and is
3   resiliently flexible to help guide the contraceptive device
4   distally within the fallopian tube.

1        67.   A contraceptive device as claimed in claim 66,
2   further comprising woven or braided polyester attached to the
3   body.

1        68.   A contraceptive device for use in a fallopian
2   tube having a tubal wall, the contraceptive device comprising:
3        a conception inhibiting body defining an axis;
4        a helical coil disposed about the body, a portion of
5   the helical coil movable relative to the body so that the
6   helical coil can expand resiliently throughout a range of
7   tubal cross-sectional sizes to radially engage the surrounding
8   tubal wall and safely affix the contraceptive device within
9   the fallopian tube.

1        69.   A contraceptive method comprising:
2        introducing a contraceptive device into a fallopian
3   tube;

361 FH 000173

CON00028971

45

4          radially expanding a retention structure of the
5     contraceptive device within the fallopian tube so that the
6     retention structure engages a tubal wall and affixes the
7     contraceptive device within the fallopian tube.


1          70.  An intrafallopian contraceptive device for use
2     in a fallopian tube, the contraceptive device comprising:
3          an elongate coil having a proximal end, a distal
4     end, and an axis therebetween, the axis being substantially
5     straight when the coil is at rest, the coil being axially
6     resilient to facilitate insertion of the body axially into the
7     fallopian tube, the device being adapted to be retained within
8     the tube so as to inhibit conception.


1          71.  A contraceptive device as claimed in claim 70,
2     further comprising an element disposed along the coil, the
3     element adapted to affix the body within the fallopian tube.


1          72.  An intrafallopian contraceptive device for use
2     in a fallopian tube, the tube having a tubal wall with a tubal
3     cross-section and an axial curvature, the contraceptive device
4     comprising:
5          an elongate body having a proximal end and a distal
6     end and defining an axis therebetween, the body having a
7     cross-section suitable for axial insertion within the tubal
8     cross-section, at least a portion of the body being straighter
9     than the axial curvature of the fallopian tube, the body being
10    sufficiently flexible to deflect against the tubal wall
11    without injuring the tubal wall, the body being sufficiently
12    resilient to impose an anchoring force against the tubal wall
13    when the straight portion flexes along the axial curvature of
14    the fallopian tube.


1          73.  A contraceptive device as claimed in claim 72,
2     further comprising an element disposed along the body, the
3     element adapted to affix the body within the fallopian tube.

361 FH 000174

CON00028972

46

1       74.   A contraceptive device as claimed in claim 73,
2   wherein the body is adapted to resiliently engage the tubal
3   wall with sufficient force to retain the body in the fallopian
4   tube during ingrowth of tubal wall tissues into the element.

1       75.   A contraceptive device as claimed in claim 73,
2   wherein the element is adapted to penetrate into the tubal
3   wall without perforating through the tubal wall to
4   mechanically retain the body in the fallopian tube.

1       76.   A contraceptive device as claimed in claim 75,
2   wherein the element is adapted to promote scar tissue.

1       77.   A contraceptive device as claimed in claim 72,
2   wherein the element comprises an electrode attached to the
3   body, the electrode being oriented to engage and desiccate the
4   tubal wall.

1       78.   A contraceptive device for use in a fallopian
2   tube having an axis, the contraceptive device comprising:
3       a structure having a proximal end, a distal end, and
4   an axis therebetween, the structure adapted to provide
5   effective tubal occlusion when disposed substantially
6   coaxially within the fallopian tube;
7       an elongate member affixed to the occlusion
8   structure, the member extending distally of the occlusion
9   structure and being sufficiently flexible and axially
10   resilient to help guide distal advancement of the occlusion
11   structure within the fallopian tube.

1       79.   A contraceptive device as claimed in claim 78,
2   wherein the elongate member comprises a coil and a corewire.

1       80.   A contraceptive device as claimed in claim 79,
2   wherein the corewire is removable from the coil when the coil
3   is disposed in the fallopian tube.

1       81.   A contraceptive method comprising:

361 FH 000175

CON00028973

47

2          transcervically inserting an elongate resilient body
3    into an axially curving fallopian tube so that the fallopian
4    tube imposes an axial bend on the body, and so that the bent
5    body imposes an anchoring force which helps anchor the bent
6    body within the fallopian tube; and
7          affixing the anchored body within the fallopian tube
8    so that the affixed resilient body inhibits conception.


1          82.  A contraceptive method comprising:
2          transcervically inserting an intrafallopian
3    contraceptive device along the fallopian tube by guiding the
4    contraceptive device with a distal guidewire-like structure of
5    the contraceptive device; and
6          retaining the device, including at least a portion
7    of the guidewire-like structure, within the fallopian tube so
8    that the device inhibits conception.


1          83.  A contraceptive method as claimed in claim 82,
2    further comprising removing a corewire of the guidewire-like
3    structure from within a coil of the guidewire-like device
4    while the device is retained within the fallopian tube and
5    promoting ingrowth of tubal tissues into the contraceptive
6    device.


1          84.  A contraceptive kit comprising:
2          an intrafallopian contraceptive device; and
3          instructions describing methods steps including;
4          transcervically introducing the contractive
5    device into a fallopian tube; and
6          affixing the contraceptive device within the
7    tube.

361 FH 000176

CON00028974

48

# CONTRACEPTIVE TRANSCERVICAL FALLOPIAN
# TUBE OCCLUSION DEVICES AND METHODS

5

### ABSTRACT OF THE DISCLOSURE

The invention provides intrafallopian devices and non-surgical methods for their placement to prevent conception. The efficacy of the device is enhanced by forming

10 the structure at least in part from copper or a copper alloy. The device is anchored within the fallopian tube by a lumen-traversing region of the resilient structure which has a helical outer surface, together with a portion of the resilient structure which is biased to form a bent secondary

15 shape, the secondary shape having a larger cross-section than the fallopian tube. The resilient structure is restrained in a straight configuration and transcervically inserted within the fallopian tube, where it is released. Optionally, permanent sterilization is effected by passing a current

20 through the resilient structure to the tubal walls.

F:\DATA\PA2\PAT\MDB\170821

361 FH 000177

CON00028975



FIG. 1.



FIG. 2.



FIG. 3.

361 FH 000178

CON00028976



FIG. 6.



FIG. 7.

CON00028977

16 355-25-2



FIG. 4.

FIG. 5.

FIG. 8.

CON00028978

6355-25-2



FIG 9.

861 FH 000181

CON00028979



FIG. 10.

361 FH 000182

CON00028980



CON00028981



16355 - 25 - 2



FIG - 13

FIG - 14

FIG - 14A

CON00028983





51 FH 000186

16355-25-2



FIG_ 14D



FIG_ 14E



FIG _18A



FIG _18B



FIG _18C

CON00028985





FIG_15A

FIG_15B

FIG_15C

FIG_15D

361 FH 000188



16355 - 25 - 2



300

212

310

308

306

INSTRUCTIONS
FOR USE

302

304

FIG _ 17

214

F

206

202

204

W

FIG _ 15E

CON00028987

PTO/SB/17 (09-00)
Approved for use through 10/31/2002  OMB 0651-0032
Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
## for FY 2001

*Patent fees are subject to annual revision*

**TOTAL AMOUNT OF PAYMENT** ($)  134

| Complete if Known | |
|---|---|
| Application Number | 09/324,078 |
| Filing Date | June 1, 1999 |
| First Named Inventor | Nikolchev, Julian N. |
| Examiner Name | M. Brown |
| Group Art Unit | 3764 |
| Attorney Docket No. | 016355-002530US |

## METHOD OF PAYMENT

1. ☒ The Commissioner is hereby authorized to charge indicated fees and credit any over payments to.

Deposit Account Number: **20-1430**

Deposit Account Name: Townsend and Townsend and Crew LLP

☒ Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

☒ Applicant claims small entity status. See 37 CFR 1.27

2. ☐ **Payment Enclosed:**

☐ Check   ☐ Credit card   ☐ Money Order   ☐ Other

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Fee Code | Entity Fee ($) | Small Fee Code | Entity Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 101 | 710 | 201 | 355 | Utility filing fee | |
| 106 | 320 | 206 | 160 | Design filing fee | |
| 107 | 490 | 207 | 245 | Plant filing fee | |
| 108 | 710 | 208 | 355 | Reissue filing fee | |
| 114 | 150 | 214 | 75 | Provisional filing fee | |

SUBTOTAL (1)   ($)

### 2. EXTRA CLAIM FEES

| | | Extra Claims | Fee from below | Fee Paid |
|---|---|---|---|---|
| Total Claims | 61 -55** | = 6 | X $9 | = $54 |
| Independent Claims | 20 -18** | = 2 | X $40 | = $80 |
| Multiple Dependent | | | X | |

| Large Fee Code | Entity Fee ($) | Small Fee Code | Entity Fee ($) | Fee Description |
|---|---|---|---|---|
| 103 | 18 | 203 | 9 | Claims in excess of 20 |
| 102 | 80 | 202 | 40 | Independent claims in excess of 3 |
| 104 | 270 | 204 | 135 | Multiple dependent claim, if not paid |
| 109 | 80 | 209 | 40 | ** Reissue independent claims over original patent |
| 110 | 18 | 210 | 9 | ** Reissue claims in excess of 20 and over original patent |

SUBTOTAL (2)   ($)134

**or number previously paid, if greater; For Reissues, see above

## FEE CALCULATION (continued)

### 3. ADDITIONAL FEES

| Large Fee Code | Entity Fee ($) | Small Fee Code | Entity Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet. | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 390 | 216 | 195 | Extension for reply within second month | |
| 117 | 890 | 217 | 445 | Extension for reply within third month | |
| 118 | 1,390 | 218 | 695 | Extension for reply within fourth month | |
| 128 | 1,890 | 228 | 945 | Extension for reply within fifth month | |
| 119 | 310 | 219 | 155 | Notice of Appeal | |
| 120 | 310 | 220 | 155 | Filing a brief in support of an appeal | |
| 121 | 270 | 221 | 135 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive – unavoidable | |
| 141 | 1,240 | 241 | 620 | Petition to revive – unintentional | |
| 142 | 1,240 | 242 | 620 | Utility issue fee (or reissue) | |
| 143 | 440 | 243 | 220 | Design issue fee | |
| 144 | 600 | 244 | 300 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | |
| 126 | 180 | 126 | 180 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 710 | 246 | 355 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 149 | 710 | 249 | 355 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 179 | 710 | 279 | 355 | Request for Continued Examination (RCE) | |
| 169 | 900 | 169 | 900 | Request for expedited examination of a design application | |

Other fee (specify)

The Commissioner is authorized to charge any additional fees to the above noted Deposit Account

*Reduced by Basic Filing Fee Paid     SUBTOTAL (3)   ($)

## SUBMITTED BY

| | | Complete (if applicable) | |
|---|---|---|---|
| Name (Print/Type) | Lynn M. Thompson | Registration No (Attorney/Agent) | 47,991 | Telephone | 650-326-2400 |
| Signature | *Lynn Thompson* | | Date | 7/11/01 |

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.   PA 3156483 v1

CON00028988

PTO/SB/21 (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Please type a plus sign (+) inside this box ⟶ [+]

## TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| **Application Number** | 09/324,078 |
| **Filing Date** | June 1, 1999 |
| **First Named Inventor** | Nikolchev, Julian N. |
| Group Art Unit | 3764 |
| Examiner Name | M. Brown |
| Attorney Docket Number | 016355-002530US |

Total Number of Pages In This Submission | **84**

### ENCLOSURES *(check all that apply)*

| | | |
|---|---|---|
| ☒ Fee Transmittal Form | ☐ Assignment Papers *(for an Application)* | ☐ After Allowance Communication to Group |
| ☐ Fee Attached | ☐ Drawing(s) | ☐ Appeal Communication to Board of Appeals and Interferences |
| ☒ Amendment (w/copy of Application No. 09/093,835 (49 pages), and drawings (12 pages) enclosed) | ☐ Licensing-related Papers | ☐ Appeal Communication to Group *(Appeal Notice, Brief, Reply Brief)* |
| ☐ After Final | ☐ Petition Routing Slip (PTO/SB/69) and Accompanying Petition | ☐ Proprietary Information |
| ☐ Affidavits/declaration(s) | ☐ Petition to Convert to a Provisional Application | ☐ Status Letter |
| ☐ Extension of Time Request | ☐ Power of Attorney, Revocation Change of Correspondence Address | ☒ Other Enclosure(s) *(please identify below):* |
| ☐ Express Abandonment Request | ☐ Terminal Disclaimer | 1. Application Data Sheet (4 pages); and, |
| ☐ Information Disclosure Statement | ☐ Request for Refund | 2. Return Postcard. |
| ☐ Certified Copy of Priority Document(s) | ☐ CD, Number of CD(s) | |
| ☐ Response to Missing Parts/ Incomplete Application | Remarks | The Commissioner is authorized to charge any additional fees to Deposit Account 20-1430. |
| ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53 | | |

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm and Individual name | Townsend and Townsend and Crew LLP | |
| | Lynn M. Thompson | Reg No. 47,991 |
| Signature | *Lynn Thompson* | |
| Date | July 11, 2001 | |

RECEIVED
JUL 2 0 2001
TECHNOLOGY CENTER R3700

### CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on this date:

July 11, 2001

| Typed or printed name | Wanda Alleje | | |
| Signature | *Wanda Alleje* | Date | July 11, 2001 |

Burden Hour Statement. This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be send to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.
PA 3156437 v1

CON00028989

# File History Report

☒    Paper number **11** is missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available.

☐    The following page(s) _____ of paper number _____ is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available

☐    The following checked item(s) of paper number _____ is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available
☐    **PTO 892**
☐    **PTO 948**
☐    **PTO 1449**
☐    **PTO 1474**
☐    **Assignment**

**Additional comments**

CON00028990



**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/324,078 | 06/01/99 | NIKOLICHEV          J | 16355-002530 |

```
                                              ┌──────────────────────────────────┐
020350                      QM12/1011         │           EXAMINER               │
TOWNSEND AND TOWNSEND AND CREW                │                                  │
TWO EMBARCADERO CENTER                        │        BROWN, M                  │
EIGHTH FLOOR                                  ├──────────────┬───────────────────┤
SAN FRANCISCO CA 94111-3834                   │  ART UNIT    │  PAPER NUMBER     │
                                              │   3764       │                   │
                                              └──────────────┴───────────────────┘
```

**DATE MAILED:** 10/11/01


**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks


PTO-90C (Rev. 11/00)                                                                 1- File Copy

361 FH 000193                                                                       CON00028991

| **Office Action Summary** | Application No. 08/324078 | Applicant(s) Julian Nikolchev et/ |
| | Examiner Michael Brown | Group Art Unit 3764 |

—*The MAILING DATE of this communication appears on the cover sheet beneath the correspondence address*—

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE ____3____ MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, such period shall, by default, expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).

**Status**

☐ Responsive to communication(s) filed on _____ .

☐ This action is **FINAL.**

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 1 1; 453 O.G. 213.

**Disposition of Claims**

☑ Claim(s) __3-6, 8-30 and 32-62__ is/are pending in the application.

   Of the above claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☑ Claim(s) __3-6, 8-30 and 32-62__ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claim(s) _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The proposed drawing correction, filed on _____ _____ is ☐ approved ☐ disapproved.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119 (a)-(d)**

☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

   ☐ received.

   ☐ received in Application No. (Series Code/Serial Number) _____ .

   ☐ received in this national stage application from the International Bureau (PCT Rule 1 7.2(a)).

   *Certified copies not received: _____ .

**Attachment(s)**

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____   ☐ Interview Summary, PTO-413

☐ Notice of Reference(s) Cited, PTO-892   ☐ Notice of Informal Patent Application, PTO-152

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948   ☐ Other _____

**Office Action Summary**

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-97)   Part of Paper No. _____

*U.S. GPO: 1998-454-457/97505

CON00028992

Application/Control Number: 09/320,078                                              Page 2

Art Unit: 3764

## DETAILED ACTION

### *Double Patenting*

1.      The nonstatutory double patenting rejection is based on a judicially created doctrine
grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or
improper timewise extension of the "right to exclude" granted by a patent and to prevent possible
harassment by multiple assignees.  See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed.
Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686
F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619
(CCPA 1970);and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

        A timely filed terminal disclaimer in compliance with 37 CFR 1.321© may be used to
overcome an actual or provisional rejection based on a nonstatutory double patenting ground
provided the conflicting application or patent is shown to be commonly owned with this
application.  See 37 CFR 1.130(b).

        Effective January 1, 1994, a registered attorney or agent of record may sign a terminal
disclaimer.  A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

2.      Claims 3-6, 8-30 and 32-61 are provisionally rejected under the judicially created doctrine

of obviousness-type double patenting as being unpatentable over claims 1-10 of copending

Application No. 09/093,835.  Although the conflicting claims are not identical, they are not

patentably distinct from each other because the claims recited in the present invention are broader

than the claims set forth in serial no. 09/093,835.

        This is a provisional obviousness-type double patenting rejection because the conflicting

claims have not in fact been patented.

                                                                 CON00028993

Application/Control Number: 09/324,078                                    Page 3

Art Unit: 3764

### *Conclusion*

3.      Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Michael Brown whose telephone number is (703) 308-2682.


M. Brown
October 9, 2001

I hereby certify that this corresp., . .lce is being deposited with the United States Postal Service as first class mail in an envelope addressed to:

Assistant Commissioner for Patents
Washington, D.C. 20231

On_____ 09/26/01

TOWNSEND and TOWNSEND and CREW LLP

By:_____

Brad J. Loos

Attorney Docket No.: 016355-002530U!

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Examiner:    M. Brown |
| Julian N. Nikolchev et al. | Art Unit:    3764 |
| Application No.: 09/324,078 | SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT UNDER 37 CFR §1.97 and §1.98 |
| Filed: June 1, 1999 | |
| For:  Contraceptive Transcervical Fallopian Tube Occlusion Devices & Methods | |

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

The references cited on attached form PTO/SB/08A and PTO/SB/08B are being called to the attention of the Examiner.  Copies of the references are enclosed.  It is respectfully requested that the cited references be expressly considered during the prosecution of this application, and the references be made of record therein and appear among the "references cited" on any patent to issue therefrom.

As provided for by 37 CFR 1.97(g) and (h), no inference should be made that the information and references cited are prior art merely because they are in this statement and no

CON00028995

Julian N. Nikolchev et al.                                                    PATENT
Application No.: 09/324,078

representation is being made that a search has been conducted or that this statement encompasses

all the possible relevant information.

        This IDS is being filed after the mailing date of the first Office Action and more

than three months after the filing date, but prior to the Notice of Allowance or Final Office

Action.

        Please deduct $180.00, pursuant to 37 CFR §1.17(p), from the undersigned's

Deposit Account No. 20-1430.  Please deduct any additional fees from, or credit any

overpayment to, the above-noted Deposit Account.

        Respectfully submitted,

        Lynn M. Thompson
        Reg. No. 47,991

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
Tel: 650-326-2400
Fax: 650-326-2422
LMT:bjl
PA 3172865 v1

361 FH 000198

CON00028996

Please type a plus sign (+) inside this box····· [+]

PTO/SB/08B (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Substitute for form 1449B/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

| Complete If Known | |
|---|---|
| Application Number | 09/324,078 |
| Filing Date | June 1, 1999 |
| First Named Inventor | Nikolchev, Julian N. |
| Group Art Unit | 3764 |
| Examiner Name | M. Brown |
| Attorney Docket Number | 016355-002530US |

Sheet | 1 | of | 1

## U.S. PATENT DOCUMENTS

| Examiner Initials * | Cite No.[1] | U.S. Patent Document | | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code[2] (if known) | | | |
| MB | AA | 5,176,692 | | Wilk et al. | 01/05/1993 | |
| | AB | 5,499,995 | | Teirstein | 03/19/1996 | |
| | AC | 5,755,773 | | Evans et al | 05/26/1998 | |
| | AD | 5,843,158 | | Lenker et al | 12/01/1998 | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document | | | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| | | Office[3] | Number[4] | Kind Code[6] (if known) | | | | |
| | | | | | | | | |
| | | | | | | | | |

## OTHER PRIOR ART -- NON PATENT LITERATURE DOCUMENTS

| Examiner Initials * | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-Issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | *(signature)* | Date Considered | 7/11/03 |
|---|---|---|---|

·EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS SEND TO Assistant Commissioner for Patents, Washington, DC 20231.
PA 3172665 v1

OCT 0 1 2001
PATENT & TRADEMARK OFFICE

RECEIVED OCT 10 2001 Technology Center 3700 MAIL ROOM

CON00028997

# File History Report

☒ Paper number **14** is missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available.

☐ The following page(s) _____ of paper number _____ is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available

☐ The following checked item(s) of paper number _____ is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available
☐ **PTO 892**
☐ **PTO 948**
☐ **PTO 1449**
☐ **PTO 1474**
☐ **Assignment**

**Additional comments**
‾‾‾‾‾

CON00028998

#15/ Terminal
Disclaimer
2/08/02

PATENT

Attorney Docket No.: 16355-002530

JAN 0 8 2002

I hereby certify that this correspondence is being deposited with the
U.S. Postal Service as first class mail in an envelope addressed to·
Assistant Commissioner for Patents
Washington, D.C. 20231

On____16 November 2001_____

TOWNSEND and TOWNSEND and CREW LLP

By:____Nancy Pizzo_____
NANCY A. PIZZO

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

NIKOLCHEV et al.

Application No.: 09/324,078

Filed: 1 June 1999

For:  CONTRACEPTIVE TRANSCERVICAL
FALLOPIAN TUBE OCCLUSION DEVICES
AND METHODS

Examiner:   BROWN, M.

Art Unit:   3764

**TERMINAL DISCLAIMER BY
ATTORNEY OF RECORD
PURSUANT TO §1.321(b) & (c)**

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Petitioner, CONCEPTUS, INC., is the owner of 100% percent interest in the instant application. Petitioner hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application, which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C. §154 to §156 and §173, as presently shortened by any terminal disclaimer, of prior U.S. Patent Application No. 09/093,835, Petitioner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

01/11/2002 AWOLDERS 00000074 201450  09324078

01348        55.00 OP