NIKOLCHEV et al.                                              PATENT
U.S. Application No.  09/324,078
Page 2

     In making the above disclaimer, petitioner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. §154 to §156 and §173 of the prior patent, as presently shortened by any terminal disclaimer, in the event that it later: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR §1.321, has all claims canceled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

     The undersigned is an attorney of record in this application.

     I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under §1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Respectfully submitted,

Mark D. Barrish
Reg. No. 36,443
Attorney of Record

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
Tel: (415) 576-0200 - Fax: (415) 576-0300
MDB:nap

PA 3160085 v1

PATENT

Attorney Docket No.: 16355-002530

I hereby certify that this c.  .pondence is being deposited with the
U.S. Postal Service as first class mail in an envelope addressed to:
Assistant Commissioner for Patents
Washington, D.C. 20231

On___*16 November 2001*___

TOWNSEND and TOWNSEND and CREW LLP

By:___*nancy Pizzo*___
NANCY A. PIZZO

OIPE

JAN 0 8 2002

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

    Julian N. Nikolchev et al.

Application No.:    09/324,078

Filed:  June 1, 1999

For:    CONTRACEPTIVE TRANSCERVICAL
FALLOPIAN  TUBE OCCLUSION DEVICES &
METHODS

| | |
|---|---|
| Examiner: | M. Brown |
| Art Unit: | 3764 |

**AMENDMENT**

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

TC 3700 MAIL ROOM

JAN 16 2002

RECEIVED

    In response to the Office Action mailed October 11, 2001, please enter the following remarks.

### REMARKS

    Claims 3-6, 8-30, and 32-61 have been provisionally rejected based solely on the judicially created Doctrine of Obviousness-type Double Patenting, as allegedly being unpatentable over claims 1-10 of co-pending U.S. Patent Application No. 09/093,835.  As noted by the Office Action of October 11, 2001 (on page 2), such a rejection may be overcome by filing of a Terminal Disclaimer.

CON00029001

NIKOLCHEV et                                                          PATENT
U.S. Application No. 09/324,078
Page 2

      Applicants herewith are filing a Terminal Disclaimer as suggested in the Office
Action. Applicants are filing this Terminal Disclaimer solely to expedite issuance this patent.
Applicants reserve the right to argue the merits of the judicially created obviousness-type double
patenting rejection.

ACKNOWLEDGMENT OF INFORMATION DISCLOSURE STATEMENT:

      Applicants respectfully request acknowledgment of the Information Disclosure
Statement filed on June 1, 1999 for this case.

CONCLUSION

      In view of the foregoing, Applicants believe all claims now pending in this
Application are in condition for allowance.  The issuance of a formal Notice of Allowance at an
early date is respectfully requested.

      If the Examiner believes a telephone conference would expedite prosecution of
this application, please telephone the undersigned at 650-326-2400.

                          Respectfully submitted,

                          Mark D. Barrish
                          Reg. No. 36,443

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
Tel: 650-326-2400 / Fax: 650-326-2422
MDB/nap

PA 3184710 v1

PTO/SB/17 (09-00)
Ap 1 for use through 10/31/2002. OMB 0651-0032
Patent and Trade  Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# FEE TRANSMITTAL
## for FY 2001

MAR 0 8 2002

*Patent fees are subject to annual revision.*

| Complete If Known | |
|---|---|
| Application Number | 09/324,078 |
| Filing Date | June 1, 1999 |
| First Named Inventor | Nikolchev, Julian N. |
| Examiner Name | M. Brown |
| Group Art Unit | 3764 |
| Attorney Docket No | 016355-002530US |

**TOTAL AMOUNT OF PAYMENT** ($) 55

## METHOD OF PAYMENT

1. ☒ The Commissioner is hereby authorized to charge indicated fees and credit any over payments to:

Deposit Account Number: **20-1430**

Deposit Account Name: **Townsend and Townsend and Crew LLP**

☒ Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17
☒ Applicant claims small entity status See 37 CFR 1.27

2. ☐ **Payment Enclosed:**

☐ Check   ☐ Credit card   ☐ Money Order   ☐ Other

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Fee Code | Entity Fee ($) | Small Fee Code | Entity Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 101 | 740 | 201 | 370 | Utility filing fee | |
| 106 | 330 | 206 | 165 | Design filing fee | |
| 107 | 510 | 207 | 255 | Plant filing fee | |
| 108 | 740 | 208 | 370 | Reissue filing fee | |
| 114 | 160 | 214 | 80 | Provisional filing fee | |

**SUBTOTAL (1)** ($)

### 2. EXTRA CLAIM FEES

| | | Extra Claims | | Fee from below | | Fee Paid |
|---|---|---|---|---|---|---|
| Total Claims | | -20** | = | | X | = |
| Independent Claims | | -3** | = | | X | = |
| Multiple Dependent | | | | | X | = |

| Large Fee Code | Entity Fee ($) | Small Fee Code | Entity Fee ($) | Fee Description |
|---|---|---|---|---|
| 103 | 18 | 203 | 9 | Claims in excess of 20 |
| 102 | 84 | 202 | 42 | Independent claims in excess of 3 |
| 104 | 280 | 204 | 140 | Multiple dependent claim, if not paid |
| 109 | 84 | 209 | 42 | ** Reissue independent claims over original patent |
| 110 | 18 | 210 | 9 | ** Reissue claims in excess of 20 and over original patent |

**SUBTOTAL (2)** ($)

**or number previously paid, if greater; For Reissues, see above

## FEE CALCULATION (continued)

### 3. ADDITIONAL FEES

| Large Fee Code | Entity Fee ($) | Small Fee Code | Entity Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 400 | 216 | 200 | Extension for reply within second month | |
| 117 | 920 | 217 | 460 | Extension for reply within third month | |
| 118 | 1,440 | 218 | 720 | Extension for reply within fourth month | |
| 128 | 1,960 | 228 | 980 | Extension for reply within fifth month | |
| 119 | 320 | 219 | 160 | Notice of Appeal | |
| 120 | 320 | 220 | 160 | Filing a brief in support of an appeal | |
| 121 | 280 | 221 | 140 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,280 | 241 | 640 | Petition to revive - unintentional | |
| 142 | 1,280 | 242 | 640 | Utility issue fee (or reissue) | |
| 143 | 460 | 243 | 230 | Design issue fee | |
| 144 | 620 | 244 | 310 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | |
| 126 | 180 | 126 | 180 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 740 | 246 | 370 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 149 | 740 | 249 | 370 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 179 | 740 | 279 | 370 | Request for Continued Examination (RCE) | |
| 169 | 900 | 169 | 900 | Request for expedited examination of a design application | |

Other fee (specify) Statutory Disclaimer — 55

The Commissioner is authorized to charge any additional fees to the above noted Deposit Account

*Reduced by Basic Filing Fee Paid     **SUBTOTAL (3)** ($)55

RECEIVED JAN 16 2002

## SUBMITTED BY

| | | Complete (if applicable) | |
|---|---|---|---|
| Name (Print/Type) | Mark D. Barrish | Registration No. (Attorney/Agent) 36,443 | Telephone 650-326-2400 |
| Signature | | | Date 16 November 2001 |

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231. PA 3184737 v1

PTO/SB/21 (08-00)

Please type a plus sign (+) inside this box ——➤ [+]

Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| TRANSMITTAL FORM | Application Number | 09/324,078 |
|---|---|---|
| | Filing Date | June 1, 1999 |
| | First Named Inventor | Nikolchev, Julian N. |
| *(to be used for all correspondence after initial filing)* | Group Art Unit | 3764 |
| | Examiner Name | M. Brown |
| Total Number of Pages in This Submission | Attorney Docket Number | 016355-002530US |

## ENCLOSURES *(check all that apply)*

| | | |
|---|---|---|
| ☒ Fee Transmittal Form | ☐ Assignment Papers *(for an Application)* | ☐ After Allowance Communication to Group |
| ☐ Fee Attached | ☐ Drawing(s) | ☐ Appeal Communication to Board of Appeals and Interferences |
| ☒ Amendment / Response | ☐ Licensing-related Papers | ☐ Appeal Communication to Group *(Appeal Notice, Brief, Reply Brief)* |
| ☐ After Final | ☐ Petition Routing Slip (PTO/SB/69) and Accompanying Petition | ☐ Proprietary Information |
| ☐ Affidavits/declaration(s) | ☐ Petition to Convert to a Provisional Application | ☐ Status Letter |
| ☐ Extension of Time Request | ☐ Power of Attorney, Revocation Change of Correspondence Address | ☒ Other Enclosure(s) *(please identify below):* |
| ☒ Express Abandonment Request | ☒ Terminal Disclaimer | Return Postcard |
| ☐ Information Disclosure Statement | ☐ Request for Refund | |
| ☐ Certified Copy of Priority Document(s) | ☐ CD, Number of CD(s) | |
| ☐ Response to Missing Parts/ Incomplete Application | Remarks | The Commissioner is authorized to charge any additional fees to Deposit Account 20-1430. |
| ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53 | | |

RECEIVED
JAN 16 2002
MAIL ROOM

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm and Individual name | Townsend and Townsend and Crew LLP | |
|---|---|---|
| | Mark D. Barrish | Reg. No. 36,443 |
| Signature | *[signature]* | |
| Date | 16 NOVEMBER 2001 | |

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on this date:

| Typed or printed name | NANCY PIZZO | | |
|---|---|---|---|
| Signature | | Date | 16 NOVEMBER 2001 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.
PA 3184730 v1

CON00029004

$376

PATENT

Attorney Docket No.: 016355-002530US

#16/ 105
/ 2/08/02

I hereby certify that this _orrespondence is being deposited with the U.S. Postal Service as first class mail in an envelope addressed to:

Assistant Commissioner for Patents, Washington, D.C. 20231

on    12/70/01

TOWNSEND and TOWNSEND and CREW LLP

By _____
            Brad J. Loos

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

    JULIAN N. NIKOLCHEV et al.

Application No.: 09/324,078

Filed: June 1, 1999

For:    CONTRACEPTIVE TRANSCERVICAL FALLOPIAN TUBE OCCLUSION DEVICES AND METHODS

Examiner:    M. Brown

Art Unit:    3764

**SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT UNDER 37 CFR §§1.97 and 1.98**

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

      The references cited on attached form PTO/SB/08A and PTO/SB/08B are being called to the attention of the Examiner. Copies of the references are enclosed. It is respectfully requested that the cited references be expressly considered during the prosecution of this application, and the references be made of record therein and appear among the "references cited" on any patent to issue therefrom.

      As provided for by 37 CFR 1.97(g) and (h), no inference should be made that the information and references cited are prior art merely because they are in this statement and no representation is being made that a search has been conducted or that this statement encompasses all the possible relevant information.

JULIAN N. NIKOI  .HEV et al.                                    PATENT
Application No.: 09/324,078

     This IDS is being filed after the mailing date of the first Office Action and more

than three months after the filing date, but prior to the Notice of Allowance or Final Office

Action.

     Please deduct $180.00, pursuant to 37 CFR §1.17(p), from the undersigned's

Deposit Account No. 20-1430.  Please deduct any additional fees from, or credit any

overpayment to, the above-noted Deposit Account.

     Respectfully submitted,

     Lynn M. Thompson
     Reg. No. 47,991

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
Tel: 650-326-2400 / Fax: 650-326-2422
LMT: MDB:bjl

PA 3191458 v1

Please type a plus sign (+) inside this box    [+]

PTO/SB/08B (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U S DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Substitute for form 1449B/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

| Complete If Known | |
|---|---|
| Application Number | 09/324,078 |
| Filing Date | June 1, 1999 |
| First Named Inventor | NIKOLCHEV, JULIAN N. et al. |
| Group Art Unit | 3764 |
| Examiner Name | M. Brown |
| Attorney Docket Number | 016355-002530US |

Sheet  3  of

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S Patent Document | | Name of Patentee or Applicant of Cited Document | Date of/Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code[2] (if known) | | | |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document | | | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| | | Office[5] | Number[4] | Kind Code[6] (if known) | | | | |
| Mʙ | A | DE | 2404605 | A1 | Brundin | 08-07-1975 | | x |
| | B | DE | 2525650 | A1 | Braun Melsungen | 12-15-1976 | | x |
| | C | DE | 2537620 | A1 | Popp | 02-24-1977 | | x |
| | D | DE | 2635863 | A1 | Vitek, Inc | 02-24-1977 | | x |
| | E | DE | 2913036 | A1 | Popp | 10-02-1980 | | x |
| | F | GB | 1460077 | | Brundin | 12-31-1976 | | x |
| | G | GB | 1530565 | | Emset | 11-01-1978 | | |
| | H | GB | 2010728 | A | R Wolf GmbH | 07-04-1979 | | |
| | I | GB | 2150439 | A | El-Madani | 07-03-1985 | | |

## OTHER PRIOR ART -- NON PATENT LITERATURE DOCUMENTS

| Examiner Initials * | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| Mʙ | J | Brueschke et al., "A steerable hysteroscopic and mechanical tubal occlusive devices" Advances in Female Sterilization Techniques, Sciarra et al., Eds., Harper & Row, Publishers, (1976) pp. 182-198. | |
| | | | |
| | | | |
| | | | |

PA 3191458 v1

| Examiner Signature | Mʙ | Date Considered | 7/11/0? |
|---|---|---|---|

*EXAMINER. Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U S Patent and Trademark Office, Washington, DC 20231 DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO. Assistant Commissioner for Patents, Washington, DC 20231

AUG. 1.2002   4:09PM   TOWNSEND&TOWNSEND                                    NO.574   P.6

PATENT

Attorney Docket No.: 16355-002530

```
┌─────────────────────────────────────────────┐
│ I hereby certify that this corre    dence is being deposited with the │
│ U.S. Postal Service as first class mail in an envelope addressed to: │
│           Assistant Commissioner for Patents │
│              Washington, D.C. 20231 │
│                                               │
│ On___ 16 November 2001 _____ │
│                                               │
│ TOWNSEND and TOWNSEND and CREW LLP │
│                                               │
│ By:___ Nancy Pizzo _____ │
│         NANCY A. PIZZO │
└─────────────────────────────────────────────┘
```

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

    Julian N. Nikolchev et al.

Application No.:   09/324,078

Filed:  June 1, 1999

For:   CONTRACEPTIVE TRANSCERVICAL
FALLOPIAN   TUBE OCCLUSION DEVICES &
METHODS

| | |
|---|---|
| Examiner: | M. Brown |
| Art Unit: | 3764 |

**AMENDMENT**

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

    In response to the Office Action mailed October 11, 2001, please enter the following remarks.

### REMARKS

    Claims 3-6, 8-30, and 32-61 have been provisionally rejected based solely on the judicially created Doctrine of Obviousness-type Double Patenting, as allegedly being unpatentable over claims 1-10 of co-pending U.S. Patent Application No. 09/093,835.  As noted by the Office Action of October 11, 2001 (on page 2), such a rejection may be overcome by filing of a Terminal Disclaimer.

361 FH 000210                                                                    CON00029008

NIKOLCHEV et al.                                                    PATENT
U.S. Application No. 09/324,078
Page 2

      Applicants herewith are filing a Terminal Disclaimer as suggested in the Office

Action. Applicants are filing this Terminal Disclaimer solely to expedite issuance this patent.

Applicants reserve the right to argue the merits of the judicially created obviousness-type double

patenting rejection.

ACKNOWLEDGMENT OF INFORMATION DISCLOSURE STATEMENT:

      Applicants respectfully request acknowledgment of the Information Disclosure

Statement filed on June 1, 1999 for this case.

CONCLUSION

      In view of the foregoing, Applicants believe all claims now pending in this

Application are in condition for allowance. The issuance of a formal Notice of Allowance at an

early date is respectfully requested.

      If the Examiner believes a telephone conference would expedite prosecution of

this application, please telephone the undersigned at 650-326-2400.

Respectfully submitted,

Mark D. Barrish
Reg. No. 36,443

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111-3834
Tel: 650-326-2400 / Fax: 650-326-2422
MDB/nap

PA 3184710 v1

361 FH 000211                                                    CON00029009



# UNITED STATES PATENT AND TRADEMARK OFFICE



| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## PATENT APPLICATION INFORMATION RETRIEVAL



**PAIR**

**FAQ**

**Help**

**Feedback**

*Other Links*

X-Business Center Patents

Employee Locator

Class/Subclass GAU Information

Information Contacts

### Search results for application number: 09/324,078

| | | | |
|---|---|---|---|
| Application Filing Date: | 06-01-1999 | Class / Sub-Class: | 128/831.000 |
| Issue Date of Patent: | - | Location: | TECH CENTER 3700 - EXAM RECORD |
| Examiner Name: | BROWN, MICHAEL A | Status: | Non Final Action Mailed |
| Group Art Unit: | 3764 | Attorney Docket Number: | 16355-002530 |
| Earliest Publication No.: | - | Patent Number: | - |
| Earliest Publication Date: | - | Customer Number: | 20350 |
| Confirmation Number: | 1027 | | |

| Foreign Priority | Continuity Data | Publication Review |

### File Contents History

| Number | Date | Contents Description |
|---|---|---|
| 24 | 01-29-2002 | Information Disclosure Statement (IDS) Filed |
| 23 | 01-08-2002 | Terminal Disclaimer Filed |
| 22 | 02-08-2002 | X-Pre-Legal Complete Amended Case |
| 21 | 10-16-2001 | Information Disclosure Statement (IDS) Filed |
| 20 | 10-01-2001 | Information Disclosure Statement (IDS) Filed |
| 19 | 10-11-2001 | Mail Non-Final Rejection |
| 18 | 10-09-2001 | Non-Final Rejection |
| 17 | 08-13-2001 | Information Disclosure Statement (IDS) Filed |
| 16 | 07-27-2001 | Date Forwarded to Examiner |
| 15 | 07-16-2001 | Response after Non-Final Action |
| 14 | 04-11-2001 | Information Disclosure Statement (IDS) Filed |
| 13 | 04-11-2001 | Mail Non-Final Rejection |
| 12 | 04-09-2001 | Non-Final Rejection |
| 11 | 03-01-2001 | Date Forwarded to Examiner |
| 10 | 02-15-2001 | Response after Non-Final Action |
| 9 | 11-13-2000 | Mail Non-Final Rejection |
| 8 | 10-02-2000 | Non-Final Rejection |
| 7 | 09-20-1999 | Information Disclosure Statement (IDS) Filed |
| 6 | 02-09-2000 | Case Docketed to Examiner in GAU |
| 5 | 10-28-1999 | Application Dispatched from OIPE |
| 4 | 10-27-1999 | Application Is Now Complete |
| 3 | 06-28-1999 | Incomplete Application under Rule 53(b) - Filing Date Assigned |
| 2 | 06-18-1999 | Application Scanned |
| 1 | 06-09-1999 | Initial Exam Team nn |

361 FH 000212                                                    CON00029010

AUG. 1.2002   4:10PM   TOWNSEND&TOWNSEND                          NO.574   P.9

PATENT

| I hereby certify that this correspondence is being sent by facsimile transmission to: |
| **EXAMINER M. BROWN** |
| at Fax No. **703/ 872-9302** |
| On _____ AUGUST 1, 2002 _____ |
| TOWNSEND and TOWNSEND and CREW LLP |
| By: *Nancy Pizzo* |
| NANCY PIZZO |

Attorney Docket No.: 16355-002530

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

    Julian N. Nikolchev et al.

Application No.:    09/324,078

Filed:  June 1, 1999

For:    CONTRACEPTIVE TRANSCERVICAL
        FALLOPIAN TUBE OCCLUSION DEVICES
        & METHODS

| | |
|---|---|
| Examiner: | M. Brown |
| Art Unit: | 3764 |

**STATUS REQUEST**

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

      Applicants request status of the above-identified application. To date, attorneys for Applicants have not yet received any response to an Amendment filed with the U.S. Patent Office on November 16, 2001 for U.S. Patent Application No. 09/324,078. An Interview took place on April 4, 2002 at which an Interview Summary was received, however Applicants have yet to receive either a subsequent Office Action or a Notice of Allowance for the subject application.

      Please advise us of the current status of this application.

      Respectfully submitted,

      *Mark D. Barrish*

      Mark D. Barrish
      Reg. No. 36,443

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111-3834
Tel: 650-326-2400 / Fax: 650-326-2422
MDB/nap
PA 3240270 v1

Received from < 16503262422 > at 8/1/02 7:06:46 PM [Eastern Daylight Time]

CON00029011

AUG. 1.2002 4:08PM TOWNSEND&TOWNSEND      NO.574   P.5

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

09/324,078

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| | | | 16355- 0025 30us |

| | | |
|---|---|---|
| | EXAMINER | |

| | |
|---|---|
| ART UNIT | PAPER NUMBER |

DATE MAILED:

### INTERVIEW SUMMARY

All participants (applicant, applicant's representative, PTO personnel):

(1) *Mr. Mark Barrish*      (3) *Ex: Michael Brown*

(2) *Mr. Ashish Khera*      (4) _____

Date of Interview _____ 4/4/02 _____

Type: ☐ Telephonic  ☐ Televideo Conference  ☑ Personal (copy is given to ☐ applicant ☑ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes ☑ No If yes, brief description: _____

Agreement ☑ was reached. ☐ was not reached.

Claim(s) discussed: _3-6, 8-30 and 32- 61_

Identification of prior art discussed: _Art of record._

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: _An agreement was made to give favorable consideration to the claims. However a final search is required before the case is allowed._

( A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

☑ It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a reply to the last Office action has not already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

Examiner Note: You must sign this form unless it is an attachment to another form.

Michael A. Brown
Primary Examiner

FORM PTOL-413 (REV. 2-98)

Received from < 16503262422 > at 8/1/02 7:06:46 PM [Eastern Daylight Time]

CON00029012

AUG. 1.2002   4:08PM   TOWNSEND&TOWNSEND                          NO.574   P.3

PATENT

Attorney Docket No.: 16355-002530

I hereby certify that this correspondence is being sent by facsimile
transmission to:
  **EXAMINER M. BROWN**
  at Fax No. 703/ 872-9302

On _____AUGUST 1, 2002_____

TOWNSEND and TOWNSEND and CREW LLP

By: _~Nancy Pizzo~_
         NANCY PIZZO

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

    Julian N. Nikolchev et al.

Application No.:        09/324,078

Filed:  June 1, 1999

For:    CONTRACEPTIVE TRANSCERVICAL
    FALLOPIAN TUBE OCCLUSION DEVICES
    & METHODS

| Examiner: | M. Brown |
|---|---|
| Art Unit: | 3764 |

**TRANSMITTAL OF
DOCUMENTS**

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

        Attached here with are true copies of original documents for the above-referenced

application, including:

    1.  Copy of Interview Summary of April 4, 2002; and

    2.  Copy of Amendment filed on November 16, 2001.

        Applicants have also attached a printout of August 1, 2002, for the subject

application from the Patent Application Information Retrieval (PAIR) system of the U.S. Patent

& Trademark Office Internet webpage.  The attached PAIR printout indicates that as of August

1, 2002, the Interview Summary from April and the Amendment from the prior November had

not yet been entered in this file.  Applicants respectfully request that these documents be entered

and included in the official file for U.S. Patent Application No. 09/324,078.

Received from < 18503262422 > at 8/1/02 7:06:46 PM [Eastern Daylight Time]

CON00029013

NIKOLCHEV et al.                                                           PATENT
U.S. Application No. 09/324,078
Page 2

## CONCLUSION

If the Examiner believes a telephone conference would expedite prosecution of

this application, please telephone the undersigned at 650-326-2400.


Respectfully submitted,

Mark D. Barrish
Reg. No. 36,443

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
Tel: 650-326-2400 / Fax: 650-326-2422
MDB/nap

PA 3240256 v1

Received from < 16503262422 > at 8/1/02 7:06:46 PM [Eastern Daylight Time]

361 FH 000216                                                                CON00029014

AUG. 1.2002   4:07PM   TO\_NSEND&TOWNSEND                             NO.574   P.2

PTO/SB/21 (08/00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Please type a plus sign (+) inside this box ⟶ [+]

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| TRANSMITTAL FORM | Application Number | 09/324,078 |
|---|---|---|
| | Filing Date | June 1, 1999 |
| (to be used for all correspondence after initial filing) | First Named Inventor | NIKOLCHEV, JULIAN N. |
| | Group Art Unit | 3764 |
| | Examiner Name | M. Brown |
| Total Number of Pages in This Submission | 10 | Attorney Docket Number | 016355-002530US |

**ENCLOSURES** (check all that apply)

| | | |
|---|---|---|
| ☐ Fee Transmittal Form | ☐ Assignment Papers (for an application) | ☐ After Allowance Communication to Group |
| ☐ Fee Attached | ☐ Drawing(s) | ☐ Appeal Communication to Board of Appeals and Interferences |
| ☒ Copy of Amendment | ☐ Licensing-related Papers | ☐ Appeal Communication to Group (Appeal Notice, Brief, Reply Brief) |
| ☐ After Final | ☐ Petition Routing Slip (PTO/SB/69) and Accompanying Petition | ☐ Proprietary Information |
| ☐ Affidavits/declaration(s) | ☐ Petition to Convert to a Provisional Application | ☒ Status Request |
| ☐ Extension of Time Request | ☐ Power of Attorney, Revocation Change of Correspondence Address | ☒ Other Enclosure(s) (please identify below): |
| ☐ Express Abandonment Request | ☐ Terminal Disclaimer | ➤ Fax Cover Sheet |
| ☐ Information Disclosure Statement | ☐ Request for Refund | ➤ Copy of INTERVIEW SUMMARY |
| ☐ Certified Copy of Priority Document(s) | ☐ CD, Number of CD(s) | ➤ Copy of PAIR printout |
| ☐ Response to Missing Parts/ Incomplete Application | Remarks | The Commissioner is authorized to charge any additional fees to Deposit Account 20-1430. |
| ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53 | | |

**SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT**

| Firm and Individual name | Townsend and Townsend and Crew LLP | |
|---|---|---|
| | Mark Barrish | Reg. No. 38,443 |
| Signature | *[signature]* | |
| Date | 1 AUGUST 2002 | |

**CERTIFICATE OF MAILING**

I hereby certify that this correspondence is being facsimile transmitted to the Patent and Trademark Office, Attn: Examiner M. Brown at Fax No. (703) 872-9302 on August 1, 2002.

| Typed or printed name | NANCY PIZZO | | |
|---|---|---|---|
| Signature | *Nancy Pizzo* | Date | 1 AUGUST 2002 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.
PA 3240283 v1

Received from < 16503262422 > at 8/1/02 7:06:46 PM [Eastern Daylight Time]

CON00029015

AUG. 1.2002   4:07PM   TOWNSEND&TOWNSEND                      NO.574   P.1

Atty Docket No. 016355-002530US

PTO FAX NO.:        **703-872-9302**

ATTENTION:         Examiner M. Brown                    Group Art Unit 3764
TELEPHONE NO.:     703-308-2682

**Official Communication**
**for the Personal Attention of**

# EXAMINER M. BROWN

**CERTIFICATION OF FACSIMILE TRANSMISSION**

I hereby certify that the following document(s) in
re Application of JULIAN N. NIKOLCHEV et al.,
U.S. Application No. **09/324,078**, filed **June 1, 1999**
for CONTRACEPTIVE TRANSCERVICAL FALLOPIAN TUBE OCCLUSION DEVICES AND METHODS is
being facsimile transmitted to the Patent and Trademark Office on the date shown below.

Dated: 1 August 2002        *Nancy Pizzo*
                             NANCY PIZZO

Number of pages being transmitted, including this page:   **9**

FAX RECEIVED
AUG 01 2002
GROUP 3700

Document(s) Attached

1.  Transmittal Form

2.  Transmittal of Documents (2 pages)

3.  Copy of Interview Summary of April 4, 2002 (1 pg)

4.  Copy of Amendment filed November 11, 2001 (2 pgs.)

5.  Copy of PAIR printout of August 1, 2002 (1 pg)

6.  Status Request (1 pg)

*PLEASE CONFIRM RECEIPT OF THIS PAPER BY*
*RETURN FACSIMILE AT* **(415) 576-0300**

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834
Telephone: 650-326-2400
Fax: 650-326-2422
PA 3240277 v1

Received from < 16503282422 > at 8/1/02 7:08:46 PM [Eastern Daylight Time]



**UNITED . TES DEPARTMENT OF COMMERCE**
**Patent an. frademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARK
Washington, D.C. 20231

09/324,078

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| | | | |

| EXAMINER |
|---|
| |

| ART UNIT | PAPER NUMBER |
|---|---|
| | |

DATE MAILED:

### INTERVIEW SUMMARY

All participants (applicant, applicant's representative, PTO personnel):

(1) Mr. Mark Barrish          (3) Ex. Michael Brown

(2) Mr. Ashish Khera          (4)

Date of Interview   4/4/02

Type: ☐ Telephonic ☐ Televideo Conference ☑ Personal (copy is given to ☐ applicant ☑ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes ☑ No If yes, brief description:_____

Agreement ☑ was reached. ☐ was not reached.

Claim(s) discussed: 3-6, 8-30 and 32-61

Identification of prior art discussed: Art of record.

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: An agreement was made to give favorable consideration to the claims. However a final search is required before the case is allowed.

( A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

☑ It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a reply to the last Office action has been ready been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

Examiner Note: You must sign this form unless it is an attachment to another form.

FORM **PTOL-413** (REV. 2-98)

361 FH 000219

CON00029017



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/324,078 | 06/01/1999 | JULIAN N. NIKOLCHEV | 16355-002530 | 1027 |

20350      7590      10/23/2002

TOWNSEND AND TOWNSEND AND CREW, LLP
TWO EMBARCADERO CENTER
EIGHTH FLOOR
SAN FRANCISCO, CA  94111-3834

| EXAMINER |
|---|
| BROWN, MICHAEL A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3764 | |

DATE MAILED: 10/23/2002

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

CON00029018

*Bn*

| **Office Action Summary** | Application No. 09/324,078 | Applicant(s) Julian N. Nikolchew et al |
| | Examiner Michael Brown | Group Art Unit 3764 |

---*The MAILING DATE of this communication appears on the cover sheet beneath the correspondence address*---

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE ___3___ MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, such period shall, by default, expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).

**Status**

☐ Responsive to communication(s) filed on _____ .

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 1 1; 453 O.G. 213.

**Disposition of Claims**

☑ Claim(s) _3-6, 8-30 and 32-61_____ is/are pending in the application.

    Of the above claim(s) _____ is/are withdrawn from consideration.

☑ Claim(s) _3-5, 26-27, 30, 32-35, 39-42 and 47-58_____ is/are allowed.

☑ Claim(s) _6, 8, 17-20, 22-25, 28-29, 36-37, 43-46 and 59-61__ is/are rejected.

☑ Claim(s) _9-12, 13-16, 21 and 38_____ is/are objected to.

☐ Claim(s) _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119 (a)-(d)**

☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 11 9(a)-(d).

    ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

    ☐ received.

    ☐ received in Application No. (Series Code/Serial Number)_____ .

    ☐ received in this national stage application from the International Bureau (PCT Rule 1 7.2(a)).

    *Certified copies not received:_____ .

**Attachment(s)**

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____     ☐ Interview Summary, PTO-413

☑ Notice of Reference(s) Cited, PTO-892     ☐ Notice of Informal Patent Application, PTO-152

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948     ☐ Other_____

                                    **Office Action Summary**

Application/Control Number: 09/324,078                                    Page 2

Art Unit: 3764

### DETAILED ACTION

#### *Claim Rejections - 35 USC § 102*

1.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless -
>
> (e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371© of this title before the invention thereof by the applicant for patent.

The changes made to 35 U.S.C. 102(e) by the American Inventors Protection Act of 1999
(AIPA) do not apply to the examination of this application as the application being examined was
not (1) filed on or after November 29, 2000, or (2) voluntarily published under 35 U.S.C. 122(b).
Therefore, this application is examined under 35 U.S.C. 102(e) prior to the amendment by the
AIPA (pre-AIPA 35 U.S.C. 102(e)).

2.      Claims 17-19, 28, 36-37, 43-44 and 59-61 are rejected under 35 U.S.C. 102(e) as being

by Mariant.

#### *Claim Rejections - 35 USC § 103*

3.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness

rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Application/Control Number: 09/324,078                                         Page 3

Art Unit: 3764

4.      Claims 6, 8, 20, 22-25, 29 and 45-46 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Mariant in view of Phelps.

        Mariant discloses in figures 1-4 a contraceptive (an occluder), substantially as claimed.

However, Mariant does not disclose the tissue growth material being braided or woven. Phelps

teaches in figures 1-5 a contraceptive (an occluder) comprising a braided material 130 that is used

to incite tissue growth. The braided material extends beyond the tubular structure (fig. 2, the

material extends outward beyond the structure). The braided material provides a contraceptive

inhibiting body (fig. 7).

### *Allowable Subject Matter*

5.      Claims 3-5, 26-27, 30, 32-35, 39-42, 47-58 are allowed.

6.      Claims 9-12, 13-16, 21 and 38 are objected to as being dependent upon a rejected base

claim, but would be allowable if rewritten in independent form including all of the limitations of

the base claim and any intervening claims.

### *Conclusion*

7.      Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Michael Brown whose telephone number is (703) 308-2682.

M. Brown
October 21, 2002

| | | | | |
|---|---|---|---|---|
| ***Notice of References Cited*** | | Application No. 09/324,078 | Applic... Julian N. Nikolchevetr |
| | | Examiner Michael Brown | Group Art Unit 3764 | Page ___ of ___ |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| | A | 6143007 | 11-2000 | Mariant | 606 | 151 |
| | B | 5382259 | 1-1995 | Phelps | 606 | 151 |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

### NON-PATENT DOCUMENTS

| * | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| | U | | |
| | V | | |
| | W | | |
| | X | | |

* A copy of this reference is not being furnished with this Office action.
(See Manual of Patent Examining Procedure, Section 707.05(a).)

U.S. Patent and Trademark Office
PTO-892 (Rev. 9-96)

Part of Paper No. _____

*U.S. GPO: 1998-454-457/97506

361 FH 000224

CON00029022



PATENT #19/C

Attorney Docket No.: 16355-002500

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

    Julian N. Nikolchev et al.

Application No.:    09/324,078

Filed:  June 1, 1999

For:    CONTRACEPTIVE TRANSCERVICAL
       FALLOPIAN TUBE OCCLUSION DEVICES
       & METHODS

Examiner:    M. Brown

Art Unit:    3764

**AMENDMENT**

RECEIVED
APR 2 9 2003
TECHNOLOGY CENTER R9700

Commissioner for Patents
P.O. Box 1450
Arlington, VA  22313-1450

Sir:

      In response to the Office Action mailed October 23, 2002, please enter the

following remarks.

      **Amendments to the Claims** are reflected in a listing of claims which begins on

page 2 of this paper.

      **Remarks** begin on page 12 of this paper.

CON00029023

NIKOLCHEV et al.                                                    PATENT
U.S. Application No. 09/324,078
Page 2 of 13
**Response to Office Action of October 23, 2002**

**Amendment to Claims:**

Please amend claims 6, 17, 19, 22, 36, and 60; please cancel claims 9, 18, 21, 28, 29, 37, 38, and 43-46; and please add new claim 62, as follows. The listing of claims will replace all prior versions, and listings, of claims in the application:

Claims 1 and 2.        (Canceled)

1. ~3.~        (As filed)  A tissue reaction contraceptive device for use in a fallopian tube, the fallopian tube having tubal tissues, the contraceptive device comprising:

a coil having a proximal end and a distal end and defining an axis therebetween, the coil being axially flexible and having a cross-section suitable for insertion into the fallopian tube; and

an element disposed along the coil, the element adapted to incite a tissue reaction in the tubal tissues adjacent the coil so as to inhibit conception, wherein the element comprises a perforate material defining surface pores which promote tissue ingrowth of the tubal tissues.

2. ~4.~        (As filed)  A contraceptive device as claimed in claim 1, wherein the perforate material comprises a member selected from the group consisting of PTFE, ceramic, or microporous polymer.

3. ~5.~        (As filed)  A tissue reaction contraceptive device for use in a fallopian tube, the fallopian tube having tubal tissues, the contraceptive device comprising:

a coil having a proximal end and a distal end and defining an axis therebetween, the coil being axially flexible and having a cross-section suitable for insertion into the fallopian tube; and

an element disposed along the coil, the element adapted to incite a tissue reaction in the tubal tissues adjacent the coil so as to inhibit conception, wherein the element comprises a polymer coating which promotes at least one of scarring of the tubal tissues, ingrowth of the tubal tissues, and sclerosing of the tubal tissues.

4. ~6.~        (Currently Amended)  A tissue ingrowth contraceptive device for use in a fallopian tube having a tubal tissue, the contraceptive device comprising:

NIKOLCHEV et al.                                                        <u>PATENT</u>
U.S. Application No. 09/324,078
Page 3 of 13
**Response to Office Action of October 23, 2002**

a tubular retention structure having a proximal end, a distal end, and an axis

therebetween, the retention structure being axially flexible and insertable within the fallopian

tube, the retention structure comprising a helical outer coil having a sharp edge; and

a material comprising a braided or woven polyester which can incite ingrowth of the

tubal tissue therein, the ingrowth material attached to the retention structure.

7.      (Canceled)

5. 8.      (As filed)  A contraceptive device as claimed in claim 6, wherein the retention

structure comprises a perforate frame having at least one radial opening, and wherein the braided

or woven polyester extends radially beyond the tubular retention structure through the at least

one radial opening.

9.      (Cancel)

6. 10.      (As filed)  A contraceptive device as claimed in claim 6, further comprising an

inner coil disposed within the tubular retention structure, wherein at least a portion of the

material is disposed in an annular space between the inner coil and the retention structure.

7. 11.      (As filed)  A contraceptive device as claimed in claim 10, wherein the inner coil

extends distally beyond the retention structure with sufficient resilient flexibility to help guide

the contraceptive device axially within the fallopian tube.

8. 12.      (As filed)  A tissue ingrowth contraceptive device for use in a fallopian tube, the

contraceptive device comprising:

a resilient elongate body having a proximal end and a distal end and defining an axis

therebetween;

a retention structure disposed along the resilient body, the retention structure adapted to

restrain the resilient body within the fallopian tube;

a bond affixing the retention structure to the resilient body;

wherein at least one of the resilient body, the retention structure, and the bond comprises

a microporous material which promotes tissue ingrowth therein.

NIKOLCHEV et al.                                                                    PATENT
U.S. Application No. 09/324,078
Page 4 of 13
**Response to Office Action of October 23, 2002**

9. ~~13.~~     (As filed) A contraceptive method comprising:

transcervically inserting a contraceptive device within a fallopian tube by resiliently
deflecting a distal body of the contraceptive device against a tubal wall so that the distal body
guides the contraceptive device axially along the fallopian tube; and

inciting a tissue reaction of tubal tissues with an element of the contraceptive device so as
to affix the contraceptive device within the fallopian tube.

10. ~~14.~~     (As filed) A contraceptive method as claimed in claim ~~13,~~ 9, wherein the inciting a
tissue reaction step comprises promoting tissue ingrowth into the element.

11. ~~15.~~     (As filed) A contraceptive method as claimed in claim ~~14,~~ 10, wherein the inciting a
tissue reaction step comprises mechanically promoting scar formation by embedding a radially
oriented edge into the tubal wall without penetrating through the tubal wall.

12. ~~16.~~     (As filed) A contraceptive method as claimed in claim ~~13,~~ 9, wherein a polymeric
coating of the contraceptive device incites a tissue reaction selected from the group consisting of
scarring, ingrowth, or sclerosing.

13. ~~17.~~     (Currently Amended) A contraceptive device for use in a fallopian tube having a
tubal wall, the contraceptive device comprising:

a tubular retention structure having a proximal end, a distal end, and an axis
therebetween, the retention structure radially expandable in situ from a narrow diameter
configuration, the retention structure in the narrow configuration having a first diameter suitable
for axial insertion into the fallopian tube, the expanded retention structure having a second
diameter larger than the first diameter and adapted to engage the surrounding tubal wall and
retain the contraceptive device within the fallopian tube while a portion of the fallopian tube is
open around or through the retention structure, wherein the retention structure comprises a
resilient helical coil, and wherein the coil has a sharp outer edge.

18.     (Cancel)

CON00029026

NIKOLCHEV et al.                                                          <u>PATENT</u>
U.S. Application No. 09/324,078
Page 5 of 13
**Response to Office Action of October 23, 2002**

19. *13*. (Currently Amended) A contraceptive device as claimed in claim ~~17~~ ~~18~~, wherein the coil expands resiliently to safely engage the tubal wall throughout a range of tubal cross-sectional sizes.

~~15~~ *20*. (Amended) A contraceptive device as claimed in claim ~~19~~ *14*, wherein the coil resiliently expands to open diameters throughout the range from about 0.10 to about 1.0 mm with an expansion force sufficient to help retain the contraceptive device in the fallopian tube and insufficient to penetrate through the tubal wall.

21. (Canceled)

~~16~~ *22*. (Currently Amended) A contraceptive device as claimed in claim ~~17~~ ~~18~~ *13*, further comprising a conception inhibiting body attached to the coil.

~~17~~ *23*. (As filed) A contraceptive device as claimed in claim ~~22~~ *16*, wherein a portion of the coil is affixed to the body and an end of the coil moves relative to the body when the coil expands from the first diameter.

~~18~~ *24*. (As filed) A contraceptive device as claimed in claim ~~22~~ *16*, wherein the body extends distally of the coil and is resiliently flexible to help guide the contraceptive device distally within the fallopian tube.

~~19~~ *25*. (As filed) A contraceptive device as claimed in claim ~~24~~ *18*, further comprising woven or braided polyester attached to the body.

~~21~~ *26*. (As filed) A contraceptive device for use in a fallopian tube having a tubal wall, the contraceptive device comprising:

a primary coil defining an axis;

a helical coil disposed about the primary coil, a free end of the helical coil movable relative to the primary coil so that the helical coil can expand resiliently throughout a range of tubal cross-sectional sizes to radially engage the surrounding tubal wall and safely affix the contraceptive device within the fallopian tube.

NIKOLCHEV et al.                                          PATENT
U.S. Application No. 09/324,078
Page 6 of 13
**Response to Office Action of October 23, 2002**

~~22.~~ 27.    (As filed)  A contraceptive method comprising:

introducing a contraceptive device into a fallopian tube, the contraceptive device
comprising a primary coil and a helical retention structure permanently affixed over the primary
coil; and

radially expanding a pre-formed retention structure of the contraceptive device within the
fallopian tube so that a free end of the retention structure moves relative to the primary coil so
that the retention structure engages a tubal wall and affixes the contraceptive device within the
fallopian tube.

Claims 28 and 29      (Cancel)

*cur*
C₁      ~~24. 30.~~    (As filed)  An intrafallopian contraceptive device for use in a fallopian tube, the
tube having a tubal wall with a tubal cross-section and an axial curvature, the contraceptive
device comprising:

an elongate coil having a proximal end and a distal end and defining an axis
therebetween, the coil having a cross-section suitable for axial insertion within the tubal cross-
section, at least a portion of the coil being straighter than the axial curvature of the fallopian
tube, the coil being sufficiently flexible to deflect against the tubal wall without injuring the tubal
wall, the coil being sufficiently resilient to impose an anchoring force against the tubal wall
when the straight portion flexes along the axial curvature of the fallopian tube; and

an element disposed along the coil, the element being expandable from a small cross-
sectional configuration to an atraumatic large cross-sectional configuration having a cross-
sectional dimension greater than that of the coil to affix the coil within the fallopian tube without
perforating the tubal wall.

31.    (Canceled)

                                                        *24*
~~25.~~ 32.    (As filed)  A contraceptive device as claimed in claim ~~30~~, wherein the coil is
adapted to resiliently engage the tubal wall with sufficient force to retain the coil in the fallopian
tube during ingrowth of tubal wall tissues.

                                     CON00029028

NIKOLCHEV et al.                                                            <u>PATENT</u>
U.S. Application No. 09/324,078
Page 7 of 13
**Response to Office Action of October 23, 2002**

                                                                              *24*
~~30~~ ~~33~~.     (As filed)  A contraceptive device as claimed in claim ~~30~~, wherein the element is
adapted to penetrate into the tubal wall without perforating through the tubal wall to
mechanically retain the coil in the fallopian tube.

                                                                         *34*
~~31~~ 34.      (As filed)  A contraceptive device as claimed in claim ~~33~~, wherein the element is
adapted to promote scar tissue.

~~28~~ 35.     (As filed)  An intrafallopian contraceptive device for use in a fallopian tube, the
tube having a tubal wall with a tubal cross-section and an axial curvature, the contraceptive
device comprising:

        an elongate coil having a proximal end and a distal end and defining an axis
therebetween, the coil having a cross-section suitable for axial insertion within the tubal cross-
section, at least a portion of the coil being straighter than the axial curvature of the fallopian
tube, the coil being sufficiently flexible to deflect against the tubal wall without injuring the tubal
wall, the coil being sufficiently resilient to impose an anchoring force against the tubal wall
when the straight portion flexes along the axial curvature of the fallopian tube; and

        an element disposed along the coil, the element adapted to affix the coil within the
fallopian tube, the element comprising an electrode attached to the body, the electrode being
oriented to engage and desiccate the tubal wall.

~~32~~ 36.     (Currently Amended)  A contraceptive device for use in a fallopian tube having
an axis, the contraceptive device comprising:

        a structure having a proximal end, a distal end, and an axis therebetween, the structure
adapted to provide effective tubal occlusion when disposed substantially coaxially within the
fallopian tube;

        an elongate member affixed to the occlusion structure, the member extending distally of
the occlusion structure and being sufficiently flexible and axially resilient to act as a distal
guidewire during distal advancement of the occlusion structure within the fallopian tube, <u>the
elongate member comprising a coil and a corewire, the corewire removable from the coil when
the coil is disposed in the fallopian tube.</u>

        Claims 37 and 38.     (Cancel)

NIKOLCHEV et al.                                                    PATENT
U.S. Application No. 09/324,078
Page 8 of 13
**Response to Office Action of October 23, 2002**

30 -39.    (As filed)  A contraceptive method comprising:

transcervically inserting a pre-formed elongate resilient body into an axially curving fallopian tube so that the fallopian tube imposes an axial bend on the body, and so that the bent body imposes an anchoring force which helps anchor the bent body within the fallopian tube; and

permanently affixing the anchored body within the fallopian tube so that the affixed resilient body inhibits conception.

31. 40.    (As filed)  A contraceptive method comprising:

transcervically inserting an intrafallopian contraceptive device along the fallopian tube by guiding the contraceptive device with a distal guidewire-like structure of the contraceptive device; and

retaining the device, including at least a portion of the guidewire-like structure, within the fallopian tube so that the device inhibits conception.

32. 41.    (As filed)  A contraceptive method as claimed in claim 40, further comprising removing a corewire of the guidewire-like structure from within a coil of the guidewire-like device while the device is retained within the fallopian tube and promoting ingrowth of tubal tissues into the contraceptive device.

33. 42.    (As filed)  A contraceptive kit comprising:

a pre-formed intrafallopian contraceptive device; and

instructions describing methods steps including;

transcervically introducing the contraceptive device into a fallopian tube; and

permanently affixing the contraceptive device within the tube.

Claims 43-46.   (Canceled)

35. 47.    (As filed)  An intrafallopian contraceptive device comprising:

a pre-formed proximal anchor having a resilient coil which is restrainable in a straight configuration for insertion into a fallopian tube, and which is capable of imposing resilient anchoring forces against an inner surface of a tubal wall;

NIKOLCHEV et al.                                                    PATENT
U.S. Application No.  09/324,078
Page 9 of 13
Response to Office Action of October 23, 2002

a pre-formed distal anchor having a resilient coil which is restrainable in a straight configuration for insertion into the fallopian tube, and which is capable of imposing resilient anchoring forces against the inner surface of the tubal wall; and

a lumen-traversing region extending between the proximal and distal anchors, the lumen-traversing region comprising a resilient structure having a helical outer surface which is adapted to engage the inner surface of the tubal wall so as to prevent expulsion of the intrafallopian contraceptive device while the proximal and distal anchors impose the anchoring forces.

36-48.    (As filed)  An intrafallopian contraceptive method comprising:

transcervically introducing a pre-formed resilient structure into a target region of a fallopian tube;

imposing an anchoring force against a tubal wall of the fallopian tube by resiliently engaging an inner surface of the tubal wall with the resilient structure; and

permanently affixing the resilient structure within the fallopian tube with a lumen-traversing region of the resilient structure so that at least a portion of the fallopian tube is open.

37-49.    (As filed)  A method as claimed in claim 48, wherein the affixing step comprises promoting tissue ingrowth of the tubal wall surrounding the resilient structure.

38-50.    (As filed)  A method as claimed in claim 49, wherein the tissue ingrowth occludes the fallopian tube to inhibit conception.

39-51.    (As filed)  A method as claimed in claim 48, further comprising promoting the formation of scar tissue by electrically energizing the resilient structure within the fallopian tube.

41-52.    (As filed)  An intrafallopian contraceptive system comprising:

an elongate delivery body having a proximal end and a distal end with a first energy conduit extending therebetween;

an intrafallopian structure near the distal end of the delivery body, the structure having a first cross-section;

a material which can incite ingrowth of tubal tissue therein, the ingrowth material attached to the structure; and

361 FH 000233

CON00029031

NIKOLCHEV et al.                                                    PATENT
U.S. Application No. 09/324,078
Page 10 of 13
**Response to Office Action of October 23, 2002**

an energy source coupled to the structure by the first conduit so that energy from the energy source reconfigures the structure to a second cross-section to restrain the structure within a fallopian tube and the structure inhibits conception.

42 53.    (As filed)  The contraceptive system of claim 52, further comprising a second conduit extending from the energy source to the structure so that electrical energy is transmitted through at least a portion of the structure between the conduits, the conduits comprising conductors.

43 54.    (As filed)  The contraceptive system of claim 53, wherein the structure comprises a shape memory alloy, the electrical energy effecting a phase change in the shape memory alloy to radially expand the structure.

47 55.    (As filed)  An intrafallopian contraceptive system comprising:

an elongate delivery body having a proximal end and a distal end with first and second conductors extending therebetween;

an intrafallopian contraceptive structure near the distal end of the delivery body;

a material which can incite ingrowth of tubal tissue therein, the ingrowth material attached to the structure; and

an electrical power supply can be coupled to the structure by the first and second conductors.

44 56.    (As filed)  An intrafallopian contraceptive system as claimed in claim 52, wherein the intrafallopian structure includes a copper body.

45 57.    (As filed)  An intrafallopian contraceptive system as claimed in claim 56, wherein the copper body forms a coil, a bead or plating.

46 58.    (As filed)  An intrafallopian contraceptive system as claimed in claim 52, wherein the ingrowth material includes copper.

20 59.    (As filed)  A contraceptive device as claimed in claim 17, wherein the retention structure provides functional occlusion of the fallopian tube.

NIKOLCHEV et al.                                              <u>PATENT</u>
U.S. Application No.  09/324,078
Page 11 of 13
**Response to Office Action of October 23, 2002**

~~23~~, ~~60.~~    (Amended) A contraceptive device as claimed in claim ~~27~~ ~~28~~, wherein the device provides functional occlusion of the tube.

~~40~~, ~~61.~~    (As filed) A method as claimed in claim ~~48~~, wherein permanently affixing the resilient structure with the fallopian tube provides functional occlusion of the fallopian tube.

~~34~~ ~~62.~~    (New)  A contraceptive kit as in claim ~~42~~, wherein the contraceptive device comprises a flexible tubular body having a lumen with a central axis and a radius, the tubular body expandable from an insertion configuration to a deployed configuration by increasing the radius, the contraceptive device further comprising fibers for promoting tissue in-growth.

361 FH 000235                                                    CON00029033

NIKOLCHEV et al.                                                    PATENT
U.S. Application No. 09/324,078
Page 12 of 13
**Response to Office Action of October 23, 2002**

## REMARKS

Claims 3-6, 8, 10-17, 19, 20, 22-27, 30, 32-36, 39-42, and 47-62 are now pending.
Applicants gratefully acknowledge the allowance of claims 3-5, 26, 27, 30, 32-35, 39-42, and 47-
58; and also understand that the Examiner has indicated that claims 9-12, 13-16, 21, and 38 have
been indicated as defining patentable subject matter (merely being objected to as dependent on a
non-allowed base claim). To expedite issuance of a patent from this application, Applicant has
addressed each non-allowed claim by either 1) canceling that claim, or 2) amending that claim
(or a claim from which it depends) so as to recite elements of an indicated allowable claim.
Specifically, claim 6 has been amended to incorporate the elements of prior claim 9, while claim
17 now recite the elements of prior claim 21. Claim 36 recites the elements of prior claim 38,
while the remaining substantively rejected independent claims have been canceled. Applicant
notes that prior claim 13 was already in independent form, so that all independent claims now
pending in this application are in condition for allowance.

### Acknowledgment of Information Disclosure Statements:

Applicant requests an acknowledgment for the Information Disclosure Statements
(IDSs) filed on the following dates: December 20, 2001; October 12, 2001; September 26, 2001;
August 8, 2001; and April 9, 2001. Additionally, Applicant notes that the last page of the PTO
Form 1449 for Applicant's IDS filed on September 14, 1999 has not been initialed. Applicant
requests that initialed 1449s be provided for each of these IDSs. Additionally, Applicant is filing
herewith an IDS for U.S. U.S. Patent No. 6,432,116. Applicant requests that acknowledgment of
this IDS be provided with the next communication regarding this application.

## CONCLUSION

In view of the foregoing, Applicants believe all claims now pending in this
Application are in condition for allowance. The issuance of a formal Notice of Allowance at an
early date is respectfully requested.

CON00029034

NIKOLCHEV et al.                                                    PATENT
U.S. Application No.  09/324,078
Page 13 of 13
**Response to Office Action of October 23, 2002**

        If the Examiner believes a telephone conference would expedite prosecution of

this application, please telephone the undersigned at 650-326-2400.


                                        Respectfully submitted,

                                        _____
                                        Mark D. Barrish
                                        Reg. No. 36,443

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
Tel: 650-326-2400 / Fax: 650-326-2422
MDB/nap

PA 3184710 v1

PTO/SB/22 (10-00)
Approved for use through 10/31/2002  OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a)

| Docket Number (Optional) |
| 016355-002530US |

| In re Application of Julian N. Nikolchev et al. |

| Application Number 09/324,078 | Filed  June 1, 1999 |

| For   CONTRACEPTIVE TRANSCERVICAL FALLOPIAN TUBE |
|       OCCLUSION DEVICES & METHODS |

| Group Art Unit | Examiner |
| 3764 | M. Brown |

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above identified application.

The requested extension and appropriate non-small-entity fee are as follows (check time period desired):

| | | |
|---|---|---|
| ☐ | One month (37 CFR 1.17(a)(1)) | $ |
| ☐ | Two months (37 CFR 1.17(a)(2)) | $ |
| ☒ | Three months (37 CFR 1.17(a)(3)) | $930 |
| ☐ | Four months (37 CFR 1.17(a)(4)) | $ |
| ☐ | Five months (37 CFR 1.17(a)(5)) | $ |

☒ Applicant claims small entity status.  See 37 CFR 1.27.  Therefore, the fee amount shown above is reduced by one-half, and the resulting fee is: $ 465 .

☐ A check in the amount of the fee is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Commissioner has already been authorized to charge fees in this application to a Deposit Account.

☒ The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number 20-1430. I have enclosed a duplicate copy of this sheet.

I am the ☐ applicant/inventor.

    ☐ assignee of record of the entire interest.  See 37 CFR 3.71
         Statement under 37 CFR 3.73(b) is enclosed.  (Form PTO/SB/96).

    ☒ attorney or agent of record.

    ☐ attorney or agent under 37 CFR 1.34(a).

         Registration number if acting under 37 CFR 1.34(a). _____ .

**WARNING: Information on this form may become public.  Credit card information should not be included on this form.  Provide credit card information and authorization on PTO-2038.**

| 04/21/03 | |
| Date | Signature |
| | Mark D. Barrish, Reg. No. 36,443 |
| | Typed or printed name |

04/25/2003 CNGUYEN  00000030 201430  09324078
01 FC:2053      465.00 CH

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required  Submit multiple forms if more than one signature is required, see below*.

☐ *Total of _____ forms are submitted.

Burden Hour Statement: This form is estimated to take 0.1 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
PA 3300184 v1

361 FH 000238

CON00029036

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to:

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

APRIL 21, 2003

TOWNSEND and TOWNSEND and CREW LLP

By: _____
        NANCY PIZZO

PATENT

Attorney Docket No.: 016355-002530US

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

    Julian N. Nikolchev et al.

Application No.: 09/324,078

Filed: June 1, 1999

For:    CONTRACEPTIVE TRANSCERVICAL
    FALLOPIAN TUBE OCCLUSION
    DEVICES & METHODS

RECEIVED
APR 2 9 2003
TECHNOLOGY CENTER 3700

Examiner:  M. Brown

Art Unit: 3764

**SUPPLEMENTAL INFORMATION
DISCLOSURE STATEMENT UNDER
37 CFR §1.97 and §1.98**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

    The references cited on attached form PTO/SB/08A and PTO/SB/08B are being called to the attention of the Examiner.  Copies of the references are enclosed.

    It is respectfully requested that the cited references be expressly considered during the prosecution of this application, and the references be made of record therein and appear among the "references cited" on any patent to issue therefrom.

    As provided for by 37 CFR 1.97(g) and (h), no inference should be made that the information and references cited are prior art merely because they are in this statement and no

04/25/2003 CNGUYEN  00000030 201430  09324078
02 FC:1806       180.00 CH

CON00029037

Julian N. Nikolchev et al.                                          PATENT
Application No.: 09/324,078
Page 2

representation is being made that a search has been conducted or that this statement encompasses

all the possible relevant information.

       This IDS is being filed before the mailing date of the final Office Action or

Notice of Allowance.

       Please charge the IDS fee of $180 to Deposit Account No. 20-1430.  Please

deduct any additional fees from, or credit any overpayment to, the above-noted Deposit Account.

A duplicate copy of this submission is enclosed.

                            Respectfully submitted,

                            Mark D. Barrish
                            Reg. No. 36,443

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111-3834
Tel:  650-326-2400 / Fax:  650-326-2422
MDB:nap

PA 3299963 v1

2

PTO/SB/08A-B (04-03)
Approved for use through 04/30/2003. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

| | Complete if Known |
|---|---|
| Application Number | 09/324,078 |
| Filing Date | June 1, 1999 |
| First Named Inventor | Nikolchev, Julian N., et. al. |
| Art Unit | 3764 |
| Examiner Name | M. Brown |
| Attorney Docket Number | 016355-002530US |

| Page | 3 | of | |
|---|---|---|---|

## U.S. PATENT DOCUMENTS

| Examiner | Cite No.[1] | Document Number — Number Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| MB | AA | US-6,432,116 | 08-13-02 | CALLISTER ET AL | |
| | AB | US- | | | |
| | AC | US- | | | |
| | AD | US- | | | |
| | AE | US- | | | |
| | AF | US- | | | |
| | AG | US- | | | |
| | AH | US- | | | |
| | AI | US- | | | |
| | AJ | US- | | | |
| | AK | US- | | | |
| | AL | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] | Number[4] | Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials * | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | AQ | | |
| | AR | | |
| | AS | | |

| Examiner Signature | *Mb* | Date Considered | 7/11/02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609  Draw line through citation if not in conformance and not considered  Include copy of this form with next communication to applicant
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1 98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 120 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, DC 20231.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS  SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*
PA 3299963 v1

OIPE JC1?
APR 2 5 2003
PATENT & TRADE...

RECEIVED
TECHNOLOGY CENTER 3700
APR 2 9 2003

CON00029039

PTO/SB/17 (01-03)
Appro    or use through 04/30/2003. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
## for FY 2003

*Effective 01/01/2003. Patent fees are subject to annual revision.*

☒ Applicant claims small entity status. See 37 CFR 1.27

**TOTAL AMOUNT OF PAYMENT** ($) **645**

| Complete if Known | |
|---|---|
| Application Number | 09/324,078 |
| Filing Date | June 1, 1999 |
| First Named Inventor | Nikolchev, Julian N. |
| Examiner Name | M. Brown |
| Art Unit | 3764 |
| Attorney Docket No. | 016355-002530US |

## METHOD OF PAYMENT (check all that apply)

☐ Check  ☐ Credit Card  ☐ Money Order  ☐ Other  ☐ None

☒ Deposit Account

Deposit Account Number: **20-1430**

Deposit Account Name: **Townsend and Townsend and Crew LLP**

The Commissioner is authorized to: (check all that apply)
☒ Charge fee(s) indicated below  ☒ Credit any overpayments
☒ Charge any additional fee(s) during the pendency of this application
☐ Charge fee(s) indicated below, except for the filing fee
to the above-identified deposit account.

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 1001 | 750 | 2001 | 375 | Utility filing fee | |
| 1002 | 330 | 2002 | 165 | Design filing fee | |
| 1003 | 520 | 2003 | 260 | Plant filing fee | |
| 1004 | 750 | 2004 | 375 | Reissue filing fee | |
| 1005 | 160 | 2005 | 80 | Provisional filing fee | |

SUBTOTAL (1) ($)

### 2. EXTRA CLAIM FEES FOR UTILITY AND REISSUE

| | Extra Claims | Fees from below | | Fee Paid |
|---|---|---|---|---|
| Total Claims | 47 | -81** = | 0 | X$9 | $0 |
| Independent Claims | 18 | -20** = | 0 | X$42 | $0 |
| Multiple Dependent | | | X | | |

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description |
|---|---|---|---|---|
| 1202 | 18 | 2202 | 9 | Claims in excess of 20 |
| 1201 | 84 | 2201 | 42 | Independent claims in excess of 3 |
| 1203 | 280 | 2203 | 140 | Multiple dependent claim, if not paid |
| 1204 | 84 | 2204 | 42 | ** Reissue independent claims over original patent |
| 1205 | 18 | 2205 | 9 | ** Reissue claims in excess of 20 and over original patent |

SUBTOTAL (2) ($)0

**or number previously paid, if greater; For Reissues, see above

### 3. ADDITIONAL FEES

| Large Entity Fee Code | Entity ($) | Small Entity Fee Code | Entity ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 1051 | 130 | 2051 | 65 | Surcharge - late filing fee or oath | |
| 1052 | 50 | 2052 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 1053 | 130 | 1053 | 130 | Non-English specification | |
| 1812 | 2,520 | 1812 | 2,520 | For filing a request for reexamination | |
| 1804 | 920* | 1804 | 920* | Requesting publication of SIR prior to Examiner action | |
| 1805 | 1,840* | 1805 | 1,840* | Requesting publication of SIR after Examiner action | |
| 1251 | 110 | 2251 | 55 | Extension for reply within first month | |
| 1252 | 410 | 2252 | 205 | Extension for reply within second month | |
| 1253 | 930 | 2253 | 465 | Extension for reply within third month | 465 |
| 1254 | 1,450 | 2254 | 725 | Extension for reply within fourth month | |
| 1255 | 1,970 | 2255 | 985 | Extension for reply within fifth month | |
| 1401 | 320 | 2401 | 160 | Notice of Appeal | |
| 1402 | 320 | 2402 | 160 | Filing a brief in support of an appeal | |
| 1403 | 280 | 2403 | 140 | Request for oral hearing | |
| 1451 | 1,510 | 1451 | 1,510 | Petition to institute a public use proceeding | |
| 1452 | 110 | 2452 | 55 | Petition to revive – unavoidable | |
| 1453 | 1,300 | 2453 | 650 | Petition to revive – unintentional | |
| 1501 | 1,300 | 2501 | 650 | Utility issue fee (or reissue) | |
| 1502 | 470 | 2502 | 235 | Design issue fee | |
| 1503 | 630 | 2503 | 315 | Plant issue fee | |
| 1460 | 130 | 1460 | 130 | Petitions to the Commissioner | |
| 1807 | 50 | 1807 | 50 | Petitions related to provisional applications | |
| 1806 | 180 | 1806 | 180 | Submission of Information Disclosure Stmt | 180 |
| 8021 | 40 | 8021 | 40 | Recording each patent assignment per property (times number of properties) | |
| 1809 | 750 | 2809 | 375 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 1810 | 750 | 2810 | 375 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 1801 | 750 | 2801 | 375 | Request for Continued Examination (RCE) | |
| 1802 | 900 | 1802 | 900 | Request for expedited examination of a design application | |

Other fee (specify) -----------------

*Reduced by Basic Filing Fee Paid    SUBTOTAL (3)    ($) 645

## SUBMITTED BY

| | Complete (if applicable) | | |
|---|---|---|---|
| Name (Print/Type) | Mark D. Barrish | Registration No. (Attorney/Agent) 36,443 | Telephone 650-326-2400 |
| Signature | | | Date 04/21/03 |

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

This collection of information is required by 37 CFR 1.17 and 1.27. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450. PA 3299977 v1

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

CONb00029040

⅔3764

PTO/SB/21 (03-03)
Approved for use through 04/30/2003. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

| **TRANSMITTAL FORM** | Application Number | 09/324,078 |
|---|---|---|
| | Filing Date | June 1, 1999 |
| *(to be used for all correspondence after initial filing)* | First Named Inventor | Nikolchev, Julian N. |
| | Art Unit | 3764 |
| | Examiner Name | M. Brown |
| Total Number of Pages in This Submission | Attorney Docket Number | 016355-002530US |

## ENCLOSURES  *(Check all that apply)*

| | | |
|---|---|---|
| ☒ Fee Transmittal Form | ☐ Drawing(s) | ☐ After Allowance Communication to Group |
| ☐ Fee Attached | ☐ Licensing-related Papers | ☐ Appeal Communication to Board of Appeals and Interferences |
| ☒ Amendment/Reply | ☐ Petition | ☐ Appeal Communication to Group *(Appeal Notice, Brief, Reply Brief)* |
| ☐ After Final | ☐ Petition to Convert to a Provisional Application | ☐ Proprietary Information |
| ☐ Affidavits/declaration(s) | ☐ Power of Attorney, Revocation Change of Correspondence Address | ☐ Status Letter |
| ☒ Extension of Time Request - 3 mos. | ☐ Terminal Disclaimer | ☒ Other Enclosure(s) *(please identify below):* |
| ☐ Express Abandonment Request | ☐ Request for Refund | • Return Postcard |
| ☒ Suppl. Info. Disclosure Statement | ☐ CD, Number of CD(s) | |
| ☐ Certified Copy of Priority Document(s) | Remarks | The Commissioner is authorized to charge any additional fees to Deposit Account 20-1430 |
| ☐ Response to Missing Parts/ Incomplete Application | | |
| ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53 | | |

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual | Townsend and Townsend and Crew LLP | |
|---|---|---|
| | MARK D. BARRISH | Reg. No. 36,443 |
| Signature | *[signature]* | |
| Date | 04/21/03 | |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to  Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on this date:

| Typed or printed | NANCY PIZZO | | |
|---|---|---|---|
| Signature | *[signature]* | Date | 04/21/03 |

This collection of information is required by 37 CFR 1.5.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, DC 20231.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*
PA 3299973 v1

CON00029041

*N K*

| **Notice of Allowability** | Application No. 09/324,078 | Applic...(s) *Julian N. Nikolchev et al* |
|---|---|---|
| | Examiner *Michael Brown* | Art Unit *3764* |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to *the amendment filed 4/25/03* .

2. ☑ The allowed claim(s) is/are *3-6, 8, 10-11, 19-20, 22-27, 30, 32-36, 39-42 and 47-62* .

3. ☑ The drawings filed on *6/1/99* are acceptable as formal drawings.

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   a) ☐ All    b) ☐ Some*    c) ☐ None    of the:

     1. ☐ Certified copies of the priority documents have been received.

     2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

     3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____ .

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. THIS THREE-MONTH PERIOD IS NOT EXTENDABLE FOR SUBMITTING NEW FORMAL DRAWINGS, OR A SUBSTITUTE OATH OR DECLARATION. The three-month period for complying with the REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL is extendable under 37 CFR 1.136(a).

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☐ Applicant MUST submit NEW FORMAL DRAWINGS

   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review (PTO-948) attached

     1) ☐ hereto  or  2) ☐ to Paper No. _____ .

   (b) ☐ including changes required by the proposed drawing correction filed _____ , which has been approved by the examiner.

   (c) ☐ including changes required by the attached Examiner's Amendment/Comment or in the Office action of Paper No. _____ .

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

1 ☐ Notice of References Cited (PTO-892)

3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

5 ☑ Information Disclosure Statement(s) (PTO-1449), Paper No(s). *21*

7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

9 ☐ Other

2 ☐ Notice of Informal Patent Application (PTO-152)

4 ☐ Interview Summary (PTO-413), Paper No. _____ .

6 ☐ Examiner's Amendment/Comment

8 ☐ Examiner's Statement of Reasons for Allowance

*Michael A. Brown*
*Michael A. Brown*
*Primary Examiner*



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address COMMISSIONER FOR PATENTS
PO Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

20350    7590    07/15/2003
TOWNSEND AND TOWNSEND AND CREW, LLP
TWO EMBARCADERO CENTER
EIGHTH FLOOR
SAN FRANCISCO, CA 94111-3834

| EXAMINER |
| --- |
| BROWN, MICHAEL A |

| ART UNIT | CLASS-SUBCLASS |
| --- | --- |
| 3764 | 128-831000 |

DATE MAILED: 07/15/2003

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 09/324,078 | 06/01/1999 | JULIAN N. NIKOLCHEV | 16355-002530 | 1027 |

TITLE OF INVENTION: CONTRACEPTIVE TRANSCERVICAL FALLOPIAN TUBE OCCLUSION DEVICES AND METHODS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- |
| nonprovisional | YES | $650 | $0 | $650 | 10/15/2003 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status is changed, pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above and notify the United States Patent and Trademark Office of the change in status, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check the box below and enclose the PUBLICATION FEE and 1/2 the ISSUE FEE shown above

☐ Applicant claims SMALL ENTITY status.
See 37 CFR 1.27.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 4

PTOL-85 (REV. 05-03) Approved for use through 04/30/2004.

CON00029043

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** __Mail__  Mail Stop ISSUE FEE
Commissioner for Patents
Alexandria, Virginia 22313-1450
__Fax__  (703)746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

| 20350 | 7590 | 07/15/2003 |

TOWNSEND AND TOWNSEND AND CREW, LLP
TWO EMBARCADERO CENTER
EIGHTH FLOOR
SAN FRANCISCO, CA 94111-3834

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USPTO, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/324,078 | 06/01/1999 | JULIAN N. NIKOLCHEV | 16355-002530 | 1027 |

TITLE OF INVENTION: CONTRACEPTIVE TRANSCERVICAL FALLOPIAN TUBE OCCLUSION DEVICES AND METHODS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $650 | $0 | $650 | 10/15/2003 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BROWN, MICHAEL A | 3764 | 128-831000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❏ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

❏ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE  (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) ❏ individual ❏ corporation or other private group entity ❏ government

4a. The following fee(s) are enclosed:

❏ Issue Fee
❏ Publication Fee
❏ Advance Order - # of Copies _____

4b. Payment of Fee(s):

❏ A check in the amount of the fee(s) is enclosed.
❏ Payment by credit card. Form PTO-2038 is attached.
❏ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

(Authorized Signature)  (Date)

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14 This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE(S)

PTOL-85 (REV. 05-03) Approved for use through 04/30/2004. OMB 0651-0033   U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

CON00029044



**United States Patent and Trademark Office**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO | CONFIRMATION NO |
|---|---|---|---|---|
| 09/324,078 | 06/01/1999 | JULIAN N. NIKOLCHEV | 16355-002530 | 1027 |

| | | | EXAMINER |
|---|---|---|---|
| 20350 | 7590 | 07/15/2003 | BROWN, MICHAEL A |

TOWNSEND AND TOWNSEND AND CREW, LLP
TWO EMBARCADERO CENTER
EIGHTH FLOOR
SAN FRANCISCO, CA 94111-3834
UNITED STATES

| ART UNIT | PAPER NUMBER |
|---|---|
| 3764 | |

DATE MAILED: 07/15/2003

## Determination of Patent Term Extension under 35 U.S.C. 154 (b)
### (application filed after June 7, 1995 but prior to May 29, 2000)

The patent term extension is 0 days. Any patent to issue from the above identified application will include an indication of the 0 day extension on the front page.

If a continued prosecution application (CPA) was filed in the above-identified application, the filing date that determines patent term extension is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) system. (http://pair.uspto.gov)

Any questions regarding the patent term extension or adjustment determination should be directed to the Office of Patent Legal Administration at (703)305-1383.

Page 3 of 4

PTOL-85 (REV. 05-03) Approved for use through 04/30/2004

CON00029045

 U̲n̲i̲t̲e̲d̲ S̲t̲a̲t̲e̲s̲ P̲a̲t̲e̲n̲t̲ a̲n̲d̲ T̲r̲a̲d̲e̲m̲a̲r̲k̲ O̲f̲f̲i̲c̲e̲

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/324,078 | 06/01/1999 | JULIAN N. NIKOLCHEV | 16355-002530 | 1027 |

| 20350 | 7590 | 07/15/2003 |
|---|---|---|

TOWNSEND AND TOWNSEND AND CREW, LLP
TWO EMBARCADERO CENTER
EIGHTH FLOOR
SAN FRANCISCO, CA 94111-3834
UNITED STATES

| EXAMINER |
|---|
| BROWN, MICHAEL A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3764 | |

DATE MAILED: 07/15/2003

## Notice of Fee Increase on January 1, 2003

If a reply to a "Notice of Allowance and Fee(s) Due" is filed in the Office on or after January 1, 2003, then the amount due will be higher than that set forth in the "Notice of Allowance and Fee(s) Due" since there will be an increase in fees effective on January 1, 2003. See Revision of Patent and Trademark Fees for Fiscal Year 2003; Final Rule, 67 Fed. Reg. 70847, 70849 (November 27, 2002).

The current fee schedule is accessible from: http://www.uspto.gov/main/howtofees.htm.

If the issue fee paid is the amount shown on the "Notice of Allowance and Fee(s) Due," but not the correct amount in view of the fee increase, a "Notice to Pay Balance of Issue Fee" will be mailed to applicant. In order to avoid processing delays associated with mailing of a "Notice to Pay Balance of Issue Fee," if the response to the Notice of Allowance and Fee(s) due form is to be filed on or after January 1, 2003 (or mailed with a certificate of mailing on or after January 1, 2003), the issue fee paid should be the fee that is required at the time the fee is paid. If the issue fee was previously paid, and the response to the "Notice of Allowance and Fee(s) Due" includes a request to apply a previously-paid issue fee to the issue fee now due, then the difference between the issue fee amount at the time the response is filed and the previously paid issue fee should be paid. See Manual of Patent Examining Procedure, Section 1308.01 (Eighth Edition, August 2001).

Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

Page 4 of 4

PTOL-85 (REV 05-03) Approved for use through 04/30/2004.

361 FH 000248

CON00029046

## PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: **Mail** Mail Stop ISSUE FEE
Commissioner for Patents
Alexandria, Virginia 22313-1450
**Fax** (703)746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

20350          7590          07/15/2003

TOWNSEND AND TOWNSEND AND CREW LLP
TWO EMBARCADERO CENTER
EIGHTH FLOOR
SAN FRANCISCO, CA 94111-3834

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USPTO, on the date indicated below.

| NANCY PIZZO | (Depositor's name) |
|---|---|
| *Nancy Pizzo* | (Signature) |
| August 14, 2003 | (Date) |

| APPLICATION NO | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/324,078 | 06/01/1999 | JULIAN N NIKOLCHEV | 16355-002530 | 1027 |

TITLE OF INVENTION: CONTRACEPTIVE TRANSCERVICAL FALLOPIAN TUBE OCCLUSION DEVICES AND METHODS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $650 | $0 | $650 | 10/15/2003 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BROWN, MICHAEL A | 3764 | 128-831000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Townsend & Townsend&CrewLLP
2 Mark D. Barrish, Esq.
3

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                          (B) RESIDENCE: (CITY and STATE OR COUNTRY)

CONCEPTUS, INC.                              SAN CARLOS, CALIFORNIA

Please check the appropriate assignee category or categories (will not be printed on the patent)   ☐ individual ☒ corporation or other private group entity ☐ government

4a. The following fee(s) are enclosed:                4b. Payment of Fee(s):
☒ Issue Fee                                            ☐ A check in the amount of the fee(s) is enclosed.
☐ Publication Fee                                      ☐ Payment by credit card. Form PTO-2038 is attached.
☒ Advance Order - # of Copies ___12___                ☒ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number 20-1430 (enclose an extra copy of this form).

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

| (Authorized Signature) | (Date) |
|---|---|
| *[signature]* | 8-14-03 |

Mark D. Barrish, Reg. No. 36,443

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

08/19/2003 CNGUYEN1 00000095 201430  09324078

01 FC:2501          650.00 DA
02 FC:8001           36.00 DA

TRANSMIT THIS FORM WITH FEE(S)

PTOL-85 (REV. 05-03) Approved for use through 04/30/2004. OMB 0651-0033          U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

CON00029047



**6634361**

*1/15*



FIG. 1.



FIG. 2.



FIG. 3.

CON00029048



2/15

FIG. 4.

FIG. 5.

FIG. 8.

861 FH 000251

CON00029049

| APPROVED | O.G. FIG. | |
|----------|-----------|---------|
| BY | C.A.S | SUBCLASS |
| DRAFTSMAN | | |

3 / 15



FIG. 6.



FIG. 7.

361 FH 000252

CON00029050

4/15



FIG. 9.

361 FH 000253
CON00029051

5/15



FIG. IO.

361 FH 000254

CON00029052



6/15

FIG. IIA.

FIG. IIB.

FIG. IIC.

FIG. IID.

FH 000255

7/15

FIG. 12A.

FIG. 12B.

FIG. 12C.

FIG. 12D.

FIG. 12E.

361 FH 000256

CON00029054

8/15



FIG. 13.

FIG. 14.

FIG. 14A.

9/15



FIG. 14B.

FIG. 14C.

FIG. 14D.

10/15



FIG. 14E.



FIG. 14F.



FIG. 14G.



FIG. 14H.

CON00029057

| APPROVED BY | O.G. FIG. | |
|---|---|---|
| DRAFTSMAN | CLASS | SUBCLASS |

11/15



FIG. 15A.

FIG. 15B.

FIG. 15C.

FIG. 15D.

CON00029058

FH 000261

12 / 15



FIG. 15E.



FIG. 16.



13/15



FIG. 17.



FIG. 18A.

FIG. 18B.

FIG. 18C.

361 FH 000262

CON00029060





FIG. 19A.

FIG. 19B.

CON00029061

15/15



FIG. 20A.

FIG. 20B.



FIG. 21A.



FIG. 21B.



FIG. 21C.

CON00029062

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

DIALOG⊙ WORLD PATENT INDEX SEARCH FOR
SELECTED ENGLISH ABSTRACT
NOVEMBER 27, 2001
BY BRAD J. LOOS

?s pn=de 2525650
    S2    1  PN=**DE 2525650**
?t s2/3,ab/all

2/3,AB/1
DIALOG(R)File 351:Derwent WPI
(c) 2001 Derwent Info Ltd. All rts. reserv.

001549325
WPI Acc No: 1976-M2273X/197652
 Blocking clamp for blood vessels and oviducts - with two rigid clamp
jaws, hinge and fastening spike
Patent Assignee: BRAUN MELSUNGEN AG B (BINT )
Number of Countries: 001  Number of Patents: 002
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week |
|---|---|---|---|---|---|---|
| DE 2525650 | A | 19761215 | | | | 197652 B |
| DE 2525650 | B | 19770922 | | | | 197739 |

Priority Applications (No Type Date): DE 2525650 A 19750609

**Abstract (Basic): DE 2525650 A**
    The tube blocking clamp is for clamping veins, arteries, umbilical
cords, oviducts etc during animal or human surgery. It consists of two
rigid clamping jaws with parallel inner surfaces held together at one
end by a flexible web and at the other end over a fastening device. The
fastener consists of a spike (6) on the lower jaw (1) fitting in an
opening (9) on the upper jaw and bordered by side walls (10) joined by
a web (12). Pref the flexible web between the jaws (1, 2) is an
integral flexible hinge with a thickened area in the middle of the
hinge which fills out the space (5) in front of the hinge (3) when the
clamp is closed thus providing uniform pressure over the whole clamp.

PA 3186182 v1

11/27/01

361 FH 000265

CON00029063

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

DIALOG⊛ WORLD PATENT INDEX SEARCH FOR
SELECTED ENGLISH ABSTRACT
NOVEMBER 27, 2001
BY BRAD J. LOOS

?s pn=de 2537620
     S4     1  PN=DE 2537620
?t s4/3,ab/all

4/3,AB/1
DIALOG(R)File 351:Derwent WPI
(c) 2001 Derwent Info Ltd. All rts. reserv.

001681145
WPI Acc No: 1977-B7616Y/197709
 Balloon pessary for blocking fallopian tubes - is inflatable double
 balloon containing Xray opaque thread in wall
Patent Assignee: POPP L (POPP-I)
Number of Countries: 001  Number of Patents: 001
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week |
|-----------|------|------|-------------|------|------|------|
| DE 2537620 | A | 19770224 | | | 197709 | B |

Priority Applications (No Type Date): DE 2537620 A 19750823

Abstract (Basic): DE 2537620 A
     The balloon pessary closes the fallopian tubes for reversible
   sterilisation. It has an inflatable double balloon (1) which seals off
   the entrance to both of the tubes (3). A thread which is opaque to
   X-rays is built into the wall to simultaneously serve as a
   reinforcement, and to show the pessary position. Once the balloon is
   filled a sealing mechanism closes itself and the probe for the pessary
   is removed.
     The probe is a long thin flexible, blunt cannula coupled to a
   syringe and passing right inside the balloon pessary. It serves both
   for the hysteroscopic placing of the pessary and for filling the
   balloon. There is a low risk of infection, and no drugs are required,
   nor surgical opening of the stomach.

PA 3186182 v1

361 FH 000266

CON00029064

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

DIALOG® WORLD PATENT INDEX SEARCH FOR
SELECTED ENGLISH ABSTRACT
NOVEMBER 27, 2001
BY BRAD J. LOOS

?s pn=de 2635863
    S1    1 PN=DE 2635863
?t s1/3,ab/all

1/3,AB/1
DIALOG(R)File 351:Derwent WPI
(c) 2001 Derwent Info Ltd. All rts. reserv.

001681278
WPI Acc No: 1977-B7749Y/197709
Biologically compatible in vivo implant - comprising shaft and porous pad
with rapid tissue regrowth properties (NL160277)
Patent Assignee: VITEK INC (VITE-N)
Number of Countries: 008  Number of Patents: 010
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week |
|---|---|---|---|---|---|---|
| DE 2635863 | A | 19770224 | | | | 197709 B |
| NL 7608857 | A | 19770216 | | | | 197709 |
| SE 7608829 | A | 19770314 | | | | 197713 |
| FR 2320724 | A | 19770415 | | | | 197721 |
| BR 7605154 | A | 19770802 | | | | 197733 |
| CH 597845 | A | 19780414 | | | | 197819 |
| GB 1546107 | A | 19790516 | | | | 197920 |
| CA 1077652 | A | 19800520 | | | | 198023 |
| DE 2635863 | C | 19871119 | | | | 198746 |
| NL 182533 | B | 19871102 | | | | 198747 |

Priority Applications (No Type Date): US 75604624 A 19750814
**Abstract (Basic): DE 2635863 A**
    In-vivo implant has a porous pad element from the centre of which
projects a shaft, both shaft and pad and biologically compatible.
    At least a large proportion of the pad (18) and part of the shaft
(20) are made of a porous material permitting rapid growth of tissue
into the pores of the implant (16), thus firmly fixing it in positon.
    Pref. the implant can be used to replace at least part of the
middler ear chain of bones (malleus, incus and stapes). Alternatively,
the implant can be used in the Fallopian tube providing reversible
sterilization as it is inserted only in the end of the tube.

PA 3186182 v1

11/27/01

361 FH 000267

CON00029065

TOWNSEND
*and*
TOWNSEND
*and*
CREW
ᴸᴸᴾ

DIALOG WORLD PATENT INDEX SEARCH Fᴸ
SELECTED ENGLISH ABSTRACT
NOVEMBER 27, 2001
BY BRAD J. LOOS

File 351:Derwent WPI  1963-2001/UD,UM &UP=200169 (c) 2001 Derwent Info Ltd

Set Items Description
--- ----- -----------
?s pn=de 2404605
   S1    1 PN=DE 2404605
?t s1/3,ab/all

1/3,AB/1
DIALOG(R)File 351:Derwent WPI
(c) 2001 Derwent Info Ltd. All rts. reserv.

001298206
WPI Acc No: 1975-J2123W/197533
 Elongate intrauterine contraceptive element - has plug for each fallopian
tube opening, joined by bridge element
Patent Assignee: BRUNDIN J O (BRUN-I)
Number of Countries: 003  Number of Patents: 003
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week |
|-----------|------|------|-------------|------|------|------|
| DE 2404605 | A | 19750807 | | | 197533 | B |
| NL 7401380 | A | 19750804 | | | 197533 | |
| FR 2259584 | A | 19751003 | | | 197547 | |

Priority Applications (No Type Date): DE 2404605 A 19740131

**Abstract (Basic): DE 2404605 A**
     Elongate contraceptive element has a circular cross section. An
element is inserted into each of the 2 openings of the Fallopian tubes
into the uterus. Preferably the uterus ends of the 2 elements are
interconnected by a bridge element, and an indicator thread may be
attached at this end, and/or to the bridge element.
     At least one of the elements is hollow and contains cell(s), filled
with pressurized gas or liquid and permitting indication of the
pressure level. More especially menstruation is normal and the hormonal
balance is unaffected. No ova are fertilised, as sperms are prevented
from reaching the ovum in the Fallopian tube, which is closed. The
device has no preventive action against implantation of a fertilised
ovum.

PA 3186182 v1

11/27/01

CON00029066