TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

DIALOG® WORLD PATENT INDEX SEARCH FOR
SELECTED ENGLISH ABSTRACT
NOVEMBER 27, 2001
BY BRAD J. LOOS

?s pn=de 2913036
    S5   1  PN=**DE 2913036**

?t s5/3,ab/all

5/3,AB/1
DIALOG(R)File 351:Derwent WPI
(c) 2001 Derwent Info Ltd. All rts. reserv.

002381560
WPI Acc No: 1980-J8028C/198041
 Claw-type sterilisation pessary - is inserted solely from womb using
hysteroscopy procedure
Patent Assignee: POPP L W (POPP-I)
Inventor: POPP L W
Number of Countries: 001 Number of Patents: 002
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week |
|---|---|---|---|---|---|---|
| DE 2913036 | A | 19801002 | | | 198041 | B |
| DE 2913036 | C | 19831020 | | | 198343 | |

Priority Applications (No Type Date): DE 2913036 A 19790331

**Abstract (Basic): DE 2913036 A**
    The claw-type pessary temporarily sterilises a woman by reversible
closure of the passages of the oviducts. It is fixed in position solely
from the womb, using a hysteroscopic procedure, no opening of the
abdominal cavity being necessary.
    The oviduct wall is perforated many times by the claws, and its
additional expansion mechanism gives save mechanical closure of the
lumen. Its roughened surface aids anchoring and also aids in sealing of
the oviduct.

PA 3186182 v1

11/27/01

# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective November 10, 1998

**Application or Docket Number**

9/324078

## CLAIMS AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA |
|---|---|---|
| BASIC FEE | | |
| TOTAL CLAIMS | 55 minus 20= | * 35 |
| INDEPENDENT CLAIMS | 18 minus 3 = | * 15 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | |

\* If the difference in column 1 is less than zero, enter "0" in column 2

**SMALL ENTITY TYPE ☐   OR   OTHER THAN SMALL ENTITY**

| RATE | FEE | | RATE | FEE |
|---|---|---|---|---|
| | 380.00 | OR | | 760.00 |
| X$ 9= | | OR | X$18= | 630 |
| X39= | | OR | X78= | 1170 |
| +130= | | OR | +260= | |
| TOTAL | | OR | TOTAL | 2560 |

## CLAIMS AS AMENDED - PART II

**OTHER THAN SMALL ENTITY   OR   SMALL ENTITY**

### AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * 53 | Minus | ** 55 | = 0 |
| Independent | * 18 | Minus | *** 18 | = 0 |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X39= | | OR | X78= | |
| +130= | | OR | +260= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X39= | | OR | X78= | |
| +130= | | OR | +260= | |
| TOTAL ADDIT FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X39= | | OR | X78= | |
| +130= | | OR | +260= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20 "
\*\*\*If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
/Rev 8/98/

Patent and Trademark Office, U S DEPARTMENT OF COMMERCE

361 FH 000270
CON00029068