| | |
|---|---|
| **SIDLEY AUSTIN LLP** | **ARNOLD & PORTER LLP** |
| M. PATRICIA THAYER (SBN 90818) | MATTHEW M. WOLF (*pro hac vice*) |
| pthayer@sidley.com | matthew.wolf@aporter.com |
| 555 California Street | JOHN E. NILSSON (*pro hac vice*) |
| San Francisco, CA 94104 | john.nilsson@aporter.com |
| Telephone: 415-772-1200 | SARA P. ZOGG (*pro hac vice*) |
| Facsimile: 415-772-7400 | sara.zogg@aporter.com |
| | 555 Twelfth Street, NW |
| BRYAN K. ANDERSON (SBN 170666) | Washington, DC 20004 |
| bkanderson@sidley.com | Telephone: 202-942-5000 |
| AARON R. BLEHARSKI (SBN 240703) | Facsimile: 202-952-5999 |
| ableharski@sidley.com | |
| 1001 Page Mill Road, Building 1 | JENNIFER A. SKLENAR (SBN 200434) |
| Palo Alto, CA 94304 | jennifer.sklenar@aporter.com |
| Telephone: 650-565-7000 | NICHOLAS H. LEE (SBN 259588) |
| Facsimile: 650-565-7100 | nicholas.lee@aporter.com |
| | 777 South Figueroa Street, 44th Floor |
| NITIN REDDY (SBN 229451) | Los Angeles, CA 90071 |
| nreddy@sidley.com | Telephone: 213-243-4000 |
| TASHICA T. WILLIAMS (SBN 256449) | Facsimile: 213-243-4199 |
| ttwilliams@sidley.com | |
| 555 West Fifth Street, Suite 4000 | MICHAEL A. BERTA (SBN 194650) |
| Los Angeles, CA 90013 | Michael.berta@aporter.com |
| Telephone: 213-896-6000 | One Embarcadero Center, 22nd Floor |
| Facsimile: 213-896-6600 | San Francisco, CA 94111-3711 |
| | Telephone: 415-356-3000 |
| Attorneys for Plaintiff | Facsimile: 415-356-3099 |
| CONCEPTUS, INC. | |
| | Attorneys for Defendant |
| | HOLOGIC, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCEPTUS, INC., | Case No. 3:09-CV-02280-WHA |
| Plaintiff, | **JOINT REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR TRIAL** |
| v. | |
| HOLOGIC, INC., | Trial Date: October 3, 2011 |
| Defendant. | Time: 7:30 am |
| | Courtroom: 8, 19th Floor |
| | Judge: Hon. William H. Alsup |

Pursuant to Section 6 of this Court's Standing Order dated October 3, 2008, Plaintiff Conceptus, Inc. ("Conceptus") and defendant Hologic, Inc. ("Hologic") hereby jointly request permission to bring into Courtroom 8 the following equipment for trial before Judge William Alsup scheduled to begin at 7:30 a.m. on October 3, 2011.

**A.   Request by Conceptus' Counsel:**

 2 - flip chart / white board easels

 2 - poster board easels

 4 - rolling binder carts

 2 - laser pointers

 3 - laptop

 2 - flash drives

 2 - power surge protectors

 2 - extension cords – 25' ea.

 Computer cables

 1 Essure training system

 2 permanent contraceptive devices

 2 - collapsible box hand trucks

**B.   Request by Hologic's Counsel:**

 6 - LCD 17" monitors

 1 - LCD Projector

 1 - Da-Lite Screen 100"

 1 - Elmo Document Camera

 1 - Inline VGA Switch - 6in x 1 out

 1 - Anchor AN-1000x Speaker

 1 - Assorted Audio and Video cables

 3 - laptop computers

 3 - computer hard drives

 1 - Adiana device, including RF Generator

1   Conceptus and Hologic ~~request that the parties be permitted to~~ **may** bring these items into the
2   courtroom beginning at ~~10:00 a.m.~~ **2:00 p.m.*** on September 30, 2011 and through the conclusion of the trial, so
3   that the parties may set up and test the equipment as needed for trial.

***Access to the courtroom on September 30 may depend upon the needs of a jury deliberating in a different case. Counsel should coordinate with the courtroom deputy to avoid duplication of equipment that will be provided.**

Respectfully submitted,

Dated: September 26, 2011               SIDLEY AUSTIN LLP

                                        By:  /s/ *M. Patricia Thayer*
                                             M. Patricia Thayer

                                        Attorneys for Plaintiff
                                        CONCEPTUS, INC.

Dated: September 26, 2011               ARNOLD & PORTER LLP

                                        By:  /s/ *Nicholas Lee*
                                             Nicholas Lee

                                        Attorneys for Defendant
                                        HOLOGIC, INC.

### SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the signatories shown above.

                                         /s/ *M. Patricia Thayer*

## [PROPOSED] ORDER

The parties' request for permission to bring the equipment described above into Courtroom 8 is hereby GRANTED **AS MODIFIED.**

SO ORDERED.

Dated: September 27, 2011

_____
William Alsup
United States District Judge