IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONCEPTUS, INC.,

    Plaintiff,

  v.

HOLOGIC, INC.,

    Defendant.
                                   /

No. C 09-02280 WHA

**NOTICE RE TRIAL SCHEDULE**

    Counsel are hereby informed that the jury trial herein will commence on schedule at **7:30 A.M. ON MONDAY OCTOBER 3, 2011** (and will not be delayed due to the criminal trial underway the week of September 26).

Dated: September 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE