IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPTUS, INC., | No. C 09-02280 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING MOTION FOR "CLARIFICATION"** |
| HOLOGIC, INC., | |
| Defendant. | |

By **5:00 P.M. ON FRIDAY, SEPTEMBER 30, 3011**, defendant shall respond to the motion for "clarification" filed today by plaintiff. The motion will be heard at 7:30 a.m. on Monday, October 3, 2011. Both sides should be prepared to proceed to trial regardless of the outcome, inasmuch as the jury venire already has been summoned.

**IT IS SO ORDERED.**

Dated: September 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE