**SIDLEY AUSTIN LLP**
M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
555 California Street
San Francisco, CA  94104
Telephone:     415-772-1200
Facsimile:     415-772-7400

BRYAN K. ANDERSON (SBN 170666)
bkanderson@sidley.com
AARON R. BLEHARSKI (SBN 240703)
ableharski@sidley.com
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone:     650-565-7000
Facsimile:     650-565-7100

NITIN REDDY (SBN 229451)
TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
Telephone:     213-896-6000
Facsimile:     213-896-6600

Attorneys for Plaintiff
CONCEPTUS, INC.

**ARNOLD & PORTER LLP**
MATTHEW M. WOLF (*pro hac vice*)
matthew.wolf@aporter.com
JOHN E. NILSSON (*pro hac vice*)
john.nilsson@aporter.com
SARA P. ZOGG (*pro hac vice*)
sara.zogg@aporter.com
555 Twelfth Street, NW
Washington, DC 20004
Telephone:     202-942-5000
Facsimile:     202-952-5999

JENNIFER A. SKLENAR (SBN 200434)
jennifer.sklenar@aporter.com
NICHOLAS H. LEE (SBN 259588)
nicholas.lee@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90071
Telephone:     213-243-4000
Facsimile:     213-243-4199

MICHAEL A. BERTA (SBN 194650)
michael.berta@aporter.com
One Embarcadero Center, 22nd Floor
San Francisco, CA  94111-3711
Telephone:     415-356-3000
Facsimile:     415-356-3099

Attorneys for Defendant
HOLOGIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCEPTUS, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>HOLOGIC, INC.,<br><br>       Defendant. | Case No. 3:09-CV-2280-WHA<br><br>**STIPULATION REGARDING THE TRIAL TESTIMONY OF MESSRS. COTE, HARRINGTON AND MARTIN**<br><br>Trial Date:     October 3, 2011<br>Time:             7:30 am<br>Courtroom:    8, 19th Floor<br>Judge:           Hon. William H. Alsup |

To avoid any unnecessary waste of trial time, to ease the burden on the witnesses and in an effort to have the witness appear only once, Plaintiff Conceptus, Inc. ("Conceptus") and Defendant Hologic, Inc. ("Hologic") stipulate and agree to the following:

1.      Mr. Cote will be called in person by Conceptus;

2.      Mr. Harrington will be called in person by Hologic;

3.      Mr. Martin will be called in person by Hologic;

4.      For Messrs. Cote, Harrington and Martin, both sides may exceed the scope of the direct examination in their respective cross-examinations;

5.      Conceptus's case-in-chief will remain open until after Conceptus completes its examination of Messrs. Harrington and Martin as adverse witnesses; and

6.      Hologic will not make any directed verdict, judgment as a matter of law, or other motion under Rule 50 until after Conceptus completes its examination of Messrs. Harrington and Martin, and Conceptus's case-in-chief is closed.


SO STIPULATED.


Dated: September 30, 2011                SIDLEY AUSTIN LLP


                                         By:  _/s/ M. Patricia Thayer_____
                                              M. Patricia Thayer

                                         Attorneys for Plaintiff
                                         CONCEPTUS, INC.


Dated: September 30, 2011                ARNOLD & PORTER LLP


                                         By:  _s/ Matthew M. Wolf_____
                                              Matthew M. Wolf

                                         Attorneys for Defendant
                                         HOLOGIC, INC.

1

**SIGNATURE ATTESTATION**

2       Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this

3   document has been obtained from each of the signatories shown above.

4

5                                                    _____*/s/ M. Patricia Thayer*_____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING THE TRIAL TESTIMONY OF MESSRS. COTE, HARRINGTON AND MARTIN
CASE NO.  3:09-CV-2280-WHA