IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONCEPTUS, INC.,

    Plaintiff,

v.

HOLOGIC, INC.,

    Defendant.

No. C 09-02280 WHA

**NOTICE REGARDING NARROWING OF OBJECTIONS TO DEPOSITION DESIGNATIONS**

This afternoon, the parties were to narrow the list of objections to be ruled on regarding the designated portions of the Gilbert and Petrovic deposition transcripts. No narrowed list has yet been received. The parties are requested to please provide the narrowed list as soon as possible.

Dated: October 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE