UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES
**The Honorable WILLIAM ALSUP**

Date: October 4, 2011

Case No. **C09-02280 WHA**

Case Name: **CONCEPTS, INC.** v. **HOLOGIC, INC.**

Counsel for Plaintiff: Patricia Thayer; Bryan Anderson; Nitin Reddy; Aaron Bleharski; Tashica Williams

Counsel for Defendant: Michael Wolf; Jennifer Sklenar; Sara Zogg; Mark Casey

Clerk: Dawn Toland         Court Reporter: Connie Kuhl

Trial Began  October 3, 2011      Further Trial  October 5, 2011 at 7:30 am

Trial Motions:                                                    Disposition

1. _____          _____
2. _____          _____

Proceedings:

See the attached trial worksheet for details.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 09-02280 WHA**

Case Name:  **CONCEPTS, INC.**  v.  **HOLOGIC, INC.**

**EXHIBIT and WITNESS LIST**

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION                                    October 4, 2011 | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Jury Trial Continued | |
| | | | | | Outside the presence of the jury. Court and counsel discussed several issues. Parties resolved the objections on the deposition designations. | |
| | | 7:55 am | | | Reconvene...jury present | |
| | | | | | Court addressed the jury regarding the copy of the time line they have been given. | |
| | | 8:00 am | | | Defendant's Opening Statement | |
| | | 8:30 am | | | Court addressed the jury | |
| | | 8:52 am | | | Plaintiff's witness **Julian Nikolchev** sworn-in. Direct by Patricia Thayer | |
| 176 | | | x | x | License Agreement between Target Therapeutics and Conceptus | |
| 287 | | | x | | Conceputs - Overview of Transcervical Sterilization Methods | |
| 197 | | | x | x | US Patent 917 "Transuterine sterilization apparatus and method" | |
| 200 | | | x | x | T.G. Vancaillie, et al | |
| | | 9:18 am | | | Recess | |
| | | | | | Outside the presence of the jury. Court and counsel discussed an issue. | |
| | | 9:26 am | | | Recess | |
| | | 9:46 am | | | Reconvene | |
| | | 9:50 am | | | Direct of Julian Nikolchev continued | |
| 291 | | | x | x | Conceptus Project Goals | |
| 241 | | | x | x | Nikolchev 94-95 notebook | |
| 231 | | | x | x | Ton 94-95 notebook | |
| 298 | | | x | x | Conceptus Invention Disclosure | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 208 | | | x | x | Fax from Mark D. Barrish to Steve Bacich attached to "Invention Disclosures" | |
| 235 | | | x | x | Ton 95 notebook No. 122 | |
| 295 | | | x | x | S/TOP Project Meeting Minutes | |
| 292 | | | x | x | Conceptus Project Goals | |
| 237 | | | x | x | Khera 94-94 notebook No. 128 | |
| 294 | | | x | x | Conceputs Test Report | |
| 288 | | | x | x | Conceptus, Form 10-K for fiscal year ended 31, December 1996 | |
| 321 | | | x | | 779 Patent Application "Contraceptive Transcervical Fallopian Tube Occlusion Devices and Their Delivery" | |
| 202 | | | x | x | US Patent 904 "Contraceptive transcervical fallopian tube occlusion devices and their delivery" | |
| 205 | | | x | x | US Patent 240 "Contraceptive transcervical fallopian tube occlusion devices and their delivery" | |
| 317 | | | x | x | Patent application "Contraceptive Transcervical Fallopian Tube occlusion Devices Having Mechanical Fallopian Tube Attachment" | |
| 318 | | | x | x | Provisional Patent Application for Contraceptive Transcervical Fallopian Tube Occlusion Devices and Methods | |
| 319 | | | x | x | Contraceptive Transcervical Fallopian Tube Occlusion Devices and Methods | |
| 38 | | | x | x | US Patent 361 "Contraceptive transcervical fallopian tube occlusion devices and methods" | |
| | | 11:18 am | | | Recess | |
| | | 11:40 am | | | Reconvene...jury present | |
| | | | | | Cross Examination by Jennifer Sklernar | |
| | 176 | | x | x | License Agreement between Target Therapeutics and Conceptus | |
| | 399 | | x | | US Patent No. 069 (Ritchart) | |
| | 291 | | x | x | Conceptus Project Goals | |
| | 208 | | x | x | Fax from Mark D. Barrish to Steve Bacich attached to "Invention Disclosures" | |
| | 543 | | x | x | Conceptus letter from Domecus to FDA re IDE amendment | |
| | 35 | | x | | Essure PMA Module I Response | |
| | 338 | | x | | File History for App No. 252 | |
| | 38 | | x | x | US Patent 361 "Contraceptive transcervical fallopian tube occlusion devices and methods" | |

| | | | | |
|---|---|---|---|---|
| 287 | | x | Conceputs - Overview of Transcervical Sterilization Methods | |
| | 12:53 pm | | Redirect | |
| | 12:55 pm | | Witness Excused | |
| | 12:56 pm | | Recess until 10/5/11 at 7:30 am | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page _____