UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES
**The Honorable WILLIAM ALSUP**

Date: October 5, 2011

Case No. **C09-02280 WHA**

Case Name: **CONCEPTS, INC.** v. **HOLOGIC, INC.**

Counsel for Plaintiff: Patricia Thayer; Bryan Anderson; Nitin Reddy; Aaron Bleharski; Tashica Williams

Counsel for Defendant: Michael Wolf; Jennifer Sklenar; Sara Zogg; John Nilsson

Clerk: Dawn Toland			Court Reporter: Connie Kuhl

Trial Began  October 3, 2011		Further Trial  October 6, 2011 at 7:30 am

Trial Motions:					Disposition

1.
2.

Proceedings:

See the attached trial worksheet for details.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 09-02280 WHA**

Case Name: **CONCEPTS, INC.** v. **HOLOGIC, INC.**

**EXHIBIT and WITNESS LIST**

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION                October 5, 2011 | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Jury Trial Continued | |
| | | | | | Outside the presence of the jury. Court and counsel discussed several issues. Copies of the patent placed in the jury seats. | |
| | | 8:00 am | | | Reconvene...jury present | |
| | | | | | Court addressed the jury regarding the patent. | |
| | | 8:17 am | | | Plaintiff's witness **Kathryn Tunstall** sworn-in. Direct by Patricia Thayer | |
| 327 | | | x | x | Conceptus Prototype | |
| 35 | | | x | x | Essure PMA Module I Response | |
| 286 | | | x | | Conceptus Press Release re FDA accelerated review | |
| 157 | | | x | x | http://www.essure.com | |
| 287 | | | x | x | Conceptus - Overview of Transcervical Sterilization Methods | |
| 43 | | | x | x | Letter from Wisnia to Goeld | |
| 756 | | | x | x | Letter from Wisnia to Sullivan and Levangie | |
| | | 9:00 am | | | Cross Examination by Michael Wolf | |
| | 761 | | x | x | Essure Product Packaging and Inserts | |
| | 35 | | x | x | Essure PMA Module I Response | |
| | | 9:20 am | | | Recess | |
| | | 9:45 am | | | Reconvene...jury present | |
| | | | | | Cross Examination of Kathryn Tunstall continued | |
| | 765 | | x | x | Letter to Paul Goeld from Howard Wisnia | |
| | 43 | | x | x | Letter from Wisnia to Goeld | |
| | 756 | | x | x | Letter from Wisnia to Sullivan and Levangie | |
| | 287 | | x | x | Conceptus - Overview of Transcervical Sterilization Methods | |
| | | 10:04 am | | | Redirect Examination | |
| 35 | | | x | x | Essure PMA Module I Response | |

|     |     |          |   |   |                                                                       |
| --- | --- | -------- | - | - | --------------------------------------------------------------------- |
|     |     | 10:06 am |   |   | Witness Excused                                                       |
|     |     |          |   |   | Plaintiff's witness **Dr. Mark Glasser** sworn-in.  Direct by Bryan Anderson |
| 275 |     |          | x | x | H.B. Peterson "Sterilization                                          |
| 198 |     |          | x | x | V. Connor, "Essure: A Review Six Years Later"                         |
| 38  |     |          | x | x | US Patent No. 361                                                     |
| 15  |     |          | x | x | Essure IFU                                                            |
| 52  |     |          | x | x | Essure Physician Training presentation                                |
|     |     | 11:00 am |   |   | Recess                                                                |
|     |     |          |   |   | Outside the presence of the jury.  Court                              |
|     |     | 11:05 am |   |   | Recess                                                                |
|     |     | 11:19 am |   |   | Reconvene...                                                          |
| 227 |     |          | x | x | PMA Module I Response                                                 |
| 265 |     |          | x | x | R.F. Valle, "Tissue response to the STOP..."                          |
| 151 |     |          | x | x | Adiana Transcervical Sterilization                                    |
| 9   |     |          | x | x | Adiana IFU                                                            |
| 55  |     |          | x | x | Adiana Transcervical Sterilization System, Volume 1 of 3              |
| 25  |     |          | x | x | "Executive Summary by the FDA using the Adriana PMA submission"       |
|     |     | 12:00 pm |   |   | Cross Examination by Michael Wolf                                     |
|     | 772 |          | x | x | E-mail from M. Glasser to M. Guglielmetti                             |
|     | 777 |          | x | x | E-mail from M. Glasser to N. Letasse                                  |
|     | 740 |          | x | x | E-mail from Glassermh@aol.com to N. Letasse                           |
|     | 771 |          | x | x | E-mail from M. Glasser to L. Breeland                                 |
|     | 773 |          | x | x | E-mail from G. Gordon to M. Glasser                                   |
|     | 742 |          | x | x | Great West Monthly Report                                             |
|     | 38  |          | x | x | US Patent No. 361                                                     |
|     |     | 1:00 pm  |   |   | Recess until 10/6/11 at 7:30 am                                       |

Page _____