IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONCEPTUS, INC.,

    Plaintiff,

v.

HOLOGIC, INC.,

    Defendant.

No. C 09-02280 WHA

**SPECIAL VERDICT FORM**

YOUR ANSWERS MUST BE UNANIMOUS.

1.    Has Conceptus proven by a preponderance of the evidence that the accused Adiana procedure, when performed by doctors, infringes claims 37 and/or 38 of the '361 patent?

**CLAIM 37:**    ✓ / Yes    ____ No

**CLAIM 38:**    ✓ / Yes    ____ No



IF YOU ANSWERED "NO" FOR BOTH CLAIMS IN QUESTION 1, THEN SKIP TO QUESTION 3. IF YOU ANSWERED "YES" FOR EITHER CLAIM, THEN AS TO ANY SUCH CLAIM YOU MUST ANSWER QUESTION 2.

2. Has Conceptus proven by a preponderance of the evidence that Hologic has induced or contributed to any infringement of claims 37 and/or 38 of the '361 patent by doctors who performed the Adiana procedure?

CLAIM 37:  ✓ Yes    ___ No

CLAIM 38:  ✓ Yes    ___ No

*YOU MUST ANSWER QUESTIONS 3–6 REGARDLESS OF YOUR ANSWERS TO QUESTIONS 1 AND 2.*

3. Has Hologic proven by clear and convincing evidence that claims 37 and/or 38 of the '361 patent are invalid by reason of anticipation?

CLAIM 37:  ___ Yes    ✓ No

CLAIM 38:  ___ Yes    ✓ No

4. Has Hologic proven by clear and convincing evidence that claims 37 and/or 38 of the '361 patent are invalid by reason of obviousness?

CLAIM 37:  ___ Yes    ✓ No

CLAIM 38:  ___ Yes    ✓ No

5. Has Hologic proven by clear and convincing evidence that claims 37 and/or 38 of the '361 patent are invalid by reason of inadequate written description?

CLAIM 37:  ___ Yes    ✓ No

CLAIM 38:  ___ Yes    ✓ No

2

6. Has Hologic proven by clear and convincing evidence that claims 37 and/or 38 of the '361 patent are invalid by reason of lack of enablement?

CLAIM 37: _____ Yes   ___✓___ No

CLAIM 38: _____ Yes   ___✓___ No

*IF YOU ANSWERED "YES" TO EITHER (OR BOTH) CLAIMS FOR BOTH QUESTIONS 1 AND 2, AND "NO" TO QUESTIONS 3–6, THEN ANSWER QUESTIONS 7 AND 8. THAT IS, IF YOU HAVE FOUND HOLOGIC HAS INDUCED OR CONTRIBUTED TO INFRINGEMENT OF AT LEAST ONE CLAIM AND FOUND THAT SAID CLAIM IS NOT INVALID, THEN YOU MUST ANSWER THE NEXT TWO QUESTIONS. OTHERWISE, SKIP QUESTIONS 7 AND 8.*

7. What damages, if any, has Conceptus proven by a preponderance of the evidence by reason of Hologic inducing or contributing to infringement of the claims in suit?

$ __18,807,241__

8. What royalty rate do you find has been proven?

__20__ %

Dated: October 17, 2011.


FOREPERSON

3