IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONCEPTUS, INC.,

    Plaintiff,

v.

HOLOGIC, INC.,

    Defendant.

No. C 09-02280 WHA

**JUDGMENT**

In accordance with the jury verdict received on October 17, 2011, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendant in the amount of $18,807,241.00. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE