**SIDLEY AUSTIN LLP**
M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:   415-772-1200
Facsimile:   415-772-7400

BRYAN K. ANDERSON (SBN 170666)
bkanderson@sidley.com
AARON R. BLEHARSKI (SBN 240703)
ableharski@sidley.com
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone:   650-565-7000
Facsimile:   650-565-7100

NITIN REDDY (SBN 229451)
nreddy@sidley.com
TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone:   213-896-6000
Facsimile:   213-896-6600

*Attorneys for Plaintiff*
*Conceptus, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCEPTUS, INC., | Civil Action No. 09-CV-02280-WHA |
| Plaintiff, | **DECLARATION OF AARON R. BLEHARSKI IN SUPPORT OF PLAINTIFF CONCEPTUS' BILL OF COSTS** |
| v. | |
| HOLOGIC, INC., | |
| Defendant. | Trial Date:   October 3, 2011<br>Time:          7:30 am<br>Courtroom:  8, 19th Floor<br>Judge:        Hon. William H. Alsup |

AARON R. BLEHARSKI declares:

1. I am a lawyer with Sidley Austin LLP, counsel for plaintiff Conceptus, Inc. ("Conceptus") in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to these facts under oath.

2. I have reviewed the items claimed in Conceptus' Bill of Costs. I hereby verify that they are correct to the best of my knowledge, that they have been necessarily incurred in this action, and that the services for which fees have been charged were actually and necessarily performed.

3. Attached as **Exhibit A** is a summary of the costs claimed by Conceptus. This summary corresponds to the Bill of Costs filed today by Conceptus. The total claimed is $185,825.64.

4. With respect to 28 U.S.C. §1920 and Civil L.R. 54-3(a)(1) "Fees of the Clerk," attached as **Exhibit B** are an itemization and true and correct copies of documents demonstrating a total payment of $350.00 for fees to the Clerk.

5. With respect to Civil L.R. 54-3(b) "Reporters' Transcripts," attached as **Exhibit C** are an itemization and true and correct copies of documents demonstrating a total payment of $10,885.97 for the cost of hearing and trial transcripts.

6. With respect to Civil L.R. 54-3(c) "Depositions," attached as **Exhibit D** are an itemization and true and correct copies of documents demonstrating a total payment of $56,025.68 for the cost of depositions (including video taped depositions).

7. With respect to Civil L.R. 54-3(d)(2) "Reproduction and Exemplification," attached as **Exhibit E** is the Declaration of Donald G. Billings supporting the costs for the electronic production of documents demonstrating a total payment of $30,335.50 for the cost of reproducing disclosure or formal discovery documents used for any purpose in the case.

8. With respect to Civil L.R. 54-3(d)(4) "Reproduction and Exemplification," attached as **Exhibit F** are an itemization and true and correct copies of documents demonstrating a total payment of $2,640.17 for the cost of reproducing trial exhibits for the Court. ($7,920.51 divided by three).

9. With respect to Civil L.R. 54-3(d)(5) "Reproduction and Exemplification," attached as **Exhibit G** are an itemization and true and correct copies of documents demonstrating a total payment exceeding $81,681.51 for the cost of preparing charts, diagrams, videotapes and other visual aids to be used as exhibits.

10. With respect to Civil L.R. 54-3(e) "Witness Expenses," attached as **Exhibit H** are an itemization and true and correct copies of documents demonstrating a total payment of $3,906.81 for the per diem, subsistence and mileage payments for witnesses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 1, 2011.

                                               */s/ Aaron R. Bleharski*
                                                 Aaron R. Bleharski

SF1 1751639