# EXHIBIT A

EXHIBIT A – SUMMARY OF COSTS

| Exhibit | Authority | Amount |
|---|---|---|
| Exh. B | 28 U.S.C. §1920 and Civil L.R. 54-3(a)(1) "Fees of the Clerk," | 350.00 |
| Exh. C | Civil L.R. 54-3(b) "Reporters' Transcripts," | 10,885.97 |
| Exh. D | Civil L.R. 54-3(c) "Depositions," | 56,025.68 |
| Exh. E. | Civil L.R. 54-3(d)(2) "Reproduction and Exemplification," | 30,335.50 |
| Exh. F | Civil L.R. 54-3(d)(4) "Reproduction and Exemplification," | 2,640.17 |
| Exh. G | Civil L.R. 54-3(d)(5) "Reproduction and Exemplification," | 81,681.51 |
| Exh. H | Civil L.R. 54-3(e) "Witness Expenses," | 3,906.81 |
| | | |
| TOTAL | | $185,825.64 |

SF1 1751671

# EXHIBIT B

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2009 | 1 | COMPLAINT /issued summons against Hologic, Inc. ( Filing fee $ 350, receipt number 54611005308.). Filed byConceptus, Inc.. (ga, COURT STAFF) (Filed on 5/22/2009) (Additional attachment(s) added on 6/2/2009: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Civil Cover Sheet) (sis, COURT STAFF). (Entered: 05/26/2009) |
| 05/22/2009 | 2 | Certificate of Interested Entities by Conceptus, Inc. re 1 Complaint (ga, COURT STAFF) (Filed on 5/22/2009) (sis, COURT STAFF). (Entered: 05/26/2009) |
| 05/22/2009 | 3 | Disclosure Statement by Conceptus, Inc.. (ga, COURT STAFF) (Filed on 5/22/2009) (sis, COURT STAFF). (Entered: 05/26/2009) |
| 05/22/2009 | 4 | ADR SCHEDULING ORDER: Case Management Statement due by 8/27/2009. Case Management Conference set for 9/3/2009 10:00 AM.. Signed by Judge Maria-Elena James on 5/22/09. (Attachments: # 1 Standing Order)(ga, COURT STAFF) (Filed on 5/22/2009) (Entered: 05/26/2009) |
| 05/22/2009 |  | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 5/22/2009) (Entered: 05/26/2009) |
| 05/22/2009 | 11 | Summons Issued as to Hologic, Inc.. (sis, COURT STAFF) (Filed on 5/22/2009) (Entered: 06/02/2009) |
| 05/26/2009 | 5 | REPORT on the filing of an action regarding PATENT INFRINGEMENT (cc: form mailed to register). (ga, COURT STAFF) (Filed on 5/26/2009) (Entered: 05/26/2009) |
| 05/28/2009 | 6 | Declination to Proceed Before a U.S. Magistrate Judge by Conceptus, Inc.. (Wisnia, Howard) (Filed on 5/28/2009) (Entered: 05/28/2009) |
| 05/29/2009 | 7 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bjt, COURT STAFF) (Filed on 5/29/2009) (Entered: 05/29/2009) |
| 05/29/2009 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. William H. Alsup for all further proceedings. Judge Magistrate Judge Maria-Elena James no longer assigned to the case.. Signed by Executive Committee on 5/29/09. (as, COURT STAFF) (Filed on 5/29/2009) (Entered: 05/29/2009) |
| 05/29/2009 | 9 | CLERKS NOTICE Scheduling CMC on Reassignment. Case Management Conference set for 9/3/2009 11:00 AM. Case Management Statement due by 8/27/2009. (dt, COURT STAFF) (Filed on 5/29/2009) (Entered: 05/29/2009) |

ADRMOP, AO279, CASREF, CLOSED, E-Filing, REFSET-JCS

**U.S. District Court**
**California Northern District (San Francisco)**
**CIVIL DOCKET FOR CASE #: 3:09-cv-02280-WHA**

Conceptus, Inc. v. Hologic, Inc.                              Date Filed: 05/22/2009
Assigned to: Hon. William Alsup                              Date Terminated: 10/18/2011
Referred to: Magistrate Judge Joseph C. Spero (Settlement)    Jury Demand: Both
Cause: 35:145 Patent Infringement                            Nature of Suit: 830 Patent
                                                             Jurisdiction: Federal Question

**Plaintiff**

**Conceptus, Inc.**                          represented by    **Aaron Ritter Bleharski**
                                                             Sidley Austin LLP
                                                             1801 Page Mill Rd.
                                                             Suite 110
                                                             Palo Alto, CA 94304
                                                             650-565-7014
                                                             Fax: 650-565-7100
                                                             Email: ableharski@sidley.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **April Michelle Wurster**
                                                             Baker & McKenzie LLP
                                                             12544 High Bluff Drive
                                                             3rd Floor
                                                             San Diego, CA 92130
                                                             858-720-2500 Ext. 2752
                                                             Fax: 858-720-2555
                                                             Email: april.m.wurster@bakernet.com
                                                             *TERMINATED: 08/19/2009*

                                                             **Bryan K. Anderson**
                                                             Sidley Austin LLP
                                                             1801 Page Mill Road
                                                             Suite 110
                                                             Palo Alto, CA 94304
                                                             650-565-7000
                                                             Fax: 650-565-7100
                                                             Email: bkanderson@sidley.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Douglas R. Young**
                                                             Farella Braun & Martel LLP
                                                             235 Montgomery Street
                                                             17th Floor
                                                             San Francisco, CA 94104
                                                             415-954-4410
                                                             Fax: 415-954-4480
                                                             Email: dyoung@fbm.com

# EXHIBIT C

FROM : US DISTRIC COURT              FAX NO. : 4571260              Dec. 14 2010 05:05PM  P2

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:  20100977

**MAKE CHECKS PAYABLE TO:**

Bryan Anderson
Sidley Austin, LLP
1801 Page Mill Road
Suite 110
Palo Alto, CA 94304

Phone:   (650) 565-7000
FAX:      (650) 565-7100

bkanderson@sidley.com

Sahar McVickar, CSR 12963
United States Court Reporter
450 Golden Gate Avenue
16th Floor, Room 6782
San Francisco, CA 94102

Phone:    (415) 626-6060
FAX       (415) 626-6050
Tax ID:   27-0195711
Sahar_McVickar@cand.uscourts.gov

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 12-14-2010 | DATE DELIVERED: 12-14-2010 |

**Case Style:** C09-2280 WHA, Conceptus, Incorporated v Hologic, Incorporated
Reporter's Transcript of Proceedings held on 12/9/10

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| xpedited | | | | | | | | | | |
| Daily | 72 | 3.63 | 261.36 | 72 | 1.20 | 86.40 | 72 | 0.90 | 64.80 | 412.56 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 412.56 |
| | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | | |
| *Summary Judgment* | | | | | | TAX (If Applicable): | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | Date Paid: | | Amt: | | | | TOTAL DUE: | | | $412.56 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                              DATE   12-14-2010

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:  20110180

**MAKE CHECKS PAYABLE TO:**

M. Patricia Thayer
Sidley Austin LLP (SF)
555 California Street
SanFrancisco, CA 94104

Phone:   (415) 772-7469
FAX:     (415) 772-7400

*pthayer@sidley.com*

Lydia R. Zinn, RPR, CSR
Official Court Reporter
US District Court
450 Golden Gate Ave. #16-6768
San Francisco, CA 94102

Phone:    (415) 531-6587
FAX      (415) 522-3149
Tax ID:   26-0652507
*Lydia_Zinn@cand.uscourts.gov*

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | 09-23-2011 | 09-26-2011 |

**Case Style:** C. 09-02280 WHA, Conceptus, Inc. v Hologic, Inc.
9/16/2011 pretrial conference transcript.  One .pdf at the request of Mr.
Robert Lawson.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 176 | 1.20 | 211.20 | | | | 211.20 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 211.20 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| *Pre Trial Conf.*   LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $211.20 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees  charged  and page format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | |

*(All previous editions of this form are*
*cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

*Markman Hearing*
*3/10/10*

**Lawson, Robert**

| | |
|---|---|
| From: | Kathy_Wyatt@cand.uscourts.gov |
| Sent: | Friday, May 28, 2010 11:57 AM |
| To: | Lawson, Robert |
| Subject: | Conceptus transcript |

Dear Mr. Lawson:  In order to begin the transcript preparation I require a
$500 deposit for a 7-day turnaround.  The check is made out to me and sent
to the address below.  Thank you.

Warm regards from
Kathy Wyatt
Official Court Reporter
U.S. District Court
450 Golden Gate Avenue
Room 6810
San Francisco, California 94102
Tel. 925-212-5224
Fax 415-522-3149

1

```
1                                        PAGES 1-106

2                      UNITED STATES DISTRICT COURT

3                     NORTHERN DISTRICT OF CALIFORNIA

4               BEFORE THE HONORABLE WILLIAM ALSUP, JUDGE

5    CONCEPTUS, INC., A DELAWARE
     CORPORATION,
6
                     PLAINTIFF,
7
      VS.                                  NO. C 09-2280 WHA
8
     HOLOGIC, INC., A DELAWARE
9    CORPORATION,
                                           SAN FRANCISCO, CALIFORNIA
10                   DEFENDANT.            WEDNESDAY
                                           MARCH 10, 2010
11   _____      1:30 O'CLOCK P.M.

12                      TRANSCRIPT OF PROCEEDINGS

13   APPEARANCES:

14   FOR PLAINTIFF:         WEIL, GOTSHAL & MANGES
                            201 REDWOOD SHORES PARKWAY
15                          REDWOOD SHORES, CALIFORNIA 94065
                       BY:  NICHOLAS BROWN, ESQUIRE
16                          650-802-3100
                            JILL J. HO, ATTORNEY AT LAW
17   AND
                            M. PATRICIA THAYER, ATTORNEY AT LAW
18                          SIDLEY AUSTIN, LLP
                            555 CALIFORNIA STREET
19                          SAN FRANCISCO, CALIFORNIA 94104-1715

20

21   FURTHER APPEARANCES ON NEXT PAGE.

22   REPORTED BY:    KATHERINE WYATT, CSR 9866, RMR, RPR
                        OFFICIAL REPORTER - US DISTRICT COURT
23                    COMPUTERIZED TRANSCRIPTION BY ECLIPSE

24

25
```

File   Edit   View   Design   Tools   Vouchers   Windows   Help

● **Main Voucher Information**
● Defaults

Imaging

| Voucher ID: | 2086074 | Batch ID: | 0510SFRUSH |
| Transaction Date: | 05/28/2010 | Document Type: | INVOICE - US 101 |
| Vendor ID: | 702785 | Currency Code: | USD  US Dollars |
| Address ID: | 1    1  KATHERINE WYATT | | 450 GOLDEN GATE AVE |
| | | | SUITE 6810 - PO BOX 36052 |
| Invoice Number: | 49211800200510 | | SAN FRANCISCO, CA  94102 |
| Invoice Date: | 05/28/2010 | | |
| Voucher Amount: | 500.00 | Check Number: | 10212 |
| Tax Date: | 05/28/2010 | Check Date: | 05/21/2010 |
| Tax Amount: | | Bank ID: | BASFNULL |
| | | Payment Selection: | |

Suspense Acct Elit

| | Type | Tax | | Account | | | | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | P1 | 0 | 101 | 01 | 000 | 201050000 | 00000 | 5/28/10 - KATHERINE | 500 00 |

GL Distributed:   500.00    Tax 1.   0.00    Tax 2.   0.00    WH Tax:   0.00

Cost Period: 0510    Cost Batch. 1781303   Remaining:   0.00

| | Matter Number | Timekeeper | Cost Code | Amount | Narrative |
|---|---|---|---|---|---|
| 1 | 49211-80020 | 71162 | RPT | 500.00 | 5/28/10 - KATHERINE WYATT - 49211800. |
| 2 | | | | | |

Costs Required:   500.00    Costs Distributed:   500.00    Remaining:   0.00

**RECEIVED**

MAY 2 8 2010

**SIDLEY – SF**

762785-1

2080004

**SIDLEY AUSTIN LLP**
**Request for Payment**

Accounting Use Only
Vendor #:
Voucher #:
Fed Tax ID:
RB 1:
RB 2:

DATE:                    May 28, 2010

PAYABLE TO /
ADDRESS:            Kathy Wyatt

CHARGE TO:        ☒ Client                          ☐ Office

Client/Matter Number:    49211.80020

Client/Matter Name:    Conceptus Inc. v. Hologic

Funds Expended For:    3.10.10 Markman Hearing Transcript

| | |
|---|---|
| Meal Expense | |
| Non-Meal Expense | 500 |
| TOTAL AMOUNT: | $ 500.00 |

Incurred by Signature

Authorized by Signature

7116 2
User ID

051759
User ID

079
Group #

079
Group #

---

**MEAL SUPPLEMENT**
**(This portion must be completed when requesting payment for meal expense)**

AMOUNT OF MEAL EXPENSE:

Indicate the nature for which reimbursement is requested and list attendees at the meal. Submit additional information in the "Funds expended for" section above.

**(ORIGINAL RECEIPTS MUST BE ATTACHED)**

Meals Related to:
(Mark one with an X)

☐ Overtime                          ☐ In House Business
☐ Recruiting                         ☐ Out of Office Business
☐ Other (explain) _____

ATTENDEES:

Special Instructions:    Rush need check today.

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000917

**MAKE CHECKS PAYABLE TO:**

Patricia Thayer
Sidley, Austin, LLP
555 California Street
San Francisco, CA 94104

Phone: (415) 772-1200
FAX: (415) 772-7400

Connie Kuhl, RMR, CRR
Official Reporter, USDC
450 Golden Gate Avenue
16th Floor, Room 6766
San Francisco, CA 94102

Phone: (415) 431-2020
FAX (415) 522-3149
Tax ID: 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
Connie_Kuhl@cand.uscourts.gov

| | CRIMINAL | X CIVIL | DATE ORDERED: 09-22-2011 | DATE DELIVERED: 10-03-2011 |

**Case Style:** C 09-2280 (WHA), Conceptus, Inc. v Hologic, Inc.
Transcript of Trial Proceedings held on and after October 3, 2011 before
the Hon. William Alsup.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 1000 | 3.63 | 3,630.00 | | | | | | | 3,630.00 |
| Hourly | | | | | | | | | | |
| Realtime | 1000 | 2.10 | 2,100.00 | | | | | | | 2,100.00 |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 5,730.00 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | Date Paid: | | Amt: | | | TOTAL DUE: | | | $5,730.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE *Connie Kuhl*

DATE 09-29-2011

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:   00000925

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Patricia Thayer<br>Sidley, Austin, LLP<br>555 California Street<br>San Francisco, CA 94104<br><br>Phone:   (415) 772-1200<br>FAX:      (415) 772-7400 | Connie Kuhl, RMR, CRR<br>Official Reporter, USDC<br>450 Golden Gate Avenue<br>16th Floor, Room 6766<br>San Francisco, CA 94102<br><br>Phone:   (415) 431-2020<br>FAX      (415) 522-3149<br>Tax ID:   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<br>Connie_Kuhl@cand.uscourts.gov |

☐ CRIMINAL   ☒ CIVIL        | DATE ORDERED:   10-03-2011 | DATE DELIVERED:   10-17-2011

**Case Style:** C 09-2280 (WHA), Conceptus, Inc. v Hologic, Inc.
Transcript of Trial Proceedings held on and after October 11, 2011 before the Hon. William Alsup.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 707 | 3.63 | 2,566.41 | | | | | | | 2,566.41 |
| Hourly | | | | | | | | | | |
| Realtime | 698 | 2.10 | 1,465.80 | | | | | | | 1,465.80 |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 4,032.21 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:**            **Amt:** | TOTAL DUE: | $4,032.21 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE   *Connie Kuhl*                                      | DATE   10-17-2011

*(All previous editions of this form are
cancelled and should be destroyed)*