# EXHIBIT D

# MERRILL CORPORATION

**LegaLink, Inc.**
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20105564 | 01/05/2011 | 2006-423680 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/17/2009 | LDC | 09-CV-02280 W |

| CASE CAPTION |
|---|
| "Conceptus, Inc vs. Hologic, Inc" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Robert Lawson
Sidley, Austin, Brown & Wood
555 California Street
Suite 2000
San Francisco, CA 94104

```
SYNCHRONIZATION SERVICES:
    Ted Anderson (Vol. 1)
        Video on CD w/ synch        5.00 Hours @      95.00/Hour       475.00
        Shipping & Handling                                             10.00

                                 TOTAL   DUE   >>>>                    485.00

                                 AFTER 2/4/2011 PAY                    533.50
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

**Approved for Payment**

JAN    2011

By _____

C/M # 49211.80020
LAWYER ID #58830

TAX ID NO.: 20-2665382                                    (415) 772-1200    Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

Robert Lawson
Sidley, Austin, Brown & Wood
555 California Street
Suite 2000
San Francisco, CA 94104

```
Invoice No.:  20105564
Date      :  01/05/2011
TOTAL DUE :     485.00
AFTER 2/4/2011 PAY : 533.50


Job No.   :  2006-423680
Case No.  :  09-CV-02280 WHA
"Conceptus, Inc vs. Hologic, Inc"
```

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION
**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20105563 | 01/05/2011 | 2006-430891 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/27/2010 | LDC | 09-CV-02280 W |

| CASE CAPTION |
|---|
| "Conceptus, Inc vs. Hologic, Inc" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Robert Lawson
Sidley, Austin, Brown & Wood
555 California Street
Suite 2000
San Francisco, CA 94104

```
SYNCHRONIZATION SERVICES: 2nd copy
     Ted Anderson (Vol. 1)
          Legalink Viewer (copy)     4.00 Disks @    35.00/Disk     140.00
          SALES TAX                                                  13.30
                                                                 ----------
                                     TOTAL   DUE   >>>>            153.30

                                     AFTER 2/4/2011 PAY           167.30
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

**Previously ordered syncd dvds. This is for a 2nd copy charge only.

Approved for Payment

JAN   2011

By_____
(        )

*C/M # 49211.80020*
*LAWYER ID# 58830*

**TAX ID NO. :** 20-2665382                    (415) 772-1200    Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

Robert Lawson
Sidley, Austin, Brown & Wood
555 California Street
Suite 2000
San Francisco, CA 94104

```
Invoice No.:  20105563
Date       :  01/05/2011
TOTAL DUE  :     153.30
AFTER 2/4/2011 PAY : 167.30


Job No.    :  2006-430891
Case No.   :  09-CV-02280 WHA
"Conceptus, Inc vs. Hologic, Inc"
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

*703326-3* (handwritten)

# MERRILL CORPORATION
**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax. 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20103980 | 10/15/2010 | 2006-430891 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/27/2010 | LDC | 09-CV-02280 W |

| CASE CAPTION | | |
|---|---|---|
| "Conceptus, Inc vs. Hologic, Inc" | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

Bryan Anderson
Sidley, Austin, Brown & Wood
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Ted Anderson (Vol. 1)
        Set-up & First Hour                                      350.00
        Additional Deposition Hr    8.00 Hours @   125.00/Hour  1,000.00
        Tape Original DV            4.00 Tapes @    35.00/Tape    140.00
        Video on CD w/ synch        8.00 Hours @    75.00/Hour    600.00
        Shipping & Handling                                       15.00
                                                                --------
                              TOTAL  DUE  >>>>                  2,105.00
```

```
Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.
```

Received
OCT 22 2010
Chicago AP

APPROVED (signature) Bryan Anderson

TAX ID NO.: 20-2665382                              (650) 565-7000

*Please detach bottom portion and return with payment.*

Bryan Anderson
Sidley, Austin, Brown & Wood
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304

```
Invoice No.:  20103980
Date      :  10/15/2010
TOTAL DUE :   2,105.00


Job No.   :  2006-430891
Case No.  :  09-CV-02280 WHA
"Conceptus, Inc vs. Hologic, Inc"
```

Remit To:   LegaLink, Inc.
            File 70206
            Los Angeles, CA 90074-0206

703326-14

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 324119 | 09/14/2010 | 24-185028 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/31/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| Conceptus, Inc. -v- Hologic, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

*Received OCT 19 2010 Chicago AP*

```
1 CERTIFIED COPY OF TRANSCRIPT & WORD INDEX OF:
   Steven Bacich                     326 Pages          815.00
      Rough Draft           284.00 Pages               355.00
      Scanning Exhibits     659.00 Pages               263.60
      Shipping & Handling                               31.00

                              TOTAL DUE  >>>>         1,464.60  ✓
```

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

Deposition held in East Palo Alto, CA

**RECEIVED**

OCT 1 8 2010

**SIDLEY – SF**

x _M Patricia Thayer_
Patty Thayer (51759)
49211-80020

TAX ID NO. : 20-2665382                          (415) 772-1200   Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

```
Invoice No.:  324119
Date      :  09/14/2010
TOTAL DUE :  1,464.60


Job No.  :  24-185028
Case No. :  09-CV-02280 WHA
Conceptus, Inc. -v- Hologic, Inc.
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

703326·14

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 324209 | 09/13/2010 | 06-185029 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/31/2010 | LEGASF | 09-CV-02280 |
| | **CASE CAPTION** | |
| | Conceptus, Inc. -v- Hologic, Inc. | |
| | **TERMS** | |
| | Immediate, sold FOB Merrill facility | |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

```
Videography Services for the Depo of:
   Steven Bacich                                                    465.00
        CD/DVD

                              TOTAL   DUE  >>>>            465.00

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

Deposition held in East Palo Alto, CA                  NOV   2010
```

**RECEIVED**

NOV 1 7 2010

**SIDLEY – SF**

x M. Patricia Thayer
Patty Thayer (51759)
49211- 80020

TAX ID NO.: 20-2665382                          (415) 772-1200   Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

```
Invoice No.:  324209
Date      :  09/13/2010
TOTAL DUE :    465.00


Job No.   :  06-185029
Case No.  :  09-CV-02280 WHA
Conceptus, Inc. -v- Hologic, Inc.
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

# MERRILL CORPORATION
**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20103435 | 09/10/2010 | 2008-430132 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/27/2010 | ACE30 | 09-CV-02280 W |

| CASE CAPTION |
|---|
| Conceptus, Inc vs. Hologic, Inc |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Thomas P. Hanrahan
Sidley Austin Brown & Wood
555 West Fifth Street
Los Angeles, CA 90013

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Amy Brenner (Vol. 1)

| | | | |
|---|---|---|---|
| Set-up & First Hour | | | 295.00 |
| Additional Deposition Hr | 2.00 Hours @ | 95.00/Hour | 190.00 |
| Tape Original DV | 2.00 Tapes @ | 35.00/Tape | 70.00 |
| Legalink Viewer | 3.00 Hours @ | 75.00/Hour | 225.00 |
| Shipping & Handling | | | 10.00 |

TOTAL DUE  >>>>            790.00

AFTER 10/10/2010 PAY          829.50

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

SEP 2 1 2010

TAX ID NO.: 20-2665382                          (213) 896-6000    Fax (213) 896-6600

*Please detach bottom portion and return with payment*

Thomas P. Hanrahan
Sidley Austin Brown & Wood
555 West Fifth Street
Los Angeles, CA 90013

Invoice No.: 20103435
Date    : 09/10/2010
**TOTAL DUE** :     790.00
AFTER 10/10/2010 PAY : 829.50

Job No.   : 2008-430132
Case No.  : 09-CV-02280 WHA
Conceptus, Inc vs. Hologic, Inc

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

703326-3

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone, 415.357.4300
Fax, 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20103260 | 09/03/2010 | 2007-430131 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/27/2010 | ACE30 | 09-CV-02280 W |

**CASE CAPTION**

Conceptus, Inc vs. Hologic, Inc

**TERMS**

Immediate, sold FOB Merrill facility

Tashica T. Williams
Sidley Austin Brown & Wood
555 West Fifth Street
Los Angeles, CA 90013

EXPEDITED ORIGINAL AND WORD INDEX OF THE DEPOSITION OF:

| | | | | |
|---|---|---|---|---|
| AMY GAIL BRENNER, M.D. | 117 Pages @ | 6.15/Page | | 719.55 |
| EXHIBITS | 21 Pages @ | .70/Page | | 14.70 |
| ATTENDANCE | | | | 150.00 |
| Reporter Certification | | | | 14.00 |
| Production and Code Comp | | | | 25.00 |
| TotalTranscript | | | | 40.00 |
| Process/Delivery | | | | 30.00 |
| Unedited ASCII (RT) | 100.00 Pages @ | 1.50/Page | | 150.00 |

|  |  |
|---|---|
| TOTAL DUE >>>> | 1,143.25 |
| AFTER 10/3/2010 PAY | 1,200.41 |

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au-
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

APPROVED: *Bryan K. Anderson*

SEP 5 2010

TAX ID NO.: 20-2665382

(213) 896-6000   Fax (213) 896-6600

*Please detach bottom portion and return with payment.*

Tashica T. Williams
Sidley Austin Brown & Wood
555 West Fifth Street
Los Angeles, CA 90013

Invoice No.: 20103260
Date      : 09/03/2010
**TOTAL DUE** : **1,143.25**
AFTER 10/3/2010 PAY : 1,200.41

Job No.  : 2007-430131
Case No. : 09-CV-02280 WHA
Conceptus, Inc vs. Hologic, Inc

Remit To:   LegaLink, Inc.
            File 70206
            Los Angeles, CA 90074-0206

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS
135 Main Street, 4th Floor
San Francisco, CA 94105

Phone (415) 357-4300
Fax (415) 357-4301

*703324*
*2/27/08*

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20103981 | 10/20/2010 | 2005-431239 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/08/2010 | LHO | 09-CV-02280 W |

**CASE CAPTION**

"Conceptus, Inc vs. Hologic, Inc"

**TERMS**

Immediate, sold FOB Merrill facility

RECEIVED
NOV 0 4 2010
CHICAGO AP

Bryan Anderson
Sidley, Austin, Brown & Wood
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304

EXPEDITED ORIGINAL AND WORD INDEX OF THE DEPOSITION OF:

| | | | |
|---|---|---|---|
| Thomas Britven | 324 Pages @ | 4.95/Page | 1,603.80 |
| NEXT-DAY EXPEDITE | | | 1,603.80 |
| EXHIBITS | 759 Pages @ | .70/Page | 531.30 |
| ATTENDANCE | | | 100.00 |
| Reporter Certification | | | 14.00 |
| Production and Code Comp | | | 25.00 |
| Total Transcript I | | | 40.00 |
| Delivery Local - Regular | | | 30.00 |
| Unedited ASCII (RT) | 280.00 Pages @ | 1.50/Page | 420.00 |

TOTAL DUE >>>> **4,367.90**

*- 1,603.80*

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

*$2,764.10*

*49211-80020*

APPROVED: *Bryan Anderson 20162*

TAX ID NO.: 20-2665382

(650) 565-7000

*Please detach bottom portion and return with payment.*

Bryan Anderson
Sidley, Austin, Brown & Wood
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304

Invoice No.: 20103981
Date      : 10/20/2010
**TOTAL DUE  :   4,367.90**

Job No.  : 2005-431239
Case No. : 09-CV-02280 WHA
"Conceptus, Inc vs. Hologic, Inc"

Remit To:   **LegaLink, Inc.**
**File 70206**
**Los Angeles, CA 90074-0206**

703326-3

213108H

# MERRILL CORPORATION
**LegaLink, Inc.**
135 Main Street
4th Floor
San Francisco, CA 94105
Phone. 415.357 4300
Fax: 415 357 4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20104117 | 10/27/2010 | 2006-431240 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/08/2010 | LHO | 09-CV-02280 W |

| CASE CAPTION |
|---|
| "Conceptus, Inc vs. Hologic, Inc" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**RECEIVED**

**NOV 1 7 2010**

**SIDLEY – SF**

Marc R. Ascolese
Sidley Austin Brown & Wood
555 West Fifth Street
Los Angeles, CA 90013

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Thomas Britven (Vol. 1)

| | | | |
|---|---|---|---|
| Set-up & First Hour | | | 230.00 |
| Additional Deposition Hr | 7.50 Hours @ | 110.00/Hour | 825.00 |
| Tape Original mini DV | 6.00 Tapes @ | 25.00/Tape | 150.00 |
| Video on CD w/ synch | 10.00 Hours @ | 95.00/Hour | 950.00 |
| Shipping & Handling | | | 10.00 |
| Parking | | | 7.00 |

NOV 1 0 2010

TOTAL   DUE   >>>>      2,172.00

AFTER 11/26/2010 PAY      2,280.60

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

X _____
OK to pay. M. Patricia Thayer (EIN 51759)
Matter: 49211-80020 Conceptus/Hologic

TAX ID NO.: 20-2665382                    (213) 896-6000    Fax (213) 896-6600

*Please detach bottom portion and return with payment.*

Marc R. Ascolese
Sidley Austin Brown & Wood
555 West Fifth Street
Los Angeles, CA 90013

Invoice No.:  20104117
Date       :  10/27/2010
TOTAL DUE  :   2,172.00
AFTER 11/26/2010 PAY : 2,280.60

Job No.   :  2006-431240
Case No.  :  09-CV-02280 WHA
"Conceptus, Inc vs. Hologic, Inc"

Remit To:    **LegaLink, Inc.**
**File 70206**
**Los Angeles, CA 90074-0206**

703326-16

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 323561 | 09/13/2010 | 24-184537 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/19/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| Conceptus, Inc. -v- Hologic, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

```
1 CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Ulric Cote                       217 Pages                542.50
        Rough Draft              188.00 Pages                235.00
        Scanning Exhibits        327.00 Pages                130.80
        Shipping & Handling                                   32.00

                             TOTAL   DUE   >>>>              940.30 ✓
```

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

Deposition held in East Palo Alto, CA

**RECEIVED**

OCT 1 8 2010

**SIDLEY – SF**

x _M Patricia Thayer_
Patty Thayer (51759)
49211- 80020

TAX ID NO.: 20-2665382                    (415) 772-1200   Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Invoice No.:  323561
Date       :  09/13/2010
**TOTAL DUE :      940.30**

Job No.  :  24-184537
Case No. :  09-CV-02280 WHA
Conceptus, Inc. -v- Hologic, Inc.

Remit To:     LegaLink, Inc.
              P.O. Box 630484
              Baltimore, MD 21263

703 324 16

213/094

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 324205 | 09/13/2010 | 06-184540 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/19/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| Conceptus, Inc. -v- Hologic, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Videography Services for the Depo of:
  Ulric Cote
    CD/DVD                                                      277.50

                              TOTAL  DUE  >>>>          277.50 ✓

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

Deposition held in East Palo Alto, CA

NOV · 2 2010

**RECEIVED**

NOV 1 7 2010

**SIDLEY – SF**

X _M Patricia Thayer_
(Patty Thayer) (51759)
49211- 80020

TAX ID NO.: 20-2665382                    (415) 772-1200   Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Invoice No. :  324205
Date       :  09/13/2010
**TOTAL DUE :      277.50**

Job No.   :  06-184540
Case No.  :  09-CV-02280 WHA
Conceptus, Inc. -v- Hologic, Inc.

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

*103326-16* **I N V O I C E**

2/31093

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 326782 | 10/19/2010 | 06-186588 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/29/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| "Conceptus, Inc. -v- Hologic, Inc." |

| ＼ TERMS |
|---|
| Immediate, sold FOB Merrill facility |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Videography Services for the Depo of:
    Cate Elsten
        CD/DVD                                                           337.50

                              TOTAL   DUE   >>>>           337.50   ✓

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

For your convenience LegaLink, Inc. now accepts Visa/Mastercard.     NOV   8 2010
Please call our Credit Card hotline 1-866-550-1934 to make your payment.

Deposition held in San Francisco, CA

**RECEIVED**

NOV 1 7 2010

**SIDLEY – SF**

49211 - 80020/51759

TAX ID NO. : 20-2665382                    (415) 772-1200   Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

M Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Invoice No.:   326782
Date       :   10/19/2010
**TOTAL DUE  :      337.50**

Job No.   :  06-186588
Case No.  :  09-CV-02280 WHA
"Conceptus, Inc. -v- Hologic, Inc."

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

Merrill LAD
21 Church Street
Suite 150
Rockville, MD 20850
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 350779 | 10/12/2010 | 24-186587 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/29/2010 | LEGASF | 09-CV-02280 |
| | **CASE CAPTION** | |
| | "Conceptus, Inc. -v- Hologic, Inc." | |
| | **TERMS** | |
| | Immediate, sold FOB Merrill facility | |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

```
1 CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
   Cate Elsten                     230 Pages                 575.00
        Scanning Exhibits      347.00 Pages                 138.80
        Shipping & Handling                                  36.00
                                                        _____
                                   TOTAL  DUE   >>>>         749.80

This is the Rebilled Invoice. The Original Invoice: 325681

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

For your convenience LegaLink, Inc. now accepts Visa/Mastercard.
Please call our Credit Card hotline 1-866-550-1934 to make your payment.

Deposition held in San Francisco, CA
```

TAX ID NO.:  20-2665382                                   (415) 772-1200    Fax  (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

```
Invoice No.:  350779
Date      :  10/12/2010
TOTAL DUE :     749.80


Job No.   :  24-186587
Case No.  :  09-CV-02280 WHA
"Conceptus, Inc. -v- Hologic, Inc."
```

Remit To:   **LegaLink, Inc.**
            **16824 Collections Center Drive**
            **Chicago, IL 60693**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20108460 | 05/25/2011 | 2006-429712 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/21/2010 | LBO | 09-CV-02280 W |
| | **CASE CAPTION** | |
| | "Conceptus, Inc vs. Hologic, Inc" | |
| | **TERMS** | |
| | Immediate, sold FOB Merrill facility | |

Accounts Payable
Sidley, Austin, Brown & Wood, LLP
One South Dearborn
Chicago, IL 60603

```
SYNCHRONIZATION SERVICES:
   Arthur Friedman, M.D. (Vol. 1)
      Video on DVD w/synch              6.00 Hours @    95.00/Hour          570.00

                                          TOTAL DUE  >>>>               570.00

CLAIM#: Client Matter #: 49211-80020
LOCATION OF DEPO: Boston, MA
ORDERED BY: Robert Lawson
            Sidley, Austin, Brown & Wood
            555 California Street
            Suite 2000
            San Francisco, CA 94104
```

TAX ID NO.: 20-2665382                                    (312) 853-7000   Fax (312) 853-7036

*Please detach bottom portion and return with payment.*

Accounts Payable
Sidley, Austin, Brown & Wood, LLP
One South Dearborn
Chicago, IL 60603

Invoice No.: 20108460
Date     : 05/25/2011
**TOTAL DUE** :     570.00

Job No.  : 2006-429712
Case No. : 09-CV-02280 WHA
"Conceptus, Inc vs. Hologic, Inc"

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

RECEIVED

OCT 1 8 2010

703326-16

# I N V O I C E

SIDLEY - SF

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

Approved for Payment

AUG   2010

By _Matrew Chay_
_61750 P. Thayer_

49211 - 80020

Marc R. Ascolese, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 321344 | 08/16/2010 | 24-183108 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/23/2010 | LEGABO | 09-CV-02280 |

| CASE CAPTION |
|---|
| Conceptus, Inc. -v- Hologic, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

ORIGINAL TRANSCRIPT AND WORD INDEX OF:
```
   Christopher Gilbert                 300 Pages            1,245.00
         Realtime            265.00 Pages                     397.50
ORIGINAL TRANSCRIPT AND WORD INDEX OF:
   Christopher Gilbert - 30 (b)(6)      68 Pages              282.20
         Realtime             59.00 Pages                      88.50
         Realtime Via Internet                                100.00
         ATTENDANCE                                           150.00
         Scanning Exhibits   273.00 Pages                     109.20
         Shipping & Handling                                   26.00

                                              TOTAL DUE  >>>>  2,398.40 ✓
```

Received
OCT 19 20'1
Chicago AP

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

Deposition held in Boston, MA

Approved for Payment

AUG   2010

By _____
( )

**TAX ID NO. :** 20-2665382                                        (415) 772-1200    Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

Marc R. Ascolese, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

```
Invoice No.:  321344
Date        :  08/16/2010
TOTAL DUE   :  2,398.40


Job No.   :  24-183108
Case No.  :  09-CV-02280 WHA
Conceptus, Inc. -v- Hologic, Inc.
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

703326-16

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 323278 | 08/30/2010 | 06-183109 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/23/2010 | LEGABO | 09-CV-02280 |

49211- 80020/51759

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

| CASE CAPTION |
|---|
| Conceptus, Inc. -v- Hologic, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Videography Services for the Depo of:
   Christopher Gilbert
      Set-up & First Hour                                          285.00
      Subsequent Video Hours          7.00 Hours                   665.00
      CD/DVD                                                       412.50

                                    **TOTAL   DUE   >>>>        1,362.50** ✓

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

Deposition held in Boston, MA.

**RECEIVED**

DEC 2 7 2010

**SIDLEY – SF**

x _M Patricia Thayer_

_Patty Thayer ( 51759 )_
_49211- 80020_

TAX ID NO.: 20-2665382                          (415) 772-1200    Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Invoice No.:  323278
Date      :  08/30/2010
**TOTAL DUE :    1,362.50**

Job No.   :  06-183109
Case No.  :  09-CV-02280 WHA
Conceptus, Inc. -v- Hologic, Inc.

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

# MERRILL CORPORATION
**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20105543 | 01/05/2011 | 2002-422993 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/17/2009 | GUERPA | 09-CV-02280 W |

| CASE CAPTION |
|---|
| "Conceptus, Inc vs. Hologic, Inc" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Robert Lawson
Sidley, Austin, Brown & Wood
555 California Street
Suite 2000
San Francisco, CA 94104

---

SYNCHRONIZATION SERVICES:
  Mark Glasser (Vol. 1)
      Video on CD w/ synch          8.00 Hours @      95.00/Hour          760.00
      Shipping & Handling                                                  10.00

                                    **TOTAL   DUE   >>>>**                 **770.00**
                                    AFTER 2/4/2011 PAY                     847.00

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

**Approved for Payment**

JAN    2011

By

C/M # 49211.80020
LAWYER ID # 58830

TAX ID NO. : 20-2665382                                    (415) 772-1200    Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

---

Robert Lawson
Sidley, Austin, Brown & Wood
555 California Street
Suite 2000
San Francisco, CA 94104

Invoice No.:   20105543
Date      :  01/05/2011
**TOTAL DUE :      770.00**
AFTER 2/4/2011 PAY : 847.00

Job No.   :  2002-422993
Case No.  :  09-CV-02280 WHA
"Conceptus, Inc vs. Hologic, Inc"

Remit To:    LegaLink, Inc.
             File 70206
             Los Angeles, CA 90074-0206

Merrill LAD
21 Church Street
Suite 150
Rockville, MD 20850
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 350777 | 10/26/2010 | 24-186477 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/06/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| "Conceptus, Inc. -v- Hologic, Inc." |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

```
1 CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
   Mark Glasser, M.D. - Vol. 3              342 Pages                   855.00
        Scanning Exhibits               500.00 Pages                   200.00
        Shipping & Handling                                             28.00
                                                                    _____
                                         TOTAL   DUE   >>>>         1,083.00

This is the Rebilled Invoice. The Original Invoice: 326665

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

For your convenience LegaLink, Inc. now accepts Visa/Mastercard.
Please call our Credit Card hotline 1-866-550-1934 to make your payment.

Deposition held in San Francisco, CA
```

TAX ID NO. :  20-2665382                              (415) 772-1200   Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

```
Invoice No.:  350777
Date      :  10/26/2010
TOTAL DUE :   1,083.00


Job No.   :  24-186477
Case No.  :  09-CV-02280 WHA
"Conceptus, Inc. -v- Hologic, Inc."
```

Remit To:     **LegaLink, Inc.**
              **16824 Collections Center Drive**
              **Chicago, IL 60693**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

703326-14

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 327372 | 10/26/2010 | 06-186478 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/06/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| "Conceptus, Inc. -v- Hologic, Inc." |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

2/31/092

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Videography Services for the Depo of:
   Mark Glasser, M.D.
   — CD/DVD                                                          540.00

                                   **TOTAL   DUE   >>>>          540.00**

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

For your convenience LegaLink, Inc. now accepts Visa/Mastercard.
Please call our Credit Card hotline 1-866-550-1934 to make your payment.   NOV   20.0

Deposition held in San Francisco, CA.

**RECEIVED**

NOV 1 7 2010

**SIDLEY — SF**

x _M. Patricia Thayer_
OK to pay. M. Patricia Thayer (EIN 51759)
Matter: 49211-80020 Conceptus/Hologic

TAX ID NO.:  20-2665382                                          (415) 772-1200   Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Invoice No.:  327372
Date        :  10/26/2010
**TOTAL DUE  :      540.00**

Job No.  :  06-186478
Case No. :  09-CV-02280 WHA
"Conceptus, Inc. -v- Hologic, Inc."

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

703326-14

# I N V O I C E

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282  Fax (301) 762-0606

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 328609 | 11/15/2010 | 06-187563 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/22/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| "Conceptus, Inc. -v- Hologic, Inc." |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

[Received
DEC ... 
Chicago ...]

---

```
Videography Services for the Depo of:
    Donnell Gurskis

Videography Services for the Depo of:
    Julian Nikolchev - Volume 2
              CD/DVD                                          412.50

                              TOTAL   DUE   >>>>              412.50


For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

For your convenience LegaLink, Inc. now accepts Visa/Mastercard.
Please call our Credit Card hotline 1-866-550-1934 to make your payment.

Deposition held in East Palo Alto, CA.
```

49211-80020 /k MPT

**TAX ID NO. :** 20-2665382                      (415) 772-1200     Fax (415) 772-7400

---

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Invoice No.:  328609
Date      :  11/15/2010
**TOTAL DUE :**     412.50


Job No.   :  06-187563
Case No.  :  09-CV-02280 WHA
"Conceptus, Inc. -v- Hologic, Inc."

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

RECEIVED

AUG 1 1 2010

SIDLEY – SF

703326-16

2105382

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 320470 | 07/27/2010 | 24-182818 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/16/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| Conceptus, Inc. -v- Hologic, Inc. |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

**Approved for Payment**

AUG    2010

By  See Below
( )P. Thayer

Marc R. Ascolese, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

| | | |
|---|---|---|
| EXPEDITED ORIGINAL TRANSCRIPT AND WORD INDEX OF: | | |
| Douglas Harrington - Individual | 172 Pages | 1,462.00 |
| Rough Draft | 151.00 Pages | 188.75 |
| Reporter Certification | | 14.00 |
| EXPEDITED ORIGINAL TRANSCRIPT AND WORD INDEX OF: | | |
| Douglas Harrington - 30(b)(6) Hologic | 99 Pages | 841.50 |
| Rough Draft | 86.00 Pages | 107.50 |
| Reporter Certification | | 14.00 |
| Scanning Exhibits | 900.00 Pages | 360.00 |
| Shipping & Handling | | 42.00 |
| | **TOTAL   DUE   >>>>** | **3,029.75** ✓ |

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

Deposition held in Palo Alto, CA.

**Approved for Payment**

AUG 10, 2010

By ( )ein 58830
C/M 40911-80020

*M. Patricia Thayer (Ein 51759)*

TAX ID NO. : 20-2665382                         (415) 772-1200   Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

Marc R. Ascolese, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Invoice No.:  320470
Date       :  07/27/2010
**TOTAL DUE :    3,029.75**

Job No.  :  24-182818
Case No. :  09-CV-02280 WHA
Conceptus, Inc. -v- Hologic, Inc.

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

49211-80020/58830

703326-16

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 320559 | 07/27/2010 | 06-182819 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/16/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| Conceptus, Inc. -v- Hologic, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Marc R. Ascolese, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

| Videography Services for the Depo of: |  |  |
|---|---|---|
| Douglas Harrington |  |  |
| Videography Services for the Depo of: |  |  |
| Douglas Harrington - 30(b)(6) Hologic |  |  |
| CD/DVD | 5.20 Hours | 390.00 |
|  | TOTAL DUE  >>>> | 390.00 ✓ |

For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD.  We appreciate your business.
Complimentary Merrill LAD Viewer (Synchronized video and transcript)

Deposition held in Palo Alto, CA.

**RECEIVED**

AUG 1 0 2010

**SIDLEY – SF**

Approved for Payment
AUG 10, 2010
By
)Cin 58830

C/M 49211-80020

TAX ID NO.:  20-2665382                           (415) 772-1200    Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

Marc R. Ascolese, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Invoice No.:  320559
Date        :  07/27/2010
**TOTAL DUE** :     390.00

Job No.   :  06-182819
Case No.  :  09-CV-02280 WHA
Conceptus, Inc. -v- Hologic, Inc.

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

# MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12044128 | 06/06/2011 | 1206-84230 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/03/2010 | LNY | 09-CV-02280 W |

| CASE CAPTION |
|---|
| Conceptus, Inc vs. Hologic, Inc |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable
Sidley Austin, LLP
One South Dearborn
Chicago, IL 60603

```
VIDEO DUPLICATION:
    Ashish Khera
        LegaLink Viewer          4.00 Hours @      95.00/Hour         380.00
        Archive Retrieval fee                                          50.00
        Shipping & Handling                                            22.50
                                                                    _____
                                          TOTAL  DUE  >>>>            452.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

TAX ID NO. : 20-2665382                               (312) 853-7000    Fax (312) 853-7036

*Please detach bottom portion and return with payment.*

Accounts Payable
Sidley Austin, LLP
One South Dearborn
Chicago, IL 60603

```
Invoice No.:  12044128
Date      :  06/06/2011
TOTAL DUE :     452.50


Job No.   :  1206-84230
Case No.  :  09-CV-02280 WHA
Conceptus, Inc vs. Hologic, Inc
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**