# EXHIBIT D

**MERRILL CORPORATION**

LegaLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

2-144731

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12041882 | 09/30/2010 | 1205-84229 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/03/2010 | LNY | 09-CV-02280 W |

| CASE CAPTION |
|---|
| Conceptus, Inc vs. Hologic, Inc |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

51759 Ⓟ  703326-25

M. Patricia Thayer
Sidley Austin
555 California Street
San Francisco, CA 94104

49211-80020

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Ashish Khera               303 Pages @        3.25/Page        984.75
        EXHIBITS               541 Pages @         .35/Page        189.35
        TotalTranscript                                             40.00
        TotalTranscript Archive                                      7.50
        TotalTranscript Exhibits  541.00 Pages @   .40/Page        216.40
        Process/Delivery NL                                         35.00
                                                                 ─────────
                               TOTAL  DUE   >>>>                  1,473.00


Deposition Location:  Newark, NJ

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Do you have audio recordings you need transcribed? Count on Merrill for
high-quality audio recording transcription services by litigation support experts.
Contact your local Merrill office today or email audiotran@merrillcorp.com to submit
your work request or for more information.

PLEASE NOTE OUR REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384
```

TAX ID NO.: 20-2665382                                    (415) 772-7450

*Please detach bottom portion and return with payment.*

M. Patricia Thayer
Sidley Austin
555 California Street
San Francisco, CA 94104

Received

Chicago AP

| | |
|---|---|
| Invoice No.: | 12041882 |
| Date : | 09/30/2010 |
| **TOTAL DUE** : | **1,473.00** |

Job No.  : 1205-84229
Case No.  : 09-CV-02280 WHA
Conceptus, Inc vs. Hologic, Inc

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20108457 | 05/25/2011 | 2006-429124 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/24/2010 | LBO | 09-CV-02280 W |

| CASE CAPTION |
|---|
| "Conceptus, Inc vs. Hologic, Inc" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable
Sidley, Austin, Brown & Wood, LLP
One South Dearborn
Chicago, IL 60603

```
SYNCHRONIZATION SERVICES:
   Gregory Martin (Vol. 1)
          Video on DVD w/synch          6.00 Hours @   95.00/Hour        570.00

                                        TOTAL DUE  >>>>                   570.00

CLAIM#: Client Matter #: 49211-80020
LOCATION OF DEPO: Boston  02111, MA
ORDERED BY: Robert Lawson
            Sidley, Austin, Brown & Wood
            555 California Street
            Suite 2000
            San Francisco, CA 94104
```

TAX ID NO.: 20-2665382                                (312) 853-7000    Fax (312) 853-7036

*Please detach bottom portion and return with payment.*

Accounts Payable
Sidley, Austin, Brown & Wood, LLP
One South Dearborn
Chicago, IL 60603

```
Invoice No.:  20108457
Date       :  05/25/2011
TOTAL DUE  :     570.00


Job No.    :  2006-429124
Case No.   :  09-CV-02280 WHA
"Conceptus, Inc vs. Hologic, Inc"
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

**MERRILL CORPORATION**

LegaLink, Inc.
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20108782 | 06/08/2011 | 2005-423676 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/13/2009 | LBO | 09-CV-02280 W |

| CASE CAPTION |
|---|
| "Conceptus, Inc vs. Hologic, Inc" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable
Sidley, Austin, Brown & Wood, LLP
One South Dearborn
Chicago, IL 60603

| CERTIFIED COPY AND WORD INDEX OF THE TRANSCRIPT OF: | | | |
|---|---|---|---|
| Gregory T. Martin, Ph.D. | 135 Pages @ | 3.25/Page | 438.75 |
| EXHIBITS | 235 Pages @ | .50/Page | 117.50 |
| E-Transcript | | | 40.00 |
| E-Delivery | | | 25.00 |
| | | **TOTAL DUE >>>>** | 621.25 |

CLAIM#: Client Matter #: 49211-80020
LOCATION OF DEPO: Boston, MA     AFF INV#: 12044159

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

ORDERED BY: Robert Lawson
            Sidley, Austin, Brown & Wood
            555 California Street
            Suite 2000
            San Francisco, CA 94104

TAX ID NO.:  20-2665382                                    (312) 853-7000    Fax (312) 853-7036

*Please detach bottom portion and return with payment.*

Accounts Payable
Sidley, Austin, Brown & Wood, LLP
One South Dearborn
Chicago, IL 60603

Invoice No.:  20108782
Date      :  06/08/2011
**TOTAL DUE** :     621.25

Job No.   :  2005-423676
Case No.  :  09-CV-02280 WHA
"Conceptus, Inc vs. Hologic, Inc"

Remit To:  **LegaLink, Inc.**
           **File 70206**
           **Los Angeles, CA 90074-0206**

703326-3     210153|

# MERRILL CORPORATION

**LegaLink, Inc.**

# INVOICE

135 Main Street
4th Floor
San Francisco, CA 94105
Phone. 415.357.4300
Fax: 415.357.4301

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20101923 | 07/16/2010 | 2005-429123 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/24/2010 | LBO | 09-CV-02280 W |

APPROVED: *Bryan K. Anderson*

20168

Bryan Anderson
Sidley, Austin, Brown & Wood
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304

**CASE CAPTION**

Conceptus, Inc vs. Hologic, Inc

**TERMS**

Immediate, sold FOB Merrill facility

---

ORIGINAL + 1 AND WORD INDEX OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Gregory Martin, Vol. 1 | 185 Pages @ | 4.10/Page | 758.50 |
| EXHIBITS | 1,079 Pages @ | .70/Page | 755.30 |
| ATTENDANCE | | | 150.00 |
| Reporter Certification | | | 14.00 |
| Production and Code Comp | | | 25.00 |
| Total Transcript I | | | 40.00 |
| Delivery Local - Regular | | | 30.00 |
| Interactive Realtime | 166.00 Pages @ | 1.50/Page | 249.00 |
| Color Copies | 11.00 Pages @ | 1.50/Page | 16.50 |

49211-80020

**TOTAL   DUE   >>>>       2,038.30**

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

JUL ʲ 7 2010

Chicago W : :

---

**TAX ID NO.: 20-2665382**                                    (650) 565-7000

*Please detach bottom portion and return with payment.*

703326-3        21024?0

**MERRILL CORPORATION**
LegaLink, Inc.

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax. 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20102285 | 07/23/2010 | 2006-429124 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/24/2010 | LBO | 09-CV-02280 W |

| CASE CAPTION | | |
|---|---|---|
| Conceptus, Inc vs. Hologic, Inc | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

APPROVED:

Bryan Anderson
Sidley, Austin, Brown & Wood
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304

2016/3

49211-80020

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Gregory Martin (Vol. 1)
        Set-up & First Hour                                    285.00
        Additional Deposition Hr    6.00 Hours @   95.00/Hour   570.00
        Tape Original DV            3.00 Tapes @   35.00/Tape   105.00
                                                             _____
                            TOTAL DUE  >>>>                    960.00

No Copies were ordered at deposition. Invoice for services only.
```

TAX ID NO.:  20-2665382                                    (650) 565-7000

*Please detach bottom portion and return with payment.*

Bryan Anderson
Sidley, Austin, Brown & Wood
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304

Invoice No.:  20102285
Date       :  07/23/2010
**TOTAL DUE :    960.00**


Job No.   :  2006-429124
Case No.  :  09-CV-02280 WHA
Conceptus, Inc vs. Hologic, Inc

Remit To:  **LegaLink, Inc.**
           **File 70206**
           **Los Angeles, CA 90074-0206**

703326-16    2131085

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

RECEIVED

NOV 17 2010

SIDLEY – SF

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 327626 | 10/29/2010 | 24-187562 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/22/2010 | LEGASF | 09-CV-02280 |
| | **CASE CAPTION** | |
| | "Conceptus, Inc. -v- Hologic, Inc." | |
| | **TERMS** | |
| | Immediate, sold FOB Merrill facility | |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

1 CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
  Julian Nikolchev, V2                    37 Pages              92.50
1 CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
  Donnell Gurskis                        260 Pages             650.00
       Scanning Exhibits        173.00 Pages                    69.20
       Shipping & Handling                                      28.00

                              TOTAL  DUE  >>>>                 839.70

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

For your convenience LegaLink, Inc. now accepts Visa/Mastercard.
Please call our Credit Card hotline 1-866-550-1934 to make your payment.

Deposition held in East Palo Alto, CA

X _M Patricia Thayer_

OK to pay. M. Patricia Thayer (EIN 51759)
Matter: 49211-80020 Conceptus/Hologic

TAX ID NO.: 20-2665382                    (415) 772-1200   Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Invoice No.:  327626
Date       :  10/29/2010
**TOTAL DUE :     839.70**

Job No.   :  24-187562
Case No.  :  09-CV-02280 WHA
"Conceptus, Inc. -v- Hologic, Inc."

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

*N033326-14*          *31225110*

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 323336 | 08/31/2010 | 24-183445 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/20/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| Conceptus, Inc. -v- Hologic, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Received
OCT 19 2010
Chicago AP

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

```
1 CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Julian Nikolchev - Individual          106 Pages                265.00
         Rough Draft              92.00 Pages                       115.00
1 CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Julian Nikolchev - 30(b)(6)            220 Pages                550.00
         Rough Draft             193.00 Pages                       241.25
         Scanning Exhibits       933.00 Pages                       373.20
         Shipping & Handling                                         34.00
                                                            _____
                              TOTAL  DUE  >>>>              1,578.45 ✓
```

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

Deposition held in East Palo Alto, CA

**RECEIVED**

OCT 1 8 2010

**SIDLEY – SF**

x _M. Patricia Thayer_
 Patty Thayer (SI759)
 49211-80020

TAX ID NO. : 20-2665382                    (415) 772-1200   Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Invoice No.:  323336
Date        : 08/31/2010
**TOTAL DUE** :    1,578.45

Job No.   : 24-183445
Case No.  : 09-CV-02280 WHA
Conceptus, Inc. -v- Hologic, Inc.

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

703326-14            2131099

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 323578 | 09/03/2010 | 06-183446 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/20/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| Conceptus, Inc. -v- Hologic, Inc. |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Videography Services for the Depo of:
  Julian Nikolchev - 30(b)(6) & Individual
  CD/DVD                    6.75 Hours          506.25

                                               **TOTAL DUE  >>>>     506.25** ✓

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

Deposition held in San Francisco, CA.

NOV ⁻ 0 2010

**RECEIVED**

NOV 1 7 2010

**SIDLEY - SF**

X _M. Patricia Thayer_
  Patty Thayer (51759)
  49211- 80020

TAX ID NO. : 20-2665382                                    (415) 772-1200    Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Invoice No.:  323578
Date      :  09/03/2010
**TOTAL DUE  :     506.25**

Job No.   :  06-183446
Case No.  :  09-CV-02280 WHA
Conceptus, Inc. -v- Hologic, Inc.

Remit To:    **LegaLink, Inc.**
           **P.O. Box 630484**
           **Baltimore, MD 21263**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20108461 | 05/25/2011 | 2006-430008 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/05/2010 | LBO | 09-CV-02280 W |

| CASE CAPTION | | |
|---|---|---|
| "Conceptus, Inc vs. Hologic, Inc" | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

Accounts Payable
Sidley, Austin, Brown & Wood, LLP
One South Dearborn
Chicago, IL 60603

```
SYNCHRONIZATION SERVICES:
    Shacey Petrovic (Vol. 1)
        Video on DVD w/synch          8.00 Hours @    95.00/Hour        760.00
                                                                        _____
                                       TOTAL   DUE   >>>>                 760.00

CLAIM#: Client Matter #: 49211-80020
LOCATION OF DEPO: Boston, MA
ORDERED BY: Robert Lawson
            Sidley, Austin, Brown & Wood
            555 California Street
            Suite 2000
            San Francisco, CA 94104
```

TAX ID NO. : 20-2665382                        (312) 853-7000    Fax (312) 853-7036

*Please detach bottom portion and return with payment.*

Accounts Payable
Sidley, Austin, Brown & Wood, LLP
One South Dearborn
Chicago, IL 60603

```
Invoice No.:  20108461
Date      :  05/25/2011
TOTAL DUE :     760.00


Job No.   :  2006-430008
Case No.  :  09-CV-02280 WHA
"Conceptus, Inc vs. Hologic, Inc"
```

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

703326  -3

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20103028 | 08/25/2010 | 2005-430007 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/05/2010 | LBO | 09-CV-02280 W |

**CASE CAPTION**

Conceptus, Inc vs. Hologic, Inc

**TERMS**

Immediate, sold FOB Merrill facility

Thomas P. Hanrahan
Sidley Austin Brown & Wood
555 West Fifth Street
Los Angeles, CA 90013

| | | | | |
|---|---|---|---|---|
| ORIGINAL + 1 AND WORD INDEX OF THE TRANSCRIPT OF: | | | | |
| SHACEY PETROVIC | 355 Pages @ | 4.10/Page | 1,455.50 |
| EXHIBITS | 332 Pages @ | .70/Page | 232.40 |
| ATTENDANCE | | | 150.00 |
| Reporter Certification | | | 14.00 |
| Production and Code Comp | | | 25.00 |
| Total Transcript I | | | 40.00 |
| Delivery Local - Regular | | | 30.00 |
| Unedited ASCII (RT) | 314.00 Pages @ | 1.50/Page | 471.00 |
| Outside Copy Services | | | 25.00 |

**TOTAL   DUE   >>>>   2,442.90**

AFTER 9/24/2010 PAY      2,565.05

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

***Outside copy services - Exhibits CD/DVD***

* 49211-80020
(72060)

TAX ID NO.: 20-2665382                                    (213) 896-6000    Fax (213) 896-6600

*Please detach bottom portion and return with payment.*

Thomas P. Hanrahan
Sidley Austin Brown & Wood
555 West Fifth Street
Los Angeles, CA 90013

Invoice No.:  20103028
Date       :  08/25/2010
**TOTAL DUE**  :  **2,442.90**
AFTER 9/24/2010 PAY : 2,565.05

Job No.   :  2005-430007
Case No.  :  09-CV-02280 WHA
Conceptus, Inc vs. Hologic, Inc

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

**MERRILL CORPORATION**

LegaLink, Inc.

135 Main Street
4th Floor
San Francisco, CA 94105
Phone. 415.357.4300
Fax: 415.357.4301

7033263                    2114797

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20103178 | 08/31/2010 | 2006-430008 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/05/2010 | LBO | 09-CV-02280 W |

| CASE CAPTION |
|---|
| Conceptus, Inc vs. Hologic, Inc |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Thomas P. Hanrahan
Sidley Austin Brown & Wood
555 West Fifth Street
Los Angeles, CA 90013

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Shacey Petrovic (Vol. 1)
Set-up & First Hour                                             285.00
Additional Deposition Hr      7.50 Hours @      95.00/Hour      712.50
Tape Original DV              4.00 Tapes @      35.00/Tape      140.00

                              TOTAL  DUE  >>>>             1,137.50

                              AFTER 9/30/2010 PAY           1,194.38

No Copies were ordered at deposition. Invoice for services only.



SEP 2 1 2010

TAX ID NO.: 20-2665382                          (213) 896-6000    Fax (213) 896-6600

*Please detach bottom portion and return with payment.*

Thomas P. Hanrahan
Sidley Austin Brown & Wood
555 West Fifth Street
Los Angeles, CA 90013

Invoice No.:  20103178
Date     :  08/31/2010
**TOTAL DUE :  1,137.50**
AFTER 9/30/2010 PAY : 1,194.38

Job No.   :  2006-430008
Case No.  :  09-CV-02280 WHA
*Conceptus, Inc vs. Hologic, Inc*

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**

703326

# LEGALINK, INC.
MERRILL LEGAL SOLUTIONS
147 Main Street, 4th Floor   Phone: (415) 357-4300
San Francisco, CA 94105   Fax: (415) 357-4304

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20104146 | 10/26/2010 | 2005-431331 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/20/2010 | LLA | 09-CV-02280 W |

**CASE CAPTION**

"Conceptus, Inc vs. Hologic, Inc"

**TERMS**

Immediate, sold FOB Merrill facility

Bryan Anderson
Sidley, Austin, Brown & Wood
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE DEPOSITION OF:
   Thomas Ryan                    264 Pages @       6.25/Page    1,650.00
        THREE-DAY EXPEDITE                                       1,320.00
        EXHIBITS                  739 Pages @        .70/Page      517.30
        Reporter Certification                                     14.00
        Production and Code Comp                                   25.00
        Total Transcript I                                        40.00
        Delivery Local - Regular                                  30.00
        Unedited ASCII (RT)       232.00 Pages @    1.15/Page     266.80
        After Hours Rate                                          10.00

                                 TOTAL  DUE  >>>>                3,873.10
```

Do you have audio recordings you need transcribed? Count on Merrill for quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

NOV 0 4 2010

CHICAGO AP

APPROVED

Bryan Anderson 20162

TAX ID NO.: 20-2665382                              (650) 565-7000

*Please detach bottom portion and return with payment.*

Bryan Anderson
Sidley, Austin, Brown & Wood
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304

```
Invoice No.:  20104146
Date        :  10/26/2010
TOTAL DUE   :   3,873.10


Job No.   :  2005-431331
Case No.  :  09-CV-02280 WHA
"Conceptus, Inc vs. Hologic, Inc"
```

Remit To:   LegaLink, Inc.
            File 70206
            Los Angeles, CA 90074-0206

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

703326³   **I N V O I C E**

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20104277 | 11/05/2010 | 2006-431332 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/20/2010 | LLA | 09-CV-2280 W |

| CASE CAPTION |
|---|
| "Conceptus, Inc vs. Hologic, Inc" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Bryan Anderson
Sidley, Austin, Brown & Wood
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Thomas Ryan (Vol. 1)

| | | | |
|---|---|---|---|
| Set-up & First Hour | | | 275.00 |
| Additional Deposition Hr | 8.25 Hours @ | 85.00/Hour | 701.25 |
| Tape Original DV | 4.00 Tapes @ | 35.00/Tape | 140.00 |
| Video on CD w/ synch | 8.00 Hours @ | 95.00/Hour | 760.00 |
| Shipping & Handling | | | 15.00 |

**TOTAL DUE >>>>   1,891.25**

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

NOV 1 8 2010

APPROVED
*Bryan ANDERSON*
49211-80020

TAX ID NO.: 20-2665382                      (650) 565-7000

*Please detach bottom portion and return with payment.*

Bryan Anderson
Sidley, Austin, Brown & Wood
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304

Invoice No.:  20104277
Date      :  11/05/2010
**TOTAL DUE :   1,891.25**

Job No.   :  2006-431332
Case No.  :  09-CV-02280 WHA
"Conceptus, Inc vs. Hologic, Inc"

Remit To:  **LegaLink, Inc.**
           **File 70206**
           **Los Angeles, CA 90074-0206**

70332616

213/087

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 327622 | 10/29/2010 | 06-186484 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/18/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| "Conceptus, Inc. -v- Hologic, Inc." |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Videography Services for the Depo of:
  Neil Sheehan
  CD/DVD                                          525.00

                          TOTAL   DUE   >>>>        525.00    ✓

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

For your convenience LegaLink, Inc. now accepts Visa/Mastercard.
Please call our Credit Card hotline 1-866-550-1934 to make your payment.

Deposition held in East Palo Alto, CA

NOV 1 3 2010

**RECEIVED**

NOV 1 7 2010

**SIDLEY – SF**

x _M Patricia Thayer_
OK to pay. M. Patricia Thayer (EIN 51759)
Matter: 49211-80020 Conceptus/Hologic

TAX ID NO.: 20-2665382                        (415) 772-1200   Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Invoice No.:  327622
Date       :  10/29/2010
**TOTAL DUE** :     **525.00**

Job No.   :  06-186484
Case No.  :  09-CV-02280 WHA
"Conceptus, Inc. -v- Hologic, Inc."

*Remit To:*   **LegaLink, Inc.**
          **P.O. Box 630484**
          **Baltimore, MD 21263**

2131094

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 327617 | 11/03/2010 | 24-186483 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/18/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| "Conceptus, Inc. -v- Hologic, Inc." |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

1 CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:      NOV 18 2010
  Neil Sheehan                           315 Pages                    787.50
          Scanning Exhibits                   485.00 Pages                  194.00
          Shipping & Handling                                              28.00

                                      **TOTAL DUE  >>>>**          **1,009.50**      ✓

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

For your convenience LegaLink, Inc. now accepts Visa/Mastercard.
Please call our Credit Card hotline 1-866-550-1934 to make your payment.

Deposition held in East Palo Alto, CA

**RECEIVED**

NOV 17 2010

**SIDLEY – SF**

X _____
OK to pay. M. Patricia Thayer (EIN 51759)
Matter: 49211-80020 Conceptus/Hologic

TAX ID NO. : 20-2665382                          (415) 772-1200    Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Invoice No.:  327617
Date       :  11/03/2010
**TOTAL DUE  :   1,009.50**

Job No.   :  24-186483
Case No.  :  09-CV-02280 WHA
"Conceptus, Inc. -v- Hologic, Inc."

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

703326-14

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 322539 | 08/24/2010 | 24-182412 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/12/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| Conceptus, Inc. -v- Hologic, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

1 CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
  Mark Sieczarek                          304 Pages                        760.00
        Scanning Exhibits          612.00 Pages                        244.80
        Shipping & Handling                                                       30.00

                                                  TOTAL   DUE   >>>>        1,034.80 ✓

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business

Deposition held in East Palo Alto, CA

**RECEIVED**

OCT 1 8 2010

**SIDLEY – SF**

Received

OCT 19 ''

Chicago AP

x _M Patricia Thayer_
_Patty Thayer_ (51759)
49211 - 80020

TAX ID NO. : 20-2665382                              (415) 772-1200     Fax  (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Invoice No.:  322539
Date          :  08/24/2010
**TOTAL DUE**   :    **1,034.80**

Job No.    :  24-182412
Case No.  :  09-CV-02280 WHA
Conceptus, Inc. -v- Hologic, Inc.

Remit To:     **LegaLink, Inc.**
                    **P.O. Box 630484**
                    **Baltimore, MD 21263**

703326-16

2/31/11

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 323239 | 08/30/2010 | 06-182413 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/12/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| Conceptus, Inc. -v- Hologic, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

NOV  8 2010

Videography Services for the Depo of:
  Mark Sieczarek
     CD/DVD                                                      431.25

                              **TOTAL  DUE  >>>>**        **431.25**  ✓

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

**RECEIVED**

NOV 1 7 2010

**SIDLEY - SF**

x _M Patricia Thayer_
   Patty Thayer (51759)
   49211-80020

**TAX ID NO.:**  20-2665382                    (415) 772-1200   Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Invoice No.:  323239
Date      :  08/30/2010
**TOTAL DUE**  :     431.25


Job No.   :  06-182413
Case No.  :  09-CV-02280 WHA
Conceptus, Inc. -v- Hologic, Inc.

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 323332 | 08/31/2010 | 24-184431 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/17/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| Conceptus, Inc. -v- Hologic, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

*Received*
*OCT 19 2010*
*Chicago AP*

```
1 CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
   Dai Ton                           378 Pages              945.00
         Rough Draft             339.00 Pages              423.75
         Scanning Exhibits       505.00 Pages              202.00
         Shipping & Handling                                28.00

                               TOTAL DUE  >>>>           1,598.75
```

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

Deposition held in East Palo Alto, CA

**RECEIVED**

OCT 1 8 2010

**SIDLEY – SF**

X *M Patricia Thayer*
  *Patty Thayer (S1959)*
  49211- 80020

TAX ID NO. : 20-2665382                           (415) 772-1200    Fax (415) 772-7400

*Please detach bottom portion and return with payment*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

```
Invoice No.:  323332
Date       :  08/31/2010
TOTAL DUE  :  1,598.75


Job No.   :  24-184431
Case No.  :  09-CV-02280 WHA
Conceptus, Inc. -v- Hologic, Inc.
```

Remit To:     **LegaLink, Inc.**
              **P.O. Box 630484**
              **Baltimore, MD 21263**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20108459 | 05/25/2011 | 2008-423865 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/21/2009 | REESKE | 09-CV-02280 W |

| CASE CAPTION |
|---|
| "Conceptus, Inc vs. Hologic, Inc" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable
Sidley, Austin, Brown & Wood, LLP
One South Dearborn
Chicago, IL 60603

```
SYNCHRONIZATION SERVICES:
   Todd Sloan (Vol. 1)
         Video on DVD w/synch          2.00 Hours @      95.00/Hour        190.00
                                                                           _____
                                        TOTAL   DUE   >>>>                   190.00

CLAIM#: Client Matter #: 49211-80020
LOCATION OF DEPO: East Palo Alto, CA
ORDERED BY: Robert Lawson
            Sidley, Austin, Brown & Wood
            555 California Street
            Suite 2000
            San Francisco, CA 94104
```

TAX ID NO.: 20-2665382                              (312) 853-7000   Fax (312) 853-7036

*Please detach bottom portion and return with payment.*

Accounts Payable
Sidley, Austin, Brown & Wood, LLP
One South Dearborn
Chicago, IL 60603

```
Invoice No.:   20108459
Date       :   05/25/2011
TOTAL DUE  :      190.00


Job No.    :   2008-423865
Case No.   :   09-CV-02280 WHA
"Conceptus, Inc vs. Hologic, Inc"
```

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

703326-16   2/31/00

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 323231 | 08/30/2010 | 06-184432 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/17/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| Conceptus, Inc. -v- Hologic, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

NOV 0 2?

Videography Services for the Depo of:
    Dai Ton
    CD/DVD                                                    525.00

                              **TOTAL   DUE   >>>>**        **525.00**  ✓

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

**RECEIVED**

NOV 1 7 2010

**SIDLEY – SF**

x _M Patricia Thayer_
Patty Thayer ( 51789 )
49211 – 80020

**TAX ID NO. :** 20-2665382                          (415) 772-1200   Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

        Invoice No.:  323231
        Date     :  08/30/2010
        **TOTAL DUE**  :     525.00


        Job No.   :  06-184432
        Case No.  :  09-CV-02280 WHA
        Conceptus, Inc. -v- Hologic, Inc.

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

Merrill LAD
21 Church Street
Suite 150
Rockville, MD 20850
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 350784 | 09/13/2010 | 24-185026 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/30/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| "Conceptus, Inc. -v- Hologic, Inc." |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

```
 1 CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    30(b)(6) Conceptus - Kathryn Tunstall      276 Pages              690.00
             Scanning Exhibits               207.00 Pages              82.80
                                                                  _____
                                  TOTAL   DUE   >>>>                  772.80
```

This is the Rebilled Invoice. The Original Invoice: 323908

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

For your convenience LegaLink, Inc. now accepts Visa/Mastercard.
Please call our Credit Card hotline 1-866-550-1934 to make your payment.

Deposition held in San Francisco, CA

TAX ID NO.: 20-2665382                          (415) 772-1200    Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

```
Invoice No.:  350784
Date      :  09/13/2010
TOTAL DUE  :     772.80


Job No.   :  24-185026
Case No.  :  09-CV-02280 WHA
"Conceptus, Inc. -v- Hologic, Inc."
```

Remit To:   **LegaLink, Inc.**
            **16824 Collections Center Drive**
            **Chicago, IL 60693**

703332616

213/096

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 324207 | 09/13/2010 | 06-185027 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/30/2010 | LEGASF | 09-CV-02280 |

| CASE CAPTION |
|---|
| Conceptus, Inc. -v- Hologic, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

NOV 18 2010

Videography Services for the Depo of:
Kathryn Tunstall
CD/DVD                                                                  225.00

                                        TOTAL   DUE   >>>>          225.00

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

Deposition held in San Francisco, CA

**RECEIVED**

NOV 17 2010

**SIDLEY – SF**

X *M Patricia Thayer*
*Patty Thayer (SPA59)*
49211- 80020

TAX ID NO.: 20-2665382                    (415) 772-1200    Fax (415) 772-7400

*Please detach bottom portion and return with payment*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Invoice No.: 324207
Date      : 09/13/2010
**TOTAL DUE** :     225.00

Job No.   : 06-185027
Case No.  : 09-CV-02280 WHA
Conceptus, Inc. -v- Hologic, Inc.

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

Merrill LAD
21 Church Street
Suite 150
Rockville, MD 20850
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 328304 | 11/08/2010 | 06-186277 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/29/2010 | GRAMRO | 09-CV-02280 |
| **CASE CAPTION** | | |
| "Conceptus, Inc. -v- Hologic, Inc." | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

```
Videography Services for the Depo of:
    John Webster
        CD/DVD                                          483.75
        Shipping & Handling                              25.00
                                                    _____
                        TOTAL   DUE   >>>>             508.75


For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

For your convenience LegaLink, Inc. now accepts Visa/Mastercard.
Please call our Credit Card hotline 1-866-550-1934 to make your payment.
```

TAX ID NO. :  20-2665382                           (415) 772-1200    Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

```
Invoice No.:  328304
Date      :  11/08/2010
TOTAL  DUE :    508.75


Job No.   :  06-186277
Case No.  :  09-CV-02280 WHA
"Conceptus, Inc. -v- Hologic, Inc."
```

Remit To:   **LegaLink, Inc.**
            **16824 Collections Center Drive**
            **Chicago, IL 60693**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

*703326-16*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 325710 | 10/26/2010 | 24-186276 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/29/2010 | GRAMRO | 09-CV-02280 |

| CASE CAPTION |
|---|
| "Conceptus, Inc. -v- Hologic, Inc." |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

EXPEDITED CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    John G. Webster, Ph.D.              247 Pages                1,049.75
    Rough Draft                         217.00 Pages               325.50
    Scanning Exhibits                   536.00 Pages               214.40

                                 TOTAL   DUE   >>>>              1,589.65

For billing questions, please call 800-735-6005
Thank you for choosing Merrill Corp. We appreciate your business.

For your convenience LegaLink, Inc. now accepts Visa/Mastercard.
Please call our Credit Card hotline 1-866-550-1934 to make your payment.

Deposition held in Madison, WI

**RECEIVED**

NOV 1 7 2010

**SIDLEY – SF**

X _M Patricia Thayer_
OK to pay. M. Patricia Thayer (EIN 51759)
Matter: 49211-80020 Conceptus/Hologic

TAX ID NO.: 20-2665382                           (415) 772-1200   Fax (415) 772-7400

*Please detach bottom portion and return with payment.*

M. Patricia Thayer, Esquire
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Invoice No.:   325710
Date       :   10/26/2010
**TOTAL DUE :   1,589.65**

Job No.   :   24-186276
Case No.  :   09-CV-02280 WHA
"Conceptus, Inc. -v- Hologic, Inc."

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

# MERRILL CORPORATION
**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20108462 | 05/25/2011 | 2006-430345 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/24/2010 | LBO | 09-CV-02280 W |

| CASE CAPTION |
|---|
| "Conceptus, Inc vs. Hologic, Inc" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Accounts Payable
Sidley, Austin, Brown & Wood, LLP
One South Dearborn
Chicago, IL 60603

```
SYNCHRONIZATION SERVICES:
    Steven Williamson (Vol. 1)
    Video on DVD w/synch            5.00 Hours @    95.00/Hour        475.00

                                    TOTAL  DUE   >>>>                 475.00

CLAIM#: Client Matter #: 49211-80020
LOCATION OF DEPO: Boston, MA
ORDERED BY: Robert Lawson
            Sidley, Austin, Brown & Wood
            555 California Street
            Suite 2000
            San Francisco, CA 94104
```

TAX ID NO. : 20-2665382                                    (312) 853-7000   Fax (312) 853-7036

*Please detach bottom portion and return with payment.*

Accounts Payable
Sidley, Austin, Brown & Wood, LLP
One South Dearborn
Chicago, IL 60603

```
Invoice No.:   20108462
Date       :   05/25/2011
TOTAL DUE  :       475.00


Job No.   :   2006-430345
Case No.  :   09-CV-02280 WHA
"Conceptus, Inc vs. Hologic, Inc"
```

Remit To:   **LegaLink, Inc.**
**File 70206**
**Los Angeles, CA 90074-0206**

LegaLink San Francisco
135 Main, 4th Floor
San Francisco, CA 94105
(800) 869-9132 Fax (415) 357-4301

2 021820

703326-3

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20103240 | 09/16/2010 | 2006-430345 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/24/2010 | LBO | 09-CV-02280 WHA |

| CASE CAPTION |
|---|
| Conceptus, Inc vs. Hologic, Inc |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Bryan Anderson ~ 20162
Sidley, Austin, Brown & Wood      (P)
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Steven Williamson (Vol. 1)

| | | | |
|---|---|---|---:|
| Set-up & First Hour | | | 285.00 |
| Additional Deposition Hr | 5.50 Hours @ | 95.00/Hour | 522.50 |
| Tape Original DV | 3.00 Tapes @ | 35.00/Tape | 105.00 |
| Video on CD w/ synch | 5.00 Hours @ | 95.00/Hour | 475.00 |
| Shipping & Handling | | | 15.00 |
| | | **TOTAL DUE  >>>>** | **1402.50** |

LOCATION OF DEPO: Boston, MA    AFF INV#: 12041722
Do you have audio recordings you need transcribed? Count on Merrill for high-quality
audio recording transcription services by litigation support experts. Contact your
local Merrill office today or email audiotran@merrillcorp.com to submit your work
request or for more information.

49211-80020

OCT 1 9 2010

See attached
for approval

TAX ID NO. :   20-2665382                    (650) 565-7000

*Please detach bottom portion and return with payment.*

Bryan Anderson
Sidley, Austin, Brown & Wood
1801 Page Mill Road, Suite 110
Palo Alto, CA  94304

Invoice No.: 20103240
Date      : 09/16/2010
**TOTAL DUE : 1402.50**

Job No.  : 2006-430345
Case No. : 09-CV-02280 WHA
Conceptus, Inc vs. Hologic, Inc

Remit To:    LegaLink, Inc.
             File 70206
             Los Angeles, CA  90074-0206

# STATEMENT

**LEGALINK**
**A MERRILL COMMUNICATIONS COMPANY** 

REMIT TO: LegaLink, Inc.
File 70206
Los Angeles, CA 90074-0206

Merrill Communications
One Merrill Circle
St Paul, MN 55108

BRYAN ANDERSON
SIDLEY, AUSTIN, BROWN & WOOD
1801 PAGE MILL ROAD, SUITE 110
PALO ALTO   CA   94304

]03326        Tuesday, September 28 2010

| Invoice Number | Invoice Date | Caption | Deponent | Job Date | Balance Due | Days Aged |
|---|---|---|---|---|---|---|
| 20103240 | 09/16/10 | Conceptus, Inc vs. Hologic, Inc | Steven Williamson (Vol. 1) | 08/24/10 | 1,402.50 | 13 |
| | | | | Total : | 1,402.50 | |

Tax ID No :     20-2665382

Listed above are the invoices open on your account.
In order to provide the finest service to you, please review the invoices listed.  Should you require INVOICE COPIES and/or
PAYMENT VERIFICATION, please email your request to: LLinvcopysfo@merrillcorp.com

Remit to:      LegaLink, Inc.
File 70206
Los Angeles, CA 90074-0206

If you require additional information please contact:

Theo Gove
LegaLink– A Merrill Company
Corporate Collections Administrator
Direct (651) 632-4860
email: theo.gove@merrillcorp.com

APPROVED:

Bryan K. Anderson    20162

49211-80020    (P)

Received

OCT 18 2010

Chicago AP

1 of 1

103326 - 3

211350R

## MERRILL CORPORATION
**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone, 415 357 4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20103127 | 08/31/2010 | 2005-430344 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/24/2010 | LBO | 09-CV-02280 W |

**CASE CAPTION**

Conceptus, Inc vs. Hologic, Inc

**TERMS**

Immediate, sold FOB Merrill facility

Bryan Anderson
**Sidley, Austin, Brown & Wood**
**1801 Page Mill Road, Suite 110**
**Palo Alto, CA 94304**

```
EXPEDITED ORIGINAL AND WORD INDEX OF THE DEPOSITION OF:
Steven Williamson                181 Pages @      4.10/Page        742.10
        THREE-DAY EXPEDITE                                         593.68
        EXHIBITS                 306 Pages @       .70/Page        214.20
        ATTENDANCE                                                 150.00
        Reporter Certification                                      14.00
        Production and Code Comp                                    25.00
        Total Transcript I                                         40.00
        Delivery Local - Regular                                    30.00
        Unedited ASCII (RT)      159.00 Pages @   1.50/Page        238.50
        Color Copies             95.00 Pages @    1.50/Page        142.50

                                 TOTAL   DUE   >>>>                2,189.98
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

APPROVED

_Bryan R. anderson_

STP 1 5 1 1

TAX ID NO.: 20-2665382                                          (650) 565-7000

*Please detach bottom portion and return with payment.*

Bryan Anderson
Sidley, Austin, Brown & Wood
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304

```
Invoice No. :  20103127
Date        :  08/31/2010
TOTAL DUE   :    2,189.98


Job No.  :  2005-430344
Case No. :  09-CV-02280 WHA
Conceptus, Inc vs. Hologic, Inc
```

Remit To:   **LegaLink, Inc.**
**File 70206**
**Los Angeles, CA 90074-0206**