# EXHIBIT E

**SIDLEY AUSTIN LLP**
M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:     415-772-1200
Facsimile:      415-772-7400

BRYAN K. ANDERSON (SBN 170666)
bkanderson@sidley.com
AARON R. BLEHARSKI (SBN 240703)
ableharski@sidley.com
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone:     650-565-7000
Facsimile:      650-565-7100

NITIN REDDY (SBN 229451)
nreddy@sidley.com
TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone:     213-896-6000
Facsimile:      213-896-6600

*Attorneys for Plaintiff*
*Conceptus, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCEPTUS, INC., | Civil Action No. 09-CV-02280-WHA |
| Plaintiff, | **DECLARATION OF DONALD G. BILLINGS IN SUPPORT OF PLAINTIFF CONCEPTUS' BILL OF COSTS** |
| v. | **"BILLINGS DECLARATION"** |
| HOLOGIC, INC., | |
| Defendant. | Trial Date:      October 3, 2011 |
| | Time:            7:30 am |
| | Courtroom:   8, 19th Floor |
| | Judge:           Hon. William H. Alsup |

1   DONALD G. BILLINGS declares:

2       1.      I am a the West Coast Manager of Litigation & Practice Support with Sidley Austin

3   LLP, counsel for plaintiff Conceptus, Inc. ("Conceptus") in this action.  I have personal knowledge

4   of the facts stated in this declaration and, if called as a witness, I could and would testify

5   competently to these facts under oath.

6       2.      I have reviewed the items claimed in Conceptus' Bill of Costs with respect to Civil

7   L.R. 54-3(d)(2) for "Reproduction and Exemplification."  I hereby verify that they are correct to the

8   best of my knowledge, that they have been necessarily incurred in this action, and that the services

9   for which fees have been charged were actually and necessarily performed.

10      3.      With respect to Civil L.R. 54-3(d)(2) "Reproduction and Exemplification,"

11  Conceptus' Bill of Costs reports this figure totaled $30,335.50.  This amount corresponds to

12  processing and production costs of documents in electronic format, and is calculated at an hourly

13  rate.  The total figure represents Conceptus' costs at a blended hourly rate of approximately $196.73

14  multiplied by 154.2 hours.  Alternatively, had Conceptus processed and produced documents in

15  hard-copy format, the total document production costs would have amounted to $54,694.80,

16  representing a copy rate of $0.12 per page, multiplied by 227,895 pages, and multiplied by two (2)

17  so that each the plaintiff and defendant would have a copy set.

18

19      I declare under penalty of perjury under the laws of the United States of America that the

20  foregoing is true and correct.  Executed on November 1, 2011.

21

22                                  _/s/ Donald G. Billings___
                                     Donald G. Billings
23

24

25

26

27

28

-1-

1

## SIGNATURE ATTESTATION

2       Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this

3  document has been obtained from each of the other signatories shown above.

4

5

6                                            _____
                                                  /s/ Aaron R. Bleharski
                                                  Aaron R. Bleharski

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT F



Remit to:
P.O. Box 415018
Kansas City, MO 64141-0518
877-876-7706

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/26/2011 | B31235 |

Tax ID - 27-2325900

*Orange County ~ Chicago ~ Los Angeles ~ New York ~ Austin ~ Kansas City*
*San Jose ~ Mountain View ~ San Francisco ~ Century City*

| Bill To | Ship To |
|---------|---------|
| Sidley Austin LLP<br>555 California Street<br>San Francisco, CA 94104 | Sidley Austin LLP<br>555 California Street<br>San Francisco, CA 94104 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|------|-------|----------|-----|-------------------|----------------|----------------|
| SF 002840 | Net 30 | 10/26/2011 | BB SF | Conceptus | 49211.80020 | Robert Lawson |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 42,610.5 | Blowback Printing - w/ Assembly | 0.12 | 5,113.26T |
| 820 | Index Tabs | 0.25 | 205.00T |
| 1,329 | Blowback Printing - Color (8.5x11) | 0.75 | 996.75T |
| 410 | File Folders (Letter) w/ Custom Labels | 1.50 | 615.00T |
| 27 | 3" - White View D-Ring Binder | 10.00 | 270.00T |
| 1 | External Hard Drive w/ Exhibits | 100.00 | 100.00T |
| | | | |
| | Conceptus v Hologic | | |
| | Trial Exhibits printed x 1 & 1/2 of Court Set | | |

| | |
|---|---|
| | **Subtotal** $7,300.01 |
| **Signature:** | **Sales Tax (8.5%)** $620.50 |
| TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received. | **Invoice Total** $7,920.51 |
| | **Payments/Credits** $0.00 |
| | **Balance Due** $7,920.51 |

# EXHIBIT G



**INVOICE**

**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX  75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone:  800-334-5403
Fax:         305-576-0188

**Invoice #: ISF200652**
**Client #:**   S0318-08
**Date:**       09/24/2011
**Due Date:** Due Upon Receipt
**Page:**       1 of 1

Mr. Donald Billings
Sidley Austin, LLP
555 California Street
Suite 2000
San Francisco, CA  94104-1715

**Ship To/Remarks:**

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| Conceptus, Inc. v. Hologic, Inc. | S1206 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| Digital Video Editing | 2.00 | $185.00 | $370.00 |
| Graphic Development | 230.50 | $175.00 | $40,337.50 |

|  |  |
|---|---|
| **Subtotal** | $40,707.50 |
| **Tax** | $3,460.13 |
| **Total** | $44,167.63 |

Services rendered after 09/24/2011 will appear on your next month's invoice.

Sidley Austin, LLP
*Case: Conceptus, Inc. v. Hologic, Inc.*
Time Detail for Invoice #ISF200652

| Description | Computer Design Time |
|---|---|
| (20) Dr. Glasser Expert Presentation | 99.50 |
| (1) Illustration - Female Reproductive System | 4.75 |
| (10) Patent Section | 2.00 |
| (1) Insets | 2.75 |
| (1) Glasser Inserts | 6.75 |
| (1) Tubes Tying Illustration | 2.25 |
| (1) Insets | 3.25 |
| (1) Insets | 8.50 |
| (1) MIL Presentation | 7.25 |
| (1) Opening | 14.50 |
| (1) Glasser Slides for Daubert | 4.75 |
| (30) Jury Instruction Comparisons | 3.50 |
| (2) 36x48 Time Line | 3.75 |
| (1) Color Chart - Electronic File to Client | 3.75 |
| (1) Color Chart - Electronic File to Client | 4.75 |
| (1) Color Chart - Electronic File to Client | 2.25 |
| (1) Color Chart - Electronic File to Client | 1.75 |
| (1) Color Chart - Electronic File to Client | 3.00 |
| (1) Color Chart - Electronic File to Client | 2.50 |
| (1) Color Chart - Electronic File to Client | 1.50 |
| (100) Webster Direct | 7.25 |
| (100) Sheenan Direct | 4.75 |
| **Total Hours** | **195.00** |

**Computer Design**
Computer design time charges pertain to the creation of custom graphics. TrialGraphix artists create demonstratives using sophisticated graphic design software. Each graphic is specifically tailored to the case for which it is created. The range of time required to create a demonstrative varies based on its complexity and content.

| Activity Date | Employee Name | Activity Description | Time |
|---|---|---|---|
| 8/26/2011 | Dan Kupsco | Document Review | 3.25 |
| 8/30/2011 | Dan Kupsco | Art Direction | 0.50 |
| 8/30/2011 | Julieta Ruiz | Art Direction/Editing | 1.00 |
| 8/31/2011 | Julieta Ruiz | Art Direction/Editing | 1.50 |
| 9/2/2011 | Will Sangster | Exhibit Management | 0.50 |
| 9/2/2011 | Dan Kupsco | Document Review | 1.00 |
| 9/2/2011 | Julieta Ruiz | Art Direction/Editing | 1.50 |
| 9/8/2011 | Julieta Ruiz | Art Direction/Editing | 2.50 |
| 9/12/2011 | Julieta Ruiz | Art Direction/Editing | 0.75 |
| 9/13/2011 | Julieta Ruiz | Art Direction/Editing | 3.00 |
| 9/14/2011 | Julieta Ruiz | Art Direction/Editing | 1.25 |
| 9/15/2011 | Julieta Ruiz | Art Direction/Editing | 1.25 |
| 9/19/2011 | Julieta Ruiz | Art Direction/Editing | 2.25 |
| 9/20/2011 | Julieta Ruiz | Art Direction/Editing | 1.50 |
| 9/20/2011 | Misha Wolfe | Art Direction | 3.00 |
| 9/21/2011 | Julieta Ruiz | Art Direction/Editing | 0.75 |
| 9/21/2011 | Chris Gibbs | Exhibit Management | 1.00 |
| 9/22/2011 | Chris Gibbs | Exhibit Management | 1.50 |
| 9/22/2011 | Julieta Ruiz | Art Direction/Editing | 3.50 |
| 9/23/2011 | Misha Wolfe | Art Direction | 4.00 |
| | | **Total Hours** | **35.50** |

**Art Director**
The Art Director manages projects from conception to completion; the role of the Art Director is to ensure the quality and consistency of client work.
Time related to the Art Director pertains to conceptualizing and organizing case information, reviewing and analyzing exhibits with the creative team, consulting with the client regarding revisions to work in progress, and discussing new work that may result during the course of the project.

| | |
|---|---|
| **Total Graphic Development Time** | **230.50** |

**Digital Video Editing:**                                                                 **2.0 hours**
17-27 - Starting with "First a...." through "...each fallopian tube"
27-36 - Starting with "A tiny..." through "...applied"
36-45 - Starting with "Over the next three..." through "...fallopian tubes"
45-55 - Starting with "It takes three months..." through "...another form of birth control"

12-27 - Starting "During this gentle..." through "... cervix (and couple seconds of blank space)
34-43 - Starting "Over the next..." through "...Eggs"
12-20 - Starting "During this gentle..." through "...Fallopian tubes"
20-27 - Starting "No incision..." through "...cervix (and couple seconds of blank space)"

Need two separate WMV files for each section

2:36 - 3:07
5:51 - 6:05



**INVOICE**

**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX  75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone:  800-334-5403
Fax:          305-576-0188

**Invoice #: ISF200689**
**Client #:**  S0318-08
**Date:**       10/31/2011
**Due Date:** Due Upon Receipt
**Page:**       1 of 1

Mr. Donald Billings
Sidley Austin, LLP
555 California Street
Suite 2000
San Francisco, CA  94104-1715

**Ship To/Remarks:**

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| Conceptus, Inc. v. Hologic, Inc. | S1206 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| 36x48 Color Large Format Board ½" Mounted & Laminated | 2.00 | $200.00 | $400.00 |
| 36x48 B&W Large Format Board ½" Mounted & Laminated | 1.00 | $85.00 | $85.00 |
| Easel | 1.00 | $70.00 | $70.00 |
| Markers & Eraser | 1.00 | $10.00 | $10.00 |
| Graphic Development | 194.00 | $175.00 | $33,950.00 |
| Pickup/Delivery - Local | 3.00 | $20.00 | $60.00 |

| | |
|---|---|
| **Subtotal** | $34,575.00 |
| **Tax** | $2,938.88 |
| **Total** | $37,513.88 |

Services rendered after 10/31/2011 will appear on your next month's invoice.

**Sidley Austin, LLP**
*Case: Conceptus, Inc. v. Hologic, Inc.*
**Graphics Detail for Invoice #ISF200689**

| Description | Computer Design Time |
|---|---|
| (20) Dr. Glasser Expert Presentation | 11.25 |
| (1) Opening | 34.25 |
| (30) Glasser rebuttal | 6.00 |
| (2) 36x48 Time Line | 17.75 |
| (100) Webster Direct | 14.50 |
| (100) Sheenan Direct | 26.25 |
| (100) Step Plus Presentation | 5.00 |
| (1) 40x60 Time Line | 2.50 |
| (20) Closing | 36.25 |
| (3) Claim Additions | 2.00 |
| (3) Relative Size | 6.75 |
| (3) Claim Additions | 1.00 |
| **Total Hours** | 163.50 |

**Computer Design**
Computer design time charges pertain to the creation of custom graphics.  TrialGraphix
artists create demonstratives using sophisticated graphic design software.  Each
graphic is specifically tailored to the case for which it is created. The range of time required to
create a demonstrative varies based on its complexity and content.

| Activity Date | Employee Name | Activity Description | Time |
|---|---|---|---|
| 9/26/2011 | Julieta Ruiz | Art Direction/Editing | 4.00 |
| 9/29/2011 | Julieta Ruiz | Art Direction/Editing | 2.00 |
| 10/1/2011 | Elizabeth Noble | Art Direction (AH/Weekend) | 2.25 |
| 10/1/2011 | Bruce Clough | Art Direction (AH/Weekend) | 2.50 |
| 10/2/2011 | Bruce Clough | Art Direction (AH/Weekend) | 2.50 |
| 10/2/2011 | Elizabeth Noble | Art Direction (AH/Weekend) | 8.50 |
| 10/3/2011 | Julieta Ruiz | Art Direction/Editing | 0.75 |
| 10/3/2011 | Dan Kupsco | Art Direction | 1.00 |
| 10/8/2011 | Elizabeth Noble | Art Direction (AH/Weekend) | 1.00 |
| 10/8/2011 | Bruce Clough | Art Direction (AH/Weekend) | 1.00 |
| 10/9/2011 | Elizabeth Noble | Art Direction (AH/Weekend) | 0.75 |
| 10/9/2011 | Bruce Clough | Art Direction (AH/Weekend) | 1.25 |
| 10/10/2011 | Julieta Ruiz | Art Direction/Editing | 1.75 |
| 10/12/2011 | Julieta Ruiz | Art Direction/Editing | 0.50 |
| 10/13/2011 | Julieta Ruiz | Art Direction/Editing | 0.75 |
| | | **Total Hours** | 30.50 |

**Art Director**
The Art Director manages projects from conception to completion; the role of the Art Director is to ensure
the quality and consistency of client work.
Time related to the Art Director pertains to conceptualizing and organizing case information, reviewing and
analyzing exhibits with the creative team, consulting with the client regarding revisions to work in progress,
and discussing new work that may result during the course of the project.

| | |
|---|---|
| **Total Graphic Development Time** | 194.00 |

# Exhibit H

Per Diem, Subsistence and Mileage Payments for Witnesses
(Civil L.R. 54-3(e) "Witness Expenses")

  

**Marriott.**
HOTELS & RESORTS

**RENAISSANCE.**
HOTELS & RESORTS

October 18, 2011

CAROLE GEBBIA
SIDLEY AUSTIN LLP
1 S DEARBORN ST
CHICAGO, IL 60603

Dear CAROLE GEBBIA :

The management and staff of The Stanford Court Renaissance San Francisco Hotel wish to thank you for your business. Enclosed you will find a summary and detailed billing of charges for your event.

Should you have any questions regarding your event, my contact information is listed below.

We look forward to serving you again in the future.

Sincerely,

Customer Billing Specialist
(866)435-7627
mbs.customer.svc@marriott.com

Enclosures

 

**SIDLEY AUSTIN TRIAL 2 SF**
**The Stanford Court Renaissance San Francisco Hotel**

| | | | | |
|---|---|---|---|---|
| INVOICE NUMBER: ****DRAFT**** | $ | 41,213.15 | USD | |
| INVOICE TOTAL | | $ | 41,213.15 | USD |

Customer Service: (866)435-7627

The summary of charges is as follows:

**Charges:**

| | | | | |
|---|---|---|---|---|
| Room and Tax: | $ | 41,213.15 | | |
| Subtotal Charges: | | $ | 41,213.15 | |
| **Total Amount Due:** | | $ | 41,213.15 | USD |

Upon receipt of this invoice, kindly remit payment to:

Marriott Business Services
P.O. Box 402642
Atlanta, GA, 30384-2642

Please reference the above invoice number on your remittance.

10/18/11

# The Stanford Court Renaissance San Francisco Hotel
## GROUP MASTER SUMMARY OF GUEST CHARGES

SIDLEY AUSTIN LLP
SIDLEY AUSTIN TRIAL 2 SF
Event Dates 09/26/11 to 10/14/11
Invoice Number ***DRAFT***

| GUEST NAME | ROOM/ACCNT # | DATE | ROOM | TAX | TELEPHONE | RESTAURANT/LOUNGE | CATERING | RECREATION | GIFT SHOP | PARKING | MISC OTHER | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SIDLEY AUSTIN T | 21576 | 10/04/11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 0.00 |
| | | SUBTOTAL BY GUEST | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 0.00 |
| ANDERSON/BRYAN | 602 | 10/02/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| ANDERSON/BRYAN | 602 | 10/03/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 426.25 |
| ANDERSON/BRYAN | 602 | 10/04/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 426.25 |
| ANDERSON/BRYAN | 602 | 10/05/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 426.25 |
| ANDERSON/BRYAN | 602 | 10/06/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| ANDERSON/BRYAN | 602 | 10/07/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| ANDERSON/BRYAN | 602 | 10/08/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| ANDERSON/BRYAN | 602 | 10/09/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| ANDERSON/BRYAN | 602 | 10/10/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| ANDERSON/BRYAN | 602 | 10/11/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| ANDERSON/BRYAN | 602 | 10/12/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| ANDERSON/BRYAN | 602 | 10/13/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| | | SUBTOTAL BY GUEST | 3,798.00 | 589.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 4,387.35 |
| BROOKS/JULIE | 858 | 10/02/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| BROOKS/JULIE | 858 | 10/03/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 426.25 |
| BROOKS/JULIE | 858 | 10/04/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 426.25 |
| BROOKS/JULIE | 858 | 10/05/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 426.25 |
| BROOKS/JULIE | 858 | 10/06/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| BROOKS/JULIE | 858 | 10/07/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| BROOKS/JULIE | 858 | 10/08/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| BROOKS/JULIE | 858 | 10/09/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| BROOKS/JULIE | 858 | 10/10/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| BROOKS/JULIE | 858 | 10/11/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| BROOKS/JULIE | 858 | 10/12/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| BROOKS/JULIE | 858 | 10/13/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |

## The Stanford Court Renaissance San Francisco Hotel
## GROUP MASTER SUMMARY OF GUEST CHARGES

SIDLEY AUSTIN LLP
SIDLEY AUSTIN TRIAL 2 SF
Event Dates 09/26/11 to 10/14/11
Invoice Number ****DRAFT****

| GUEST NAME | ROOM ACCNT # | DATE | ROOM | TAX | TELEPHONE | RESTAURANT/ LOUNGE | CATERING | RECREATION | GIFT SHOP | PARKING | MISC OTHER | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SUBTOTAL BY GUEST | 3,798.00 | 589.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 4,387.35 |
| COTE/ERIC | 0 | 10/02/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| | | SUBTOTAL BY GUEST | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| COTE/ERIC | 137 | 10/05/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.25 |
| | | SUBTOTAL BY GUEST | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 426.25 |
| COTE/ERIC | 153 | 10/03/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| COTE/ERIC | 153 | 10/04/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.25 |
| | | SUBTOTAL BY GUEST | 668.00 | 103.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 771.65 |
| ELSTEN/CATE/GNS | 0 | 10/04/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| | | SUBTOTAL BY GUEST | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| KIM/CASSIDY | 609 | 10/02/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| KIM/CASSIDY | 609 | 10/03/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.25 |
| KIM/CASSIDY | 609 | 10/04/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.25 |
| KIM/CASSIDY | 609 | 10/05/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.25 |
| KIM/CASSIDY | 609 | 10/06/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| KIM/CASSIDY | 609 | 10/07/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| KIM/CASSIDY | 609 | 10/08/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| KIM/CASSIDY | 609 | 10/09/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| KIM/CASSIDY | 609 | 10/10/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| KIM/CASSIDY | 609 | 10/11/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| KIM/CASSIDY | 609 | 10/12/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| KIM/CASSIDY | 609 | 10/13/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| KIM/CASSIDY | 609 | 10/14/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| | | SUBTOTAL BY GUEST | 4,097.00 | 635.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 4,732.75 |

Page 4

**The Stanford Court Renaissance San Francisco Hotel**
**GROUP MASTER SUMMARY OF GUEST CHARGES**

SIDLEY AUSTIN LLP
SIDLEY AUSTIN TRIAL 2 SF
Event Dates 09/26/11 to 10/14/11
Invoice Number ****DRAFT****

| GUEST NAME | ROOM ACCNT # | DATE | ROOM | TAX | TELEPHONE | RESTAURANT LOUNGE | CATERING | RECREATION | GIFT SHOP | PARKING | MISC OTHER | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAWSON/ROBERT | 607 | 10/02/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| LAWSON/ROBERT | 607 | 10/03/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.25 |
| LAWSON/ROBERT | 607 | 10/04/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.25 |
| LAWSON/ROBERT | 607 | 10/05/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.25 |
| LAWSON/ROBERT | 607 | 10/06/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| LAWSON/ROBERT | 607 | 10/07/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| LAWSON/ROBERT | 607 | 10/08/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| LAWSON/ROBERT | 607 | 10/09/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| LAWSON/ROBERT | 607 | 10/10/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| LAWSON/ROBERT | 607 | 10/11/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| LAWSON/ROBERT | 607 | 10/12/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| LAWSON/ROBERT | 607 | 10/13/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| LAWSON/ROBERT | 607 | 10/14/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| SUBTOTAL BY GUEST | | | 4,097.00 | 635.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,732.75 |
| NIKOLCHEV/JULIA | 0 | 10/03/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.25 |
| SUBTOTAL BY GUEST | | | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.25 |
| REDDY/NITIN | 309 | 10/02/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| SUBTOTAL BY GUEST | | | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| REDDY/NITIN | 838 | 10/03/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.25 |
| REDDY/NITIN | 838 | 10/04/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.25 |
| REDDY/NITIN | 838 | 10/05/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.25 |
| REDDY/NITIN | 838 | 10/06/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| REDDY/NITIN | 838 | 10/07/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| REDDY/NITIN | 838 | 10/08/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| REDDY/NITIN | 838 | 10/09/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |

Page   5

10

# The Stanford Court Renaissance San Francisco Hotel
## GROUP MASTER SUMMARY OF GUEST CHARGES

SIDLEY AUSTIN LLP
SIDLEY AUSTIN TRIAL 2 SF
Event Dates 09/26/11 to 10/14/11
Invoice Number ****DRAFT****

| GUEST NAME | ROOM/ACCNT # | DATE | ROOM | TAX | TELEPHONE | RESTAURANT/ LOUNGE | CATERING | RECREATION | GIFT SHOP | PARKING | MISC OTHER | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REDDY/NITIN | 838 | 10/10/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| REDDY/NITIN | 838 | 10/11/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| REDDY/NITIN | 838 | 10/12/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| REDDY/NITIN | 838 | 10/13/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| REDDY/NITIN | 838 | 10/14/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| **SUBTOTAL BY GUEST** | | | **3,798.00** | **589.35** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **$ 4,387.35** |
| SHEBHANNEL | 310 | 10/11/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| SHEBHANNEL | 310 | 10/12/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| **SUBTOTAL BY GUEST** | | | **598.00** | **92.80** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **$ 690.80** |
| SWANBETSY | 0 | 10/02/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| **SUBTOTAL BY GUEST** | | | **299.00** | **46.40** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **$ 345.40** |
| SWANBETSY | 136 | 10/03/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 426.25 |
| SWANBETSY | 136 | 10/04/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 426.25 |
| SWANBETSY | 136 | 10/05/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 426.25 |
| SWANBETSY | 136 | 10/06/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| **SUBTOTAL BY GUEST** | | | **1,406.00** | **218.15** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **$ 1,624.15** |
| SWANBETSY | 817 | 10/10/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| SWANBETSY | 817 | 10/11/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| SWANBETSY | 817 | 10/12/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| SWANBETSY | 817 | 10/13/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| **SUBTOTAL BY GUEST** | | | **1,196.00** | **185.60** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **$ 1,381.60** |
| TUNSTALL/KATHRY | 258 | 10/02/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| TUNSTALL/KATHRY | 258 | 10/03/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 426.25 |
| TUNSTALL/KATHRY | 258 | 10/04/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 426.25 |

Page   6

**The Stanford Court Renaissance San Francisco Hotel**
**GROUP MASTER SUMMARY OF GUEST CHARGES**

SIDLEY AUSTIN LLP
SIDLEY AUSTIN TRIAL 2 SF
Event Dates 09/26/11 to 10/14/11
Invoice Number ****DRAFT****

| GUEST NAME | ROOM/ACCNT # | DATE | ROOM | TAX | TELEPHONE | RESTAURANT/ LOUNGE | CATERING | RECREATION | GIFT SHOP | PARKING | MISC OTHER | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TUNSTALL/KATHRY | 258 | 10/05/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.25 |
| TUNSTALL/KATHRY | 258 | 10/06/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| | SUBTOTAL BY GUEST | | 1,708.00 | 264.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 1,969.55 |
| TUNSTALL/KATHRY | 321 | 10/10/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| TUNSTALL/KATHRY | 321 | 10/11/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| TUNSTALL/KATHRY | 321 | 10/12/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| TUNSTALL/KATHRY | 321 | 10/13/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| | SUBTOTAL BY GUEST | | 1,196.00 | 185.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 1,381.60 |
| WEBSTER/JOHN | 0 | 10/09/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| | SUBTOTAL BY GUEST | | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| WEBSTER/JOHN | 217 | 10/10/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| WEBSTER/JOHN | 217 | 10/11/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| WEBSTER/JOHN | 217 | 10/12/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| | SUBTOTAL BY GUEST | | 897.00 | 139.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 1,036.20 |
| WILLIAMS/TASHIC | 811 | 09/25/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| WILLIAMS/TASHIC | 811 | 09/26/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| WILLIAMS/TASHIC | 811 | 09/27/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| WILLIAMS/TASHIC | 811 | 09/28/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| WILLIAMS/TASHIC | 811 | 09/29/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| WILLIAMS/TASHIC | 811 | 09/30/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| WILLIAMS/TASHIC | 811 | 10/01/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| WILLIAMS/TASHIC | 811 | 10/02/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.40 |
| WILLIAMS/TASHIC | 811 | 10/03/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.25 |
| WILLIAMS/TASHIC | 811 | 10/04/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.25 |
| WILLIAMS/TASHIC | 811 | 10/05/11 | 369.00 | 57.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.25 |

# The Stanford Court Renaissance San Francisco Hotel
## GROUP MASTER SUMMARY OF GUEST CHARGES

SIDLEY AUSTIN LLP
SIDLEY AUSTIN TRIAL 2 SF
Event Dates 09/26/11 to 10/14/11
Invoice Number ****DRAFT****

| GUEST NAME | ROOM ACCNT # | DATE | ROOM | TAX | TELEPHONE | RESTAURANT/ LOUNGE | CATERING | RECREATION | GIFT SHOP | PARKING | MISC OTHER | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WILLIAMS/TASHIC | 811 | 10/06/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| WILLIAMS/TASHIC | 811 | 10/07/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| WILLIAMS/TASHIC | 811 | 10/08/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| WILLIAMS/TASHIC | 811 | 10/09/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| WILLIAMS/TASHIC | 811 | 10/10/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| WILLIAMS/TASHIC | 811 | 10/11/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| WILLIAMS/TASHIC | 811 | 10/12/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| WILLIAMS/TASHIC | 811 | 10/13/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| WILLIAMS/TASHIC | 811 | 10/14/11 | 299.00 | 46.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 345.40 |
| SUBTOTAL BY GUEST | | | 6,190.00 | 960.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 7,150.55 |
| TOTAL GUEST CHARGES: | | | 35,677.00 | 5,536.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 41,213.15 USD |

TOTAL GUEST CHARGES:    $ 41,213.15
TOTAL SETTLEMENTS:      $      0.00
TOTAL AMOUNT DUE:       $ 41,213.15

TOTAL ROOM NIGHTS:            108

Page   8

# Silicon Valley Expert Witness Group

A Division of Thomson Reuters

# Invoice

39921 Treasury Center
Chicago, IL 60694-9900
Telephone:  240.751.9016
Email:  billing@roundtablegroup.com

| | INVOICE DATE | 10/28/2011 |
|---|---|---|
| DUE DATE | PROJECT NUMBER | INVOICE # |
| 11/28/2011 | SV2721 | 15524 |

| PROJECT DESCRIPTION | | |
|---|---|---|

Sidley Austin Brown & Wood, LLP
Bryan K. Anderson, Esq.
555 California Street, Suite 5000
San Francisco, CA  94104-1715

Conceptus, Inc. v. Hologic matter
Conceptus, Inc.
331 East Evelyn Avenue
Mountain View, CA  94041

| DATE | HOURS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| | | Professional Services of Neil Sheehan - October 2011 | | |
| 10/1/2011 | 2.5 | Trial prep and review all materials. | 485.00 | 1,212.50 |
| 10/2/2011 | 5.5 | Trial prep, Sheehan examination. | 485.00 | 2,667.50 |
| 10/3/2011 | 6 | Review old and new material.  Multiple telecons. | 485.00 | 2,910.00 |
| 10/4/2011 | 9.5 | Prep, travel to SF.  Trial day #2 and follow-up. | 485.00 | 4,607.50 |
| 10/5/2011 | 9.5 | Prep and meeting at Sidley (P.A.) with Aaron Bleharski. | 485.00 | 4,607.50 |
| 10/6/2011 | 7 | Review old and new material. | 485.00 | 3,395.00 |
| 10/7/2011 | 4.5 | Review all material.  Trial transcripts. | 485.00 | 2,182.50 |
| 10/8/2011 | 5.5 | Continue to review. | 485.00 | 2,667.50 |
| 10/9/2011 | 4 | Continue to review and own examination revisions. | 485.00 | 1,940.00 |
| 10/10/2011 | 9.5 | Review all material.  Trial transcripts, prep and meeting at Sidley (P.A.) with Patty Thayer & Aaron Bleharski. | 485.00 | 4,607.50 |
| 10/11/2011 | 9.5 | Graphics activities, cited art research.  Travel to SF, work at hotel, review material and own examination revisions. | 485.00 | 4,607.50 |
| 10/12/2011 | 12.5 | Attend trial, meetings at Sidley (S.F.) and own testimony prep. | 485.00 | 6,062.50 |
| 10/13/2011 | 7 | Attend trial, testify and return travel. | 485.00 | 3,395.00 |
| | | Hotel car parking, 10/11-10/13/11. | 109.86 | 109.86 |
| | | Taxis, 10/11 - 10/13/11. | 60.00 | 60.00 |
| | | Assorted tips, 10/11 - 10/13/11. | 30.00 | 30.00 |

| **Total** | | | | $45,062.36 |
|---|---|---|---|---|

PAYMENT ADDRESS (No correspondence.  Make checks payable to Silicon Valley Expert Witness Group):
-BY US MAIL: 39921 Treasury Center, Chicago, IL 60694-9900
-BY OVERNIGHT: Harris/SVEWG, Attn: Remittance Processing Division, 8th floor, Lockbox 39921,
            311 W. Monroe, Chicago, IL 60606
-BY WIRE:  Acct #: 424-471-1; ABA#: 071 000 288; SWIFT Code #: HATRUS44;.

CORRESPONDENCE ADDRESS (No payments): 1455 Research Blvd., 3rd Floor, Rockville, MD 20850

# Silicon Valley Expert Witness Group

A Division of Thomson Reuters

# Invoice

39921 Treasury Center
Chicago, IL 60694-9900
Telephone:  240.751.9016
Email:  billing@roundtablegroup.com

Sidley Austin Brown & Wood, LLP
Bryan K. Anderson, Esq.
555 California Street, Suite 5000
San Francisco, CA  94104-1715

| INVOICE DATE | | 9/30/2011 |
|---|---|---|
| DUE DATE | PROJECT NUMBER | INVOICE # |
| 11/1/2011 | | 15300 |
| **PROJECT DESCRIPTION** | | |
| Conceptus, Inc.
331 East Evelyn Avenue
Mountain View, CA  94041 | | |

| DATE | HOURS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| | | Professional Services of Dr. John Webster - September 2011 | | |
| 8/24/2011 | 1.1 | Phone call with P. Thayer to plan conference call on 9/13 & 9/22 and trial on 10/12-13. Reserve rooms for conf. | 515.00 | 566.50 |
| 9/13/2011 | 2.7 | Prepare for and work with P. Thayer at video conferences. | 515.00 | 1,390.50 |
| 9/20/2011 | 1.6 | Prepare v2 Powerpoint and send to P. Thayer. | 515.00 | 824.00 |
| 9/21/2011 | 2.3 | Revise to v4 Powerpoint and send to P. Thayer.  Phone conference with Thayer and Anderson. | 515.00 | 1,184.50 |
| 9/22/2011 | 2.4 | Find and send liver and vessel ablation images to P. Thayer and B. Anderson.  Video conference with Thayer. | 515.00 | 1,236.00 |
| 9/24/2011 | 0.6 | Select and book air travel to SFO, send to attorneys. | 515.00 | 309.00 |
| 9/28/2011 | 2.2 | Search for vessel, esophagus, vein ablation references and send to Thayer. | 515.00 | 1,133.00 |
| 9/29/2011 | 3.1 | Review direct examination and Powerpoint. Phone call with B. Anderson. | 515.00 | 1,596.50 |
| 10/1/2011 | 1.3 | Reviewed Powerpoint and Q&A.  Sent to B. Anderson. | 515.00 | 669.50 |
| 10/10/2011 | 1 | Airfare MSN>SFO. | 456.80 | 456.80 |

| | **Total** | $9,366.30 |
|---|---|---|

PAYMENT ADDRESS (No correspondence.  Make checks payable to Silicon Valley Expert Witness Group):
-BY US MAIL: 39921 Treasury Center, Chicago, IL 60694-9900
-BY OVERNIGHT: Harris/SVEWG, Attn: Remittance Processing Division, 8th floor, Lockbox 39921,
            311 W. Monroe, Chicago, IL 60606
-BY WIRE:  Acct #: 424-471-1; ABA#: 071 000 288; SWIFT Code #: HATRUS44;.

CORRESPONDENCE ADDRESS (No payments): 1455 Research Blvd., 3rd Floor, Rockville, MD 20850

# Mark Glasser, MD, FACOG
# Medical Consulting

83 Peacock Drive
San Rafael, CA 94901-1551
Phone/fax: (415)-457-7678
Cell Phone: (415) 699-6287
e-mail: glassermh@aol.com

October 27, 2011

## Medical-Legal Services – August  2010

Case: Conceptus vs. Hologic

44.5 hrs @ $450/hr                          $20,025.00

8/2/10 – Meeting at Sidley – 2 hrs
8/2/10 – travel @ 50%     - 0.75 hrs
8/3//10 – Document review – 1.0 hrs
8/8/10 – Document review– 2.0  hrs
8/9/10 – Document review – 2.5 hrs
8/11/10 – Document review – 3.0 hrs
8/13/10 – Document review – 3.0 hrs
8/14/10 – Document review – 3.5 hrs
8/15/10 – Document review – 3.0 hrs
8/16/10 – Meeting B. Anderson + travel – 2.75 hrs
8/16/10 – Document review – 1.5 hrs
8/19/10 -  Report preparation – 3 hrs
8/20/10 - Report preparation – 1 hr
8/22/10 – Report doc review – 3,5 hrs
8/26/10 – 8/30/10 – Report preparation – 12 hrs

Expenses:
Mileage – 80 rt@ 0.585/mi                    $46.80

**Total**                                    **$20,071.80**

Mark H. Glasser, M.D.

# Mark Glasser, MD, FACOG
# Medical Consulting

83 Peacock Drive
San Rafael, CA 94901-1551
Phone/fax: (415)-457-7678
Cell Phone: (415) 699-6287
e-mail: glassermh@aol.com

October 27, 2011

## Medical-Legal Services – July 2010

Case: Conceptus vs. Hologic

10.83 hrs @ $450/hr                                    $4,873.50

7/2/10 – Meeting at Sidley – 2 hrs
7/2/10 – travel @ 50%     - 0.75 hrs
7/12/10 – Document review – 0.5 hrs
7/17/10 – Phone, B. Anderson – 0.33 hrs
7/23/10 – Phone, B.Anderson – 0.25 hrs
7/28/10 – Phone, B. Anderson – 0.25 hrs
7/29/10 – Document review – 0.75 hrs
7/30/10 – Document review – 3 hrs
7/31/10 – Document review – 3 hrs

Expenses:
Mileage – 40 rt@ 0.585/mi                              $23.40

Total                                                  $4,896.90

Mark H. Glasser, M.D.

# Mark Glasser, MD, FACOG
# Medical Consulting

83 Peacock Drive
San Rafael, CA 94901-1551
Phone/fax: (415)-457-7678
Cell Phone: (415) 699-6287
e-mail: glassermh@aol.com

October 27, 2011

## Medical-Legal Services – May 2010

Case: Conceptus vs. Hologic

3.75 hrs @ $450/hr                               $1,687.50

5/24/10 – meeting M. Ascolese, P. Thayer – 2hrs
5/24/10 – travel time 1.5 hrs billed at 50%  - 0.75 hrs
5/24/10 – compile and e-mail slides, articles – 1 hr

Expenses:
Mileage – 40 rt @ 0.585/mi                        $23.40

Total                                            $1,710.90

Mark H. Glasser, M.D.

# Mark Glasser, MD, FACOG
# Medical Consulting

83 Peacock Drive
San Rafael, CA 94901-1551
Phone/fax: (415)-457-7678
Cell Phone: (415) 699-6287
e-mail: glassermh@aol.com

October 27, 2011

## Medical-Legal Services – October,  2010

Case: Conceptus vs. Hologic

42.0 hrs @ $450/hr                                    $18,900.00

10/1-10/4/10 - Document review, deposition prep. – 18 hrs
10/5/10 – pre deposition meeting B. Anderson – 8 hrs.
10/6/10 – Deposition incl. travel – 12 hrs
10/25-10/26/10 – Review deposition transcript - 3  hrs
10/26-10/27/10 – Review/prep declaration -1 hr.

Expenses:
10/5/10 – Mileage + toll (80 RT @.585)               $51.80
10/6/10 – mileage + toll (80 RT @ .585)              $51.80
            - parking                                $35.00

Total Expenses                                       $138.60

**Total**                                            **$19,038.60**

Mark H. Glasser, M.D.