**ARNOLD & PORTER LLP**
MATTHEW M. WOLF (*pro hac vice*)
matthew.wolf@aporter.com
JOHN E. NILSSON (*pro hac vice*)
john.nilsson@aporter.com
SARA P. ZOGG (*pro hac vice*)
sara.zogg@aporter.com
555 Twelfth Street, NW
Washington, DC 20004
Telephone: 202-942-5000
Facsimile: 202-952-5999

JENNIFER A. SKLENAR (SBN 200434)
jennifer.sklenar@aporter.com
NICHOLAS H. LEE (SBN 259588)
nicholas.lee@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90071
Telephone: 213-243-4000
Facsimile: 213-243-4199

MICHAEL A. BERTA (SBN 194650)
michael.berta@aporter.com
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111-3711
Telephone: 415-356-3000
Facsimile: 415-356-3099

Attorneys for Defendant
HOLOGIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CONCEPTUS, INC.,

Plaintiff,

v.

HOLOGIC, INC.,

Defendant.

Case No. 09-cv-02280 WHA

**DECLARATION OF DR. HENRY A. DOMINICIS IN SUPPORT OF HOLOGIC, INC.'S OPPOSITION TO CONCEPTUS' MOTION FOR PERMANENT INJUNCTION**

Hearing Date: December 22, 2011
Time: 9:00 a.m.
Courtroom: 8; 19th Floor
Judge: Hon. William Alsup

I, Dr. Henry A. Dominicis, M.D., declare that:

1. The facts set forth below in this declaration are based upon my personal knowledge, and if called as a witness, I could and would testify competently to these facts.

2. I am a practicing gynecologist at WomanCare PC in Arlington Heights, Illinois, a suburb of Chicago. I have been a practicing gynecological surgeon for over 20 years and have experience in various procedures for, among other things, hysteroscopic and laparoscopic sterilization.

3. I attended the University of Illinois College of Medicine in Chicago and completed my residency at Lutheran General Hospital in 1991. I am Board Certified in Obstetrics and Gynecology. I have been in my current practice since graduation and have taken a special interest in non-invasive surgical techniques. I have also developed numerous community health clinics to serve the uninsured community. I was the Chairman of the Obstetrics and Gynecology Department of Northwest Community Hospital until 2010.

4. I have personally used both Conceptus Essure permanent birth control system and Hologic's Adiana permanent contraception system.

5. Before the FDA approved the sale of Adiana, my partners and I at WomanCare PC performed the Essure procedure on approximately 80 to 100 patients. When Adiana became commercially available, we decided to switch to Adiana. This decision was based upon a number of factors.

6. A number of our patients had expressed concern about having the Essure metal coils placed permanently in their fallopian tubes. In particular, patients were concerned about potential allergies and their bodies' reaction to the metal material. In contrast, the Adiana implants are made of silicone and patient acceptance of this type of implant was much higher.

7. My partners and I were also aware of a number of cases where patients experienced chronic pain associated with the Essure coils and requested to have the coils removed.

8. In addition, we have encountered perforations of the fallopian tube associated with Essure. One of my partners had a perforation approximately two and a half years ago. In addition, as chairman of my department at Northwest Community Hospital, I reviewed a number of cases of

perforations associated with Essure and there are numerous reports of perforations in the literature. I am not aware of any instances of perforations associated with Adiana.

9. We were also concerned about the potential impact of the Essure coils on future procedures. The Essure coils are placed in the fallopian tube such that a portion is left trailing into the uterine cavity. There is a concern that the trailing coils could interfere with procedures such as blind dilation and currettage (D & C), certain types of endometrial ablation procedures, and future pregnancies as a result of in vitro fertilization procedures. In addition, the coils could become trapped in a morcellator, which, depending on the type, is used to remove polyps or fibroids. Because the Adiana procedure does not leave any portion of the device trailing into the uterine cavity, there is no similar concern with Adiana.

10. In our experience, the Adiana procedure is highly effective. It is also easier to use than Essure. The Adiana system is designed to confirm placement. And, because the Adiana implant is much shorter in length, it does not need to be inserted as far into the fallopian tube, which means that it meets with less resistance and is less likely to result in a tubal spasm.

11. I understand that Conceptus is seeking to block the sale of the Adiana system in the United States. In my experience, Adiana provides an important choice for women. In the event that Adiana were no longer available, we would likely resume offering Essure to our patients with an explanation of the potential risks. Based upon our prior experience and the concerns that patients previously expressed about the Essure metal coils, I would expect that many women would opt to have laparoscopic sterilization, also referred to as tubal ligation, rather than select Essure.

12. Laparoscopic sterilization is a surgical procedure that has a number risks that Adiana does not have, including the risk of trocar injury and other general complications associated with surgery and general anesthesia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Long Grove, Illinois on December 1, 2011.

Henry A. Dominicis, M.D.