**ARNOLD & PORTER LLP**
MATTHEW M. WOLF (*pro hac vice*)
matthew.wolf@aporter.com
JOHN E. NILSSON (*pro hac vice*)
john.nilsson@aporter.com
SARA P. ZOGG (*pro hac vice*)
sara.zogg@aporter.com
555 Twelfth Street, NW
Washington, DC 20004
Telephone: 202-942-5000
Facsimile: 202-952-5999

JENNIFER A. SKLENAR (SBN 200434)
jennifer.sklenar@aporter.com
NICHOLAS H. LEE (SBN 259588)
nicholas.lee@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90071
Telephone: 213-243-4000
Facsimile: 213-243-4199

MICHAEL A. BERTA (SBN 194650)
michael.berta@aporter.com
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111-3711
Telephone: 415-356-3000
Facsimile: 415-356-3099

Attorneys for Defendant
HOLOGIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CONCEPTUS, INC.,

Plaintiff,

v.

HOLOGIC, INC.,

Defendant.

Case No. 09-cv-02280 WHA

**DECLARATION OF DR. JOHN C. MELLINGER IN SUPPORT OF HOLOGIC, INC.'S OPPOSITION TO CONCEPTUS' MOTION FOR PERMANENT INJUNCTION**

Hearing Date: December 22, 2011
Time: 9:00 a.m.
Courtroom: 8; 19th Floor
Judge: Hon. William Alsup

I, John C. Mellinger, M.D., declare that:

1. The facts set forth below in this declaration are based upon my personal knowledge, and if called as a witness, I could and would testify competently to those facts.

2. I have been practicing in the field of obstetrics and gynecology for more than 15 years.

3. I am a member of many professional associations, including the American College of Obstetrics and Gynecology.

4. I completed an internship and residency at the University Health Center of Pittsburgh, Magee Women's Hospital.

5. I earned my medical degree from the University of Pittsburgh School of Medicine, and before that graduated magna cum laude from the University of Delaware with a bachelor's degree in chemistry.

6. I currently practice at Western Pennsylvania OB/GYN Associates with a group of several other physicians.

7. My group has performed approximately 50 procedures using the Essure permanent birth control system. The Essure system involves hysteroscopically placing metal coils in a woman's fallopian tube and, when properly placed, leaves a portion of the metal coils trailing into the uterine cavity.

8. I have witnessed two perforations of the fallopian tube wall in women with the Essure coils in place. One of the perforations occurred as a result of a procedure performed in my group. The other perforation occurred in a patient who was referred to us. In at least one of these cases, a hysterectomy had to be performed to remove the perforated tissue.

9. As a result of the perforations, and the concern that many of our patients had expressed about having a metallic implant in their bodies, my group elected to offer our patients the Adiana Permanent Contraception System after it received FDA approval, rather than Essure.

10. My group has now performed approximately 100 procedures with Adiana. We prefer to continue to use the Adiana system over Essure.

11. When patients consult with me about permanent contraception, I explain the two hysteroscopic sterilization options available, including Essure, even though it is no longer offered by

my group. During such discussions, patients continue to express concerns about the use of a metallic implant and their preference for the non-metallic silicone material of Adiana.

12. In addition, I have found that the Adiana system is easier to use than the Essure system. The catheter is better designed, making it more comfortable to use. It is also easier to cannulate the fallopian tube with the Adiana catheter because, due to the much shorter length of the Adiana implant, it is not necessary to cannulate as far into a woman's fallopian tube.

13. I do not believe that there is a meaningful difference in the efficacy rates of Adiana and Essure. No method is perfect. My group was witnessed one failure (*i.e.*, a pregnancy) with Adiana as well as one failure with Essure.

14. I understand that Conceptus is seeking an injunction to prevent Hologic from continuing to sell the Adiana system in the United States. If Adiana were enjoined, I do not know that my group would opt to resume using Essure, particularly given the perforations that we witnessed as well as the concerns expressed by our patients.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Pittsburgh, Pennsylvania on December 1, 2011.

John C. Mellinger, M.D.