ARNOLD & PORTER LLP
MATTHEW M. WOLF *(pro hac vice)*
matthew.wolf@aporter.com
JOHN E. NILSSON *(pro hac vice)*
john.nilsson@aporter.corn
SARA P. ZOGG *(pro hac vice)*
sara. zogg@aporter, corn
555 Twelfth Street, NW
Washington, DC 20004
Telephone: 202-942-5000
Facsimile: 202-952-5999

JENNIFER A. SKLENAR (SBN 200434)
jennifer.sklenar@aporter.com
NICHOLAS H. LEE (SBN 259588)
nicholas.lee@aporter.corn
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90071
Telephone: 213-243-4000
Facsimile: 213-243-4199

MICHAEL A. BERTA (SBN 194650)
michael.berta@aporter.corn
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111-3711
Telephone: 415-356-3000
Facsimile: 415-356-3099

Attorneys for Defendant
HOLOGIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCEPTUS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOLOGIC, INC.,<br><br>Defendant. | Case No. 09-cv-02280 WHA<br><br>DECLARATION OF SHACEY PETROVIC IN SUPPORT OF HOLOGIC, INC.'S OPPOSITION TO CONCEPTUS' MOTION FOR PERMANENT INJUNCTION<br><br>Hearing Date: December 22, 2011<br>Time: 9:00 a.m.<br>Courtroom: 8; 19th Floor<br>Judge: Hon. William Alsup |

I, Shacey Petrovic, declare that:

1. The facts set forth below in this declaration are based upon my personal knowledge, and if called as a witness, I could and would testify competently to those facts.

2. I am the vice president of global surgical marketing for Hologic, Inc.'s ("Hologic's") gynecologic surgical products division. One of the products I am responsible for is the Adiana® permanent contraception system (the "Adiana System").

3. I am a graduate of the University of Wisconsin.

4. In July 2000, I began working for Cytyc Corporation ("Cytyc") as a sales representative for the ThinPrep® Pap test in Wisconsin. I later became an account executive selling capital equipment to laboratories before being promoted to sales manager for the mid-west division. I was then promoted to sales manager in northern Europe and was responsible for the launch of NovaSure® in the United Kingdom and in northern Europe.

5. In March 2007, Cytyc acquired Adiana, Inc., the company that developed the Adiana System, for what would be, if all contingencies are met, approximately $215 million.

6. In October 2007, Cytyc merged with Hologic.

7. After Hologic acquired Cytyc in 2007, I became the business director for Adiana and was responsible for the product launch. In addition to the Adiana system, I am currently responsible for the marketing of MyoSure®, NovaSure®, Tower-Free Hysterocopy System® and Aquilexe products.

8. On July 6, 2009, the FDA approved Hologic's pre-market approval (PMA) application for the Adiana System, thereby granting Hologic permission to market and sell its Adiana System in the United States. Hologic has been selling the Adiana System in the United States since obtaining FDA approval.

EFFECTS OF AN INJUNCTION ON HOLOGIC AND ITS EMPLOYEES

9. I understand that Conceptus is seeking a permanent injunction to prevent Hologic from continuing to sell its Adiana System in the United States, including pending appeal of the jury's verdict in the above-captioned litigation.

10. Should the Court grant this injunction, there would be a number of serious adverse effects on Hologic.

11. [redacted]

12. [redacted]

13. An injunction would also undermine Hologic's investment in the Adiana System. The Adiana business was valued at approximately $215 million in 2007. In addition, since its acquisition of Cytyc, Hologic has invested several million dollars in continued research and development and to commercialize the Adiana System. Specifically, [redacted] Hologic would lose the benefit of that investment should the Court enjoin the Adiana product line.

14. [redacted] Loss of those sales for any impacted fiscal years would have a significant, negative impact on Hologic.

15. In addition to the financial impact, Hologic would suffer other types of harm if an injunction were entered. Hologic has a reputation in the marketplace as a leading developer, manufacturer and supplier of premium diagnostic, imaging and surgical products dedicated to serving the healthcare needs of women. An injunction affecting one of its products would negatively impact Hologic's reputation in this field, including with its customers and physicians.

16. If the sale of Adiana were enjoined but such decision was overturned within a year or two, Hologic would have to incur significant costs to restart the product line. [redacted].

THE ADIANA SYSTEM PROVIDES AN IMPORTANT OPTION TO WOMEN

17. The Adiana System is an effective and safe alternative for women seeking permanent contraception.

18. A woman's choice of contraception method is driven by a mix of factors including convenience, ease of use, efficacy, and safety. The Adiana System and the Essure System are both transcervical sterilization techniques. Although the Adiana System has a slightly higher incidence of post-procedure pregnancy than the Essure System, there are benefits to the Adiana System, both in terms of material safety and ease of use, that the Essure System does not provide.

19. The Adiana implant is made of a soft silicone. Unlike Essure, the Adiana System does not leave behind any metal implant within the patient's body. The lack of a residual metallic component means that the patient does not risk a metal allergy, and does not risk tubal or uterine perforations from the implant.

20. In addition, the Adiana implant, once deposited is entirely contained within the fallopian tube. In contrast, the Essure System results in a portion of the metal coils trailing into the uterus.

21. Based upon our experience marketing Adiana, there are many women who do not want a metallic implant left in their fallopian tubes or metal coils trailing into their uterus and for that reason would not select Essure regardless of whether or not Adiana was available.

22. The Adiana System offers a number of advantages over tubal ligation because Adiana, unlike tubal ligation, is a minimally invasive and non-surgical technique. The Adiana procedure, also unlike tubal ligation, can be performed in an office setting without anesthesia.

23. The Adiana System also provides a number of advantages over temporary types of birth control. For example, the Adiana System offers more effective contraception than many popular temporary contraception options on the market, including birth control pills, which require user compliance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Marlborough, Massachusetts on December 1, 2011.

Shacey Petrovic