**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONCEPTUS, INC.,

    Plaintiff,

  v.

HOLOGIC, INC.,

    Defendant.

No. C 09-02280 WHA

**ORDER REGARDING HEARING ON DECEMBER 22**

For the hearing on December 22, Hologic should be prepared to state whether it would prefer an injunction in lieu of paying the royalty rate found by the jury for all ongoing sales.

**IT IS SO ORDERED.**

Dated: December 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE