**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONCEPTUS, INC.,

    Plaintiff,

  v.

HOLOGIC, INC.,

    Defendant.
                                  /

No. C 09-02280 WHA

**ORDER GRANTING CONTINUANCE OF HEARING**

    Plaintiff Conceptus filed a stipulated motion to continue the hearings scheduled for December 22, 2011 (Dkt. No. 525). For good cause shown, motion to continue the hearing is **GRANTED**. The hearing is rescheduled for **JANUARY 5, 2012 AT 8:00 A.M.**

    **IT IS SO ORDERED.**

Dated: December 20, 2011.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE