IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONCEPTUS, INC.,

    Plaintiff,

  v.

HOLOGIC, INC.,

    Defendant.
                             /

No. C 09-02280 WHA

**ORDER RE MOTION TO FILE UNDER SEAL**

Hologic has not timely filed a declaration supporting Conceptus' motion to file under seal specified exhibits to the Thayer declaration in support of Conceptus' reply (Dkt. No. 517). Accordingly, there is insufficient support to file these items under seal pursuant to Civil Local Rule 79-5(d).

Hologic may file a supporting declaration by **NOON ON DECEMBER 23, 2011**. Otherwise, the exhibits will be publicly filed.

**IT IS SO ORDERED.**

Dated: December 20, 2011.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE